**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:22–cr–00115
                                                           Honorable John Robert Blakey

Michael J. Madigan, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court sets this matter for a hearing on 1/3/24 at 2:00 p.m. in Courtroom 1203 on Defendants' joint motion to stay proceedings or, alternatively, to continue the trial date [86]. The government shall file any response by 1/2/24, and Defendants shall appear in person for the motion hearing. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.