UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                          Case No.: 1:22–cr–00115
                                            Honorable John Robert Blakey

Michael J. Madigan, et al.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

    MINUTE entry before the Honorable John Robert Blakey: In light of the Supreme Court's ruling in Snyder v. United States, -- S. Ct. --, 2024 WL 3165518 (June 26, 2024), the parties shall meet and confer regarding whether they will need to seek any revision of the current briefing schedule on Defendants' motions and regarding whether (and if so when) the government might seek any superseding indictment. The Court reiterates the importance of maintaining the current trial date (which requires sufficient notice to the defense to litigate and otherwise defend the charges), and notes that it would not be in the interests of justice to litigate motions regarding the current indictment if the Grand Jury might issue a new charging instrument. The parties shall include the results of their meet and confer in their joint status report due 7/8/2024. Defendant Madigan's motion to file a brief in excess of 15 pages [116] is granted. All dates and deadlines remain in place. Time previously excluded to and including 10/8/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.