# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                             Case No.: 1:22–cr–00115
                                             Honorable John Robert Blakey

Michael J. Madigan, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, Attorneys shall appear at 1:30 p.m. instead of 9:00 a.m. on 10/8/2024 to discuss any issues prior to trial. Counsel shall email the Courtroom Deputy if they wish to waive the appearance of their client for the 10/8/2024 hearing. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.