UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  22 CR 115 |
| | ) | Hon. John R. Blakey |
| MICHAEL J. MADIGAN and | ) | |
| MICHAEL F. McCLAIN | ) | |

## ORDER

This matter coming on to be heard on the Petition of the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, for an Order instructing EDWARD ACEVEDO to testify and to produce evidence at the trial of the above-entitled cause, said EDWARD ACEVEDO being a person whom the government intends to call as a witness during its case-in-chief in the above-entitled cause who has indicated that he intends to invoke his privilege against self-incrimination in response to questions posed to him during the trial of the above-entitled cause, and the Court having considered said Petition of the Acting United States Attorney and the letter approving the application to this Court from the Deputy Assistant Attorney General of the Criminal Division, United States Department of Justice, attached to said Petition:

IT IS HEREBY ORDERED that EDWARD ACEVEDO shall not be excused from testifying or producing evidence before the District Court in the trial of the above matter on the ground that the testimony or evidence required of him may tend to incriminate him, and that EDWARD ACEVEDO shall answer the questions which he is

asked and shall produce evidence as required of him without further asserting there his privilege against self-incrimination, and it is FURTHER ORDERED that no testimony of the witness EDWARD ACEVEDO compelled under this Order (or any information directly or indirectly derived from such testimony or such information) may be used against him in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order, in accordance with the provisions of Section 6002, Title 18, United States Code.

ENTER:

_____
JOHN R. BLAKEY
UNITED STATES DISTRICT COURT JUDGE

Dated: December 6, 2024