# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                                         Case No.: 1:22−cr−00115
                                                                        Honorable John Robert Blakey

Michael J. Madigan, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Jury trial held and completed on 2/12/2025. The jury returns a verdict of guilty as to counts 2s, 4s, 5s, 6s, 8s, 9s, 10s, 12s, 13s, and 14s of the superseding indictment for defendant Michael J. Madigan (1). The jury returns a verdict of not guilty as to counts 3s, 7s, 11s, 15s, 16s, 17s, and 18s of the superseding indictment for defendant Michael J. Madigan (1). Jury unable to reach a unanimous verdict, so a mistrial was declared by agreement, as to counts 1s, 19s, 20s, 21s, 22s, and 23s as to defendant Michael J. Madigan (1). This case is referred to the Probation Office for preparation of the presentence report. Pursuant to Local Criminal Rule 32.l(f), the Court gives notice to the Probation Office and directs it to disclose the Probation Office's sentencing recommendation (along with the PSR) to counsel for the defendant and the government. Any post−trial motions pursuant to FRCP 33(b)(2) or FRCP 29(c)(1) and the government's motion for forfeiture shall be filed on or before 3/14/2025. Responses due on or before 4/14/2025. Reply due on or before 4/21/2025. A hearing regarding the post−trial motions and forfeiture bench trial is set for 5/5/2025 at 11:00 a.m. in Courtroom 1203. The oral agreed motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defense in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 2/12/2025 to and including 5/5/2025, for the effective preparation by counsel, including the preparation and filing of pretrial motions, pursuant to 18 USC Sections 3161(h)(1)(D), and 3161(h)(7)(A)(B). Bond to stand pending sentencing. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.