UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 22 CR 115 |
| v. ) | |
| ) | Judge John Robert Blakey |
| MICHAEL J. MADIGAN ) | |
| MICHAEL F. MCCLAIN ) | |

## **JURY LIST**

(2) Annmarie Perveneckis

(6) Malik Mables

(16) Timothy Nessner

(21) Kendall Munar

(22) Sharon Martin

(32) Jessica Grogan

(36) Natalie Figueroa

(39) Kathleen Evans

(50) Danielle Mum1y

(69) Tawana Banks

(71) Ygem Ebeling

(127) Daniel Sipkosky