# **EXHIBIT C**

**Personal Letters**

1. Adams, Evan
2. Andolino, Rosemarie
3. Ashenden, John
4. Barry, Andy
5. Bobins, Norman
6. Calderone, Anthony
7. Chandler, John
8. Chiu, Libby Lai-Bun
9. Conlon, Leon
10. Cullerton, John
11. Diamond, Stephen
12. Donovan, John
13. Donovan, Thomas
14. Flaum, Thea
15. Getzendanner, Vincent
16. Giorgi Vella, Barbara
17. Healy, Martin
18. Hicks, Harold
19. Hicks, Patrick
20. Holland, Jeff
21. Huff, John Leonard
22. Hynes, John (Jack)
23. Hynes, Kathy
24. Hynes, Lily
25. Jones, Ginger
26. Jordan, Michael
27. Joyce, John
28. Kiley, Roger
29. Madhav, Kylie Waddy
30. McGowan, Ed
31. Meagher, Diane Goldstick
32. Murphy, Timothy
33. O'Brien, Terry
34. Pierce, Rhoda
35. Prendergast, Rich
36. Rabiola, James
37. Ramirez, Jorge
38. Reynoso, Maria Veronica
39. Roberts, Bill (Republican)
40. Ruffalo, Jeanine
41. Silvestri, Ilona and Luciano
42. Smith, Todd
43. Stein, Richard
44. Waddy, Reuben
45. Walsh, Edward
46. Weisman, Robert

Dear Judge Blakey,

My name is Evan Adams, and I live in [REDACTED], Illinois, with my wife and three kids. I'm a University of Illinois graduate and spent over a decade trading before moving into real estate management. I've known Mike since I was five years old. Our families first met in the 1980s in Fontana, Wisconsin, where we shared summers in the same condo complex. Those summers were full of sunshine, swimming, exploring, and evening barbecues with the Madigan family. My mom met Mike's wife, Shirley, at the pool while my sisters and I were playing with the Madigan kids. It was the moms who brought our families together, and through them, a lifelong friendship was born.

My father was born in Greece and grew up with very little—like so many who immigrated to the United States in search of something better. Despite coming from different worlds, he and Mike became fast friends, often spending their days golfing together. One of the ways my dad expressed love was through food—especially grilling. If he cared about you, he'd grill you a lamb chop to perfection. Many of our summer nights were spent around a patio table with both of our families, sharing meals and stories, laughing and connecting over life's joys and challenges.

Even as a child, I remember being struck by Mike's calm demeanor. He was one of the most patient people I'd ever seen. If one of his kids had a meltdown, Mike wouldn't raise his voice—he'd take a quiet walk with them, talking gently, trying to understand what they were feeling. I'll admit—I was once that kid. I don't remember what I was upset about, but I'll never forget how Mike talked to me. In that moment, and throughout our decades together, he has never been a "politician" to me. He has always been my, "Wisconsin neighbor," someone who felt like part of the family.

As I grew older and started working, I saw another side of Mike. He listened intently to everything I shared about my life and career, always asking thoughtful questions. He had a remarkable ability to remember details from past conversations, making me feel like what I said truly mattered.

While my experiences with Mike are uniquely my own, I want you to know—deep in my heart—I believe in him. As a person, a friend, and a mentor, Mike has quietly shaped my life in ways he probably doesn't even realize. And over the past decade, that truth has only become clearer.

I'd like to share two stories that illustrate just how much Mike has meant to me and my family.

My dad was the heart of our family. He passed away unexpectedly in 2015 while on vacation in Greece with my mom. Within hours of hearing the news, my wife and I were on our way to the airport, scrambling so I could catch the last flight out that day. In those chaotic, painful moments, I only asked my wife to call one person—Mike. I didn't ask her to contact any other family member or friend. It was instinctive. Mike held such a special place in my dad's heart—and in mine—that he was the only one I felt needed to know right away.

My wife told me that when she called, Mike and Shirley broke down in tears. After a few moments of stunned silence, Mike asked, "Where is he in Greece? I'll fly out tomorrow morning to be with Evan and his mom. Shirley and I will go." That response stayed with me. Most people offer condolences. Most say, "Let us know if you need anything." Mike meant it. Without hesitation, he was ready to get on a plane halfway across the world just to be there for us. And I know—if I had said yes—he would've been there. Mike was at the funeral long before anyone else, waiting for our family to arrive. He was the first to wrap us in support, and the kind of steady, loving presence that holds you up when your world feels like it's falling apart. His actions spoke louder than words ever could. And they reflected the same kind of trust, generosity, and love that my dad valued so deeply in him. I will never forget it.

In the months after someone dies, the calls slow down, and that's what our family experienced. Mike is the one person who has consistently called to see how I was doing in the days that followed. He knew that I had my career but was also responsible for taking over my father's business. Mike called off and on for months to see how I was doing, to ask how the family was. I've never shared this with Mike but having him call and check up on me was the closest thing to having a father-figure back in my life. Mike has always been ready to share a good story about my dad, say something the way he would have in a Greek accent, and offer his love and support for my family.

In 2023, I had a "widow maker" heart attack with a 12% chance of survival. It was, without question, the most terrifying moment of my life—and for my family, too. In moments like that, everything sharpens. You're forced to pause and reflect on what, and who, really matters. As I began to recover, I was overwhelmed by the people who reached out and one voice I kept hearing was Mike's. He called again and again to check in, to make sure I had a good doctor, to ask how I was doing, to tell me he was praying for me.

Once again, I was reminded: Mike was there. Quietly, consistently, genuinely—part of the incredible support system that has carried me through some of life's most difficult chapters.

Life has taken our families in many different directions over the years, but the love and respect we share has remained constant. When our families have been together in Wisconsin, I've gotten to see Mike in his other role: as "Bumpa" to his grandkids. And it's no surprise—he's the same deeply present, thoughtful listener with them that he was with his own children. Watching him with the next generation is a beautiful reminder of who he's always been.

Even during these past few years—when Mike has faced his own challenges—he's still found time to reach out. To check in. To show up. And for all the reasons I've shared—and so many more—I'll be forever grateful to him.

As you determine Mike's sentence, I humbly ask that you consider the full picture of his life—who he is at his core, the quiet strength he has shown time and again, and the profound impact he's had on those fortunate enough to know him. His legacy is one of compassion and unwavering presence. And to me—and to my family—he has been nothing short of exceptional.

Sincerely,

Evan Adams

May 16, 2025

The Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, IL 60604

Dear Justice Blakey,

My name is Rosemarie Andolino and I have had the pleasure and privilege of knowing Michael Madigan for over 30 years. Throughout this period, I have only known kindness and respect from the Speaker, while witnessing firsthand his love for our great city and state. I appreciate this opportunity to share with you the Michael Madigan that I know.

When I began working in the Department of Planning and Development, I began interacting with Speaker Madigan on many occasions to discuss developments in the legislative district that he had served. Whether it was a residential, commercial or industrial development, he always made time, listened, and would often offer constructive advice. The only thing he asked in return is that we have community meetings to explain to his constituents what the development was and how it might impact their lives. Only when they agreed could you count on the Speaker's full support.

As Commissioner of the Chicago Department of Aviation, I worked with Speaker Madigan on many airport issues. No person knew better than the Speaker how important both O'Hare and Midway International airports were to our region and our country. And with the Speakers help with the modernization of O'Hare; it remains the nation's most connected airport and the major driver in bringing tourism to our region.

I could go on and on and give other examples of working with the Speaker; however, I would like to share Michael Madigan's personal side with you. During my time as commissioner, many stories were written about the airports and me personally. As you may imagine, not all were flattering, and one was particularly hurtful.

On one of these memorable days, my telephone rang, and it was Speaker Madigan. He took the time out of his day to call and to tell me how unfair that media story was and that he was thinking of me. A couple of days later, I received a beautiful note from him letting me know he was so very proud of me and my accomplishments.

When my husband's sister passed away from a very difficult and painful cancer, one of the first calls we received was from Mike Madigan to not only extend his sympathy, but to see if

there was anything we might need and how he might help us during that time. And through the years and other challenging times, the one constant has always been Speaker Madigan - calling and always seeming to know what to say and offering his help.

I only wish that you and others could know Mike Madigan like I do. He has been not only a mentor but is truly one of the kindest people I have ever known, always giving, helping and asking nothing in return.

I respectfully request that you show leniency towards Michael Madigan during this difficult time.


Sincerely,

Rosemarie Andolino

LAW OFFICE

# JOHN ASHENDEN

ATTORNEY AT LAW

███████████████

Telephone ███████████          May 17, 2025          E-Mail: ███████████

Honorable John R. Blakey
Judge, Northern District of Illinois
219 S. Dearborn Street
Courtroom 1203
Chicago, Illinois 60604

Re: Sentencing of Michael Madigan

Dear Judge Blakey:

I respectfully submit this letter in support of Michael Madigan as Your Honor considers his sentencing. As a practicing attorney in Illinois, and as a more recent friend, I have had the opportunity over the past year to engage with Mr. Madigan during several dinners and conversations with mutual friends. These interactions have provided me with insight into the man beyond his public persona—a dedicated public servant who has significantly influenced Illinois governance.

Throughout his extensive career, Mr. Madigan demonstrated a steadfast commitment to advancing worker protections, education reform, and civil rights legislation. His tenure as Speaker brought stability and legislative progress during periods of political and fiscal uncertainty.

In our personal conversations, I have been struck by Mr. Madigan's humility, patience, and thoughtful approach to both politics and people. He listens attentively, speaks sparingly, and shows genuine interest in the concerns of others. Contrary to some public caricatures, I have found him to be principled, disciplined, and reflective—especially regarding the responsibilities that come with leadership.

I fully acknowledge the seriousness of the charges before the Court and do not seek to diminish their gravity. My intention is to provide a more comprehensive picture of Mr. Madigan: a man who, over a lifetime of service, has contributed meaningfully to his state and community, and who has demonstrated personal decency and loyalty in private life.

I trust that Your Honor will weigh these thoughts carefully in determining a just outcome. Thank you for your time and consideration.

Sincerely,

*John Ashenden*

John Ashenden

March 4th 2025

Dear Judge John Blakey :

Please allow me to comment on Mike Madigan . He is a man I rode the bus with in high school and remained a friend of thru these many years . I watched him grow as a lawyer and as a political figure. BUT I never saw his core value change from the boy in the back of the bus next to me. He married and became a good husband and a great father. He always wanted to help his family and others . His greatest strength was his listening skills .

My father become ill and Mike found time to visit him as his health became worst. As my mother aged (almost to 100) Mike would send her flowers on occasion and she would light up like a Christmas Tree. My sister had mental health issues but Mike found time to listen and counsel her.

His core value was that of listening and working to help others . Sometimes, the little kindness he always showed others meant more than I can easily express .

I can only say that Mike Madigan is a GOOD MAN.

Respectfully,

Andy Barry

**NORMAN BOBINS**



March 12, 2025

Honorable Judge Blakey:

I write to offer information about Michael J. Madigan whom I have known for at least 30 years. Our interactions have been of a personal nature.

I am Norman Bobins, a retired, 50-year veteran of the Chicago banking community. I am a proud, lifelong citizen of Chicago. I served as the president and CEO of the LaSalle Bank and a director on the board of The Private Bank and its successor, CIBC. During my tenure, these institutions were actively involved with the Chicago business community, the City of Chicago, and the State of Illinois in their efforts to enhance economic stability and social well-being in Chicago.

In addition to my professional activities, I have been deeply committed to my civic responsibilities to our great city. I am very proud of having served as a board member of the Chicago Public Schools for 15 years. I am a past director of the Civic Committee of the Commercial Club of Chicago. I continue to serve on the boards of WTTW, the public television station in Chicago, Field Museum of Natural History, Brain Research Foundation, Navy Pier, and ADL Midwest.

In 2009, my wife and I experienced the devastating loss of our only child who died during Mother's Day weekend. Michael Madigan and his wife were extremely sympathetic and supportive of us during our darkest hours. They checked on us often and invited us to join their family on Father's Day 2009. From that day on, we have been treated as members of the Madigan family with open arms and love. This is so vital, because we have no other family. Every year, we celebrate Mother's Day and Father's Day with the Madigans. We are included in birthday and graduation celebrations. The thoughtfulness and kindness of Michael Madigan and his family have helped us get through many difficult days and given us a wonderful sense of belonging.

My wife and I have had numerous opportunities to observe Michael Madigan in his personal life. We greatly admire his devotion to his faith and family. We always found Michael Madigan to be a man of his word.

Respectfully,

Norman Bobins

Judge Blakey,

I am writing to you on behalf of my long-time friend, Michael Madigan. My name is Anthony Calderone and I have known Mike for over 20 years. I and my family are the owners and proprietors of Palermo's 95th Italian Cuisine, which has been a staple of our neighborhood and Chicago since 1961. Needless to say, I understand the value of family, community, friendship and the importance of involved public officials. I believe I have an important perspective that I hope Your Honor will consider.

My experiences of Mike as a person are very different from those popularly displayed to most of the public. I have always found Mike to be humble, gracious, circumspect, unobtrusive, truthful and generous. He always treated not only me, but my staff and other patrons with an open heart, giving freely of his time and good nature. To me, this is an important distinction from the public image and one that I think should be considered by Your Honor in making any further decisions regarding the case.

Along those same lines, I have always found Mike to be both truthful and open. While I suppose most politicians are seen to some extent as being double-talkers, saying whatever they need to say to get the job done, this has not been my experience of Mike. In all of my interactions with him, he has always been direct, honest, and true to his word. I hope this is another factor that Your Honor will consider.

The story that I think best evokes the true Mike comes from one night when he came to have dinner at Palermo's. There was a teenaged young man that was interested in going into politics and wanted to ask Mike some questions. His family encouraged him to wait, or at least to be brief. Mike invited this young man to sit with him while he had dinner, and spent a full hour and a half answering his questions and providing encouragement. To me, and I hope you will agree, this was an act of character.

I know that the purpose of letters of support is not, and cannot, be requests to relitigate or reconsider what has already happened in court. My ask is that you consider all of the positive and good Mike brought to the world as some mitigation for the decisions you make looking forward.

Respectfully submitted,


Anthony Calderone



**SAINT IGNATIUS**
**C O L L E G E   P R E P**

*Founded in 1869 as Chicago's first Jesuit school.*



Office of the President
JOHN J. CHANDLER



May 9, 2025

Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, IL 60604

Dear Justice Blakey,

For over sixty-five years, Michael Madigan ` 60 has been a committed and active member of our Saint Ignatius College Prep community. I have personally known him for fifty of those years. Throughout those years, I have found him to be a man of integrity and faithful to his word. No one can doubt his passion and action for the citizens of Illinois. He has brought continued awareness to the issues facing our state and its residents. He has successfully addressed many of these issues – not for personal gain but rather that it was the right thing to do. Leadership can be a lonely road, Mr. Madigan has never shied away. His active engagement in the life and care of our students has mirrored the positive impact he has had on so many people throughout the State of Illinois. His acts of charity and kindness are always quietly undertaken. He does not "shine a light" on the many ways that he assists the marginalized, his constituents and colleagues.

His deep Faith was foundationally set by his family at an early age. I believe it grew during his high school experience. He has taken the principles of a Jesuit graduate – open to growth, academically competent and a commitment of service to others – and integrated them in his professional career and family life.

At Saint Ignatius he created a financial aid endowment for students whose parents would not be able to afford a Catholic education. He and his wife Shirley also sponsor a marginalized student annually. His presence at liturgies and sacramental celebrations at our Church of the Holy Family is another example of his commitment to his Faith. Mr. Madigan has never asked us for anything, except for prayer. His stoicism and gift of listening to people are characteristics which demonstrates his belief in representing all constituencies – not just the privileged and powerful. He has mentored our students, encouraged families of color to apply and represented, in my opinion, a central tenant of our Jesuit pedagogy – A. M. D. G., that is, doing all things for the Greater Glory of God. He shares with our Jesuit school, the importance of the "Magis" – always striving for the better, to improve and to lift up people around. This focus is not for personal gain. As the founder of the Society of Jesus wrote in one of his prayers, "toil not seeking any reward" exemplifies the humility that I and our community have seen in him throughout the years.

Our Faith challenges us to see the whole person. Forgiveness and justice according to Saint Ignatius of Loyola is a journey, not a single act.

Please do not hesitate to reach out to me, if I can provide you with any deeper insight. Thank you for reading this letter about our alum, a man of integrity, honor and trust.

Respectfully,

John J. Chandler
President

*Please remember Saint Ignatius in your estate planning.*
*Educating Students for lives of faith, love, service and leadership.*

March 21st, 2025

To Whom It May Concern

My name is Libby Lai-Bun Chiu, and I am writing this letter to demonstrate the character of Mike Madigan. I wish to share briefly my professional background, as the basis on which I am writing this affidavit to support my belief in him.

My work has been in arts and education, in various states, with national and international experience. I was an early childhood teacher, a coordinator of bilingual services for new immigrants and refugees, and a school principal, all in the Boston Public Schools. I recently retired as an Adjunct Professor in Arts Education and International Arts Policy in the Masters program at Goucher College in Baltimore. Further, I have served in executive positions in Massachusetts, Illinois, and Indiana. I grew up in Hong Kong, in a family immersed in the arts, and with parents and siblings in education. My avocation has always been in social justice, community service, and minority activism. I venture to say that these are the areas to which Mike has always offered support and advocacy.

When I was recruited in 1998 to Chicago to serve as the Executive Director of Urban Gateways: Center for Arts Education, I met Shirley and Mike Madigan almost immediately. They welcomed me into Chicago's famed arts and arts education community. I was blessed with the Madigans as my professional mentors and as personal friends.

Over the years, I found that Mike and I had similar intellectual and community interests. I have had challenging conversations with Mike about literature and history. I remember clearly, for example, one such conversation. Mike was almost professorial as he educated me on Russian Literature and Arts. While I was a Literature major in both high school and college, I was under-educated in Russian genres. Mike shared his learned knowledge on the subject, then analyzed its historical and contemporary significance in world civilization. He was most patient with my questions, and my quizzical disputes of his perspectives. We pledged to continue such discussions, sharing our mutual or dissimilar interests of literature and history, such as China's comparative literature and politics. This is the man who is a scholar, and whose intellect is admirable, with a humility and thoughtfulness to share with and learn from others from different cultures.

Mike understands and is committed to the moral imperative that we must share resources and access with those who are less blessed, in particular the young people who are at risk in education and social services caused by poverty and other inequalities. They are often denied the opportunities to celebrate their own arts and cultures, as well as those of others. Mike championed the work of Urban Gateways and other organizations that provide sustained programs for these populations, not for selfish rewards, simply for the joy radiating from these

young people's faces. He does not just believe in these values, he acts upon them, as evidenced in his presence in the arts and public education communities in Chicago in particular, and throughout Illinois.

I ask that Judge Blakey considers my affidavit of Mike Madigan as a person whose character and commitment to service I respect, and gives him the opportunity to continue his positive impact on the people of Illinois, and on the various communities where I have had the honor to witness.

Sincerely yours,

Libby Lai-Bun Chiu, former Illinois resident and professional for 25 years



LEON S. CONLON

PHONE [redacted]                                           EMAIL [redacted]

February 28, 2025

Honorable Robert Blakey
c/o Daniel J. Collins, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Daniel.Collins@Katten.com

Re:  Michael J. Madigan

Dear Judge Blakey:

As a long time member of the Federal Bar, now retired, and as a 60 year friend of Michael Madigan, I would like to provide some insights into Mike's character and reputation in the hope that my personal experience will be useful to you in the disposition of this case.

I met Mike in September of 1964 when he enrolled in the Loyola University Law School. I was a second-year law student at that time.  Our law school was quite small, especially after the first year, so all of the students were well acquainted with each other, and we worked together in close proximity.  With a failure rate of more than 50%, the experience was intense, and we developed a strong bond with all of our fellow students from all three class years.

I would like to share one carefully guarded secret about Mike from our student days.  At Christmas Time of 1965, we were part of a group that wrote a "Christmas Spirits" type faculty spoof that we performed at the Germania Club.  In the process of writing the parody lyrics for the show, I discovered that Mike has a wonderful sense of humor, a fact that is not well known.

In the years that followed, our lives were parallel, if not close.  Through many mutual friends we remained in contact although we never shared in any legal or political activities.  I watched his success in public life with great admiration.  It reinforced everything that I knew firsthand about his work ethic and honesty.  Mike is probably the hardest working man I have ever met, and I highly respect that.  When I ran for the Con/Con in 1969 (and lost decisively), I came to appreciate the rigors of elective office, and I abandoned any thought of ever trying my hand again at elective office.

Through middle age, I was modestly successful as a university and hospital lawyer while Mike became Speaker of the Illinois House, and all of us Loyola Alums looked on with great admiration.  For my account, my middle age was, as with so many lawyers and judges, a gradual descent into alcoholic drinking.  The familiar story of declining skills and failed relationships culminated in an Intervention conducted by the Lawyers Assistance Program of the Illinois Bar.

Hon. Robert Blakey
February 28, 2025
Page Two


I was given the opportunity to accept definitive treatment for alcoholism in April of 1990, and, fortunately, I accepted the help. I completed a rigorous program of inpatient treatment and supervised aftercare and then returned to private life, but my legal career was a shambles, and I emerged from treatment lonely and afraid.

At that time of crisis in my life, Mike Madigan reached out to me and offered me his help. He helped me look for work, and he helped me reintroduce myself to the legal community. He didn't come to my aid because we were close friends, because, as I have said, we weren't "close" friends. We weren't related by blood or by any business attachments. There was nothing I could do for Mike and no return that he could expect. I couldn't even vote for him. I was only an old law school friend who was in deep distress and in need of a helping hand. Of everything that Mike did on my behalf, the thing I am most grateful for, is the simple act of friendship, to be seen as a struggling man who was lonely and afraid.

I am pleased to report that I went on to practice law until I retired in 2013, and I am now celebrating 35 years of continuous sobriety. Each day has been a blessing, and I owe my happy life to a loving wife of 58 years, a loving family and to loyal friends like Mike Madigan. He didn't have to take time from his demanding career to stop and help me out. He would never have been criticized for looking the other way and driving by, but he did take the time and effort to help me up. I believe Mike saw that as the right thing to do, as the proper service of a decent, caring man.

I am not revisiting my own frailties in search of praise or sympathy. I only want to offer my testimony as an insight into the character of a good and generous man, my friend, Mike Madigan. I hope my insights are useful to you as you carry out the heavy responsibilities of your office.


Very truly yours,



Leon S. Conlon

LSC



John J. Cullerton


May 16, 2025

Hon. John Robert Blakey
U.S. District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Courtroom 1203
Chicago, IL 60604

Dear Judge Blakey,

My name is John Cullerton and I'm a partner at the law firm Thompson Coburn here in Chicago. I'm writing this letter on behalf of Mike Madigan. I understand that he was convicted of serious public corruption charges, but I have enough knowledge of and faith in Mike to write a letter in support of him as you determine his sentence.

I first met Mike in December of 1977, when I sought his advice about running for Illinois State Representative. He was helpful to and supportive of me. He offered wise counsel and advice to me then and in the many decades that followed.

I was elected to the Illinois General Assembly in 1979 and served in the House until 1991, during which time I was the Democratic Floor Leader under Mike, who was Speaker of the House. I moved to the Illinois Senate in 1991, was elected as the Senate President in 2009, and served in this position until retiring in 2020.

Mike's roles as a State Representative and Speaker of the Illinois House required hard work on the political front to get elected to both the office and then the position of Speaker. But once in office, the policies and legislation he supported were meant to help working people. Our Party's philosophy was to help create jobs with fair wages for the working class. For eleven years as Senate President, I worked directly with Mike to balance differences and to reach compromises between the two Chambers. He was a quiet man, and an honest man, and his word was his bond.

Having worked with Mike for many years, I knew that I could trust him even when we disagreed or had differences of opinion. I learned of a recording used in his trial where he was critical of me due to a misunderstanding. At that time, he thought that I supported a Republican appointee for a position rather than an appointee from the newly-elected Democratic governor. In fact, the Republican appointee was confirmed by the Senate because there was not enough time to confirm a Democrat under the Senate's procedural rules. In learning about Mike's criticism of me, I was not at all upset because I knew that there was this misunderstanding. If I had had the same understanding as him, I would have been upset, too. That recording does not reflect my relationship with Mike or who I know him to be: a hardworking, dedicated public servant who spent decades trying to help the people of Illinois.

May 16, 2025
Page Two


Beyond politics and legislating, I became a close confidant and personal friend of Mike, as well as his wife and family, when I was in the House. I was honored to be asked to be the godfather to his son, Andrew. In my experience, Mike always demonstrated his total dedication and loyalty to his wife and family. Despite the strains that being in politics can have on one's personal life, he always found time to be with his family. He has every reason to be so proud of his wife, his children, and his grandchildren.  They reflect the best of Mike.

I respectfully request that the Court will take into consideration all of the good that Mike has done throughout his career and impose as lenient a sentence as possible.

Very truly yours,

Thompson Coburn LLP



John J. Cullerton

JJC/fch

# STEPHEN B. DIAMOND, P.C.

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

███████████

**E-MAIL:** ███████████        **Writer's Direct Dial:** ███████

May 12, 2025

Honorable John R. Blakey
Judge, Northern District of Illinois
219 S. Dearborn Street
Courtroom 1203
Chicago, Illinois 60604

Re: Michael Madigan

Dear Judge Blakey:

I write in support of Michael Madigan, whose sentencing is June 13, 2025. Michael Madigan has been a professional colleague and friend for 40 years. The following support mitigation of his sentence:

1. I have discussed with him on many occasions the needs and issues confronting the People of Illinois and he was always responsive to my questions. He has performed decades of extraordinary public service.

2. Occasionally I had professional requests — I have been a lawyer 57 years — and he helped me to speak to responsible legislators and appear at legislative hearings. He refused political contributions that I offered on every occasion.

3. After my son was admitted to the University of Illinois Michael supported him as he had some initial difficulties. My son graduated in the standard four years and obtained honors as a graduate student. Michael's support was pivotal.

Thank you.

Sincerely,

*Stephen Diamond*

Stephen Diamond

John T. Donovan

May 7, 2015

Hon. John Robert Blakey
United States District Judge
219 South Dearborn Street—1288
Chicago, Illinois 60604

Dear Judge Blakey,

I am writing to you today on behalf of my friend, Michael J. Madigan.

My family and the Madigan family have been friends since before I was born, and I have known Mike since I was a little kid because of this relationship. As a result, I feel I have a unique relationship with Mike. He has always been a friend and role model to me.

Most young boys growing up want to be like their fathers, and I am no different. As a kid my father would tell me the keys to a good life were: you need to have a good education, you need to work hard, and you need to be a man of integrity.

Mike Madigan is, and always has been, the embodiment of my dad's advice.

Most people first hear of Notre Dame because of football, but not me. I first heard about it as a kid when my dad would talk about being a night school graduate himself and how he wanted his kids "to have an education like Mike Madigan, and go to Saint Ignatius College Prep and Notre Dame."

I am graduate of Saint Ignatius (2004) and Notre Dame (2008), just like Mike. And I am fortunate enough to have had the honor to work for him in the Illinois General Assembly for three years and call him my boss.

Mike Madigan has been a role model, mentor, and teacher to me, and never once has he failed to exemplify the highest level of character around me.

During my senior year at Notre Dame I had the privilege of interviewing Mike as a primary source for my capstone paper in a course called, *The Right to Vote*. Mike was warm, candid, and extremely generous of his time and wisdom. He spoke to me about the role elected officials and political parties played in voter enfranchisement and the first amendment.

When I graduated law school and passed the Illinois Bar, he called me and offered me a job on his legal staff in the Illinois House of Representatives, and I worked there from 2012 until 2015.

While I was on staff I learned about Governor Jim Edgar's Edgar Fellows Program at the University of Illinois. I wanted to become a fellow, but the only way to do so was to be nominated by other people in government and politics, including past fellows. After failing to be selected in 2015 despite bi-partisan letters from past fellows, I decided to ask Mike for a nomination letter for the 2016 Edgar Fellows Class, and he kindly agreed to recommend me. In 2016, I was selected

Scanned with

CamScanner

John T. Donovan

███████████

and the day the program started I happened to be parking next to Governor Edgar. When Governor Edgar exited I immediately walked up to introduce myself and thank him for the honor. When he heard who I was his eyes lit up, and with a big smile and a laugh he said to me, "So you're the guy Mike has been calling me about? He must like you because I don't recall ever being called that many times by him."

Mike Madigan was a great boss, and his staff was the best around because he didn't just teach, he led by hard-work, discipline, honesty, and integrity. What breaks my heart, however, is most people only know Mike for how others have portrayed him to be, rather than for who he really, truly is and always has been.

Mike is warm and very funny, and he is a good family man. He has dedicated his life to public service and has always been a teacher, mentor, and role model to countless people, such as myself.

It is my hope and prayer, as you undertake the unenviable task of considering his sentencing, your honor, that through your wisdom and mercy, Mike might also be afforded a similar compassion and fairness he has shown so many others throughout his life.

With warmest regards, I remain

Sincerely yours,



John T. Donovan

Scanned with
CamScanner

# Thomas R. Donovan

Judge John Robert Blakey
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Blakey,
This is a letter that I never would have thought I'd be writing, however, I respectfully appreciate the opportunity to do so.

My name is Thomas R. Donovan, and I have been a friend of Mike Madigan for 55 years. I came to know him in 1969, when I was a young Administrative Assistant and de facto Chief of Staff for Mayor Richard J. Daley and Mayor Michael A. Bilandic. I served the City of Chicago in that position for ten years.

In those ten years, I had the opportunity to work closely with Mike Madigan on numerous endeavors for the City of Chicago. His character and integrity were always beyond question and an invaluable asset as we faced the challenges that our great city encountered. His word is his bond and being trustworthy is his hallmark.

Speaker Madigan's public accomplishments on behalf of the City of Chicago, the State of Illinois and its people are well known and too numerous to recount in this letter. His leadership over the past fifty years is unparalleled. Friend and foe have always sought his unquestioned knowledge and guidance, and he willingly helped all to better understand the rules of the General Assembly.

If I may, I would like to convey my thoughts about Mike Madigan, the private person who I have known for most of my adult life.

The Mike Madigan I know is a wonderful family man, a loving husband, father and grandfather. The man that I know is a kind and generous person. He willingly and proactively gives his time, talent and resources to help those who are in need, unable to help themselves and cannot ever repay him in any way. He seeks no return

or accolades. I have personally seen this on numerous occasions. I have always said that I do not know anybody who has helped more people than Mike Madigan.

After I left government service, I became the President and Chief Executive Officer to the Chicago Board of Trade, a position that I was honored to hold for 18 years. Our careers took different forks in the road, but Mike and I have always stayed in touch with one another. The Madigans are good people, and I value the relationship that the Madigan and Donovan families enjoy.

Mike Madigan is a good man in every way. I am grateful for his friendship. I will always be his friend. It hurts me to see the situation that he faces today at the age of 82.

I hope that you will take into consideration the man that Mike Madigan has been over the last 82 years. I hope that you will consider his life in totality and recognize the good and positive things that he has done and the wonderful results of his entire life and career.

I don't think any good purpose would be served by a prison sentence. His governmental career is in the past, his reputation tarnished, and his legacy negatively impacted, notwithstanding a life of public service and dedication to the people of our state.

Your role is a difficult one. Only a certain type of person can be judge. In our society, we respect the rule of law, the role of the judiciary and the challenge that you face when deliberating a sentence. I hope that you will make every effort to temper justice with mercy.

Thank you for hearing my plea for leniency and forgive me if I have offended you and our legal system in any way. I believe in the rule of the law and Lady Justice.

Respectfully yours,

*Thomas R. Donovan*

Thomas R. Donovan

# THEA K. FLAUM

Honorable John Robert Blakey

219 South Dearborn Street

Chicago, IL 60604

Dear Judge Blakey,

In 1976, Michael and Shirley Madigan were married in our living room. We then had a small celebratory lunch (13 people) around our dining room table.

Joel Flaum, to whom I was then married, and I had known Shirley for many years. She and her small daughter, Lisa, had become part of our family.

In the nearly 50 years since, I have had many opportunities to get to know Mike—and to discover the fine person that he is. Mike is quiet, thoughtful, a born observer, and no good at small talk.

Mike is a loving husband to Shirley and an intensely caring father to Lisa and to Tiffany, Nicole and Andrew. As "Aunt Thea" to the Madigan children, I can attest to how much Mike is involved in their lives.

As a teenager, Lisa's admiration for Mike and his commitment to government prompted her to focus on history and civics in high school. Mike called me when Lisa applied for a post-college program to work in apartheid South Africa to teach math and English to young Zulu girls at a remote rural school. He was worried about her safety and was concerned that she would be lonely. But he understood and appreciated that her determination to go to Africa was a reflection of what she had learned from him. Essentially, he had taught her to care. She went with his blessing.

Over the years, Mike would often call and ask me to "talk" to one of the children. (The kids almost always suspected that he had prompted me to call.) It often turned out that the person I really needed to talk to was Mike. His children were growing up in ways that were so different from his own experience that it was hard for him to understand. But to Mike, understanding them was always worth the struggle.

Joel swore-in Mike as Speaker of the House in 1983.

Mike once told me that he got through law school by "outworking everyone else," and that his success as Speaker was merely the result of hard work and paying attention to detail—not because he was some kind of legislative genius. I know that Mike firmly believed that he could make a difference, and that he is responsible for much legislation that has made Illinois lives better.

I write this letter in the hope that I may have given you a fuller picture of who Mike Madigan is, and that you will take it into account in considering your sentence.

Sincerely,

Thea K. Flaum

Thea K. Flaum

# Vincent J. Getzendanner, Jr.

███████████████████████

May 15, 2025

The Honorable John Robert Blakey
United States District Court for the Northern
    District of Illinois
219 South Dearborn Street
Chicago, IL  60604

**Re:    Michael J. Madigan**

Dear Judge Blakey:

I've known Mike Madigan personally and professionally for over 60 years.  We first met in 1964 as students at Loyola Chicago Law School rooming together for the next two years. Mike was a native Chicagoan and on most weekends during the school year he would stay with his parents at their family home on the southwest side of the city.  I was new to the city and Mike took time to "show me around" including visits to his parents' home and the nearby 13th Ward Democratic Organization office where he worked part time in the summers.  It's fair to say that at the time some parts of the city's southwest side did not strike me as a hotbed of racial tolerance or liberal ideology.  Mike was not drawn from that mold.  For as long as I've known him, Mike treated everyone with respect and consideration.

Mike was a conscientious and serious law student spending many a weeknight studying in the law library until closing time (I was less acquainted with the law library hours).  Later in his political career Mike would be credited with moving legislation by "playing chess while his contemporaries played checkers" which implied he possessed some special aptitude.  Looking back, it's likely he did, but to me the most important factor was that Mike outworked everyone else.  He spent countless hours studying proposed legislation, weighing its merits (and demerits) always focusing on its impact upon Illinois citizens and businesses.  Mike was a hard worker.

Of course, crafting the "best" bill and passing it into law requires more than hard work. Many times, it comes down to faith in a legislature leader's judgment and reputation for straight dealing.  Just as my own experience was, and remains, that Mike's word was good and that he always honored the commitments he made, Mike's reputation for being an honest broker contributed to the passage of many significant pieces of legislation.  Mike's word was good.

From Mike's earliest foray into seeking elective office (in 1969 Mike was elected as a delegate to the Illinois Constitutional Convention), he was the antithesis of the conventional view of a politician as a "backslapping, extroverted, it's all about me" individual.  Both in public and private life Mike was always more interested in what the other person had to say; rarely did a

Case: 1:22-cr-00115 Document #: 419-3 Filed: 05/30/25 Page 27 of 83 PageID #:16873

conversation begin with his views or accomplishments. My supposition at the time was that perhaps Mike, like me, had been "advised" by his grade school nuns that you "learn far more by listening than you do talking. (Admittedly, I paid less fealty to this admonition than Mike.) Mike was a good listener.

In the early 1970s, I joined with Mike and four other recent Loyola law graduates in the practice of law. In 1982, Mike and I formed our own law firm of Madigan & Getzendanner based solely on a handshake. While I likely would never recommend this arrangement to a client, I had absolute confidence in Mike's commitments and I've never had cause to doubt them. Once he made a commitment, he always followed through on what he said he would do even when changing circumstances made it more difficult to keep. Again, simply stated, Mike's word was good.

Over the years on many occasions, I acted as Mike's personal attorney. In 1976 I handled his house closing, the same modest house on the southwest side of Chicago he resides in to this day; his daughter Lisa's adoption; and for a few years I advised him on his personal finances. At that time, I felt reasonably competent to offer Mike financial advice mostly because he didn't have many finances to advise him about. What impressed me then and now was that Mike, and his wife, still managed to give priority to supporting charitable causes, both through their advocacy on behalf of certain charities and their own personal monetary contributions to them. Mike was a giver.

From his first years as Speaker in assembling his legislative team leaders and staff, Mike was merit based. He sought highly competent individuals who as a group reflected the value and diversity of our State. He appointed and/or hired many qualified women long before it became politically expedient to do so. For the last 15-20 years of his Speakership, both his top assistant in the House of Representatives and Chief Legal Counsel were women. He wasn't a women's rights crusader; he simply chose who he thought would be the best person for the position at the time.

By the late 1980s our firm had become successful and financially remunerative (we made a good living). I'm not saying that this wasn't important to Mike; of course, it was (in my experience when you have money it's easy to say you could live without it – most times you can't). I can say that "making money" wasn't Mike's animating goal. Rather, I believe Mike derived his principal satisfaction from: (a) helping to enact legislation which improved peoples' lives and made our State a better place to live, and (b) personally extending a helping hand to individuals he discerned were in need of one. (At heart I believe Mike had the ethos of a social worker.) Sometimes that meant writing letters of recommendation for admission to schools or in support of a job application; other times, it was to get someone or someone's wife, child or other relative in need of emergent medical care or counselling into seeing a doctor or counselor on a timely basis. Mike didn't provide this assistance on a transactional basis; he wasn't looking for anything in return. He did it because he could and it was the right and decent thing to do. Quite simply, Mike's default position was to help others in need. I suspect you may receive countless

Case: 1:22-cr-00115 Document #: 419-3 Filed: 05/30/25 Page 28 of 63 PageID #:16874

letters from individuals Mike helped affirming the truth of this assertion. For myself, I know that most days I couldn't walk with Mike for 3 blocks along LaSalle Street in the Loop without someone stopping Mike and thanking him for his help.

Of course, Mike is only human (I'm pretty sure) and he was not without a dark side. Watching or attending a Notre Dame football game with him was never a day at the beach, particularly when the lads in green and gold played below his expected standards for them and/or in his view the referees placed their thumbs on the scales of justice in favor of the opposing team. (The inhumanity!)

Also, Mike I believe took inordinate pride in demonstrating his famous dietary will power by limiting his lunches at the law office to a single apple which he meticulously sliced into small pieces before eating. Strangely enough, on many occasions I subsequently found an unexplained residue of chocolate chip cookie crumbs on his plate.

I apologize in advance for the length of this letter and for any expression of attempted humor by me you may find ill-advised or off-putting. In defense to the length of this letter, I've had 60 years to observe and interact with Mike. Outside of his family, if I don't know him the best, I'm in the team photo. Frankly, there's just a lot for me to talk about. Any expressions of attempted humor are a different matter – I have little or no defense. I suppose subconsciously it's a way to distract myself from the seriousness of the reason I'm writing this letter in the first place. Also, misplaced or not, my sense of humor seems to be a piece of who I am. Again, no offense is intended.

In conclusion (the two words you've been waiting for), while acknowledging that I am not a neutral observer, my takeaway point is that Mike Madigan is a decent, caring person who has a near lifetime track record of helping people in need, most of the time when no one was looking. I think the world of him and there are many good reasons for me to think so. Thank you for any consideration you may give my thoughts and observations.

With respect,

Vincent J. Getzendanner, Jr.

BARBARA GIORGI VELLA



Honorable John Blakey
U.S. District Court
Northern District of Illinois
Dirksen Federal Courthouse
219 South Dearborn
Chicago, Ill. 60604

Re: Michael Madigan

My name is Barbara Giorgi Vella.  I am a personal friend of
Michael Madigan and met him through my father "Zeke" Giorgi, who
was a state representative for 29 years and served with Mike
until he died.  I am married to Frank Vella and we have three
children.  Two are attorneys.  We have two grandchildren.  I am
an attorney and have practiced for 32 years.

I have known Mike for 40 years.  My father had a close
relationship with him as they were both Democrats and my father
was in leadership during his tenure.  My father had a great
respect for Mike's work ethic as he was hard working and
disciplined.  They shared a belief that blue collar workers
needed a voice in Springfield.

When persons are in leadership, there is an understanding that
their words matter and that trust must be maintained by keeping
your word.  Every decision and agreement cannot not necessarily
be written.  My father was the son of Italian immigrants. He
dropped out of high school to support his family, received his
GED in the Army during World War II and went on  to serve as a
State Representative for 29 years.  He had no illusions about
how important he was and had no hidden agenda.  My father's
word was his bond with his family, constituents and fellow
legislators.  I can truthfully say my father acknowledged to me
that he could trust Mike's word.  This mutual trust was the
foundation of their relationship.

My dad and Mike shared both shared a strong belief in family
life.  When I spoke to Mike on the phone, we often talked about
our respective families.  He wanted to know about my sisters, my
husband, our children, my mother before she died and my nieces

and nephews.  He was proud of his children and how they matured
in their careers, relationships and as parents.

After my father died, I was motivated to keep his memory alive
so I started a scholarship fund at NIU College of Law.  Mike
supported me in that and contributed to the fund and encouraged
others  to do so.  Mike also honored my father in other ways.
He established the Zeke Giorgi Legal Clinic which is housed in
Rockford.  It was opened in 2001 and is still operational.

The purpose of the Clinic is to train law students to prepare
for their profession and to help people who need information and
representation for criminal and civil matters. Since March 9,
2001, the Clinic has served 5,506 persons with legal matters.
All services are free of charge.  Presently the Clinic is
serving 137 total clients, 102 in criminal defense and 35 in
Civil Justice defense.  The Zeke Giorgi Legal Clinic has been
recognized by the Winnebago County Health Department for
leadership in violence prevention, and by the Illinois Bar
Association for  Excellence in Legal Education for emphasizing
real world skills for law students. The Clinic also works
closely with the Family Peace Center helping victims of domestic
violence.  My father would be proud that the Clinic continues
the work that he supported.    Without Mike's support and
guidance, this Clinic would not have been available to our
community.

I was approached by the University to honor Mike for his
contributions to NIU.  I asked him if he would like this.   He
declined any honors and stated he did this for his friend and
not to honor himself.

Mike has been a wonderful friend to my father and a great friend
to our family.  We all miss my father and he is remembered by
the City of Rockford and many people because of the Clinic, the
naming of the State of Illinois building and the naming of part
of Highway 39.  Mike spoke the eulogy at his Mass.  My father
died in 1993 but many still remember him and his contributions
to the people and the City he loved.  I know that Mike helped
him fulfill his mission.   Theirs was a lasting friendship.


                        Thank you

                        BARBARA GIORGI VELLA



**HEALY SCANLON VEUGELER GANNON**
TRIAL ATTORNEYS

MARTIN HEALY, JR.
JOHN P. SCANLON
KEVIN T. VEUGELER
MATTHEW M. GANNON
NEIL SCHELHAMMER
MICHAEL P. SCANLON
RACHEL K. STRIEBER

*Of Counsel:*
MATTHEW J. HEALY
TERENCE GEOGHEGAN
TERRY SULLIVAN
JOAN M. MANNIX

May 20, 2025

Honorable Judge Robert Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey:

I am writing to offer you some additional insight to the person, Michael Madigan. I have known him since high school. We attended St. Ignatius High School, University of Notre Dame and Loyola University, School of Law together. Over the years, I had interactions with Mike, both of us practicing law in the same building for a long time.

I think Mike's faith-based education gave him clear appreciation of basic right and wrong, and each person's responsibility to help others, especially those in need. His generosity toward his schools and other charitable endeavors reflects this attitude.

When Mike got into the political world, I think he understood that the only way to be successful and to accomplish his legislative goals was to be very disciplined in focusing on the legislator rights and wrongs. In my interactions with him as a student, fellow attorney and legislator, I have consistently seen him as a person guided by the strictest adherence to these ethical standards.

While my legislative interactions with Mike over the year were limited, I did have an opportunity to deal with Mike closely for some period of time, as an officer and ultimately president of Illinois Trial Lawyers Association. As a group, ITLA advocates for improving the safety for individuals in our society and protecting the legal rights of injury victims. My meetings with Mike demonstrated his same commitment to right and wrong, balance, and fairness to all affected by legislative process.

I think these basic rules of right and wrong were instilled in Mike at a young age, and he made a sincere attempt to adhere to them the rest of his life. I hope you can consider these things when deciding his future.

Very truly yours,

Martin J. Healy, Jr.

**Harold J. Hicks**

Judge John Robert Blakey
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois  60604

Dear Judge Blakey:

I write to assist you in your consideration of a proper sentence for Michael J. Madigan.

I have known Mr. Madigan since 1979 when I was hired by his law firm for a clerical position.  As a second-year undergraduate student at Loyola University who aspired to attend law school, I was grateful for the opportunity to work in a law firm prior to attending law school.  I did realize my dream of becoming an attorney, and the experience of working in a law firm during my college years was invaluable.  I was and am grateful that Mr. Madigan gave me this opportunity.

Very early on, in the winter of 1979, I experienced Mr. Madigan's character first hand. The CTA went on strike in late 1979.  Several of us in the law office were talking about it, and I mused aloud that the Illinois legislature could turn the freeways in Chicago into toll roads.  The tolls could be used to fund public transportation, and everyone would benefit: With better public transportation, more people would use it; the roads would be less congested; and the air would be cleaner.

Mr. Madigan's secretary was part of this conversation.  She thought it was a good idea and said that I should share it with Mr. Madigan.  I was reluctant to do so as a 19 year-old college student.  Additionally, it was not my idea; I had seen it in an economics textbook. Unbeknownst to me, the secretary did share this with Mr. Madigan.

Several weeks later, Mr. Madigan called me into his office.  He told me that his secretary shared this idea with him, he thought that it was a good one and he, in turn, shared it with the professionals at the appropriate state agencies.  Those professionals reported back to him that this situation would be unworkable because motorists would exit the freeway before the toll was to be paid and create traffic jams in the neighborhoods.

Nonetheless, he thanked me for this idea.  I was very impressed that Mr. Madigan was and is a person who listens to all, no matter what their station in life is.  I observed that Mr. Madigan treated everyone this way and was and is one of the most honest, straightforward persons I have ever met.  I saw first-hand many instances where he helped those who requested help and was honest with them when he could not be helpful.

Mr. Madigan is extremely hard-working and always demonstrated the highest moral values.  Please accord him every possible consideration as you see fit.

Very truly yours,

*Harold J. Hicks*

Harold J. Hicks

**Patrick J. Hicks**

20 May 2025

Judge John Robert Blakey
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois, 60604

Dear Judge Blakey:

I am writing to you regarding your consideration of a proper sentence for Mr. Michael J. Madigan.

My name is Patrick Hicks, and I have just completed my sixth semester at the University of Illinois at Urbana-Champaign where I am pursuing a bachelor's degree in accountancy. My father is Harold J. Hicks, and he worked for Mr. Madigan's law firm for the vast majority of my life. I, however, have only had one interaction of substance with Mr. Madigan, which I would like to recount here.

When I was in the eighth grade, during the 2017-18 school year, I was required by my school to participate in the National History Day program, whereby I had to conduct historical research and then create an exhibit, documentary, website, or performance about a historical event that interested me. There were but two limitations to my project topic: the historical event must have happened at least twenty-five years ago, and the event must have a connection to Illinois history. The second limitation no longer exists, but it did when I participated in National History Day.

I have always loved history, so I was much more enthusiastic about this project than most of my classmates. I also have always had a knack for numbers, hence my study of accountancy. Leading up to the start of this project in the fall of 2017, the State of Illinois's budget shortfall, spurred on mainly by its woefully underfunded pension system, was headline news for years. I was naturally interested in this issue and the history behind it given my inclinations stated above. I mentioned this to my father, and he suggested that I look into the 1970 Illinois Constitutional Convention because the state constitution, which came out of that convention, contains a very specific provision related to state pensions.

Another reason that my father suggested this topic was because Mr. Madigan served as a delegate to the Convention, and my father thought that maybe, just maybe, then-House Speaker

Madigan would take time out of his busy schedule to talk to me about the Convention. I started researching the Convention in October 2017, and I quickly realized that the project would need to take a more holistic view of the Convention rather than focus specifically on the pension issue. Around this time, my father spoke with then-Speaker Madigan, and he agreed to sit down with me to talk about his experience of the 1970 Illinois Constitutional Convention.

On a Sunday morning in December 2017, my parents drove me to Mr. Madigan's office near Midway Airport. Mr. Madigan proceeded to sit down with me, a fourteen year old boy, for almost two hours talking about his participation in a rare event in state history that happened almost fifty years prior. I videotaped the interview, and I was also able to interview another participant of the Convention. Using footage from these two interviews, my research, and other historical images, I created a ten minute documentary about the Convention. My documentary was selected as a state finalist at the Illinois History Day competition. It was then chosen as one of two documentaries from Illinois to compete at the National History Day competition at the University of Maryland in June 2018.

This accomplishment was incredibly exciting for me, my family, and my school community. Mr. Madigan generously offered me a significant amount of time out of his busy schedule, and it made all the difference in the success of my project. Please accord him every possible consideration as you see fit.

Sincerely,

Patrick J. Hicks

# HOLLAND HICKS LAW



May 2, 2025

Judge John Robert Blakey
United States District Court
Northern District of Illinois
Courtroom 1203
Chambers 1288

Re:     *United States v. Madigan*, No. 22 CR 115 (N.D. Ill.)

Dear Judge Blakey,

My name is Jeff Holland, and I am writing to the Court in support of Michael J. Madigan.  I have known Mike for over 20 years -first as an employer, then as a mentor, and eventually as a friend. My professional and personal observations and interactions with Mike reveal a caring, hardworking man who is deeply devoted to helping others.

I am not a native Chicagoan.  I grew up in South Bend, Indiana, attended South Bend St. Joseph High School and the University of Notre Dame.  I moved to Chicago after graduation and worked for the Cook County Assessor's Office while earning a law degree at night from John Marshall Law School.  After nine years of working for the County, I accepted a job with the law firm of Madigan & Getzendanner in 2002 and met Mike Madigan for the first time.

Since then, I have had countless personal interactions with Mike and observed countless more. What has struck me most in that time is that, without exception, he treated everyone with respect, honesty and kindness.  I would like to give the Court a couple of examples.

A neighbor's son, who is autistic, was having extreme difficulties finding employment due to some real and some perceived limitations.  I reached out to Mike about this person.  This was after the indictment in this case.  Despite the timing, Mike went well beyond advice and helped secure a spot for the individual in a training/employment program.  Further, Mike has continued to follow up and check on the individual's progress despite having no personal connection.  The only reason he did this was to help someone in need.  Mike has done this countless times for others.  That is who he is.

**HOLLAND HICKS LAW**

Judge Blakey
May 2, 2025
Page 2

A more personal example, my father was coming to Chicago for a surgery that had me and my family a bit emotional and very concerned. Beyond the standard (but appreciated) words of comfort that most would provide, (including me), Mike "researched" the surgeon and reported back to me with reassuring facts about the surgeon and hospital. It still strikes as me as above and beyond and a testament to his goodness.

There has been a lot of negative things said about Mike in the media. This is in complete contrast to the person I have known for over 20 years. He is nothing like he is portrayed in the local tabloids. Mike and his family have already endured tremendous suffering and his public reputation compromised. I hope justice will allow consideration of his lifetime of service and selfless actions for others. I ask the Court to please keep that in mind when making its decision.

Respectfully,

*Jeff Holland*

Jeff Holland

John Leonard Huff



May 15, 2025

Honorable John Robert Blakey
United States District Court,
   Northern District of Illinois
219 South Dearborn Street, Suite 1288
Chicago, Illinois 60604-1702

     Re: <u>United States v. Michael Madigan</u>

Dear Judge Blakey,

     I have been an attorney for more than fifty years and served as an associate judge in the circuit court of Cook County, Illinois for more than thirteen years of them. My assignment, at my request, was in the Juvenile Division where I heard child abuse, neglect and dependency cases from April 2009 until retirement in January 2022. It was the most rewarding work of my professional life.

     I was given this opportunity as the result of support and advocacy from many members of the Illinois Bar including my then partners at Huff & Gaines and my former partners at Winston & Strawn, many lawyers and clients with whom I had contact as a trial lawyer, and federal and state judges.

     In addition, I received the support of Illinois House Speaker Michael J. Madigan, who sent a letter supporting my candidacy to the circuit judges who voted in the 2008 associate judge election. Prior to that time, I had not met Mr. Madigan; his law partner and my friend, Bud Getzendanner, introduced us. Mr. Madigan sent his letter after considering my education at Georgetown University Law Center, my professional experience which began as a judicial law clerk in the Northern District of Illinois, as well as my community service; and, significantly, despite the fact that I was a Republican. I believe he did so in order to promote a balanced state court bench in Cook County.

Honorable John Robert Blakey
May 15, 2025
Page Two

Over the years following my election, I had the opportunity to greet Mr. Madigan at various receptions and functions. Each time, he inquired how I was doing and he thanked me for my juvenile court service. He was always straightforward and sincere. Needless to say, I am deeply grateful to Mr. Madigan for his unbiased support in helping me achieve my professional goal to serve our community as a judge.

Judge Blakey, none of us is perfect. We all make mistakes which we regret. When you weigh your decision in Michael Madigan's case, I ask you to give consideration of all his good works for so many years as an attorney, as a legislator, and as a private citizen.

Thank you for your service and for your consideration in this matter.

Sincerely,


John L. Huff
Associate Judge (Ret.)

March 1, 2025

Judge Blakey,

Hello, my name is John "Jack" Hynes. I have known Mike Madigan my entire life. I grew up less than a block away from the Madigan family, and I lived there until I moved in 2019. My parents were friends with Mike and Shirley, and through the years I developed my own relationships with Mike and Shirley, as well as their children.

I am writing this letter so you can understand a little more about my second father, Mike Madigan. As a fireman I have been put in many difficult situations physically. Writing this letter is one of the most difficult things emotionally that I have ever to deal with, other than the death of my father and my wife's cancer battle. I want to tell you the real story of Mr. Madigan. A man that taught me, along with Shirley and their children, that family is not just blood.

My parents were neighbors and friends with Mr. and Mrs. Madigan. I was young and really did not understand who they were. I would say hello and Mr. Madigan was always polite and playful. On December 11, 1989, at the age of 13, my father died of a heart attack in front of my mom, my sister, and me. That is when I began to understand who Mr. Madigan and his family were as people. Food, clothing, and any other type of assistance was given almost daily. I remember that Mr. Madigan and his family did not just come to the wake and say sorry, then leave. They stayed both days and then went to the funeral as well. I am sure that you have been to wakes and funerals, and the one phrase that is always said, "It you need anything, please don't hesitate to call." We all know that is BS, except to people like Mr. Madigan. 35 years later, and I know that I can count on him or his family if I really needed something. To this day, when I attend wakes and funerals, I do not make the statement above unless I mean it because of what I learned from Mike Madigan.

As stated earlier, I consider the entire Madigan family as my extended family. I have always been closest to Andrew. I think of him as my little brother, and he was the Best Man at my wedding. I am 10 years older than Andrew, so when he was younger, I would sometimes watch him if Mr. and Mrs. Madigan went out or had something to do. What always caught my attention was when Andrew had things to do, such as sports, Mr. Madigan always made time to come see him play. I can remember on numerous occasions; Mr. Madigan was in Springfield and he would make it back in time to come to a basketball or baseball game for Andrew. Keep in mind, I was 10 years older than Andrew and it hit me that this man was busy 24/7 and still making it to his kids' events. When I look back and having my own children, that is the type of father I want to be to my own kids. I want to be the dad that will make every attempt possible to do things for his kids no matter how busy I become. I want to be like Mike Madigan.

I was lucky enough to volunteer time for Mike Madigan. The work included long hours, being able to think quickly, and to work with others. The most interesting thing about the volunteering was that while working, Mike Madigan was there as well. The late hours, the weekends, he would show up and make sure everyone was doing okay. When I wrote progress reports, he would spell check and grammar check my work. (I believe that this letter may have not been written without his grammar assistance.) The work ethic he showed me that I was working with him as well as for him. A true leader shows that he is willing to put the time in and does not just give orders. Mike Madigan's work ethic still influences me today. I work a few jobs and put in a lot of hours, but because of what he taught me I know I can do it and do it well.

Through my years of being a neighbor to the Madigan family, I got to see Shirley and Mike interact with each other. The most important thing I noticed was the true love that Mike had for Shirley. One of the most endearing times that I remember is one evening while eating dinner at Palermo's on 95th with my wife, I saw Mike and Shirley across the restaurant. The way he was listening and completed devoted to Shirley was a beautiful site to see. It showed pure devotion to one another. It showed me what a couple should be to each other. After all those years of marriage he still looked at her with pure love. I hope I can still show that love to my wife later in our life.

Actions always speak louder than words. As stated previously in this letter, my father passed when I was 13 years old. I love my father and still miss him to this day; he taught me a lot in those 13 years but some things still needed to be taught and Mike Madigan was the one who helped me be a man.

- Mike Madigan showed me how to be a good father by his actions with his children
- Mike Madigan taught me that work ethic is very important in life
- Mike Madigan showed me how to treat the women you love

These qualities helped mold me into the man I am today. His actions taught me so much that I will always be grateful for everything he has done for me.

Besides assisting me in my personal life, he also assisted me in many aspects of my life. When I left college to join the fire department, he made me promise him that I would go back and get my degree. As he stated to me, "Even if you never use it, you will have it for your kids, and it will make your mom proud." Approximately 8 years later I did go back to DePaul University and receive my BA in Political Science. Having Mike Madigan to interview on political issues made those papers much easier to write. He was 100% correct that it made my mom proud. I have a degree that no one can take away from me.

Everyone in life hits bumps in their personal life. In June 2021, almost four years ago I was completely blindsided. My wife went in for a colonoscopy and 30 minutes later, I was told to come back because the doctor wanted to speak with both of us. He informed my wife and I that she

had cancer, and she needed to have emergency surgery because time is not on her side. My wife, Meg, and I never even had a chance to digest and talk about it. We were back at the hospital that night and surgery closely followed. While my wife was being wheeled out of the room for surgery and not completely understanding everything, the first phone call I received was from Mike Madigan. He was reassuring me that his family and him are there for anything, everything was going to be okay. He did not just call once; he followed up asking about Meg's status. He is a very busy man but still took the time to check in and that will never be forgotten.

This is the most difficult part of my letter. I have explained how much Mike Madigan has meant to me, but it was not just me he has been kind and generous to...he has helped my entire family as well. That is what hurts me the most. My brother Brian, who Mike Madigan has helped tremendously throughout his life, came up in the trial in regards to Danny Solis. I do not know the full extent of his role, if any, but it just hurts. My brother is my brother and nothing can be done about that, but as I stated earlier in this letter...Mike Madigan and his family have shown me that family is more than blood. I am proud to call Mike Madigan my dad. Another testament to Mike Madigan and his family is that through all of this, the Madigan family never treated me any different.

In conclusion, Mike Madigan is not just a friend or neighbor to me, he is family. I have learned so much from him, and he has shown me so much guidance and love.

Sincerely,

John Hynes

March 1, 2025

Dear Judge Blakey,

I would like to let all people know the real Mike Madigan. Not the one you see pictures of in the news, not the one the news prints about him, but the true friend that Mike has always been.

Mike is a "Southsider" who has always shown pride and love for our great city, great sports teams, and great people. Mike is an outstanding husband to his beautiful wife. Mike is a good parent to his four children. They were raised properly and are all good contributors to society and their families. Mike is a wonderful grandparent to his grandchildren and they are the people that he adores and gives his life to.

When I met Mike, he was friends with my husband Steve. We would meet socially on occasion but we were all busy with families and work. If ever there was a question or problem to talk over, my husband would ask Mike, and sometimes Mike would ask him to help or consult on things.

This friendship ended when my husband died of a heart attack at the young age of 49. At the time my eldest child was married and had a 2-year-old daughter, with another on the way. My second child was a sophomore in college. My third child was a sophomore in high school, she babysat and worked closely with Shirley when she needed some help. My fourth and youngest was in 8th grade. I was lucky enough to have gone back to work as a teacher at St. Laurence High School, and it was a great job but since it is a catholic school it did not pay as well as public. My heart was with St. Laurence so I asked the kids to buckle up so we could make it work.

This is when you really need a friend to help. Many of us do not have REAL friends but I found out I did have true friends in Mike and Shirley. When any of my kids needed a good push to sensibility, Mike was there for them. To this day, he fills the father figure role for my youngest child.

Mike has always been a second voice of reason for my children. I enjoy all my children and I am proud of them. I could not have done it alone; I value the help from Mike and Shirley. Besides being so helpful, he always looked over his shoulder to make sure we were okay. His friendship and support were always there. I am grateful that Steve, my husband, had such a good friend that looked out for us after Steve passed. I really appreciate the man that helped me and many other people with a word, an ear, or a smile. A truly great man.

Sincerely,

Kathy Hynes

March 2, 2025

Judge Blakey,

Hello, my name is Lily Hynes. I am a sophomore at St. Laurence High School. Mike Madigan and my family have been extremely close for as long as my own father's childhood. I consider him a grandfather, and I also consider his wife; my grandmother, his kids; my aunts and uncle.

I am writing this letter to help you better understand Mike Madigan from the eyes of someone who he has positively impacted. We live in a day and age where our characters and who we are can easily be swayed by the words of others. I hope that by the end of reading this you have a better understanding of who Mike Madigan is outside of a political figure.

He has been an impactful figure throughout my whole life. I remember him from when I was young at family gatherings and events, he never spoke much but he always had a kind smile on his face. Last year, my grandfather on my mother's side passed away on February 13th. It was a very sad time for my household and brought about lots of chaos. I was to recite one of the eulogies that I had written. This was an extremely new experience, and while I had never struggled with public speaking, this was obviously very different. My sister is a lot closer with my mom's side of the family than I am, so I felt a bit nervous. I remember seeing Mike Madigan there, and I was confused at first. I do not believe he personally knew my grandfather, he did not really have relationships with anybody in my mother's family except my mother, and I was indeed aware of how extremely busy he was. I was glad to know that there was someone in the audience who wasn't my family just because we were blood related, but someone who was my family because he cared.

Months later I realized why he showed up; he showed up because there were people, he cared about that were struggling, and he wanted to be there for those people. He did not have to be there; he wanted to be there. I know that I have years upon years ahead of me, and while I may not be the wisest person, I do know that going tremendously out of your way to make sure people feel loved when they need it defines a good person. That is what defines Mike Madigan.

He has not only helped me, but so many other people in my family including my own father and his mother. He has helped them become better people, and therefore helped me grow into a better person.

Mike Madigan is an honorable father, grandfather, husband, and most importantly...an honorable and good man.

Sincerely,

Lily Hynes

Lily Hynes

March 15, 2025

The Honorable John Robert Blakey
United States District Court
219 South Dearborn Street - 1288
Chicago, Illinois 60604

Dear Judge Blakey:

In the early 2000s, I was living in Chicago and the single mother of two teenagers. Given that, one of my main concerns was making sure they were kept busy and productive and off the streets during summer vacations.

By virtue of simply making inquiries about the availability of summer jobs for teens, I was put in contact with Michael Madigan's office. Without having ever met Mr. Madigan, he generously secured great jobs for my children over a period of four years. Additionally, he never once expected anything in return. I still chuckle when I recall that his only request was that they refrain from embarrassing him. They never did!

It is my belief that there is truth behind the expression "It takes a village" when it comes to raising a child. My children, Reuben and Kylie Waddy, have gone on to earn advanced degrees from the University of Illinois, NYU and Yale. I attribute their success to their intelligence, drive, and involvement of all the people who helped me shape them into independent, hard-working and law-abiding adults. I happily identify Mr. Madigan as being one of those people.

I will always be grateful to Michael Madigan for his generosity and kindness. He is absolutely a good man

Sincerely,

Ginger Jones

**Michael S. Jordan**
Retired Judge
Circuit Court of Cook County, Illinois

Hon. Judge John Robert Blakey
United States District Court
Northern District of Illinois, Eastern Division
219 S. Dearborn Street; Room 1288
Chicago, Illinois 60604

Re: Michael J. Madigan

Dear Judge Blakey,

I met Michael Madigan in March 1967 when I was transferred to the General Counsel Division of the Corporation Counsel's office in Chicago's City Hall. While sitting and waiting to meet my new supervisor, two young men entered and introduced themselves as Mike Madigan and Dan Pascale. They each made me feel welcome. They both demonstrated their natural desire to connect with others based upon commonality. Asking about my background, they both recounted their shared experience attending and celebrating the Bar Mitzvah of a court reporter's son with whom they had regular interaction. Mike and Dan expressed their gratitude for being included to celebrate such a special milestone with this court reporter and her family. Both Mike and Dan had intellectual curiosity regarding all things including Judaism. I learned Mike was Catholic and Dan was Protestant. They both felt confident and comfortable with their own backgrounds and eagerly looked forward to connecting and building friendships with people from all cultures. Mike and Dan both love and respect people from all backgrounds and naturally looked for the commonalities as a starting point to connect while appreciating the uniqueness of people and their circumstance. As we spoke of our parents and siblings, we enjoyed finding shared family and communal values. We especially connected in our shared drive to provide public service for all people.

Now, fifty-eight years later, as Mike and I approach our 83rd birthdays, (our birthdays are just days apart), I treasure the countless interactions with Mike and miss those with Dan, who unfortunately passed away a couple of years ago. Each interaction has always been genuine, substance-based and positive. Mike has always been a phenomenal listener, never interrupting anyone speaking. He models good listening skills and respect. Mike set the pattern when the three of us went out to lunch weekly for many years. We took turns treating each other. We were each fair to each other. (In retrospect, it's among many patterns that Mike set that were so subtle and with such quiet integrity, refinement and positivity that we happily and naturally followed. I think that those qualities and modeling are among the hallmarks of his natural

leadership.) We would discuss religion, politics, and other subjects. The three of us were interested in the historical context of current events and what we could contribute to our community and world. Our interest in politics was truly coming from our idealism and desire to make a positive impact. The synergy from our friendship strengthened and encouraged the resolve we each had. Mike, Dan and I encouraged each other to put our intellectual idealism into action with the highest standard of integrity.

I shared my experience living in Hyde Park having affiliated with Claude Holman and his political organization in the 4th ward, which was about 95% black. Mike shared his experience of his area on the southwest side of Chicago and the mix of ethnic groups there. He had a diverse mix that included a synagogue in his ward. As years past and his ward had an influx of Hispanics, Mike shared how he saw and appreciated their work ethic and how much they cared for their families and homes. He said they were great neighbors. Mike was positive about everything. At his ward events that I attended before going on the bench and after when I was on the ballot, the people interacted with mutual respect. People genuinely liked him and he liked and respected and served them. If I were to describe a consistent pattern of behavior that I saw, it was how Mike genuinely cared about each person and their success and asked them what they needed to reach their dreams. He would send me tickets to attend many of his fundraisers that were always marked complimentary. He merely wanted to see me and visit, not to take my money. He was always so very busy with so many of his constituents calling him that it was great when I could attend and visit with him for even a short time. It was interesting to me that when I called his ward office to speak to Mike, the receptionist would answer "Public Service Office" unlike other ward offices which would answer giving the politician's name. Public Service was truly Mike's mission and his logo.

A mutual trust had been established after only a few weeks of meeting him. He was easy to ask and get advice and he would ask questions as well. I never heard him speak negatively about anyone. He would caution me to do my homework and be prepared before interactions with people. Mike wanted every interaction to be successful and productive. Out of respect for others, he believed in doing the work and preparation to better know the other people and their interests and speaking their language. He genuinely translated his love for others into better knowing them. He modeled this and encouraged me to do the same. In hindsight, many decisions I've made and other relationships I've built are due to these basic principles and I'm grateful to Mike.

In 1973, I told Mike I was interested in becoming an associate judge. He knew that I had become the president of my ward organization and the democratic committeeman felt I was a rising star. I was handling complex cases and supervising other lawyers in the city's law department. Mike, of course, had become committeeman of his ward, a state representative, and delegate to the constitution convention. Although he was busy, he always found the time to promptly return my phone calls, was never rushed, and gave me the time I needed. Sometimes I would ask him about doing something or getting something like a different assignment or get back to the Daley Center when I was at a remote facility and he told me a good way to make it happen using my abilities and following my good instincts. When I asked

Mike for guidance or help, he was always honest. He told me what he thought. He told me honestly and humbly when had no idea what I should do. He told me realistically when he could help or when he could not help. He never promised to do something he knew he could not or should not do. Mike was always honest, realistic, and encouraging. I knew that I could trust his answers, boundaries, vision, and integrity. Whenever he spoke, I felt comforted.

When I applied to be an associate judge and again when I was running for circuit judge, Mike said that he would help. My mentor in the 4th ward had died in 1973 so I increased my requests for help, advice, or information from Mike. Mike never asked for anything in return. Before Mike and the party endorsed my candidacy for circuit judge in 1984, I tried to run on my own in 1982. My family and friends spent months getting signatures for every available vacancy with my plan to withdraw from all but the most promising race. After I did that, Mike, as leader in the legislature passed laws applying to future elections to restrict the time period for collecting signatures and placed restrictions on multiple filers. While Mike never wanted to hurt me, his actions were to protect the system and the integrity of the process. Later, I reflected back on how my actions posed a challenge for Mike, yet, our friendship continued.

We attended each other's weddings. Before he was married, Mike and Dan came to my apartment in Hyde Park for dinner that my young bride prepared. After my family and I moved to Glenview, Mike and his family came to our house there. My family has been to Mike's house as well. Mike and his wife, Shirley and my wife, Maureen and I have enjoyed going out together and treasure our friendship.

There was a man Mike worked for at the Illinois Commerce Commission in the late 1960s who had been a volunteer in the 4th Ward organization where I met him. Mike and I discussed Cyrus Coulter and each of us observed how refined he was; he not only read poetry, but he wrote some as well. I remember Mike reciting something that was so very beautiful and a stretch for me to really appreciate. Mike not only understood but remembered a passage by Cyrus showing me Mike's sensitivity and intellect always being open to learn from everyone.

Mike was not just a source of friendship, advice, and support these past 58 years, but a role model for decency, honestly, and ethical behavior. I always endeavored as a judge to treat everyone fairly and impartially and follow the rule of law. Both Claude Holman and Mike Madigan told me that in all I did I should follow those guidelines. There were unfortunately many unsavory individuals I encountered while I was on the bench. These interactions make the interactions and friendships with Michael Madigan, Dan Pascale, Justice John Paul Stevens, Judge William Bauer, Judge Philip Tone, and others that much more treasured. I am grateful for such friends sharing high legal and ethical standards.

Mike's prioritizing the greater common interest and doing so with integrity has always been more important to him than the personal interest of his family and friends. I experienced that again directly. When other Illinois judges and I very much wanted pay raises during one of our nation's periods of high inflation rates, Mike knew that it wasn't in the interest of the state tax payers and the overall budget as much as he wanted us to have a raise. Mike did what was

best for the Illinois tax payers in opposing a judicial pay raise at that time. Our friendship remained close and secure with the shared value of doing what was right.

When I decided that I was going to leave the bench to become an arbitrator and mediator, I closed my small political fund used for my judicial retention costs by transferring all of the proceeds to Mike's daughter, Lisa's political fund. I felt that it was one way to acknowledge the help he had given me in 1984 when I ran for circuit judge and he allowed his office address to be the place my political supporters could send their donations. Mike had offered for me to use the secretarial services of his law office to record the payments and work with my treasurer so I would have nothing to do with the solicitation or processing of funds and maintain total compliance with all the election laws. Mike not only directed me to the legal and ethical side of the street, but he helped me get there.

Early in my judicial career in 1974, I had wanted initially to have lunch with some of the other judges at traffic court; however, they didn't seem to want me to join them. I shared with Mike that something about the interactions I was having with the other judges seemed off. I also shared my concern that there may be corruption going on in traffic court. When I was assigned there as an associate judge and I went to use the washroom, several other judges would quickly exit. I had no evidence, but I suspected that corruption was ongoing. Mike told me to not only trust my instincts, but to continue doing what is right, and distance myself from the other judges, remaining focused on doing my job as a public servant. Within a short time, "Operation Greylord" was announced and all of those in the bathroom and many others were indicted and convicted. These other judges seemed to have known to distance themselves from me because I was honest. The bench can be very isolating, especially when others lack integrity. Mike never felt a need to distance himself from me for any reason, but our shared integrity only connected us that much more.

One of Mike's greatest concerns when his daughter Lisa entered elective politics was that she would be rubbing shoulders with some corrupt people. He wanted to protect her and guide her onto the correct path. He cared for her physical, emotional, and legal safety as he did with everyone with whom I saw him interact.

My family feels a closeness to the Madigan Family knowing their collective desire to perform public service. It was not just Mike and Lisa who contributed to the public good, but also Shirley. She was on the Illinois Arts Council enriching the lives of many Illinois citizens.

As Mike and I find ourselves in our 80's, I know some of our body parts don't work as well as they used to. It is important to be near good medical care for at our age, the absence of good medical care can be a deadly. Often, I see more doctors than friends, and the number of entries in my phone book list more doctors than childhood friends. It seems like every few weeks another classmate from grade school or high school in Chicago has died or lost their mental faculties. Now is the time to enjoy the younger members of our families. I look forward each year to see Mike's family and how it grows as they each grow older.

Following the news that has tainted Mike, his leadership, legacy, and achievements in a negative light has been painful for me and all of my family. The picture being painted is contrary to all my experiences of him, our interactions, and his integrity. This past week, I asked Mike what, if anything, I could do for him. He said that I could write this letter to you reflecting upon our relationship. It has pained all of us to learn of the allegations against Mike. I know the process is coming to a close and believe that in the end justice will prevail since I truly believe in the rule of law.

I hope my letter gives you a sense of Mike as a person, a friend, a mentor, and a cheerleader who loves God, family, country, friends and respects the rule of law as he has tried to help others including those he does not know. Public service is his mission. Integrity and trust are his standards.

Sincerely,

Michael S Jordan



# J. F. JOYCE

May 16, 2025

Honorable Justice Blakey
Northern District Federal Court
219 S. Dearborn St.
Chicago, IL 60604

Dear Justice Blakey,

My name is John Joyce, and I am writing this letter regarding sentencing of Michael Madigan. I have been professionally acquainted with Michael Madigan and his firm for over approximately 45 years.

I started in the real estate business in 1967 working for a firm in Chicago. In 1975, I started my own company (brokerage) and then started doing development. As our operations grew, we retained Mike's firm. During this time I always found his firm to be very professional. His firm has always been very honest and straight forward and if they could not help us on a particular matter, they were always upfront and told us same.

I have found Mike and his firm to be one of the most professional firms I have dealt with and he has always been a first-class person.

Very truly yours,

John F. Joyce

JOHN F. JOYCE

JFJ/sb

# ROGER J. KILEY, JR.

April 16, 2025

The Honorable Judge John Robert Blakey
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Chambers 1288
Chicago, Illinois 60604

  **Re: Mr. Michael J. Madigan**

Your Honor.

I write this letter to give you my perspective of Mike Madigan as a person. Before I do that, I want to give you some insight into who I am.

I graduated from Notre Dame in 1958, I flew planes as a Marine pilot from 1958 through 1962. I attended Loyola School of Law from 1963 to 1966. After graduation, I joined the Mayer Brown Law Firm doing litigation. I left Mayer Brown to join the Chicago City Colleges as its General Counsel. From there, I started my private law practice. In January of 1976, I was appointed by the Illinois Supreme Court to be a judge in the Cook County Circuit Court. As a Judge, I served nine years in the Criminal Division at 26th and California. Thereafter, I returned to the Daley Center to serve as a Judge in the Chancery Division. I thereafter retired as a Judge and returned to the Mayer Brown Law Firm until I retired from there in the late 90's. Thereafter, I had a sole practice until I went on the inactive status several years ago.

I first met Mike when I entered Loyola Law School in 1963. We became very good friends and ultimately shared an apartment together all through Law School.

After Law School, we each went our separate ways but kept in very close contact. I first saw Mike working as a member of the General Government Committee of the 1970 Illinois Constitutional Convention. I was asked by one of the Convention Leaders to be the General Counsel to the General Government committee, which I agreed to do.

This Committee of eleven members was very diverse politically and policy-wise. During the entire, approximately, ten months of the convention, Mike never lost his temper and worked very hard on Committee proposal issues to find Committee consensus. As a consequence, the Committee made a large number of recommendations to the Convention most of which were accepted. It was clear to me that despite the many differences and diversity of the Committee, all of the Committee members liked and highly respected the manner and approach of Mike during Committee deliberations.

Roger J. Kiley, Jr.

# ROGER J. KILEY, JR.

When the Convention met as a whole to decide the myriads of issues before it, for approval or rejection, Mike was very active in making his positions known and the basis of his positions clearly stated. As an observer of these many Conventions as a whole, meetings and discussions, it was clear that the members of the entire Convention held Mike in high regard.

My father died in 1974. My sister, brother and I were crushed. We were all together in my Lincoln Park home when the doorbell rang. I opened the door and there was Mike who then threw his arms around me whispering how sorry he was and asking if there was anything he could do to help us deal with this horrible situation. While my siblings and I very much appreciated Mike's condolences, we thanked him for his kindness but told him we would handle things. Mike left us but called me daily to repeat his willingness to help us get through this.

When a friend of mine became Vice President Gore's campaign chair, I went to California for the Convention. It was a very busy time, and I did not really know many people there. Mike apparently heard that I was there as he called me to invite me to dinner. The dinner was in a private room at a restaurant and only Mike's family were present. Mike's family treated me like a member of the family. I was so impressed with his family. They were wonderful to me and their love for their father was so obvious.

As a final note, in all the years of our close friendship, Mike has always been honest and forthcoming. In all the years of living with Mike, attending law school with him, working in the same suite while we practiced law, I never once felt a lack of honesty on Mike's part.

Your Honor, in this letter I am doing my best to give you my insight into Mike as a person. I know he is one of my best friends, but I am doing my best here to give you a picture of Michael J. Madigan a person.

Thank you in advance for your consideration.

Sincerely

Roger J. Kiley, Jr.


Roger J. Kiley, Jr.

The Honorable John Robert Blakey
United States District Court
219 South Dearborn Street - 1288
Chicago, Illinois 60604

Dear Judge Blakey,

My name is Kylie Madhav (née Waddy), and I am writing to indicate the degree to which Michael Madigan, though we have never met, has shaped the trajectory of my life.

During the summers of 2003, 2004 and 2005, I worked as an intern at Speaker Madigan's Chicago office. During my time there, I learned an immense amount about the mechanics of governance and this knowledge laid the foundation for a career in the domain of human rights that has taken me from Chicago to New York, the Dominican Republic and India.

It is not exaggeration to say that I would not enjoy the life that I do today had Speaker Madigan – without expecting or receiving anything in return – not provided me and my brother with the chance to join his staff during our summer holidays back in the early 2000s.

I am eternally grateful to Speaker Madigan for the transformational opportunities that he provided me and my brother with. He is an exemplary public servant with a compassionate heart that is so rarely found in today's world.

Sincerely,

Kylie Madhav



**EDON** *Construction Company, Inc.*

**CARPENTERS and GENERAL CONTRACTORS**

Dear Judge John Blakey,                                             March 7, 2025

     I met Mike Madigan and his family when they moved into a single-family home at 7146 South Campbell Avenue in the late 1940's. I lived across the street from them in an apartment my mom and dad rented at ████████████████████ Mike was about 5 years younger than me, so we did not spend very much time together growing up. In the summertime, without air conditioning, we spent many evenings downstairs on our front porch. I saw Mike spend a fair amount of time alone or in his side lot playing with his small dog. He didn't appear to have very many friends that would come to see him at his home.

     To the south of the Madigan home there were three vacant lots where my buddies and I would play softball or basketball. There also was an area where the dads on the block would pitch horseshoes and socialize. Mike's father never joined the other fathers pitching horseshoes. Mike's father was never happy seeing us playing softball next to his adjacent side yard. When he was home and saw our ball land in his yard, he would take the softball and keep it. Because this happened more than once, we had the impression that he was a mean and unfriendly Dad. As the years passed, I would bump into Mike at various events and fundraisers. We would say hello and have brief friendly conversations. Mike was always a friendly and cordial person.

     I co-founded Edon Construction Company with my partner, Dominic Regan in 1963. In 2005 Edon Construction Company ran into payment problems on a project called Cypress Creek. Edon Construction was owed $282,822.80 and we were forced to file a lien to collect those funds from LaSalle Bank. After years of litigation, the Illinois Supreme Court issued a 5 to 2 decision emasculating the protections provided to contractors under the Mechanic's Lien Act. Under the new Supreme Court decision Edon would only receive $50,000.00 instead of the $282,822.80 it was owed. Just 17.5% of the money Edon was due. The balance of our money would be given to LaSalle Bank. It was said at the time the only way a contractor could do work in Illinois would be that the contractor was paid in full before starting the work.

Not knowing what to do, I called Mike Madigan's office in Chicago. I scheduled an appointment with Mike the following Saturday morning at 9am. That morning myself and the president of the Home Builders Association of Illinois, William Basic, met with Mike at his office. We explained to Mike how ruinous that this decision by the Supreme Court is to the building contractors and construction workers in Illinois. Mike spent

almost an hour taking notes and asking questions. Mike stated that he would have his staff investigate what happened and how it could be rectified. Mike said that overturning settled law that is over one hundred years old is never a good idea.

Several months later I got a call from Mike and he told me that a new law, Identical to the old law was passed and the he had cast the deciding vote. Mike never received the credit or accolades that he deserved for reinstating the Illinois lien law and saving the Illinois construction industry from an exceedingly difficult future. I am certain in his long tenure in the speaker's office he has helped the people of Illinois hundreds of times without looking for or receiving credit.

I strongly believe that Mike Madigan is the most honest, reliable and ethically minded individual that I have had the privilege to know in my lifetime.

God Bless Mike Madigan.

Love and Prayers,

Ed Mc Gowan

**EDON CONSTRUCTION CO., INC.** ███████████████████████

Dear Judge Blakey -

My name is Diane Goldstick Meagher. I am a 63-year-old woman, growing up in ████████████ Illinois. I was raised by my mom, a homemaker and my dad, an attorney, both of whom have been wonderful parents. I have lived in the City of Chicago since 1986 and currently reside in Lakeview. I have been married for almost 25 years and have one son. I am a person with high standards and value my own integrity as well as the integrity of those around me.

I have known Michael Madigan for over 50 years. I met the Madigan Family as a young child at Wrigley Field. The Madigan family sat behind us at the ballpark and from that time a friendship which I would describe as extended family was born. Michael has watched me grow up and has been a supportive and influential person in my life. He has set so many positive examples for me through his commitment to family and friends and always through a dedication to his work and efforts to make positive changes for those around him, which includes me. We have shared happy times and sad times over so many years including baptisms, first communions, bar mitzvahs, weddings and funerals. The underlying theme for me is that Michael has always been there for my family and me. Always.

I have watched Michael as a husband and a parent, and I have always respected him for his dedication as both over many years. While Michael's own childhood was less than ideal, I have seen firsthand how important it has been to him to give his children the very best opportunity to live healthy, fulfilling lives physically and emotionally while always feeling loved. Michael has also been a wonderful husband to his wife Shirley. I have admired and respected their marriage for almost 50 years. He has strong positive values and exceptional integrity and he has always been empathic to me, friends and others in his community and his work. I admire these qualities and have had the opportunity to observe them over many years.

Something that has always resonated with me has been Michael's dedicated to raising all of his children and particularly his son Andrew. As a child Andrew had learning challenges which required patience and dedication from both of his parents. Michael drove Andrew to school on the north side of Chicago nearly every morning before 7:00 a.m. to receive additional and necessary support at school. That memory has always stuck with me and I always aspired to have the same dedication as a parent.

Michael Madigan is a wonderful man. He is loyal and caring, and I have always been able to depend on him and our friendship all of my life. My life is truly better for knowing him.

Judge Blakey, I would appreciate your consideration when you are determining a sentence for Michael Madigan. As you are aware, he will be 83 in April and I truly believe that Shirley needs him to be present for health reasons of her own. I also believe that he needs to be with Shirley in this advanced stage of life. As you may be aware Michael has four grandchildren and has responsibilities for two of them during the week. A disruption to this routine would potentially affect the mental health of the children as I am sure they look forward to being picked up at school by Michael on certain days and they depend on this routine with him.

Thank you for reading my letter. I hope it has provided insight into who Michael is as a person and how positively he has impacted my life and many others. He is and has been a most important person in my life.

I appreciate your time and consideration. Please let me know if you have any questions. I can be reached at ███████████████████████

Diane Goldstick Meagher

# TIMOTHY G. MURPHY

Honorable Robert Blakey
United States District Judge
219 S. Dearborn – 1203
Chicago IL, 60604

Judge Blakey:

My acquaintance with Mike Madigan may be more recent than others but as I explain below, I believe my experiences with Mike speak to his character and may therefore be of some use to Your Honor.

I am a lifelong resident of Illinois who works in higher education; among other roles, I am an adjunct instructor of American history at a few Chicago-area colleges. For most of my life, my research, teaching, and personal interests have focused on national politics, but starting a few years ago, I added twentieth-century Illinois and Chicago political history to my research interests.

In what I would describe as a happy coincidence, shortly after my research interests changed, I was seated a few tables away from Mike at a restaurant. This was in early 2021; he had just retired from a career that had helped shape much of the history I was then beginning to study. I walked over to his table to introduce myself and when I mentioned my recent interests, he interrupted his meal to invite me to sit down. We spoke for a few minutes after which he offered to talk more in the future.

A few weeks later, Mike bought me dinner and we talked for over two hours, mostly about his memories of Richard J. Daley. As we were wrapping up, I told him I had become increasingly interested in his own career and asked if we could meet again to specifically talk about it. He readily agreed and gave me his phone number.

We met twice more that year; I came prepared to each meeting with pages of notes and questions. During these next two meetings, each of which lasted over three hours, Mike answered every single question I asked. At one point, I worried I was taking up too much of his time and began skipping pages. Mike noticed my haste and encouraged me to ask all the questions I had prepared. Our final meeting was in December 2021; at its conclusion, he agreed to meet again to continue our conversation. But as Your Honor is aware, in early 2022, circumstances intervened. As a result, I decided to not follow up and impose further on his time.

Thinking back on my interactions with Mike, a few things stand out to me. I found him to be gracious, humorful, thoughtful, and open. On this latter point, I was particularly struck by Mike's candor and honesty. He set no conditions on what I could ask, and he answered every question I put to him, even when doing so required him to admit mistakes or fault.

Quite candidly, I don't know why Mike was so generous to me. I had nothing to offer him in return: I've never lived in his House district, I don't have family connections, and I am young and early in my career—not yet a published author and certainly not a renowned historian. I am therefore left to conclude that Mike simply thought he could help me. Indeed, he did.

I thank Your Honor for your time.

Timothy G. Murphy

# TERRENCE O'BRIEN / CONSULTANT

### REAL ESTATE APPRAISER - CONSULTANT

████████████████████████████████████

TERRENCE M. OBRIEN. MAI

February 28, 2025

The Honorable John Robert Blakey
United States District Court
219 South Dearborn Street - 1288
Chicago, IL 60604

Dear Judge Blakey:

I am writing this letter on behalf of Michael Madigan, my good
friend of 60 plus years. We met one summer weekend during
college in Lake Geneva. After several games of pool and a few
beers, we realized we had much in common and developed a deep
and lasting friendship.

Mike is a generous, caring person who was always willing to
help his neighbors, constituents, and strangers, if possible.
Over the years he helped several young people obtain congres-
sional appointments to the various military academies. He
employed youths in the neighborhood during the summer months to
mow lawns for the elderly and maintain the yards of vacant
homes and buildings in foreclosure. He purchased a truck speci-
fically designed to remove graffiti, gang signs, etc. from
buildings in his ward and legislative district. Over the years
as a legislature, he has provided substantial State funds for
new schools, parks, roads and other improvements in his dis-
trict.

Mike is a loving husband, father, and grandfather. He puts his
family first and emphasizes the importance of honesty and a
good education. Today his three daughters are successful
attorneys and his son is a successful insurance executive.
Shirley, Mike's wife of approximatley 50 years, is always there
for him and the family. Currently, her health has deteriorated
but she certainly has not lost her spirit.

Your Honor, I am asking you to consider Mike Madigan in his
entirety, not just the person who made a mistake. He is a good
man and I ask for clemency when determining his sentencing.

Sincerely,

_____
TERRENCE M. O'BRIEN

Dear Judge Blakey, Thank you for this opportunity to tell you of my esteem for Michael Madigan.

I became acquainted with Michael in the late 1980s, at the beginning of my long career in arts administration. I worked at the Illinois Arts Council, the agency I eventually led as Executive Director and as Chair. I admired and appreciated Michael's steadfast support for arts funding here in Chicago and across all of Illinois. Eventually, my job responsibilities involved testifying at legislative budgetary hearings. Despite his very busy schedule, Michael was always generous with his time, offering thoughtful and deft advice on how to approach what were for me—at least initially—intimidating occasions.

However, when I think about what Michael's kindness and friendship really means to me, my thoughts stray far from Springfield, government, and career. I came to Chicago in 1959 as a young bride, from the small city of Fall River, Massachusetts, where I was born and raised. With its shuttered mills and abandoned factories, my New England hometown was a world away from the Near North side, where my husband and I rented our first apartment. Having spent all the ensuing decades since in the city and on the North Shore, it's only rarely that am I reminded that I'm not a native. However, there have been painful times when that fact catches me short, causing sadness and feelings of being very far away from home. I'm thinking in particular of the death of first my father and then my

mother—both still back in Fall River, and later of my beloved husband Daniel M. Pierce of Highland Park.

On those occasions Michael Madigan's friendship has been tremendously meaningful to me. The kindness he and his family extended to me – phone calls and notes just to check in on me while I grieved, care packages of food and flowers, invitations to spend evenings with them, all lifted my spirits and telegraphed love during these periods of great loss.

That thoughtfulness and compassion meant the world to me and in my opinion defines who Michael is. These qualities are most evident in the care he provides for his wife Shirley, who is 82 years old, in poor health and very dependent on him.  I am glad to share my feelings with you and pray that you'll consider them when determining his sentence.


Sincerely,

Rhoda A. Pierce

# RICHARD J. PRENDERGAST

May 2, 2025

The Honorable John Robert Blakey
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Blakey:

This letter is respectfully submitted for the Court's consideration in connection with the pending sentencing proceedings concerning Michael J. Madigan.  In that regard, my only purpose is to share with Your Honor, as an officer of the Court, some of my own first-hand interactions with Mr. Madigan over the years.

By way of introduction, I have been a member of the Illinois bar for over 50 years, and have been admitted to practice before the Supreme Court of the United States and various U.S. Courts of Appeal and U.S. District Courts.  I am also a former President of the Chicago Bar Association ("CBA"), a recipient of the CBA's John Paul Stevens Award, and a duly elected fellow of a number of peer review trial lawyer and appellate lawyer organizations, including the American College of Trial Lawyers, the International Academy of Trial Lawyers and other similar organizations. I detail these career recognitions to underscore that, as a long-time and active member of the legal community, I take seriously any representation to this Court regarding Mr. Madigan or otherwise.

I first met Michael Madigan when we were both law students at Loyola School of Law (although our association at that time was quite limited since we were not classmates).  It was not until years later that I came to know him well, having been asked to work on behalf of the Illinois

1

State Democratic Party in the management of reapportionment (re-districting) litigation in Illinois at the state and federal levels.

The early reapportionment cases led to other redistricting litigation four years later and, again, in subsequent years. Because those engagements involved a mixture of political issues and constitutional law, I had the opportunity to engage in a unique field of law driven by both politics and constitutional law considerations. That experience eventually led to my becoming involved in the field of lobbying, partly but not exclusively in relation to reapportionment work. In due course over the years, I have had contact with Illinois legislators from both political parties, including Mr. Madigan and other Democratic Party leaders in the Illinois Senate and the Illinois House of Representatives.

In the course of the foregoing engagements and experiences, I have come to know Michael Madigan quite well. I have had many opportunities to meet with him and his staff professionally at his offices in Springfield and Chicago, and have witnessed firsthand the time and effort he has selflessly given in the service of his constituents to this end. Indeed, if I were asked to describe Michael Madigan at his core, it would be that he has consistently demonstrated that he has been a dedicated public servant that endeavored to protect the best interests of those whom he was elected to serve, whether at the legislative level or in the interests of the public at large.

Purely by way of example, I recall one experience in particular. Many years ago, a secretary then employed at the district office on Chicago's southwest side was summoned to appear for an interview at the U.S. Attorney's office. I represented her at that meeting and, before long, it was apparent that the point of the interview was to determine whether she had obtained her position in return for political work. The interview did not last long. When asked how she got her job the witness explained that she had been an unemployed secretary when she met another person

2

in the check cashing line at a local Jewel supermarket. The two began talking and the witness mentioned to the other person in line that she was out of work and in search of an office secretarial position. Her new acquaintance suggested that she apply for a position at Mr. Madigan's local district office. She did so and was hired. When asked whether she or any member of her family had been actively involved in local politics, she confirmed that had not been the case. With that, the interview ended. This may sound like a trivial event, but it was anything but. The witness was hired to work at Mr. Madigan's local office without requiring any pledge of political loyalty or any commitment to perform political work, which obviously was the unspoken purpose of the government's inquiry from the outset.

That is not to say that political considerations were never involved in various day-to-day decisions; but it does suggest that day-to-day decisions concerning matters of a public nature were not necessarily driven by some litmus test. To the contrary, the driving force was the best interests of the public at large. In my experience public service considerations have consistently been the driving force in the discharge of Mr. Madigan's responsibilities.

Lastly, I would be remiss if I did not address Michael Madigan's qualities as a husband and a parent. It might be expected that an elected office holder with the political prominence and responsibilities that he undertook over his many years of public service might fall short in fully discharging his family responsibilities. Not so with Mr. Madigan. I have had the opportunity to observe and interact with his daughter Lisa as she so professionally discharged her duties as the Attorney General of Illinois. And since his son Andrew attended high school with my own son, I also came to know and observe Andrew. Both have grown to be accomplished professionals in their own rights, a testament to parents who did not allow their public lives to negatively impact their important responsibilities at home.

3

In the course of my legal career, through my political/legislative experiences and my personal interactions, I have been privileged to know and work with my share of attorneys and political figures and to witness their actions as public servants. Michael Madigan, in my experience and judgment, has consistently put public service and family first. I strongly recommend that Mr. Madigan's years of public service, as well as his commitment to constituents and family, be weighed heavily in his favor in connection with the Court's sentencing decision.

Respectfully submitted,

*/s/ Richard Prendergast*

Richard Prendergast

4

Dear Judge Blakey,

I, James Rabiola, am from a hard working middle class family. Dad was a union plumber for over 40 years, Mom a devoted housewife and mother. I was taught right from wrong and to be nice & polite to people. I came to know Mr Madigan through my wife Amy's family, in particular her father, Irving Koppel who was a lawyer for Helene Curtis, now Unilever, for nearly five decades. Her mother, Maryann, was a teacher's aid at Devonshire elementary school, across the street from where they lived in Skokie.

My wife Amy is disabled, having been diagnosed with MS in 1993, for many years now. On a particular occasion in the late 1990s, Amy was prescribed treatment for her MS symptoms, which her insurance at that time denied. Through Mr Madigan's association with Amy's father, Mr Koppel, he was asked to intervene on Amy's behalf to look into the matter. Through Mike's efforts, the treatment which Amy needed to manage her symptoms, was approved. Mr Madigan never asked nor did he ever receive any compensation for his efforts. I truly believe that this best describes Mr Madigan's character; willing to help others without the expectation of receiving anything in return.

Judge Blakey, I request that you take all that's been said into consideration while determining sentencing of Mike Madigan.

Sincerely,

James Rabiola

Mr. Jorge Ramirez

████████████████████

March 28, 2025

Judge John Robert Blakey
United States Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

### Re: Mike Madigan Sentencing

Judge Blakey,

I am writing this letter with respect to the upcoming sentencing of Mike Madigan. My sincere hope, and challenge quite frankly, is that I can encapsulate in a letter what Mike has meant to me and so many others and that these reflections will inform your deliberations and discretion with respect to Mike's sentencing.

My name is Jorge Ramirez and my mother and father are Ruben and Sarah Ramirez. My parents were both immigrants from Mexico, who met here, married, and raised six children in the St. Symphorosa parish on Chicago's southwest side. My father, like most immigrants, came to the United States looking for work and an opportunity for a better life. He found work in the Union Stockyards, here in Chicago's Back of the Yards neighborhood. The conditions were much like those described in Upton Sinclair's The Jungle. Work was hard and it was a tough life. Later in their lives an author named Eric Schlosser described briefly my parents' immigrant story in his book titled Fast Food Nation.

I chose to leave my family and home at the age of 13 to attend St. Anthony High School Oblate Seminary in San Antonio, Texas, where I pursued an interest in the priesthood. Eventually, I discerned with the help of the priests that my vocation in life was being a husband and father. I was blessed with enough athletic ability to earn a football scholarship at the University of Texas at El Paso ("UTEP"). It was my "ticket" to better opportunities. While at UTEP I became a four-year letterman, where I graduated as a scholar athlete with a double major in Computer Information Systems and Marketing. I then attended The University of Salamanca, Salamanca, Spain before attending Chicago-Kent IIT College of Law here in Chicago. While attending law school I worked full-time for the United Food & Commercial Workers Union, Locals 100A, 546-100A, and 1546. In 2006, I was elected Secretary-Treasurer of the Chicago Federation of Labor and served for four years before being elected President in 2010. I held this position for eight years. The Chicago Federation Labor is the Central Labor body comprised of over 200 Local Unions in all industries and sectors with jurisdiction over all of Chicago and Cook County. Simultaneously I was elected to the National Board of the AFL-CIO in Washington, DC. It was in

these rolls that I represented working men and women in both elected and appointed positions, such as Mercy Home for Boys and Girls, Mundelein Catholic Seminary at the University of Saint Mary of the Lake, Navy Pier, McCormick Place, The Federal Reserve Bank of Chicago, National Infrastructure Advisory Council for the President of the United States, Chicago Sun-Times, Chicago-Kent College of Law, the Chicago Sports Commission and others. At present I am a Managing Director at GCM-Grosvenor which is a global alternative asset management firm. My area of focus is Infrastructure investing across the United States and Canada where I help to lead a series of funds geared toward direct investing in the development of necessary infrastructure.

This is my story. But it is also Mike's story, as I have known him since my childhood. I loved our neighborhood, and I have early memories of him, and people that worked and volunteered for him, as a strong presence, responding to and assisting families – regardless of who they or what their needs were. From tree trimming, to replacing garbage cans, to seeing that the alleys are cleaned and such. Not just basic services but also anything else that was needed, whether it be school issues, work issues, or anything else. No matter what the problem was, no matter who was requesting help, Mike always lent a hand.

My father came to know Mike because their work and commitment to community often times put them in the same space. My mother and father both have a deep admiration and respect for Mike because he reached out to them when they first moved to the neighborhood. It wasn't easy for them at first as they were, if not the first, one of the first Hispanic families to move into the neighborhood.

My mother and father love this country and are very patriotic and raised us to be the same way. My father would remind us that it is good to know of where we came but even better to be proud of where we are and the wonderful opportunities that our great country provides. He loved to get involved in things that helped others like assisting other immigrants in gaining their citizenship, working with the Catholic Church to reach out and welcome immigrants, and organizing workers in their workplace and to bargain for better lives. His work often put him in contact with Mike. They developed a mutual respect and admiration that is true to this day. Their relationship was built on honesty and hard work. My father always makes sure to ask me to let Mike and Shirley know that my parents are praying for them and their safety and health. My wife Catrina and I do that as well.

As I began my professional career in my work at the UFCW, I was often involved at the local, state and federal levels in advocating for and protecting the rights of working people. On many occasions this work brought me into collaboration with Mike's office. From state budgets to legislation to redistricting to even electoral politics, I was always impressed by Mike's concern for and understanding of the issues facing working men and women and the communities they lived in.

My 12 years in leadership of the Chicago Federation of Labor required me to interact on almost a daily basis with every State of Illinois Constitutional officer and House and Senate leaders, as

well as many heads of local governments – from both sides of the political aisle –. From this vantage point, I can only say that the working men and women of Illinois – both Union and non-Union – had no better friend than Mike Madigan.

Mike reached out to me personally on many occasions to ask about an issue confronting the State and how that issue would impact working families. This was not because of politics. It was because he was genuinely concerned. However, he always worked to find that fair place on every issue where business and labor and community could meet. Many times, the varying leaders on issues left a meeting feeling like they were heard and treated fairly. Perhaps they did not get everything they wanted but they arrived at a just result. That was the beauty of how Mike dealt with things. I always knew that we would be heard and that the perspective of working men and women and their families would be heard and taken seriously. Although Mike disagreed with some of our positions and requests, we knew we could trust in his word. He would explain his reasoning and make sure we understood exactly where we stood. His honesty was something we always counted on. He never lied to us.

It was through these experiences that I came to know Mike as an adult and developed my own friendship and admiration for him. I got to see a side of Mike that not many have. It is hard to overstate what his job entailed -- constant stress surrounding the issues of the day, many sides tugging on him at the same time, political opposition spending millions maligning and besmirching him – but through this I came to understand that people do not really know him as the father and husband he is. He would always start his conversations on a personal level with my family, from Mom and Dad to my brothers and sisters and their families to my wife and our four boys. Then we would talk about his family. Shirley and the children Lisa, Andrew, Nichole and Tiffany. Through this, I came to understand that these personal aspects of his life were more important than anything. I used to love hearing how Mike and Andrew would travel to the different pro baseball parks during the summers.

Perhaps my best memory of Mike, and a true reflection of his nature, is from an evening where I attended a dinner with he and a small group of people. As we got up from the table to leave, a young boy, no more than 12 years old, approached from across the room and introduced himself. I watched as Mike patiently spoke with the boy for almost ten minutes, as the young boy spoke about his family's business in Illinois. I asked Mike later if he was aware that the family that owned the business was not a political supporter of his and in fact had been aligned with his political adversaries. Mike said he was aware and that it did not matter to him, as the boy was so enthusiastic that it was a pleasure to meet him and get to know him a bit. That is how I have seen the Speaker be with everyone – strangers, people in our community, people that either had no political power or even wished him ill. He cared about their families and always wished them the best and helped whenever and however possible.

In closing, I would simply like to say that Mike has been a friend and mentor to me and many others, regardless of who they are. And that working families, both Union and non-Union, had no better friend. I am proud to call him my friend.

I hope that you take these things into consideration when rendering a decision, and thank you for your consideration.

Respectfully,

Jorge Ramirez

February 7th, 2025

To Judge Blakey and the court,

My name is Maria Veronica Reynoso, I am 54 years old and have been a U.S. resident for almost 4 years now. Due to my husband's work we had the great honor of knowing Michael J. Madigan on a personal level.

Mr. Madigan is a very community oriented person. In a time where my immigration status seemed dire, he stood up for me. He willingly went out of his way and wrote a letter to USCIS to help me obtain my residency. Now, I am willfully writing this because we know him as a great community man who stands up for us, his community. He listens and helps out the community as a good public servant should. When we had complained to our alderman that our alley was in disarray, we were ignored for years. He stood up for us and in a month the alley was repaired. A public servant who actually listens, helps, and responds to his community is a great man.

Thank you for the time.


Sincerely,

Maria Veronica Reynoso

  

May 5, 2025

Hon. John Robert Blakey
United States District Judge
Northern District of Illinois
219 S. Dearborn Street, Room 1288
Chicago, IL  60604

Dear Judge Blakey,

This letter is offered in support of Michael J. Madigan.

I have been an attorney for over fifty years. During that time I served the public as States Attorney of Sangamon County Illinois (Springfield), United States Attorney for the Central District of Illinois and Chief Legal Counsel for Illinois Governor Jim Edgar and in private practice of law as National Managing Partner of Hinshaw & Culbertson LLP primarily in Chicago and Springfield. I am currently a Senior Attorney with Hinshaw.

My first meeting with Michael Madigan came during my tenure in the Governor's office in 1995.  On one occasion he asked me to convey to the Governor his agreement with the Governor Edgar on a controversial bill which the Governor supported. True to his word Speaker Madigan voted for the bill in the House of Representatives where it passed by a slim margin.

I consider Michael Madigan a friend and have maintained contact with him since my time at the State Capitol. I have dined with him from time to time and have occasionally attended political events benefiting him. I am acquainted with his wife and children. From time to time I have represented him personally and have done legal work for the Office of the Speaker during his tenure. During the nearly 30 years of our acquaintance, he has been honest and forthright with me. I think of him frequently and feel sorry that after a long and distinguished career of public service he finds himself in this position. In determining an appropriate sentence please consider the many good things he has done.

Sincerely

HINSHAW & CULBERTSON LLP

J. WILLIAM ROBERTS
Special Counsel

JWR:mr

Jeanine Ruffolo



March 23, 2025

The Honorable John Blakey
The Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey,

I am writing to offer my perspective on Michael Madigan in advance of the upcoming sentencing. I have known Mike for over 20 years and during this time, I have had the opportunity to witness his dedication to his community and each of its members. It is important that you understand Mike's character, as I believe his positive impact on others to be a vital part of his story.

Having been a small-business owner and operator of Franco's Ristorante on the city's south side since 1989, it is natural that I first came to know Mike by his dinner order, Salmon or Fresh Fish Special and vegetables. Over the years, I have had the privilege of seeing firsthand the way Mike cherishes and values each member of each community to which he belongs. Be it his parish, his alma mater or even one of his usual dinner destinations, Mike exhibits nothing short of genuine humility, care and thoughtfulness.

Each and every time Mike would visit Franco's, he would invite me, my husband or one of my sons- whomever happened to be at the restaurant that day- to take a seat and tell him how business has been. He would inquire about our thoughts on the then-current events, and listen attentively to how they impacted us. His genuine curiosity to hear the perspectives of those he served was always refreshing and encouraging. Mike always went out of his way to ensure that even we, a family-owned small business, were supported and heard.

Mike's unwavering dedication to his community is just one hallmark of his extraordinary character. He not only embodies integrity, compassion, and humility—he inspires those traits in others. In a world where such values are becoming increasingly rare, Mike remains a constant source of strength and guidance. His deep commitment to his faith and to youth development is evident in the way he shows up for others, especially young people. Education has always been a cause close to his heart, and he never hesitates to share his wisdom, encouragement, and support with young adults.

A powerful example of Mike's generosity and character took place in January 2013, when the House of Representatives held the inauguration of its newly elected members. Mike extended a

personal invitation to me and my two young sons—then just 19 and 17—to attend the ceremony. Not only did he give them this once-in-a-lifetime opportunity, but he also took the time to personally check in with them throughout the experience, making sure they felt included, inspired, and valued. It meant the world to them—and to me. That moment wasn't about recognition or praise for Mike; it was simply him doing what he always does: giving his time, his care, and his heart without ever expecting anything in return. It's just who he is.

Mike has remained a concerned, honest and dependable pillar of the community and has consistently demonstrated an admirable level of service to so many in need.

While I understand that the matter at hand requires careful consideration, I ask that you take into account the full picture of Mike's character and his significant and positive contributions to our community. I trust that you will weigh this perspective in your deliberations and consider the good that Mike has done and continues to do.

Thank you for your time and consideration.

Sincerely,

Jeanine Ruffolo



**BRUNA'S**

RISTORANTE

Fine Italian Cuisine Since 1933

February 26, 2025

To Whom It May Concern:

My husband and I own Bruna's Ristorante in Chicago. Mr. Madigan and his family have been our customers for many years. We have been fortunate to develop a friendship over these years. Mr. Madigan has attended a Christening, birthday celebration and an event honoring my husband as a long time business owner.

Mr. Madigan has always been a gracious and kind customer and friend. He has been accommodating to our customers who wish to shake his hand or engage in conversation. He has also been very kind and generous to our employees and goes out of his way to help them when asked for advice. He is always a gentleman.

A number of years ago our daughter was having difficulty closing on a home. The property was stuck in limbo for months if not years due to a reverse mortgage through HUD and the heirs were having no success in their efforts. Mr. Madigan contacted Senator Durban's office and put them in contact with our daughter's attorney. Mr. Madigan asked nothing in return. The result is that my daughter and family are now living in a lovely rehabbed home. The rehabbing led to other properties being purchased and rehabbed on a blighted block after seeing the positive result of her home.

Mr. Madigan is a special person in our eyes and to so many others that he has touched. We all have been fortunate to know him.

Sincerely,

*Ilona Silvestri*

ILONA SILVESTRI

*Luciano Silvestri*

LUCIANO SILVESTRI





May 14, 2025

Hon. John Robert Blakey
U.S. District Court for the
Northern District of Illinois
219 S. Dearborn Street
Courtroom 1203
Chicago, IL 60604

*Re: U.S.A. v. Michael J. Madigan, et al,* 22-cr-00115

Judge Blakey,

I write to you regarding Mike Madigan. I first came to know him while I was a young assistant public defender in Cook County almost 50 years ago. I became aware that we attended the same law school – Loyola University of Chicago School of Law. He was already, at the time, a highly regarded graduate of our school. Additionally, my parents introduced me to a good friend of theirs, Samuel W. Witwer, a prominent lawyer who was also the President of the Illinois Constitutional Convention. They didn't know a lot of lawyers and thought their young lawyer son might benefit from knowing Mr. Witwer. All that is, to explain, how I discovered a young Mike Madigan had been a delegate to the "Con Con", as it was known; and worked to help develop our 1970 Illinois Constitution.

I gained greater respect for him the more I encountered him over the years as I learned of the contributions he made, even as a very young lawyer. It wasn't long after my initial years of practice that Mike Madigan received our law school's Medal of Excellence. I mention this because I distinctly remember the enormous turnout of lawyers from Loyola of all ages and areas of practice at the luncheon. It also seemed to be a very appropriate and well-deserved honor.

Over the years, I have been privileged to serve in leadership in both the Illinois State Bar Association (ISBA) and the Illinois Trial Lawyers Association (ITLA), eventually serving as President of both. As a result, I have come to appreciate from several encounters during legislative sessions the commitment Mike Madigan provided to a fair and just process, and specifically to the Civil Justice Rights of Illinois citizens. I came to know him over the years as a man of his word. Someone whose word one could rely upon.

I have not written in support of someone in this context before. I want to thank you, Your Honor, for the opportunity to convey a few thoughts regarding someone who I have considered to be a good man and dedicated to public service over many decades at this point. I certainly appreciate the outcome in this case, but I also appreciate the importance of considering one's entire record during one's lifetime.


Sincerely yours,

Todd A. Smith

# RAS Development LLC



Richard A. Stein
Chairman & CEO

April 4, 2025

My name is Richard Stein. I am a Chicago real estate developer entrepreneur. I have lived in Chicago Illinois for my entire life. I met Mike Madigan through a mutual acquaintance over 30 years ago. I write this letter as a friend and as a citizen because I believe in Mike's honesty, integrity, and decency. He has never told an untruth. I have no other interest in this proceeding.

My interactions with Mike have repeatedly demonstrated a man of charity and compassion. Just for example, when I and my family were involved with Lambs Farm (a group home for disabled young adults), Mike, at my request, was instrumental in securing a grant for the Farm which rescued it from debt. He never received anything in return and never asked for anything. On the other hand, in the public sphere, Mike had shown understanding for recipients of workers compensation, even when the Illinois program was under attack. In discussing this issue, Mike put his hand on my wrist and on my arm and said " how do you value a hand or arm when an employer fails safety in the workplace?" We had different views on workman's compensation, and I greatly admire his integrity and his focus on helping working men and women who don't have someone watching out for them.

Mike's relationship with his family is also exemplary. He adopted Lisa as his own daughter. His love and care for daughters Nicole and Tiffany and son Andrew has been the same. Family is everything for Mike. He always prioritized family activities, sports, school, and school events.

In summary, it is my privilege and good fortune to have this long-lasting friendship with Mike Madigan.

Most sincerely,

Richard A Stein

March 15, 2025

The Honorable John Robert Blakey
United States District Court
219 South Dearborn Street - 1288
Chicago, Illinois 60604

Dear Judge Blakey:

Michael Madigan was kind enough to offer me summer internship opportunities at his office in the Bilandic Building from 2006 to 2010.

My work experience in Mr. Madigan's office imparted me with invaluable professional skills and taught me the benefits of self discipline. I earned a Master's degree in urban planning and gained ten years of experience as an economic developer in Seattle and Chicago. In my current role as vice president at my company, I oversee the administration of a grant worth tens of millions of dollars. The road paved to this stage of my life was forged with many stones, and Mr. Madigan's name is most assuredly on many of those stones.

Mr. Madigan might not remember this interaction, but I briefly ran into him when I was making a delivery at one of his other offices. I did not immediately recognize him, but he recognized me and called me by name. Taken aback, I did what I could to gather my composure and have a normal conversation with him. I did not do well, but he did, and we both remarked on the state of Morgan Park football before he kindly shook my hand and walked into a coffeeshop. I still tell this story, with many finding it charming and hilarious.

He did not have to take a chance on a kid whose family he did not know, but he did, expecting nothing in return. Michael Madigan is head and shoulders above the rest.

Sincerely,
Reuben Waddy

To Whom This May Concern,

I hope this letter finds you well. I wanted to take a moment to reflect on the immense impact that Mike Madigan has had on the City of Chicago and the State of Illinois throughout his long and distinguished career. His achievements in public service are a testament to his dedication, perseverance, and deep-rooted commitment to his community.

There is truly nothing to think about when you think of all of the positive contributions Mike Madigan has made to the City of Chicago and the State of Illinois.

Michael Madigan served an immense five-decade career in public office. During that time, he became one of the most astute men in Illinois history.

Mike Madigan was a true born and raised Chicagoan. Growing up in Marquette Park neighbourhoods, he attended St. Adrian Catholic School and St. Ignatius High School. He lived in Chicago's 13th Ward on the Southwest Side for the rest of his life.

From his father, Mike Madigan learned the value of hard work, the importance of integrity, and the significance of putting one's community first. His father's teachings grounded him, providing a moral compass that guided Mike throughout his career, even when faced with the most difficult political and personal decisions.

Madigan, like his father Michael Sr. began working for the City of Chicago and would later become Democratic committeeman for the 13th Ward, an important step in building his political career..

Madigan's success can be traced to the lessons he learned from his father, who was a prominent figure in his own right.

As Mike Madigan'ss career progressed he was selected as a delegate to the state's 1970 Constitutional Convention, which creates the first new state constitution in more than a century. The campaigns leading up to the convention led to a series of court orders in the 1970s and early '80s "banning political patronage in the city". Something that is most forgotten by all.

Madigan's reputation for reshaping state and national politics by drawing and redrawing Illinois' legislative maps and personally oversaw every major piece of legislation in Illinois for almost forty years.

Mike Madigan's influence in Illinois politics is immeasurable. As the longest-serving Speaker of the Illinois House of Representatives, he played an instrumental role in shaping the direction of the state for over three decades. His leadership helped navigate some of illinois' most complex challenges, from budget crises to healthcare reform, and his ability to build coalitions and broker deals across party lines made him a respected figure both in Springfield and across the nation. Under his leadership, the state saw significant advancements in education, infrastructure, and labor rights.

In Chicago, Madigan's legacy is equally profound. He understood the needs and aspirations of the city's diverse communities, and his work in Springfield often reflected a deep awareness of the city's challenges and potential. Whether he was advocating for funding for Chicago Public Schools or securing resources for the city's transportation systems, Mr. Madigan's efforts

Mike Madigan's career wasn't just about power—it was about service. His ability to connect with constituents, to understand their concerns, and to translate those concerns into tangible

outcomes has defined his tenure as a public servant. He often said that his work was about leaving a better state for future generations, and through his decades of service, he has undoubtedly done that.

As we reflect on his legacy, it's important to recognize the indelible mark that Mike Madigan has left on Illinois. His career is not just a series of political milestones but a reflection of the lessons passed down from his father—lessons of service, commitment, and an unwavering belief in the power of politics to improve people's lives.

Thank you for taking the time to consider the lasting impact of Mike Madigan's service to the City of Chicago and the State of Illinois.

Sincerely,

Edward W. Walsh

2/25/2025

Dear Judge Blakey,

My name is Robert Weisman. I grew up in R.I., but have lived in Chicago and the Northern suburbs for over 40 years. I went to Northwestern University for my MBA and had a career as a corporate executive with companies such as Sara Lee Corporation, Beatrice and Alberto-Culver. I was always interested in investments and financial planning, so after taking early retirement from the corporate world, I got into the investment advisory business to keep active.

I met Bud Getzendanner (Mike's law partner) and he became a client. Bud introduced me to Mike in 2010 and Mike also became a client. So, I have known and worked with Mike for 15 years.

I have always been impressed with Mike's integrity and high standards. I would give my clients a small holiday gift to express my appreciation each year. I knew Mike liked white wine, so I left a gift at his office of a ~$25 bottle of wine at the end of the year. However, the next year Mike politely communicated to me that he didn't want to accept anything as part of the relationship and requested that I not get him any gift in the future.

Mike has a very conservative investment approach and building a municipal bond portfolio was a part of the investment plan. We bought individual municipal bonds. Not only did Mike instruct me not to buy any State of Illinois bonds where his political actions could affect the bond ratings, but also even bonds for cities or towns in Illinois that he had nothing to do with because he did not want to have any possible perception of a conflict of interest due to his position as Speaker.

His stock portfolio is basic and straightforward with investments in diversified, broad-based funds like the S&P 500 that are long-term positions. He never invested in any stocks where he could use information that he might have for personal gain.

Mike is very well read and has a great interest in learning about many things. Often, he would want to discuss business articles, but from the standpoint of understanding the structure/mechanics of U.S. or international finances...not an interest in how to make more money. In fact, from everything I know, Mike lives a very middleclass life style in terms of his home, cars and spending. Where Mike and his wife Shirley are generous is in their donations to the many charities that they care about.

In my dealings with Mike, he has always exemplified integrity and honesty. Most of the time that Mike wanted to communicate with me, it would be with a phone call. And, whenever he would give his instructions, agreement or approval it would be verbal and his "word was always his bond".

I have enjoyed working with Mike over these years and value his friendship.

Sincerely,

Robert Weisman