# **EXHIBIT D**

### Religious Letters

1. Boland, Monsignor Michael

2. Caruso, Fr. Michael

3. Connelly, Sister Rosemary

4. Crawford, Lee

5. Garanzini, Fr. Michael

6. Hurley, Fr. Tom

7. Kiley, Rev. Clete

8. McCants, Rev. Gary

9. Pfleger, Fr. Michael

10. Pugh, Coy (also sent directly to the Court)

11. Rataj, Fr. Stan

12. Velo, Monsignor Kenneth

April 8, 2025

Dear Judge Blakey:

I am Monsignor Michael Boland and for many years I was the President of Catholic Charities for the Archdiocese of Chicago. I have known Mike Madigan for many years, we were both from the Southwest side of the city of Chicago.

As the President of Catholic Charities, our Board of Directors and I would go down to Springfield every year to meet our individual members in the General Assembly and the Senate. I would meet with Mike in his office, and he was always most gracious with his time and would always listen to our concerns for the poor that we served in his district and for all those in Cook and Lake Counties which we cared for. He was always supportive of our work and grateful for all that we did to make the lives of Illinoisans better. Mike always had empathy for those who were struggling, we both came from modest backgrounds.

I would see Mike at events like the Irish Fellowship Club luncheon, the St. Patrick's Day parade and other events. I always enjoyed his company he was so interesting to talk to, he and I share a love of history, especially Illinois and Lincoln history.

I hope you will take into consideration his many years of service to the people of the State of Illinois in giving him his sentence. Thank you for your time in reading my letter.

Sincerely,

Mg. Mike Bll

Monsignor Michael Boland



# THE DIOCESE OF BELLEVILLE

March 3, 2025

Dear Judge,

Greetings from the Roman Catholic Diocese of Belleville where I serve as Superintendent of Catholic Schools [23 elementary and 3 high schools with enrollment of 4935]. I met Michael Madigan and his wife Shirley fifteen years ago when I was president of his high school alma mater, Saint Ignatius College Prep in Chicago. At that time, we struck up a meaningful friendship. He received an alumni award from the school and would often attend various events at the school as a loyal and supportive alumnus. He was not only a generous benefactor, but he took time from his busy schedule to attend events at the school when he was able. I especially recall that he and Shirley attended our Mass of the Holy Spirit several times which opened the school year at Holy Family Church adjacent to the school in sweltering late summer weather.

Saint Ignatius offered two trips to Italy during my time that I led and the Madigans were wonderful pilgrims. Mike has a keen interest in history and was often a source of perspective as we visited various places. He and Shirley were unfailingly gracious and kind, even with a few trying characters who were also on the trip. Travelling throughout Italy gave us lots of time to talk about faith, family, friends, and history. Clearly, Mike was 'off the clock' on these trips and people respected his time to be with family and make new friends. He always gives someone his complete attention and is a good listener with a gentle sense of humor and irony. As husband, father, and grandfather, I'm sure he would cite as what brings him the greatest satisfaction, despite his years and accomplishments in public service.

While I was at Saint Ignatius, we had a young man who was eager to get into the Naval Academy needing endorsements from his US Congressional Representative, which he received from Representative Gutierrez. I contacted Speaker Madigan and asked if might be able to endorse the young man, Mack Spohnholtz, and the Speaker stepped up. Mack was admitted and met his future bride at the Naval Academy and were married in 2023; the Speaker's

assistance was another kind gesture that helped a fine young man into the Naval Academy and eventually led to his marriage and future. A seemingly small administrative letter opened doors to an education and family life.

When the Invest in Kids Illinois legislation was introduced, School Choice advocates were very eager to see this project approved. Cardinal Cupich contacted me and asked if I would call Speaker Madigan and encourage him to support the legislation and I did so. Mike and I had never discussed politics, but I was supportive of this bill and was pleased to encourage the Speaker to consider endorsing it, even though his party is typically against School Choice. His support helped pave the way for 9600 low-income children to access better schools throughout the state for five years. I am certain that this bill would never have been passed without the support, vision, and courage of Speaker Madigan.

Many families are trapped in underperforming schools simply because they cannot afford the tuition of private and parochial schools. I thought Speaker Madigan showed exemplary leadership and his vision on this issue made a massive difference in the lives of those who accessed the program, by reaching across the political aisle and lifting up vulnerable and forgotten children trapped in underperforming schools. Sadly, this program was not renewed in 2023.

In all of these situations that I have cited, [donating to his alma mater, assisting a young man who wanted to serve our nation in the Naval Academy, and supporting thousands of disadvantaged students in getting a better education] he did so selflessly from the generosity of his heart. His only desire was that these efforts would benefit the lives of recipients with absolutely no expectations.

I can only imagine the many decisions Mike Madigan has made which changed people's lives for the better. I ask that you take into consideration the many things accomplished by Mike that strengthened the common good and made a huge difference in the quality of life for so many people.

Sincerely,

Fr. Michael Caruso, SJ
Director of Education/Superintendent of Schools



**MISERICORDIA**
Heart of Mercy

www.misericordia.org

Date: March 26, 2025

To: The Honorable John Robert Blakey
From: Sister Rosemary Connelly

Re: Michael J. Madigan

I am writing on behalf of Misericordia's longtime friend, Michael J. Madigan. As the executive director of Misericordia Home from 1969-2021, I was blessed to meet many people who supported our mission and our most vulnerable population here at Misericordia. Speaker Madigan would certainly be among Misericordia's many blessings as he always kept our residents near and dear with respect to his advocacy efforts throughout the years while in Springfield.

I first met Speaker Madigan at Misericordia Home South in the Brighton Park neighborhood. Speaker Madigan was always a friend to our residents, and continued to be a friend even when we moved away from the south side and moved our severe/profound population to a new home on our north side campus. In fact, Speaker Madigan (along with a number of other IL Representatives and IL Senators) was instrumental in helping us secure funds to aid in the construction of our new 125-bed Mother McAuley Residence which replaced Misericordia Home South.

Throughout the years, there were occasions in which the bureaucracy wasn't conducive to our expansion efforts to serve more people. With a wait list of hundreds of people, Misericordia was always able to depend on Speaker Madigan to listen and do what he could to help us to reach out to more families in need. With numerous issues before our legislators, children and adults with intellectual and developmental disabilities were not always a priority. That was not the case with Speaker Madigan. On several occasions Speaker Madigan championed legislation which enabled us to continue building more homes on our north side campus to reach out to families on our wait list.

Misericordia is a better place because of Speaker Michael J. Madigan, and our residents and families and many others benefited from his advocacy while he was in office. We are grateful that Speaker Madigan walked this journey with us for many years. Thank you for the opportunity to share this letter on behalf of Speaker Madigan. I pray that his good works are taken into consideration as you make your very difficult decision.

Sincerely,

*Sister Rosemary*

Sister Rosemary Connelly, RSM
Chairman Emerita

To the honorable Judge:

My name is Lee Crawford, Pastor of the Cathedral of Praise Christian Center, Spfld, Il

I have had the pleasure and honor of serving in the Administration of Michael J Madigan for more than 35 years

During those years i have had the opportunity to learn and come to know who the person Mike Madigan is.

I have had the distinct honor of leading prayer at General Assembly and during State conventions at the request of Mike Madigan.

Which i believe speaks to the heart, the person and spiritual beliefs of Mike Madigan.

Through my personal experiences of working for and with Mike Madigan i have found him to be a person of high character, compassion, and integrity.

I have had the opportunity through the years to witness all the hard work he has done for both the people in Spfld, il and on occasions when visiting his District office, all the great work that had been done in his community.

Most of all i know Mike Madigan, to be a very loving Family Man devoted to His Wife and Children.

So if pleases the court My heartfelt prayer is that you would strongly consider the person and all of his positive contributions in your sentencing.

Thank you for your time and consideration.

Lee Crawford

Pastor of the Cathedral Christian Center Spfld il



Association
of Jesuit
Colleges &
Universities

Boston College, MA

Canisius University, NY

College of the Holy Cross, MA

Creighton University, NE

Fairfield University, CT

Fordham University, NY

Georgetown University, DC

Gonzaga University, WA

John Carroll University, OH

Le Moyne College, NY

Loyola Marymount University, CA

Loyola University Chicago, IL

Loyola University Maryland, MD

Loyola University New Orleans, LA

Marquette University, WI

Regis University, CO

Rockhurst University, MO

Saint Joseph's University, PA

Saint Louis University, MO

Saint Peter's University, NJ

Santa Clara University, CA

Seattle University, WA

Spring Hill College, AL

St. John's College, Belize

The University of Scranton, PA

University of Detroit Mercy, MI

University of San Francisco, CA

Xavier University, OH

March 27, 2025

The Honorable John Robert Blakey
U.S. District Court, Northern Illinois District
Dirksen Federal Building
219 S. Dearborn Street
Chicago, Illinois 60640

Dear Judge Blakey,

I am happy to write this letter for Mike Madigan attesting to the character and principles of this man. I have known Mike now since 2001 the year I became president of Loyola University Chicago. Our friendship has been both professional and personal. Shirley Madigan was a trustee of LUC when I became the University's CEO and religious leader. She was then the head of the Illinois Council for the Arts and a strong supporter of our growing fine and performing arts program.

My career has been in higher education. As a Jesuit I have worked at several Jesuit universities, (Fordham, Saint Louis University, Georgetown and the Gregorian in Rome). I am presently the President of the Association of Jesuit Colleges and Universities and reside in Washington, DC.
My academic specialty has been child and family development and family counseling, which I practiced and taught for ten years before doing academic administration. (Your honor, I can tell you that the best preparation for university administration is working with dysfunctional families. If we meet, we can discuss the similarities of our professions, including priesthood, which I know something about, as well.)

My first encounter with Mike, socially, was that first year working for the LUC Board. Someone told me after the first social occasion that people were curious about the conversation among Shirley, Mike, and me. I asked why. They said: we have not seen him laugh so much. I learned that professionally, Mike Madigan is a very serious man. In social settings, however, he is charming and loves some good humor. (I suspect this is the saving grace part of being Irish.)

Over my 14 years as president of LUC, we had many social occasions as well as quiet dinners with Mike and Shirley, including his son. Most of my dealings, however, were with Mike as Speaker of the House. I liked him in that role when he told me he was there to help the university and looked forward to my visit in Springfield and, second, would it be okay if I would say the opening prayer for the legislative session? When I asked later on in my tenure why he wanted me to open the General Assembly each time I visited, he said: Candidly,

priests' prayers are shorter than preachers' and Rabbis' prayers. Your honor, this is true, for the most part, they are. (Many of God's people know this.) I learned that I could bring him the University's problems that Springfield can help address, and Mike would work with the legislature and Governor for solutions. Mike's driving motive is solving people's problems. This is the essence of the man....and his love for his wife and family.

Over the years we asked Mike for help. For instance, I needed to upgrade a facility downtown for a large Mediaeval and Renaissance Art Collection, the D'Arcy Collection. This would make it available for the public. Mike—with Shirley's help—got us the money. (Your honor, I am not showing this to a lawyer or to Mike and wonder if I have just revealed anything morally wrong about securing that grant. It never crossed my mind because we Catholics go through Mary to get things from Jesus, and this looked to me like an equivalent situation.)

Mike was also quite helpful in getting internships and introducing us to people who could help the University. But, perhaps the most important legislation he helped us with-- time and time again-- was helping maintain the Illinois Scholarship program for in-state students. Tuition assistance from the Government—Federal and State—is something of a lifeline for middle class and economically disadvantaged students. LUC has always been a home for first-generation students. This was a regular battle to keep alive and keep renewing. Even if the state subsidy grew only marginally, at least it was not cut like many other programs.

While Mike Madigan was speaker, this became a "sacred cow," and thousands of Illinois citizens have taken advantage of being able to bring their scholarship dollars to any institution in the State that they desire and are able to attend.

I guess when the mighty are no longer in charge, their good deeds are often forgotten. I know that there are many sacrifices that public officials "offer up," as we Catholics say, which are forgotten or ignored. And, I am still having trouble understanding his guilt. Sorry, but I grew up in the Italian section of St. Louis, The Hill. We were taught to be generous with your time and talent. Mike was always generous with his time and talent. Doing good things for others, that is what we are supposed to do.

Well, I have taken your time. I am happy, as I said, to offer this testimony about Mr. Speaker. Thank you for reading.

Sincerely,

Fr. Michael J. Garanzini, SJ
President
Association of Jesuit Colleges and Universities



May 20, 2025

Dear Judge Blakey,

My name is Father Thomas Hurley and we've met each other at the annual Celtic Lawyer's Luncheon held each year in celebration of St. Patrick's Day. I have been a priest for the Archdiocese of Chicago for the past 32 years and I served for almost 24 of those years at Old St. Patrick's Church in downtown as weekend associate and pastor. I now serve as Chaplain and Vice President for Advancement at Marist High School, my alma mater.

As pastor of an historic church situated in the middle of the business district, I had the great pleasure of meeting many wonderful civic leaders who made their way through the doors of Old St. Pat's for various masses and celebrations. Several years ago, I had the good fortune of meeting Michael Madigan and his wife Shirley. Although appearing quiet and somewhat shy, I came to know Mike as a force for tremendous good both for our city and throughout the great state of Illinois. Whenever I encounter Mike at various functions, restaurants, and ecclesial events, he is always genuinely kind, friendly, and interested in how my life and the life of Old St. Pat's is going.

Four years ago in March 2021, I made an important, yet bold, decision to step away from Old St. Pat's and my priestly ministry to re-assess my vocation, how I was feeling and to take care of my mental and emotional health. I never felt more vulnerable in my life. It was the hardest decision I've ever made and I never imagined that my announcement to the people of Old St. Pat's would make the evening news! A few weeks later I was in Tufano's restaurant and who came up to me to offer genuine support: Michael Madigan. Mike took time away from his guests and came over to my table to speak with me. He felt genuine concern for me and my well-being, offering anything he could do to support me in my time of uncertainty. I didn't expect the once powerful Speaker of the House and this iconic figure to be so genuinely concerned for me. But he was. And I will forever be grateful to Mike Madigan for all the many times, whether in local restaurants or other settings, he showed such compassion and understanding.

Often times the news media totally neglect the real person behind the stories. I know Mike Madigan to be a genuinely good man who has a good soul and compassionate heart. Please consider the goodness of Mike Madigan as you contemplate a sentence. I will pray for you, Judge Blakey, as you take on this difficult task.

Sincerely,

Fr Tom Hurley.

Father Thomas J. Hurley

   @MARISTCHICAGO

11 April 2025

The Honorable John Blakey

United States District Court

Northern District of Illinois

Dear Judge Blakey:

This letter is submitted on behalf of Michael J. Madigan. It is a request for clemency in your consideration of sentence for Michael Madigan for the crimes for which he has been convicted.

I grew up on the Southside of Chicago. Mike Madigan and I were raised in the same Irish Catholic Democrat culture and network of relationships. He grew up in a parish near where I grew up myself. Over the years I had heard about Mike Madigan and came to appreciate him as a leader dedicated to the service of the people. As a Catholic priest I was aware of Mike Madigan as a public leader and political figure. In our neighborhood Mike Madigan was held in the highest regard.

I came to know Mike Madigan in his public role more concretely when I served in Cardinal Bernardin's Cabinet. As a member of the administrative team for Cardinal Bernardin I was an observer to the many ways in which Mike Madigan went above the call of duty to assist our neighborhoods, our parishes, our schools and our charities to remain viable and responsive to our fellow citizens. Mike Madigan was always available to help us at the Archdiocese of Chicago to navigate both the state and local government. When I served as a pastor in the Mexican community, subsequently, Mike Madigan remained a friend to whom I could turn for advice and wisdom. He has been a source of personal support and encouragement to me and to many pastors over the years.

Currently I serve as a special advisor to Cardinal Cupich, and once again in these recent years Mike Madigan has remained a source of support and encouragement for us as we work on our schools and on our various Catholic Charities.  I serve on the Board of Directors for Misericordia Home, for example, and Mike Madigan has always been a great source of wisdom as we navigate the state systems that support the work of Misericordia. I also currently serve as the Chaplain for the Chicago Federation of Labor. Again and again in this capacity I have been with Mike Madigan in person and know how committed he is to workers, to their rights, and to the future of work for young people. One of the things that has deeply impressed me in this regard is the way Mike Madigan has dedicated himself to developing the Hope Academy. The idea for

this Academy was all Mike's. It is born out of a concern that a future generation of workers will have the skills to secure good paying jobs in the Trades. These recent years have brought their own challenges to Mike but he has never wavered in his efforts, setting aside his own trials, to see Hope Academy become a reality.

Michel J. Madigan has given more than 50 years of his life in public service. By every measure he has had an extraordinary public life. His public life and service in themselves are worthy of consideration and offer, Your Honor, some balance when contrasted to the counts for which he has been charged and convicted. The challenge, of course, is to weigh all these factors in your considerations. That public life and those years of public service must weigh in the balance as you determine an appropriate sentence for him.

As a Catholic priest, I would be remiss if I did not acknowledge a more problematic aspect of Mike's public life. During his tenure as the Speaker of the Illinois House, Bishop Thomas Paprocki, the Catholic Bishop of Springfield, Illinois, issued a canonical disciplinary decree against Speaker Madigan and then Illinois Senate President John Cullerton, related to legislation before the State Legislature. As Catholics who were at that time also very public and key legislative leaders in support of a particular bill securing abortion coverage, Bishop Paprocki issued a canonical decree that prohibited both from the reception of holy communion in the Diocese of Springfield. This decree applied only in the Diocese of Springfield. My ministry as a priest is located in Chicago. Nevertheless, as a priest, I am bound to respect that decree from Bishop Paprocki. At the same time, Mr. Madigan is no longer in public office, and the penalty may no longer be binding, but there were some provisions in the decree that require some restitution, I believe. That matter rests between Bishop Paprocki and Mike Madigan, and in the end the issues will go to a Higher Court.

Some might wonder, given that issue, why would a Catholic priest still make a request for clemency in sentencing for Mike Madigan? My response to that may be found in the Gospel (Matthew 9:13: "I desire mercy…For I have not come to call the righteous, but sinners".)  As a pastor, I have come to know Mike Madigan as a private person, as a man of faith, as a family man, as a neighbor, as a friend, and, like all of us, as a sinner. Mike Madigan was raised as a Catholic. He attended St. Ignatius Prep where the Jesuits taught him to "be a man for others". That is a life lesson Mike has carried with him his whole life, and not simply in his public life. He has always been one of those guys who was always ready to help others and there are countless stories of Mike's kindness to people over the years. Mike attended the University of Notre Dame where he learned to trust his troubles and challenges to "Our Lady" at the Grotto, and where he learned that his Catholic faith was to be lived out there in the world, in the community, and in the network of relationships we build up over a lifetime. Mike Madigan does not wear his faith on his sleeve. He'd tell you he's not always the best when it comes to meeting his Catholic

obligations. Yet, I know him as a man of very deep faith and he knows he will be judged by the Lord according to how he has treated "the hungry, the thirsty, the stranger, the naked, the sick, the imprisoned." (Matthew 25: 34-37). Mike Madigan has lived his personal life as a man for others and takes this Gospel summons to heart. Mike Madigan is in many ways an old-fashioned Catholic gentleman. He is kind to people. He goes out of his way to extend a hand. He makes the wakes, and accompanies people in their moments of need.

In conclusion, Your Honor, as you weigh rendering a just sentence for Mike Madigan, it is my hope that you will reflect on his 50+ years of public service; on the fact that he is out of office and cannot likely repeat the crimes for which he has been convicted; that he is 82 years old and too long a sentence would basically be a life sentence; that he is at heart a man of faith and good will who still hopes in his remaining days to be a man for others and to do some good for his community; and, finally, he is a man who hopes to take his remaining years and align himself more closely with his faith.

Thank you for the opportunity to offer this letter for your consideration.


Respectfully submitted,


Rev. Clete Kiley, D.Min.

Chaplain, Chicago Federation of Labor



and

Special Advisor to the Cardinal

Archdiocese of Chicago




*Reverend Gary McCants, Presiding Elder*

May 14, 2025

Honorable John Roberts Blakey,
United States District Judge
Northern District of Illinois
Courtroom: 1203: Chambers: 1288
219 South Dearborn Street – 2125
Chicago, Illinois 60604

Dear Judge Blakely:

My name is Gary McCants, and I recently retired as a Presiding Elder (PE) in the Illinois Conference, Fourth Episcopal District of the African Methodist Episcopal (AME) Church. Most recently, I served as the Chaplain of the 10-member Presiding Elder's Council of the Fourth Episcopal District. As PE, I supervised 22 AME churches in central and southern Illinois for over 16 years and have been dedicated to the gospel ministry for 39 years. Notably, I accepted my call to the ministry while serving on the staff of the House of Representatives and became bi-vocational.

Throughout my ministry, I was assigned to and served as an interim pastor at several AME churches in Springfield and the Metro-East area of Illinois. Additionally, I currently serve as Co-Chair of the Illinois Conference of Churches and have previously held the role of Chaplain for the Illinois Association of Fire Protection Districts, among other religious commitments.

I have lived in Springfield since 1975 I moved from Chicago to join the House Democrat Staff under Speaker William Redmond. Over the years, I have worked in and around the House of Representatives as a Legislative Staff Analyst, Employee Assistance Coordinator for the General Assembly, and as a lobbyist—for a total of over 33 years.

I have known Speaker Michael J. Madigan since I arrived in Springfield. Early on, I recognized his ambition for greater leadership within the House. During those initial years, I primarily saw him through the lens of politics—he was an exceptional fundraiser who applied his considerable skills and intellect to help elect Democrats to House seats. While Redmond was speaker, I would take vacation or personal days to help Speaker Redmond's political organization, and we would collaborate with Madigan's political organization. Later, I worked on campaigns when Madigan himself became Speaker.

At the time, there was a healthy competition between Speaker Redmond's and Representative Madigan's political organizations. However, when both groups backed the same candidates, I occasionally had to share campaign information or make financial aid requests with Madigan or his team. I believe I spoke to Madigan directly on occasion, though I am not certain. Regardless, my calls were always received, and aid was granted when needed.

Between April 1975 and May 1988, I served as a legislative analyst and later as a Senior Staff Analyst for the Illinois House Banking, Public Utilities, and the Veterans Affairs and Licensed Professions Committees. I also analyzed the budgets of regulatory agencies governing these industries and related legislative issues. When necessary, I would speak to Representative Madigan about matters under the jurisdiction of these committees or agencies.

Speaker Madigan sometimes invited me to open the legislative session as the day's Chaplain. However, what was most meaningful to me was the honor he extended by allowing me to deliver the opening prayer and/or benediction during the Inaugural Ceremony for House members on several occasions. These instances were profoundly memorable, as my prayers enabled me to help several legislators, staffers, and others as they navigated their calling and personal struggles. I

remain eternally grateful for Speaker Madigan's support in this area of my life, as it allowed me to develop lasting relationships with many individuals I may never have had the opportunity to pray for or with.

In 1985 the Lord led me to write a resolution to establish a prayer room in the Illinois State Capitol Building. One day I was headed to Miggs Field in downtown Chicago to catch the state plane back to Springfield. However, I received a call from Mr. Gary LaPaille, Speaker Madigan's Chief of Staff, and a good friend. He told me the state plane was not taking off from Miggs, and that I needed to take a cab to Midway to get on Speaker Madigan's plane. I did so and was seated across from Speaker Madigan. Knowing he was a man of faith, for I knew he was Catholic and had heard how he often spoke with his parish priest, it was easy to discuss the resolution as our conversation shifted to spiritual things. I took complete advantage of the opportunity.

Madigan told me a fellow legislative staff member had already spoken to him about the resolution. Upon hearing that, I began to seriously witness to him about how the Lord had spoken to me to write the resolution, about my deep faith in God, church activities, and family. And, I literally had his undivided attention for about an hour.

There were two other legislators on the plane, a State Senator, and a member of the House whom I knew well. However, while they conversed about various matters, Madigan said I should just ignore them, and he and I used that time to speak about the things of God! What a rare opportunity, high above the city and the flat plains of Illinois!

He seemed keenly interested in my discussion, so he asked me to send him the resolution and said he would have his lawyers review it and get back to me. In less than a week, he agreed to be the Chief Sponsor and asked House Minority Leader Lee Daniels to be the Chief Hyphenated co-sponsor of House Resolution 408 in 1985. It was adopted by the House of Representatives but subsequently was challenged in the federal district court by the Freedom from Religion Foundation.

The Presiding Judge, for the 7th Circuit, Judge Marvin E. Aspen, ruled that the legislation authorizing the conversion of a hearing room into a prayer room violated the First Amendment provision that the government shall "make no law respecting the establishment of religion." However, at the request of State Representative Penny Pullen, Representatives Lee Daniels and Madigan filed a resolution with 'whereas' clauses based largely on HR 408, asking the Attorney General to appeal Judge Aspen's ruling. In January of 1988, the U.S. Court of Appeals, for the 7th Circuit overturned the district court, thus allowing the establishment of the prayer room. Again, here I am extremely grateful for the leadership Speaker Madigan gave to this entire matter, which was important not only to me, but to the many legislators supporting the establishment of the prayer room.

Later Speaker Madigan and the other legislative leaders appointed a special committee made up of members of the House, Senate, and public to see to the establishment of the prayer room. Madigan appointed me as Chair of that committee and allowed the Committee to dedicate the room in a ceremony following the House session one legislative day.

In later years, renovations to the west side of the State Capitol Building affected the first-floor area where the Prayer Room was located. Unfortunately, the Prayer Room was removed as part of the renovation. However, efforts continue to designate a new space within the Capitol as part of the current renovation of the north side of the building. Despite this setback, I cannot help but reflect on Speaker Madigan's instrumental role in ensuring the Prayer Room was established in the first place. He allowed the Lord to use him—first by offering his support for the resolution and later by helping navigate the matter through the federal courts.

Speaker Madigan was always kind, personable, and forthright in his dealings with me. If we crossed paths in the hallways, he would call me by name. On occasion, he met with my father-in-law, the late Chicago Circuit Judge Marion W. Garnett, and would later mention it to me with a smile, saying, *"I talked with your father-in-law last week."* I would reply, *"Yes, I know—he told me."* These moments reinforced his personal approach to leadership and his attention to detail in relationships.

On one occasion, Speaker Madigan called me to his office to clarify that, as a member of the House staff, I worked for him rather than for individual Committee Chairpersons or legislators. I assumed he wanted to ensure that if I noticed

2

something improper occurring, I would report it directly to him. More specifically, I believe this discussion stemmed from concerns that some Committee Chairs were not always following House rules—particularly regarding fair hearings for bill sponsors. Some Chairs were reportedly employing questionable tactics to either kill bills and amendments they opposed or fast-track those they supported.

As House members voiced their concerns over such practices, I witnessed Speaker Madigan intervene decisively. When there was significant controversy about questionable committee proceedings, he refused to allow committee reports to be read on the House floor. This action proved his commitment to fairness and protected legislators' rights across party lines. It was a courageous stance that helped both Democratic and Republican members, as well as staff.

I personally appreciated his leadership in these situations. As a staff member, challenging a Committee Chair about improper conduct sometimes placed me in their direct line of frustration—an uncomfortable position for anyone assigned to work closely with committee leadership. Speaker Madigan's intervention reassured me, as I had faced difficulties with several Chairpersons on more than one occasion.

Throughout my time in Springfield, Representative Madigan was unfailingly honest and principled in his interactions with me. He never asked me to do anything unethical, and I came to understand that he wanted to empower staff to uphold fairness in the legislative process. I believe he was making it clear to me—and to all staff—that we had a responsibility to ensure that every member of the House, as well as the public, was treated with respect and given a fair opportunity to be heard.

Because House leadership could not be present at every committee meeting, staff played a crucial role in monitoring proceedings. Madigan made it clear that if issues arose that we could not manage, we were to call him or another leader directly. His expectation was simple: House and committee rules were to be followed, ensuring that the legislative process operated with integrity.

Another matter that deepens my appreciation for Speaker Madigan is his role in supporting the late Mayor Harold Washington.

Like many, I admired Senator Harold Washington, who had served in the House and later championed his quest for election as the Mayor of Chicago. When he took his oath of office as Chicago's first African American mayor, he was immediately met with resistance from factions within the Chicago City Council over various issues—sometimes seemingly on principle alone. This intense opposition led to what became known as the *Council Wars*.

I am certain Speaker Madigan did everything in his power to prevent the Council Wars from spilling into Springfield and affecting the legislature. However, I recall one occasion when a piece of legislation arose that was difficult, if not impossible, to avoid. The bill sought to limit Mayor Washington's ability to appoint individuals to the Chicago Park District, shifting that authority instead to the rival head of the Park District.

For reasons I do not fully recall, the sponsor forced a vote on the legislation in the House. Madigan had no desire for the bill to be heard, but the rules allowed it. As the vote closed, there were enough votes to pass the measure—but before it could be officially declared, a legislator who had voted in favor requested a verification of the roll call. Madigan was presiding over the chamber, and as verification began, the names of affirmative votes started dropping from the roll because those members were no longer present. Once a sufficient number of votes had been removed, Madigan swiftly gaveled the bill and declared, *"Not having received sufficient votes to pass, the bill is lost."*

Later, I heard the House member who had championed the bill say to Madigan something to the effect, *"I yield, but I had to force the issue."* That day, Madigan proved yet again that he had control of the chair—and, more importantly, the ability to keep the Council Wars out of Springfield. His decisive action was a warning to those seeking chaos: *be careful when engaging in havoc*. Personally, I felt vindicated. The entire situation had been unjust, and I was proud of Madigan for standing up for fairness—an act that, in turn, helped Mayor Harold Washington.

3

Madigan's regard for Mayor Washington extended beyond legislative battles. Tragically, Washington passed away far too soon, and once again, Madigan stepped in to ensure he was properly honored.

Speaker Madigan conceived a fitting and lasting tribute—hosting a memorial for Mayor Washington in the Chambers of the Illinois House of Representatives. As part of the planning, Madigan asked me to help by recommending a Springfield minister and gospel choir. I invited Rev. Dr. Richard May, pastor of Pleasant Grove Baptist Church, along with his choir, as well as retired Rev. Corneal A. Davis, former Assistant Majority Leader in the House, to take part in the ceremony.

Beyond organizing the service, Madigan showed his deep respect for Mayor Washington by personally inviting his family to Springfield and chartering a plane to bring them to the memorial. Afterward, he hosted a substantial reception for the family and special guests. One of Washington's brothers told me that he felt this ceremony was the most fitting way to conclude the memorials for his brother—right in the place where he had provided much of his public service. He added, *"This is the best way to remember him, no matter how he died, because we cannot bring him back."*

This comment referenced lingering controversy over Washington's passing—whether he had suffered a heart attack from natural causes or if foul play had been involved. While no evidence pointed to anything beyond heart failure, speculation persisted. Regardless of the rumors, Madigan's memorial service centered on Mayor Washington's legacy, ensuring that his contributions were properly recognized.

I will always remember Speaker Madigan's kindness, respect, and the care he showed to Mayor Washington's memory and his family. I am doubly proud to have played even a small role in supporting Madigan's tribute to a man so deeply loved and admired, especially in the African American Community.

After leaving the House completely in 1988, I transitioned into lobbying on behalf of several organizations, including the Illinois Conference of Churches, the Illinois Association of Marriage and Family Therapists (IAMFT), and the Illinois Bankers Association, among others.

As a representative of IAMFT, I once advocated legislation requiring insurance carriers to reimburse clients for certain covered mental health services provided by a Licensed Marriage and Family Therapist. While many insurers were already reimbursing, some were not. The entire insurance industry, along with a significant portion of the business community, opposed the bill, labeling it a *"mandate."* Their opposition was less about the substance of the bill and more about the fact that it required insurers to reimburse them for covered services.

For four years, the insurance industry successfully blocked the bill from passing the House Insurance Committee. Many committee members privately acknowledged that they had no issue with the bill's provisions but felt constrained by industry opposition, making them unwilling to support it.

Recognizing this challenge, a House member approached Speaker Madigan to see if the bill could be reassigned to a healthcare committee instead. The House Rules Committee later reassigned it, shifting the legislative dynamics significantly. Soon after, the chief insurance industry lobbyist approached me, saying, *"Gary, I guess you will be getting your bill out of committee because I'm not going there to oppose it."*

This shift in committee assignment proved crucial. Several Republican legislators, who had previously wanted to support the bill in the Insurance Committee but felt constrained, now had the freedom to vote for it in the health care committee. With the industry lobbyist absent, they pledged their support. The bill successfully passed and eventually became law, allowing families in need of mental health care better access to services and reimbursement for covered treatment by MFT's. Without Speaker Madigan's personal intervention, I do not believe the bill would have ever made it out of the House Insurance Committee. Interestingly, I had no difficulty passing it through the Senate Insurance Committee.

Beyond my work with IAMFT, I also spent two decades serving as Director of Government Affairs, Vice President of Government Affairs, and Legislative Advisor for the Illinois Bankers Association. In these roles, I often sought meetings with legislative leaders to advocate for or oppose various bills.

4

Each year, our association hosted a Lobby Day in Springfield, bringing a delegation of bankers and industry professionals to engage with lawmakers. Speaker Madigan would often meet with us, offering kind words about the several of us who had previously worked for him. However, what stands out most in my memory is his ethical approach. Unlike at least one other legislative leader, he never tried to pressure us or exert undue influence over our political action committee (BankPac).

The other leader sought control over a lump sum of our BankPac funds, asking that we turn them over to him so he could distribute them as he saw fit—rather than allowing us to decide which campaigns to support. Madigan never made such demands. Additionally, he never tried to tie legislative decisions to financial contributions, nor did he improperly solicit funds while on state grounds. He never pressured us to attend his major fundraising receptions, nor did he imply that our attendance—or lack thereof—would affect our standing.

When we approached Speaker Madigan for support, he would either give his backing outright, express opposition or inform us that he needed time to consider the issue. If he said *no*, it was final. But if he said *yes*, we knew we could rely on his commitment. And if circumstances changed, he would always ensure that one of our lobbyists was informed.

Even in situations where he withheld commitment, we always had a clear understanding of where we stood. If necessary, we could follow up with him personally or through his staff for further clarification. Speaker Madigan's transparent and principled approach set him apart, ensuring that those of us who worked with him always knew what to expect.

**A Personal Appeal to the Court**

Judge Blakely, I appeal to your compassion as you consider the case before you. Michael J. Madigan entered public service with the intent to bettering the lives of Illinois residents, and he was extraordinarily successful in many areas of societal importance. During my 33 years working as House Legislative Staff and as a Lobbyist, I witnessed him strengthen laws, protect vulnerable communities, and contribute to the economic stability of working families—not only in Chicago but also throughout downstate Illinois.

The Michael Madigan I met years ago is not someone I believe set out to harm anyone. Rather, he has been a supportive figure in government, a mentor, and a man whose leadership touched countless lives. More specifically, he helped many young people secure well-paying jobs that enabled them to provide for their families. From my perspective, he has been a devoted husband to his lovely wife Shirley Madigan, and father to his children.

I beseech you, by the mercies of God, to grant him the benefit of the doubt and strongly consider the good he has done for the people of Illinois as you weigh his sentence. I ask that you extend leniency in your final decision.

May God grant you wisdom, peace, and empathy as you reflect on this matter. We are all imperfect, and all have fallen short—but mercy and justice must coexist. I humbly ask that you take these considerations to heart.

Most sincerely,

Reverend Gary, Presiding Elder (Retired)
African Methodist Episcopal Church



*Faith Community of St. Sabina*

www.saintsabina.org

March 6, 2025

Judge Blakey,

My name is Michael Pfleger, I am the Senior Pastor of The Faith Community of Saint Sabina located in the Auburn Gresham community. Beyond being a church where people can come and grow their faith, we also have a large outreach consisting of our Employment Resource Center, Stein Learning Gardens, The Ark of St. Sabina Youth Center, St. Sabina Social Service Center, St. Sabina Elders Village, St. Sabina Academy, and our King Outreach Center where we work with justice involved youth and adults. Because of our extensive outreach we often deal with city, state, and Federal agencies. We also have been lobbying for years to get stricter gun laws.

Because of our efforts and programs, I have often had contact with Mr. Madigan in his role as Speaker of the House. I have had countless conversations over the years with Michael Madigan on issues that affect gun laws, programs to eradicate violence, and the tax program to help private schools. I have always found Mr. Madigan willing to share his wisdom and experience and always found him to be honest in his opinion and advice. I have never been asked to support him as a candidate or support any bill or issue that was before the House. I have always found him to be straightforward and to have a deep concern for the issues that we faced on the south side of Chicago.

I hope when the issue of sentencing is before you that you take into account all that he has done to help the State of Illinois. Thank you for your consideration.

In the Pursuit of Justice...

Rev. Michael L. Pfleger

*"An African American Catholic Community of Faith, Education and Service"*

Coy Pugh



March 25, 2025

Honorable Judge John Robert Blakey
Judge of Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Sentencing of Michael J. Madigan, Case No. 22-CR-115

Dear Judge John Robert Blakey,

This letter is being written as a character reference on behalf of one Micheal J. Madigan. Let me start by saying that I am the only person ever elected to the state legislature who has previously been incarcerated. Therefore the content of my character as a reference may not carry much weight. However, during my tenure as a State Representative, I had the distinct honor of serving in various leadership positions within the Democratic Party in Illinois. I was appointed to serve on the esteemed Joint Committee on Administrative Rules along with then Senator Barack Obama, at the behest of Speaker Michael Madigan in spite of my background.

Mr Madigan treated me fairly as he did any and all members of the General Assembly who were willing to serve the people of this great state of Illinois and emulate his work ethic. There was nothing that he would not do and was always willing to listen to the voice of the oppressed and underserved community that I had the honor to represent in the Westside of Chicago. There was nothing a time that he overlooked any of the personal hardships that were brought to his attention by the various members of the state of Illinois on both sides of the isle. Mr, Madigan has set the tone for what an exemplary statesman should look like. A true gentleman, a trusted husband, committed father and a guardian of truth , fairness, honesty, justice and integrity.

I am proud to say that I knew him and served my country and constituents well as a result of his thoughtful leadership. It is with this in mind that if the statutes permits that I would be willing to sacrifice my time and be willing to serve any sentence afforded to him in his stead. He has devoted his entire life/ career to serving the state of Illinois as the longest serving Speaker of the House and is deserving of this gesture by me.

Sincerely,

Coy Pugh

# Bishop Lyne Retirement Home for Priests



March 12, 2025


To: Judge Blakey

From: Rev. Stanley G. Rataj

Re: Mr. Michael Madigan


Dear Judge Blakey:

My name is Stan Rataj. I am a retired priest of the Archdiocese of Chicago. I have known Mike Madigan since 1984, when I was first assigned to St. Nicholas of Tolentine Parish as an Associate Pastor. When Mike was not in Springfield, you could count on the Madigan family being at Mass every Sunday at our 10:30 Mass. I could probably still point out the pew they used to sit in! He and his family always exchanged pleasantries with me and the other parishioners after Mass. When there was a Donut Sale or something, you could always count on Mike to stop by after Mass.

When we took our Eighth Graders to Springfield every year for their annual trip, one of the stops would always be Mr. Madigan's office. More often than not, Mike was available to greet the kids and spend some time with them. The students often related that that was one of their favorite memories of the trip.

St. Nick's was a charter member of the Southwest Organizing Project (SWOP). I am proud to have been a member from the very inception of the organization. I believe that we really made a difference rallying around the important issues that faced our community, such as Housing, Predatory Lending and the Ceasefire Initiative. Mr. Madigan was a staunch ally of SWOP. We could always count on his support. One of our major successes

was getting HB 4050 passed. We could never have done it without Mr. Madigan's help. He really went to bat for us!

Another instance that I will never forget was at a SWOP meeting at one of the local schools. Mr. Madigan was again present and spoke to the group. I had just had my hip replaced about three weeks earlier. I didn't want to miss this meeting, but because I was using crutches, I was unable to be on the stage as planned. I sat in the crowd with everyone else. I wasn't even aware that Mike knew I was there, but he sought me out after the meeting and thanked me for my leadership in the community. I will never forget that gesture.

I consider Mike Madigan a friend, and I wish him well!

Sincerely,

Rev. Stanley G. Rataj

Retired Priest, Archdiocese of Chicago

## MONSIGNOR KENNETH VELO

April 24, 2025

Dear Judge Blakey:

Although so many in the State of Illinois know Michael Madigan for his service in government and as a leader of the Democratic party, I have known him as a personal friend and devoted family man.

We met 35 years ago when his family and mine vacationed in a similar area at Christmas time. Since that time, I have been friends with Michael, his wife Shirley, and their children. For this reason, I have seen a goodness in him shared by few others. He has been a devoted husband and proud father through these many years as a public servant. Michael was always willing to help a friend in need, including constituents, friends, and associates.

Knowing him, I felt comfortable visiting his office and asking for help for our inner-city school children seeking a tax credit program that would help provide funds for the education of thousands of young people. Michael Madigan, because of his strong belief in education and having been a product himself of the Catholic school system of the Archdiocese, was open, resourceful, and helpful. He initiated the program legislatively which provided that help to thousands of school children in the elementary and high schools in the State of Illinois. It was a part of a program called, "Big Shoulders." This part of the program was discontinued last year by the Illinois legislature for political reasons.

On a very personal note, I will always remember Michael and Shirley Madigan standing in line on an extremely warm July day attending the wake of my father and offering their prayers. This simple gesture of a man seen by so many as very powerful, gave me a glimpse into his humility and humanity. For this and all he has done, I will be forever grateful.

Michael is 82 years old with a sick wife. Shirley is primarily homebound suffering from a serious debilitating pulmonary disease. He is completely devoted to her.

Knowing Michael Madigan all these years, I was proud that he took the stand in his own defense, this is not done by many people in his situation. Michael wanted to tell the story completely. This is consistent with who he is, a truthful and honest man. Through that testimony, he also showed great humility as he revealed various facets of his growth and development openly and honestly.

This has been a trying and extremely difficult time for the Madigan family. So much pain and embarrassment has been inflicted on them. Their world has been shattered. I respectfully ask you to consider all the above when imposing sentencing.

With deep respect,

Monsignor Kenneth Velo