# **EXHIBIT F**

## Public Interest Letters

1. Balanoff, Tom
2. Bartow, Jeff
3. Bienen, Henry
4. Bloch, Robert
5. Bonoma, David
6. Brady, David
7. Busch, Gregory
8. Carlson, Craig
9. Carpenter, John(also sent directly to the Court)
10. Carr, Jeffery (also sent directly to the Court)
11. Clifford, Robert
12. Collins, Thomas
13. Connolly, James
14. Conway, Kevin
15. Coyne, James
16. Dempsey, Mary
17. Devaney, Pat
18. Dowd, J. Peter
19. Durkan, Martin
20. Eychaner, Fred
21. Finn, Don
22. Fitzpatrick, Collins (also sent directly to the Court)
23. Franczek, James
24. Gannon, Dennis (also sent directly to the Court)

25. Gierut, Robert
26. Gonzalez, David
27. Griffin, William
28. Hanania, Ray
29. Healy, Joe
30. Healy, Terrence (also sent directly to the Court)
31. Hickey, Patrick
32. Houlihan, James
33. Hoyt, Joshua
34. Kelly, Patrick
35. Koehler, David
36. Linehan Howard, Maureen
37. Mazzotti, Gordon
38. McCarthy, Tim
39. Miller, Elliot (also sent directly to the Court)
40. Montgomery, Daniel
41. O'Sullivan, Terry
42. O'Toole, Robert
43. Penn, John
44. Poshard, Glenn
45. Power, Joseph
46. Reinsdorf, Jerry
47. Reiter, Jr., Robert
48. Ronan, Maren
49. Ryan, Dennis

50. Ryan, Nancy

51. Ryan, Tammey

52. Sacks, Michael

53. Schack, Mike

54. Sheppard, Terrence

55. Signore, Daniel and Francine

56. Simon, R. Matthew

57. Stone, Christopher (Republican)

58. Suffredin, Lawrence

59. Sweeney, James (also sent directly to the Court)

60. Toia, Sam

61. Wedeking, Nancy

May 13, 2025

Dear Judge Blakey,

Prior to my retirement in 2022, I was President of SEIU Local 1 and the President of the SEIU Illinois State Council. I served as President of both organizations for over 25 years. SEIU Local 1 represents over 50,000 Property Service workers in Chicago and five other Midwest cities. The Illinois State Council is SEIU's political arm representing over 150,000 healthcare, property service and Public employees.

In my capacity as the leader of SEIU I interacted and worked with Mike Madigan many times over the years.

In the early 2000's Mike Madigan played a crucial role in helping our union pass legislation establishing employment standards for Home Healthcare workers and Home Child Care workers. These workers play a vital role in the delivery of Home Care and Child Care in Illinois. They were amongst the lowest paid, often working minimum wage. With the Act, we were able to move these jobs to living wage jobs with better training standards.

The lives of over 90,000 workers have changed dramatically. Their work has become more stable and their livelihoods more sustainable. The hundreds of thousands of who need their services also benefited from a more stable and better trained workforce. Mike Madigan supported this legislation and was crucial to getting it enacted into law.

In 2006, our Union led a major legislative/political campaign to raise the minimum wage in Illinois. There was significant opposition from the business community, making for a complicated legislative process. During our campaign I had numerous conversations with Mike Madigan. These were frank conversations on what we could and couldn't compromise on. It was important that we could trust what we said to each other. Mike Madigan was able to strike a compromise. We achieved what we needed, a $1.00 increase in the minimum wage, and the business community got a longer ramp of 25 cents a year.

The compromise we reached was the legislative process at its best. Mike Madigan worked hard to get us to this compromise. He was the gear that made it all work and thousands of Illinois workers were the beneficiaries.

I would describe my relationship with Mike Madigan as a good relationship. It wasn't a good relationship because we agreed on everything, which we didn't, or even that we necessarily liked each other, which we did, but it was a good relationship because it was a credible relationship. In my dealings with him, Mike Madigan was an honest and reliable person. I could trust what he told me.

In my over 30 years of interacting with Mike Madigan, whether on big things or small things, I don't believe he ever lied to me. In my experience Mike Madigan has been trustworthy.

I hope you will take these comments into consideration in your sentencing.

Sincerely,

Thomas Balanoff

President Emeritus

SEIU Local 1

April 29, 2025

To Whom It May Concern,

My name is Jeff Bartow. I am the Executive Director of the Southwest Organizing Project (SWOP), a community organization founded in 1996 and made up of 43 member organizations, which include local faith institutions, schools, a hospital, and other organizations serving families on the Southwest side of Chicago.

I have been at SWOP since 2002, which is when I began interacting with Speaker Madigan. We continued to relate to each other regarding issues affecting Southwest Side families throughout his time as a state representative and Speaker of the Illinois House of Representatives.

I want to share a couple of stories which I believe give a good sense of the character and qualities I and others on the southwest side associate with Speaker Madigan.

Between 2004 and 2007, several thousand families in the communities we serve entered foreclosure, which meant they were at least three months behind on their mortgage payment. The overwhelming majority of them were victims of deceptive, predatory, high interest mortgage loans. It created a real crisis in neighborhoods which until then had been viable working-class communities.

Early in this process, Speaker Madigan reached out to SWOP's leadership about the issue. He knew we worked with people directly impacted who were losing their homes, and that we were actively researching possible solutions. He was interested in what sort of policy changes could put an end to predatory lending and asked for our input and ideas. Over the summer and fall of 2004 we worked to craft a proposal that would document which brokers were making high interest loans, and to require that these firms pay for housing counseling for such loans, so that no borrowers would be uninformed about the payments they would need to make. We met with Speaker Madigan and his staff to write the proposed legislation, which became HB 4050, and which passed through the legislature in 2005, defeating opposition from powerful banking and finance interests. Throughout the process, Speaker Madigan was intent on understanding and crafting legislation that would serve the interests of ordinary working families and reduce the ability of the mortgage lending industry in Illinois to exploit them.

In my encounters with Speaker Madigan on this and other issues, I consistently found him to be straightforward and honest. He is respectful, very focused, and deliberate. Over time, I learned these qualities are in the service of a substantial care for people and the impact of his actions.

I will share one other story. In more recent years, Speaker Madigan was very supportive of an initiative called the Parent Mentor Program, which provides support for parents to assist in the classrooms of local public schools across Illinois, largely schools which serve low-income Latino and African American populations. In our community, these parents, primarily immigrant moms, sometimes accompanied by their children, met every year with Speaker Madigan to brief him on the program and to ask for his continued support.

SWOP

Recognizing the diversity of our community, we are building a broad-based organization of churches, schools and other institutions in Southwest Chicago, which will enable families to exercise common values, determine their own future and connect with each other to improve life in our neighborhoods

These were not ordinary, in and out, constituent/representative meetings. Each of those sessions were genuine back and forth conversations where parents and sometimes children shared, and the speaker asked questions about the parents roles in classes, asked children what they thought of the program, and offered his own reflections about the value he placed on reading skills, which were still pertinent to his daily work, and were first developed in those early grades. After each of these meetings, parents consistently referred to "feeling respected ", "being in a real conversation", or "that they mattered". I might add that many of them are residents, not citizens, and thus are not voters.

I could share more, but I hope these experiences give you a sense of the Speaker Madigan many of us know: a person who respects and cares for the dignity of ordinary men and women, who has always been honest and truthful in his interactions with us, who values policies and programs which contribute to the well-being of the people of Illinois, and who encourages our participation in public life.

Sincerely,

Jeff Bartow
Executive Director

Office of the
President Emeritus

Northwestern University



Henry S. Bienen
President Emeritus





NORTHWESTERN
UNIVERSITY

March 17, 2025

The Honorable John Robert Blakey
U.S. District Court
219 South Dearborn Street, Suite 1288
Chicago, Illinois 60604

Dear Judge Blakely,

I am writing a letter for former Speaker Michael Madigan. I came to know Speaker Madigan soon after my arrival as President of Northwestern University in the winter of 1995. I recall we had lunch in Evanston, Illinois, soon after my arrival. One issue for Northwestern at the time was whether we would renew a relationship we had with ComEd or do more cogeneration. I discussed with Speaker Madigan electricity issues in general. I returned to Northwestern and told my colleagues: Speaker Madigan knows a vast amount about electricity issues. He is extremely knowledgeable across a range of issues. I thought that in 1995 and for all my years as President of Northwestern University.

Indeed, this early judgement was confirmed over many years of meeting with Speaker Madigan and talking about complicated research issues and building plans. We became friends. We had lunch together; I came to know some of his children who attended Northwestern as undergraduates and law school students. I came to know Mrs. Madigan in her role dealing with the arts and culture in Illinois. And of course, Northwestern University had many concerns for funding large scale projects for the Medical School and the sciences and engineering that were important to us and to Chicago and to the State of Illinois. For some federal grants we required matching money from the State. Speaker Madigan, other legislative leaders, and various Illinois Governors over my fifteen years were important to our success, and to the success of health care ventures and research relevant to Illinois.

In all my dealings with Speaker Madigan, I found his word impeccable. He would say what he thought, clearly and concisely. I recall one humorous event when I was in France and learned we needed the State of Illinois' help for matching funds, for what I believe was research in nanotechnology where Northwestern was fast becoming a leading center. I was on a train in France, and called the Speaker as the train was going through tunnels. I kept losing contact, and feared Speaker Madigan would lose patience. He did not, and he helped us get this critical award in a timely fashion. This proved to be important going forward but is only once instance of Speaker Madigan's understanding of important issues for Northwestern and for Illinois.

Illinois is blessed with having major teaching and research universities, medical and engineering schools. State support has been critical to the growth of these institutions. Speaker Madigan knew as well as anyone the importance to the State's economy, health, environment and general well-being of our efforts, and the efforts of sister institutions. To my mind, the State of Illinois and its citizens owe Speaker Madigan much for furthering the growth and well-being of the State and its citizens.

Respectfully,

Henry Bienen

LAW OFFICES
# DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP

MELISSA J. AUERBACH
JEREMY M. BARR
BARRY M. BENNETT
ROBERT E. BLOCH
ROBERT S. CERVONE
J. PETER DOWD
JOSIAH A. GROFF
JUSTIN J. LANNOYE

DAVID P. LICHTMAN
GEORGE A. LUSCOMBE III
ELIZABETH L. ROWE
JACOB S. SCHERMER
ALEX TILLETT-SAKS
RONALD M. WILLIS
STEPHEN A. YOKICH

March 17, 2025

The Honorable John Robert Blakey
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: Michael J. Madigan

Dear Judge Blakey:

I've been a union-side labor lawyer for 40 years representing numerous Illinois unions. I first met Michael Madigan in 1998, after the U.S. Attorney's office recruited me to serve as Trustee, then Court-appointed Supervisor, over the Laborers' Union Chicago District Council, which represents 20,000 construction laborers in the Chicago area. On his own initiative, Mr. Madigan contacted me directly to inform me of pending matters that might affect the Laborers Union.

Since my first meeting with him, Michael Madigan has remained a friend and ally of the labor movement and working people. He has always been truthful with me and my clients, and he endeavors to achieve consensus on any legislation affecting labor. He became a champion of the labor movement, and to many others, when he courageously stood up to then-Governor Rauner's efforts to weaken the labor movement and defund essential public programs.

I recall working with Mr. Madigan in 2011 when the Illinois Legislature passed Senate Bill 7, which amended the Illinois Educational Labor Relations Act. The bill was instigated by then-Mayor Rahm Emanuel and the so-called education reform movement. Contentious negotiations finally produced legislation, which included provisions intended to force labor contract settlements by, among other things, making it difficult for Chicago Public School teachers to strike. Soon after Senate Bill 7 became law, the Chicago Teachers Union developed a work-around that enhanced its bargaining power. Mayor Emanuel and others then asked Mr. Madigan to amend the law again to further restrict the Union. Mr. Madigan told Mr. Emanuel (as attested by Emanuel's labor counsel), "You got what you wanted. Don't come back again asking for more." Mr. Madigan's professionalism and integrity were appreciated.

Sincerely,

Robert E. Bloch

DAVID A. BONOMA

████████████████████

May 2, 2025

Hon. Judge John Robert Blakey
U. S. District Court for the
  Northern District of Illinois
Dirksen Federal Court Building, Room 1288
219 South Dearborn Street
Chicago, IL  60604

Re:  Sentencing of Michael J. Madigan, Case No. 22 CR 115

Dear Judge Blakey:

I write respectfully to request that you consider the lifetime of community service, accomplishments and integrity exhibited by former Speaker Michael Madigan when determining an appropriate sentence in the referenced case.

Speaker Madigan's record as a public official spans decades, and includes too many accomplishments to list in this brief letter. However, I had personal involvement in one of them that I would like to share with the Court, because it highlights both his record as a public official and who he is as a person.

In 1997, I was an Assistant State's Attorney in Cook County, serving as Chief of Staff to then-State's Attorney Dick Devine. One of State's Attorney Devine's first initiatives following his election was reforming the State's juvenile delinquency system to move from a punitive-focused model to one that incorporated the concepts of balanced and restorative justice. Our office drafted legislation to accomplish this, and brought the legislation and supporting materials to Springfield to present to Speaker Madigan.

A large group assembled in his office that February morning to discuss the proposal, including representatives of our office and members of the Speaker's staff. After we described what we were trying to accomplish and why we believed it was the best path for Illinois, Speaker Madigan spoke. He had clearly read through the extensive materials we had provided. He asked pointed questions demonstrating a genuine understanding of the law and the policy change we were proposing. First and foremost, he wanted to understand how it would impact juveniles, as well as victims, the community and law enforcement.

I recall being impressed and surprised. I assumed that a person in his position would not invest the type of time needed to understand such a complex proposal. I expected him to ask only about the political calculus. Publicly he was portrayed almost exclusively in political terms. But that is not what happened. He demonstrated a sincere interest in understanding whether our proposal represented good public policy for the State of Illinois.

Some time later, after he had a chance to study our proposal and discuss it with his staff, he informed us that he would support it. He kept his word.

David A. Bonoma
Michael J. Madigan Sentencing Letter


I cannot say the same about other legislators with whom we had similar meetings. For some, their support waxed and waned based upon the shifting pressures from opposing factions, or negative stories that appeared in the press. But Michael Madigan never wavered from his commitment. He had a well-known reputation in government and professional circles as someone whose word could be trusted. When he told you where he stood on something, he meant it. He did not merely tell you what you wanted to hear.

That important proposal is now the law in Illinois, and it has changed the juvenile justice system as we know it.  Diverse interest groups across the State have since embraced the concept of balanced and restorative justice.

Subsequent interactions with Speaker Madigan over my years in the State's Attorney's Office and in the 25 years since have confirmed my early impression. Whether in a personal or professional setting, Speaker Madigan has demonstrated that he is a dedicated public servant and a trustworthy individual. I learned that day back in 1997 that Michael Madigan is a man of substance and integrity who cares deeply about the people that he serves. His interest in supporting and serving his community was sincere.

As Speaker Madigan's profile has grown, the media focus for many years, unfortunately, has turned almost exclusively to stories with a perceived political angle designed to grab headlines. Rarely have we seen stories about his work as a legislative and community leader. When considering a sentence in this case, I ask that this Court put the events that were the focus of his trial into the larger context of Michael Madigan as a person of honor and integrity, whose life work, public service and achievements have had a meaningful impact on the state.

Thank you for your consideration.

Sincerely,


David A. Bonoma

David R. Brady
*President*

Yvette Zavala
*Village Clerk*



# VILLAGE OF BEDFORD PARK

*Trustees:*
Anthony W. Kensik
Sandra A. Maloy
Dr. Thomas J. Pallardy
Juanita Rodriguez
Terry J. Stocks
Nancy A. Wesolowski

May 8, 2025

Honorable Justice Blakey

Northern Illinois District 219

South Dearborn St.

Chicago, IL 60604

Dear Justice Blakey,

This letter serves as reference for Michael Madigan. I worked with Mr. Madigan in my role as Village President of Bedford Park for approximately twenty years. My first experience with Representative Madigan was when I called and left a message about a Bedford Park matter. The next day, a person named Mike called me. I answered, "Mike who?" When he said Mike Madigan I was stunned. This is the first time a Representative had responded promptly, and I had expected Speaker or Representative Madigan to do so not as person response from Mike. Despite our small population and small number of voters the Speaker always responded to calls within 24 hours. About five years later, I was dining alone in a Greek Town restaurant. Representative Madigan walked in asked me to join him and his son. I quickly learned that we shared a passion for Greek food and the White Sox. His Pulaski Avenue office also was unique for a State Official. The office was very small and adorned with artifacts from his career and especially items on Notre Dame and the White Sox. As a result, you always felt comfortably in the office.

Representative Madigan helped with many major issues that positively impacted our residents, businesses and staff. They include,

1. Helped to develop our hotel district
2. Permitting our Police and Fire to be included in SLEP which made their retirement benefits equal to the Downstate pension and greatly helped us recruit and retain personnel staff for these departments.
3. Railroad noise reduction
4. 65th/Harlem Overpass
5. Improved pension benefits for public employees
6. Improved access into the Hotel District off of Cicero Ave
7. Legislation that helped Corn Products (Ingredion) stay in Bedford Park
8. Legislation that helps the Village use tax incentives to recruit and retain businesses

I wanted to add on a personal level,

1. Legislation that helped the White Sox stay in Chicago

   Thanks for your consideration!

2. Bedford Park is very independent in our voting. I was never asked by Representative Madigan to work for votes or was I solicited by him for campaign funds.

3. Mike Madigan always told me the truth.

David R. Brady

Village President

9 March, 2025

The Honorable Judge John Blakey
United States District Curt
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

RE: Letter of Support for Michael J Madigan

Dear Judge Blakey:

I am writing to request leniency in any sentence you may impost on Mike Madigan.

I am not a close friend of Mike Madigan. But I was a close observer of him for over 35 years as a study commission director at the Illinois General Assembly, a policy advisor to him, and as an independent multi-client policy development and advocacy expert. My clients covered the spectrum from consumer advocates, to labor, to government officials, and to businesses large and small. Of possible relevance here, I worked on contract with Commonwealth Edison from 2006 through 2017.

One thing I particularly admired about Mike Madigan was the way he handled major controversial and contentious public policy issues. He asked disputing parties to work out their own compromises and agreements. This was most evident to me in the utility matters on which I worked — telecommunications and energy. Only once, in 2007, did I see him enter a legislative session with a bias or an agenda. And in that instance, he spoke for consumer interests over electric utilities.

In consideration of Mike Madigan's exceptional and fair-minded leadership on important public matters, I hope you will be as lenient as you can in sentencing him.

Sincerely,


Gregory K Busch

March 13th, 2025

Dear Honorable Judge Blakey,

I'm Craig Carlson, and I write to you as a stagehand that for 25 years worked on various concerts, Broadway Productions, Operas, and more, performing carpentry, audio, lighting, and theatrical rigging work. After many years as Ravinia Festival's Technical Director, I was elected IATSE Local 2 Business Manager, a job that comes with great responsibility. It was early in that role that I first met Mike Madigan.

I watched many people approach Mike Madigan for advice, for help, and for encouragement. He always made time to listen and would help them when he could. As a young non-Irish, non-Catholic, non-Southsider, and without a father in Local 2, and starting a career in a union that at the time placed great value on those things, it was Mike who took notice and encouraged me to persevere, to work hard, and to represent stagehands honestly and fairly. He said that if my efforts were sincere and honorable that everything would be good.

But most impactful to me were Mike's timely calls, during Covid, when I struggled to help the people that looked to me for leadership. COVID had taken some of their loved ones and all their jobs. Our industry had completely shut down. My colleagues were losing their health insurance, their homes, their sense of wellbeing, and tragically, some took their own lives having given up all hope. It was in those times that Mike made a point to check in on me, to see how I was holding up. My observation of Mike is that he is rather shy, so the fact that he reached out to help me throughout those times with calm, thoughtful words of advice, meant the world to me and helped me make the tough decisions needed to protect those that I represent. When Mike realized our industry was not going to reopen soon, he came right out and said it, he was truthful, he is always truthful, despite that message being difficult for me to receive and for him to deliver knowing it would further unsettle me. But Mike's insights and suggestions on how to proceed in this dark time, to concentrate on things that I can control and will help those I represent, gave me both the strength and the confidence to do so.

Mike had nothing to gain from those calls. I was in no position to help him. One would think he'd be too busy with concern for himself and the fragile health of his wife during a pandemic advertised to target those in their circumstances, but there he was, selflessly phoning to help me through what he knew was a brutal time in my life. Preparing me for what must be done to protect the families I took an oath to protect. An oath I take most seriously. I will never forget Mike's generosity, thoughtfulness, honesty, and kindness in that most trying time.

There's an adage, that "a crisis builds character"; but having witnessed what I did throughout the twenty-two months our industry was shuttered; I'd argue that "a crisis reveals character" and Mike's character is top shelf. Thank you for taking time to read my thoughts on the Mike Madigan I know and respect.

Respectfully,

Craig Carlson

John A. Carpenter

███████████

May 12, 2025

Honorable Justice Blakey
Northern District Federal Court
219 S. Dearborn St.
Chicago, IL 60604

Dear Justice Blakey:

For nearly 50 years I have been a government relations professional in Illinois and throughout the United States. In that nearly half century of legislative and executive branch advocacy at the local, state, and federal levels of government, I have never met a legislator as honest, principled, or forthright as Michael J. Madigan.

There is no doubt that Mr. Madigan was powerful, nor is there any doubt that he was a master of the legislative process. At the same time, there should be no doubt that he exercised that power and mastery judiciously and fairly.

From my informed perspective, Mr. Madigan, as Speaker of the Illinois House and as House Minority Leader, always dealt with legislative advocates in a straightforward and truthful manner.

If Mr. Madigan were an ally, he would do that which he could to assure success. This quality was demonstrated for me in a very real, first-hand experience.

While working for a large out-of-state employer with a very strong presence in Illinois, I was contacted by our corporate tax department seeking advice related to the appeal of our local property tax bill. I contacted Mr. Madigan to see if he would be interested in handling our case. I expected that he would appreciate the opportunity to handle our appeal. His reply surprised me. He told me he did not want the business. The reason he gave was that if he were to accept our case, he would not be able to support our positions on pending legislation. This demonstrated to me that Mike Madigan placed his responsibility as a legislator and his commitment to honest government above any interest in personal gain.

This event immediately formed for me an opinion of Michael J. Madigan as honorable, loyal, and principled; an opinion which is unchanged and everlasting.

Sincerely,


John A. Carpenter

**Jeffery Carr**

**U.S. District Court**
**Honorable Judge John Blakey**
**219 S Dearborn Street**
**Chicago, Illinois 60604**

**May 3, 2025**
**RE: Sentencing of Michael Madigan**
**Honorable Judge: Judge Blakey**

**I would like to comment on the sentencing of Michael Madigan.**

**While I have never met the man, I have had reason to reach to his office and speak with the speaker on the phone on behalf of my son.**

**In 2008 my son had a terrible one car accident and was in a coma for 6 months. After he came out of the coma he was more or less completely paralyzed and, in the need of rehab. After a few months including being sent to Marianjoy Rehab center the outlook was very bleak. At this point we were advised to have him moved QLI in Nebraska. Adam was on public aid and the move needed to be approved by the Department of public aid. After months of dealing with public aid and being turned down because of the cost of moving out of state, I reached out to the Speakers office for help and after a couple of weeks of working with the Speakers office Adam was on an airplane.**

**In 2016 or 17 Adam was living in a long-term care center that was 125 miles from our home, because it was the only location that could provide the type of care he needed. We would bring Adam home for a few days nearly each month. But then the state changed the rules on nursing home rules called the Bed hold rule. This is what allowed us to bring Adam home to visit with his family. Because of this rule change we were forced to pay $160 per day when we took him home. This is a lot of money for us. The rule was changed to save the states money.**

**For well over a year, I have worked with two State Representatives and one State Senator and got nowhere. Finally, I once again reach out to the Speakers office and asked to meet with the Speakers legislative assistant and they agreed to meet. At this meeting I explained the hardship this rule change has caused our family and son and all of the people like him. But also, important I was able to explain to him that this didn't save the state money but actually increased the state cost. Two days later the Speaker called my home to speak to me about**

this issue and told me that he had set up a meeting for me to have a bill written to address this issue. A week later I went to Springfield and had to testify before the State Senate. The bill passed by a unanimous vote.

Today Adam is able to live on his own with the help of aides and his life has been completely changed for the better.

Now Judge Blakey during these years of trying to help my son to get the help he needed I have worked with different State agencies and got nowhere.  Adam wasn't a person with needs he was a number that would only cost the state money. I have worked with 3 different elected state legislators and got nowhere, barely the time of day.  Twice after reaching out to the Speaker, we were treated with compassion and dignity, and even more importantly he got things done that has and will forever change my son's life for the better and this should count for something.

With all of this help that we have received from the speaker (we do not live in his district) I have never once been asked for anything, no money, no campaign help or anything else. Nothing, just glad to have been able to help.

I do not claim to know anything about his case or the others that have come before your court.  I see nothing that our state or our society would benefit from this person going to jail at his age. He has been found guilty his life's work will forever be tarnished.

I can only hope that you will take into consideration all of the good he has done for my son and I am sure many other stories like this before sending this man to jail. I feel there are many other ways to punish this man besides jail time.

Thank you very much for taking your time in reading this letter.

Sincerely

Jeffery S Carr



**CLIFFORD LAW OFFICES®**

Robert A. Clifford



April 15, 2025

Hon. John Robert Blakey
U.S. District Court for the
Northern District of Illinois
219 S. Dearborn Street
Courtroom 1203
Chicago, IL 60604

Re:     *U.S.A. v. Michael J. Madigan, et al*, 22-cr-00115

Judge Blakey,

I have known Mike Madigan my entire professional career. I met him when I served as a law clerk for Philip Corboy. When I was introduced to Mr. Madigan, he was a relatively new Illinois State Representative who was just elected in his fourth term as House Majority Leader in Springfield. From my observation of his career, he has been a dedicated public servant over the decades, mentoring countless individuals and leading numerous projects and programs that have benefited people throughout the state.

One of the highly divisive subjects in our society over the years has been the amount to award an injured person or family who has lost a loved one due to the negligence or wrongful conduct of another. Mr. Madigan made a real difference to Illinois consumers in his work fighting unfair, improper, and caps on compensatory damage recoveries in those cases. He stood up to oppose the Illinois Chamber of Commerce, the Illinois Civil Justice League, and big businesses and selfish insurance companies throughout the state when their self-serving caps were successfully instituted by the Illinois legislature, only to be later deemed unconstitutional by the Supreme Court of Illinois. Over the years, Mike Madigan worked to convince legislators of a person's right to a civil trial by jury under the Seventh Amendment that ultimately was upheld three times by the Illinois Supreme Court. This work on his part was a true victory for all innocent victims of wrongful conduct.

It also was Mike Madigan who encouraged me to partner some 20 years ago with Cristo Rey Jesuit High School, a unique Chicago school that provides a Catholic college preparatory education and professional work experience to students from Spanish-speaking families with limited financial means. For years, I have hired interns and paid for their private school education at that educational institution, and many of them have remained at my office working as some of my most valuable employees.



CLIFFORD LAW OFFICES®

I believe the work of Mike Madigan should be put in the context of a lifetime of his serving as a public leader, a dedicated family man and a friend to so many. He is a good man and a solid public servant. That is the man I know. And permit me to also add that the man I know is an honest man. I have always found him to be truthful, forthcoming, sincere and reliable.

Judge Blakey, I have previously been asked to do so, but I have never written a letter such as this to support someone convicted of a crime. I willingly do so for Mr. Madigan because, in my opinion, he is the good man I describe above. I am confident that Your Honor will make the correct sentencing decision based on the evidence. Thank you for your time and thoughtful consideration.

Very truly yours,

Robert A. Clifford

Robert A. Clifford

Honorable John Blakey


Dear Judge Blakey

My name is Thomas M. Collins,I was born in Chicago, I have lived in the Chicago area my entire life. I joined Sprinkler Fitters Union Local 281U.A. In September of 1962. I served as Business Manager of Local 281U.A. From June 1986 to December 31.2006. I returned to that position for one more term from July 2019 to July 2022.

In 1988 I received a call from Illinois Speaker of the House Michael Madigan's staff to schedule an appointment to discuss the issues of proposed legislation to require the installation of "Life and Property Safety" Automatic Fire Sprinkler Systems in Illinois Secondary Education School Buildings.

During this meeting with Speaker Madigan and his staff, He stated that He and many Legislators and citizens of Illinois thought it was already a requirement after the Tragic Fire on December 1, 1958 at The Our Lady of Angels School in Chicago that took the Lives of 92 children and 3 Nuns and injured many more physically and emotionally. I explained to the speaker and his staff that it was a City of Chicago ordinance to install Automatic Fire Sprinkler systems in all Public and Parochial schools in Chicago not a State Law.

After reviewing the proposed legislation requiring the installation of Automatic Fire Sprinklers in Illinois secondary education school buildings, Speaker Madigan agreed to support the proposed legislation. Despite the opposition from numerous school districts stating that in their Opinion Fire Alarm systems and Fire Drills were Sufficient. Speaker Madigan never Wavered in His Support.

In 1992 the Illinois House of Representatives and Illinois Senate approved the proposed Legislation and it was signed into Law by Governor Edgar. After the enactment of this Law there were many attempts to repeal or amend the Legislation, due to Speaker Madigan's support these attempts all Failed.

I am pleased to report that many School Districts whose school buildings were exempt from the legislation, studied the legislation and decided to voluntarily install these "Life and Property Safety Systems in their school buildings. Since the enactment of this Legislation in 1992 there has not been a Loss of Life to a student, faculty member, staff or visitor in these protected schools, in addition there has never been significant damage to a protected building from a Fire. As recently as 2020 I was contacted by Speaker Madigan describing additional attempts to weaken this Legislation. With His support these attempts were unsuccessful.

During numerous meetings and discussions with Michael Madigan, I found Him and his staff to be very hard working, professional, competent and always protecting the best interest and safety of the citizens of Illinois.

I was never pressured by Michael Madigan or his staff to do anything I considered unprofessional, unethical, or unlawful. I was always given the respect the citizens of Illinois deserve from their Elected Officials.

I pray that this information will be given your utmost consideration during your deliberations in the sentencing procedure.

If I may be of any assistance please contact me. Thank You

Respectfully Yours

Thomas M. Collins

March 25, 2025

Judge John Robert Blakey
United States Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Re: Sentencing Letter Regarding Mike Madigan**

Dear Judge Blakey,

My name is James Connolly. I am one of 12 children who grew up on the South Side of Chicago, where we were raised with a strong Catholic faith. My father died when I was 21, and my mother died when I was 22. As a result, my four eldest siblings and I were then responsible for raising the seven younger children. At 23, I became the legal guardian of my younger brothers and sisters, in part so that I could provide them with healthcare. I'm glad everyone found their path and became productive citizens, parents, and grandparents.

For the last 25 years I have served as the Business Manager of the Chicago Laborers' District Council, which consists of 15 locals that represent over 20,000 members that work in the construction, public, and industrial sectors. The number of people we represent is closer to 80,000 when you include our members' families and retirees. Prior to the Chicago Laborers' District Council, I served as Business Manager of Laborers' Local 4 in Chicago, Illinois, which I joined in 1971.

I met Mike Madigan over 30 years ago, when he served as a legislator and ward committeeman. Growing up in Chicago, it was commonly known that a ward committeeman was the person who helped constituents solve everyday problems and obtain help and guidance. Whether the issue was garbage pickup, neighborhood issues, graffiti, help for senior citizens, or any other problem, the ward office was where someone could get an answer or at the very least pointed in the right direction. It was a service Mike's office provided to all residents, no matter who they were or how they voted. From the start, I was struck by how — unlike some other committeemen — Mike Madigan showed genuine concern for those seeking out his help.

Once I became Business Manager for the Chicago Laborers' District Council, however, my professional relationship with Mike Madigan grew. Our organization works hard to cultivate relationships in Springfield and throughout the State, and legislation in Springfield often affects our members, positively or negatively. It was in this context that I got to know Mike Madigan as a great champion for not just the Labor movement, but all working men and women in Illinois. He was tireless in fighting attempts to make Illinois a "right to work" state, which would have been disastrous for every single middle-class family in Illinois. He stood strong, even when it

would have been easier to capitulate, and the entire Labor movement thanks him. There are many examples of this, as he was always looking out for working people. I learned from Mike that business and Labor could coexist. At the end of the day, Mike is a true mentor and teacher, whose principles usually lead to better outcomes for all involved.

Over the years, I would go to dinner with Mike once or twice every couple of months. It didn't matter if we were in the city or the suburbs, people would always approach and say some version of the same two things: "Mr. Madigan, can you help me?" or "Mr. Madigan, you may not remember me, but I came to you for help years ago and you were able to provide it. I can't thank you enough." It was never about so called big, important things or people. It was always the smaller things that make a difference in regular persons' lives. Mike would always show genuine interest in their story and happiness for them when things had worked out, regardless of who they were. This wouldn't happen just occasionally, but at almost every dinner.

While there are too many such encounters to count, I would like to share a couple that stand out to me. One of the stories Mike was most proud of was when a young man approached and said something along the lines of, "You don't know me Mr. Madigan but I want to apply to the United States Naval Academy and was wondering if you could help me in the process for nomination." Though he was from a local high school outside of Mike's district, Mike took the young man's name and contact info and passed it along to Congressman Lipinski's Office for consideration. Not only did he get accepted, but Mike told me proudly how seven years later the boy's mother approached him while eating dinner to say thank you and report that he is now a fighter pilot. While Mike saves every thank you note and letter he has ever received, he has particularly cherished this story.

Another thing that stands out to me were the many conversations that always started the same way: "Mr. Madigan, our child has serious medical issues and we need your help to get them the care they need." The people were looking for direction and guidance, which Mike gladly gave to them. He did not care who they were or whether they were important. He simply asked some questions and then did what he could to lend a hand. He always treated them with kindness and respect. I witnessed this dozens of times.

Mike helped more people than one could possibly remember and most never had a relationship with him other than in that moment. Mike learned at an early age to help people and turn nobody away, and it remained true regardless of what office or title he held. He is always willing and able to help people in need, regardless of who they are, and expects nothing in return. That is the Mike Madigan I came to know and respect.

I have also seen how Mike Madigan is a great husband and father to his four children, Lisa, Tiffany, Nicole, and Andrew. He and his wife Shirley always put education first, as reflected by his children's success and resilience. Mike and Shirley always made sure their kids were accountable, and held them to a higher standard than most kids growing up. Mike did not stop being a father when his children left the house, and to this day he checks in with them often and has dinner with them multiple times a week. He also sees his grandchildren frequently,

sometimes even picking them up from school when their parents are working. Many people know Mike Madigan liked to golf when he was younger. But what most people don't know is that he picked it up because his teenage son enjoyed it and it was a way for them to be closer. Though Shirley has become ill and Mike is now her primary caretaker, he has not waivered as a father and continues to see his children as often as he can.

In closing, this isn't an easy letter to write because Mike Madigan has done so much for so many people over his entire career. There is nobody with whom I would rather share a foxhole. This is not simply because of his accomplishments – which I do not believe will ever be matched by a public servant in Illinois – but because he is a man of his word who has demonstrated time and again how much he truly cares about working people, his constituents, and his family.

Your Honor, I believe this information – and a million more similar stories I could tell – helps to paint a full picture of who Mike Madigan is, and I respectfully request that you take it into consideration in connection with his sentence.

Sincerely Yours,


James P. Connolly

3

LAW OFFICES

# COONEY & CONWAY

ROBERT J. COONEY (1924 - 1995)

KEVIN J. CONWAY

ROBERT J. COONEY, JR.

JOHN D. COONEY (1954 - 2023)

WILLIAM R. FAHEY

| | | | |
|---|---|---|---|
| TIMOTHY R. OCASEK | DANIEL T. RYAN | JUDITH E. CONWAY | ROBERT C. COONEY |
| MICHAEL D. MULVIHILL | CHARLES A. PORRETTA | RYAN P. LINSNER | LEROY K. MARTIN, III |
| MICHAEL J. LUBECK | DAVID O. BARRETT | MICHAEL C. COONEY | BRITNEY R. PENNYCOOK |
| MICHAEL T. EGAN | MATTHEW J. ADAIR | J. DEVITT COONEY | SERGIO R. GOMEZ |
| LAWRENCE R. WEISLER | THOMAS J. POWER | MEGAN FAHEY MONTY | JAMES R. HOPKINSON, OF COUNSEL |
| | | | DANIEL T. STANTON, OF COUNSEL |

March 26, 2025

The Honorable Judge John Robert Blakey
EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
219 S. Dearborn Street
Room 1288
Chicago, IL 60604

### *In Re Michael Madigan*

Dear Judge Blakey:

I am an attorney in Chicago, and I have known Michael Madigan personally for many years. I write to you to describe personal qualities of him that I have observed over many years.

Decades ago, I was an active alum and Board Member at St. Ignatius College Prep in Chicago. Michael Madigan was very generous to our mutual Alma Mater. He was supportive of SICP's program of tuition assistance which allowed children without significant resources to attend and to learn. His personal, long-standing, generosity over the years has benefitted many young people there.

I also have known Mike Madigan for decades through my activities in bar associations in Chicago and Illinois. During that period, I occasionally asked him about legislation pending in Springfield regarding the practice of law. He always seemed to know the legislation. He was truthful and candid with me whether I agreed or disagreed with the pending legislation or his position on it.

On occasion, the bar associations that I was active in, commented publicly on bills in the Illinois legislature regarding the rights of Illinois citizens and the practice of law. The bar association members and I felt that Michael Madigan seriously listened to us and considered our public

The Honorable Judge John Robert Blakey
EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
March 26, 2025
Page Two

comments, though he did not always concur. We greatly appreciated his candor and consideration as well as the courtesy he extended to us.

I know of the recent conviction and upcoming sentencing of Michael Madigan. I hope that my positive personal experiences and observations described in this letter add insight, and merit consideration by the Court in its difficult task of sentencing.

Very truly yours,

/s/ Kevin J. Conway

Kevin J. Conway



**JAMES F. COYNE**
BUSINESS MANAGER
PLUMBERS LOCAL 130 UA



May 12, 2025

Dear Judge Blakey,

My name is James F. Coyne, I am the Business Manager of Plumbers Local 130 UA. Local 130 represents over 6,000 journeymen, retirees, apprentice plumbers and Technical Engineers. Our membership works throughout 17 Illinois and 5 Northwest Indiana counties.

I am writing to provide a character reference to you for Michael Madigan who is appearing before your court. I have known Michael for many years. Michael has attended many events in support of Local 130 and our 6,000 plus members. He has always supported working families in Illinois and a great advocate for labor. Plumbers Local 130 UA is also the proud sponsors of the Chicago St. Patrick's Day Parade where Michael was honored as the 2016 Grand Marshal due to all his great accomplishments to the City of Chicago. In my experience, Michael has always demonstrated positive qualities honest, reliability and compassion. He has always been a person of integrity and I have no doubt that he will continue to uphold these values moving forward.

Based on my knowledge of Michael's character and his contributions to our community, I respectfully request that the court consider his positive attributes when making his sentencing decision.

If you require any further information or have any questions, please do not hesitate to contact me at ▉▉▉▉▉▉▉▉▉▉▉▉

Sincerely,

*James F. Coyne*

James F. Coyne
Business Manager

# PHILIP H. CORBOY FOUNDATION

May 12, 2025

Hon. John Robert Blakey
US District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois

RE: Michael Madigan

Your Honor:

I am writing to you on behalf of Michael Madigan. I have known Mr. Madigan for approximately 37 years both professionally and socially. I know him to be a truthful, direct and candid public servant who did an enormous amount of good for the people of Illinois.

I also know Mike Madigan, his wife Shirley and their children on a social level. They are a loving, caring family who work hard in their respective fields and do not expect favors to move ahead. That comes from the lessons of integrity, hard work and education that Mike and Shirley instilled in each of their children.

Through his work representing victims of personal injury and negligence, my late husband, Philip Corboy got to know Mr. Madigan well. Mike and his wife were guests in our home and at social events. Mike Madigan respected my husband and the rights of the people he represented, however, Mike never let their friendship influence the success or failure of pending legislation. With his support, legislation that established and preserved the rights of injured and deceased persons who were victims of the negligence of others, was passed. At other times, bills favoring the trial lawyers' positions failed to pass. In either case, Mr. Madigan let the legislative process move forward and the bills pass or fail on their own merits, without interference or favoritism.

In the late 1980's I represented a client before the Illinois Legislature who was advocating for a drastic legislative change to create local school councils and give more local control to education advocates and parents in the Chicago Public Schools. It was not favored by then Mayor Washington or the Chicago Public Schools administration. Mr. Madigan listened to me and to my client, pointed out areas of the bill that might be problematic for members of his caucus, and importantly, let the legislative process move forward to allow the bill to pass or fail on its own merits. A form of the bill passed and the law was enacted. However, what remained with me from that experience was the certainty that Mr. Madigan was a man of his word. He laid out his position and based on that, my client and I were able to determine how to move forward. There was no hidden agenda and no request for favors.

228

In many subsequent interactions with Mr. Madigan in Springfield on behalf of other clients such as hospitals, professional associations, not for profit organizations and municipalities, I always appreciated that Mr. Madigan told the truth and kept his word. Unlike some other legislators, he was clear about the position of his caucus up front and did not seek anything from me or my clients in return. In each instance he studied the bill, evaluated it and my arguments in its favor, and allowed the legislative process to move forward on the merits. Sometimes my clients and I were successful and sometimes we were not, but I always knew that we had been afforded a fair opportunity.

For 18 years in the 1990's and 2000's I ran two large departments of the City of Chicago under Mayor Daley – the Chicago Public Library and the Department of Procurement Services. The Library employed more than 1000 people in roles such as librarians, clerks, and truck drivers. Some of those employees resided in Mr. Madigan's ward. However, not once did he call me seeking jobs or promotions for them or for anyone. In 2005, Mayor Daley asked me to temporarily take over the Department of Procurement Services to clean up the Hired Truck program and the MBE/WBE program. As a result, many vendors ended up barred from the program. I do not know if Mr. Madigan knew any of those vendors, because never once did he contact me or my department on behalf of a vendor barred from the program. Other legislators did (and were disappointed by my decisions), but not Mr. Madigan. I believe he respected the work we were doing to restore integrity to the City's procurement process.

I bring up these two examples for this reason. In my experience and based on our social interactions over the past 37 years, I can say that Mr. Madigan values individuals who do an honest day's work for an honest day's pay. In my opinion, he respects the integrity of public service and values that quality in others.

Your Honor, I respect the enormous task before you to determine a sentence in this case. I know you do not take it lightly. I ask you to consider the decades of honest public service that Michael Madigan gave to the people of Illinois as you make your decision. He is a good and truthful man. Please show him compassion as you make your final determination.

Sincerely,

Mary A. Dempsey
President

May 12, 2025

Dear Judge Blakey,

I am writing to you with great respect to offer a personal reflection on my relationship with Michael J. Madigan. From 2008 to 2019, I had the privilege of serving as the President of the Associated Fire Fighters of Illinois, representing over 18,000 professional firefighters and paramedics across our state. During that time, I worked directly with Speaker Madigan on matters of public safety, labor protections, and retirement security vital to first responders and their families.

Speaker Madigan consistently demonstrated a commitment to ensuring that Illinois firefighters had the tools, training, and protections necessary to do our jobs effectively and safely. Whether we were seeking fair collective bargaining rights or improved cancer presumption laws for our members, he listened and often supported our public safety agenda. As a career firefighter in Champaign, I have great respect and appreciation for his commitment to public safety in Illinois.

Despite the tens of millions of dollars spent in political advertising to tarnish his reputation as a politician and villainize him as a man, that is not the Michael Madigan I came to know during the 17 years I worked with him in Springfield. Without exception, he was truthful, listened intently to the problems we were trying to solve and went to painstaking lengths to avoid mixing politics with his responsibilities as an elected official. I never walked away from a meeting with Speaker Madigan with a promise of action, but always felt my voice was heard and considered.

While most of my interactions with Mike were of a professional nature, I also got to know him as an individual over the years. He was proud of his humble beginnings and often reminded me he got his start on the back of a garbage truck for Chicago Streets and Sanitation. He was also proud of our shared Irish heritage, and we shared stories of our South Side Irish Catholic roots. He often spoke warmly of his family, and I got to personally observe the loving relationship he shared with his wife, Shirley. I appreciated getting to know him as a man, which helped to round out my view of him as an entire person. I consider him a professional mentor and a friend.

It is my great hope that the Court will see fit to consider the entirety of Mike Madigan's legacy, the many great things he did for people in Illinois and his long record of public service. I respectfully urge that leniency be granted in sentencing. I believe that the man I knew—a man who used his influence to protect working families and first responders—should not be solely defined by the allegations included in this case.

Thank you for your consideration.

Respectfully,

Pat Devaney, Secretary-Treasurer
Illinois AFL-CIO

LAW OFFICES

# DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP

███████████████

MELISSA J. AUERBACH
JEREMY M. BARR
BARRY M. BENNETT
ROBERT E. BLOCH
ROBERT S. CERVONE
J. PETER DOWD
JOSIAH A. GROFF
JUSTIN J. LANNOYE

DAVID P. LICHTMAN
GEORGE A. LUSCOMBE III
ELIZABETH L. ROWE
JACOB S. SCHERMER
ALEX TILLETT-SAKS
RONALD M. WILLIS
STEPHEN A. YOKICH

April 21, 2025

The Hon. John Robert Blakey
United States District Court for the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: Michael J. Madigan

Dear Judge Blakey:

I had three opportunities to interact with Michael Madigan in 2012 and 2013 and came away with an appreciation of his genuine concern for the welfare of public employees and his truthfulness in dealing with the opposed parties and the reasons the related laws had been enacted.

He intervened in deadlocked negotiations between the Chicago Board of Education and the Chicago Teachers Union and compelled the negotiators on both sides to travel to Springfield to meet continuously in his offices until an agreement could be reached. He monitored those negotiations at length and was successful in getting the negotiators to reach an agreement. Mayor Emanuel killed the deal by demanding an additional $250,000,000 of reduced pension benefits for current and future retired teachers, administrators, and support staff. Mr. Madigan had done his best and was genuinely upset about the damage that was going to result from the demand made by the mayor as his price for avoiding massive layoffs and school closings. A strike resulted from the mayor's actions.

When I was litigating to recover health benefits for CTA retirees Mr. Madigan sat down with me to understand what the case was about. Also, he made it clear that prior legislation mandating levels of funding of CTA pensions and health benefits had been passed because he did not trust the CTA management to protect those employee benefits when the CTA management had problems funding its operating costs. He genuinely cared about the welfare of retired public employees.

My third experience was the result of legislation that stripped pension benefits from union representatives who were on leave of absence. Mr. Madigan called me because I was challenging in court the constitutionality of those pension reductions. He stated his regret that the legislation had passed, his concern that it was unconstitutional, and directed his senior counsel to meet with me to discuss how to succeed in court. The Supreme Court agreed the law was unconstitutional.

Sincerely,

J. Peter Dowd

# INTERNATIONAL UNION OF OPERATING ENGINEERS

LOCAL UNION NO. 150, 150A, 150B, 150C, 150D, 150E, 150G, 150M, 150O, 150 R.A.
AFFILIATED WITH THE A.F.L.-C.I.O. AND BUILDING TRADES DEPARTMENT

**JAMES M. SWEENEY**
PRESIDENT-BUSINESS MANAGER



April 25, 2025

The Honorable John Robert Blakey
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Blakey,

It is my privilege to write a letter of support for Speaker Michael Madigan. As a former heavy equipment operator, small business owner, supervisor for the City of Chicago, Business Representative for Local 150, former Trustee for the Municipal Employees' Annuity and Benefit Fund of Chicago (MEABF) Pension Fund, former Commissioner of the Metropolitan Water Reclamation District (MWRD), and currently the Assistant to the President-Business Manager at the IUOE Local 150, I have collaborated with Speaker Madigan across various capacities.

My interactions with Speaker Madigan began during my tenure as President of the MEABF Pension Fund, which engaged with Springfield, Illinois. Additionally, in my capacity as Commissioner of the MWRD, I collaborated with Speaker Madigan on matters concerning these agencies, both of which are governed by the General Assembly.

Throughout these collaborations, I found Speaker Madigan to be a great leader with a deep understanding of the intricacies of state governance. His ability to navigate complex legislative landscapes was impressive, and he consistently demonstrated a dedication to the well-being of our community and its public institutions. With all my interactions, Speaker Madigan showed honesty, integrity, and accountability to the commitments he made, to the extent that his word was his bond. This quality made him a reliable and steadfast leader whom others could depend upon in times of need. His insight and sense of responsibility were instrumental in advancing initiatives that significantly benefited our agencies and the constituents we served.

The Speaker always was helpful and approachable, willing to lend an ear to concerns and provide thoughtful solutions. This quality made working with him not only productive, but also genuinely enjoyable, as he valued input from all stakeholders and worked tirelessly for the best possible outcome. His dedication to public service and his community-centric approach have left a lasting impact on both me and those who had the privilege of working alongside him.

Throughout the many years I collaborated with Speaker Madigan, I also had the opportunity to get to know him personally. He is a good family man. He often spoke fondly of his family, sharing stories that highlighted his dedication not only to his professional responsibilities, but also to his loved ones. This balance between his personal and professional life is a testament to his character, showcasing his ability to prioritize what truly matters.

In summary, Speaker Madigan exemplifies the qualities of a great leader and a compassionate individual. His contributions have left a significant and positive imprint on our community, and I am grateful for the opportunities I had to work alongside him. His wisdom, kindness, and unwavering commitment to public service have been an inspiration to many, including myself.

Sincerely,

Martin Durkan
Assistant to the President-Business Manager, IUOE Local 150
Former Commissioner of the MWRD

April 10, 2025

The Honorable John Robert Blakey
United States District Court
219 South Dearborn Street, Courtroom 1203
Chicago, IL 60604

Re:     Mike Madigan

Dear Judge Blakey:

I am writing on behalf of Mike Madigan, who is facing legal proceedings which may result in his incarceration. I have known Mike professionally and personally for over four decades.

Few public servants have shaped the course of Illinois policy and progress as extensively as Mike Madigan. Over the course of more than five decades in office, Mr. Madigan played a central role in crafting the very policy framework that continues to protect and improve the lives of millions of Illinoisans today. From education reform to workers' rights, from infrastructure investment to public healthcare access, and to equality in marriage, his role was instrumental in nearly every major piece of legislation passed during his time in office.

The first policy discussion I recall having with Mike was about the Scaffold Act, a law that, at the time, provided additional remedies for workers injured or killed from falls on ladders or scaffolding. While many lobbying interests argued that existing OSHA regulations and workers' compensation laws offered sufficient protection for workers, Mike held a different view. Drawing on his deep understanding of the construction trades and the risks faced by largely blue-collar, often first- and second-generation workers in those fields, he believed passionately that the State of Illinois had a moral obligation to maintain stronger safeguards. In his eyes, the Scaffold Act was not just policy—it was a statement of values, ensuring that contractors who cut corners with workers' lives would face real consequences.

In the decades-long fight for gay and lesbian equality in Illinois, I came to understand that politics is, indeed, the art of the possible. Throughout that struggle, Mike Madigan demonstrated extraordinary leadership, masterfully keeping his majority coalition intact despite a caucus that included members with deeply divergent views on LGBTQ rights.

While our movement was broad and determined and made up of LGBTQ individuals, allies, and advocacy organizations fighting for non-discrimination and, ultimately, marriage equality, I firmly believe it was Speaker Madigan's courage and quiet commitment that made those victories

possible. Under his leadership, Illinois became one of the first states in the nation to pass marriage equality through the legislature—not by court mandate, but by democratic vote.

Though I'm not a lawyer, I believe that legislative milestone in Illinois played a meaningful role in shaping the national conversation that led to the Supreme Court's decision in *Obergefell v. Hodges*. It showed that equality could be achieved not just through litigation, but through the democratic process thanks in large part to leaders like Mike Madigan who were willing to stand up when it mattered most. Ultimately, Mike Madigan's efforts on behalf of marriage equality had a profound impact—not only on the quality of life for countless individuals and families in Illinois, but also on the national momentum that ultimately led to broader recognition of LGBTQ rights across the country.

Over the course of at least four decades, I've come to know Mike and Shirley Madigan—not closely, but as one among the many thousands of constituents, allies, and friends whose lives they've quietly touched. I've observed them as a devoted couple, true pillars of strength for each other, particularly in recent years as Shirley has faced serious health challenges. In light of their bond, their age, and Mike's lifetime of public service, I respectfully ask Your Honor to consider an act of mercy for a man who, across 82 years, has given so much of himself in service to others.

I am available to provide any additional information or answer any questions you may have. Thank you for considering my letter.

Sincerely,


Fred Eychaner

March 18, 2025

Honorable Judge John Robert Blakey
Dirksen Federal Bldg.
219 S. Dearborn Street
Courtroom 1203
Chambers 1288
Chicago, IL 60604

Honorable Judge Blakey,
My name is Don Finn, and I am the Business Manager and Financial Secretary of IBEW Local 134. I am a married father of four, living in the southwest suburb of ▆▆▆▆ I have had the pleasure of knowing Mike Madigan for almost two decades. Initially, our relationship was founded on politics, but we have become good friends over the years.

Mike has many great traits as a friend, but none more important than honesty. You know where you stand with him when talking with him about business, politics, or just a friendly conversation. His word has been his bond, and I can honestly say that of all the politicians I have had interactions with, Mike was far and above the most straightforward and honest person or politician I have personally known.

I have witnessed firsthand his kindness and unwavering support for organized labor. Time and again, it has been abundantly clear that Mike believes in fair wages and safe working conditions. Most importantly, to our 19000 members, he has consistently led by example in advocating for workers' rights.

However, Mike's roles as a devoted husband, father, grandfather, and friend truly illuminate his character. His unwavering commitment to these roles exemplifies the true measure of a man. Regardless of where we cross paths, he consistently asks, "How's your wife and kids?" While this may sound like a common courtesy, it reveals his genuine care and ability to listen intently—a rarity in today's fast-paced world.

Your Honor, I ask that you consider Mike as the person he is—a devoted husband, father, grandfather, and friend to many. Reflect on the countless people he has assisted and the positive impact he has made in their lives. Please take the time to look deeper into the person Mike Madigan has always been.

Thank you for your thoughtful consideration of this correspondence.

Best regards,

Don Finn

Honorable John Robert Blakey

United States District Court for the Northern District of Illinois

219 S. Dearborn Street

Chicago, Illinois 60604

May 6, 2025                                   Re: Sentencing of Michael Madigan

Dear Judge Blakey;

On February 28, 2005, I was the Circuit Executive in charge of the Court of Appeals judges, the district judges, the bankruptcy judges, and the magistrate judges for the district and bankruptcy courts of the Seventh Circuit. I was home at dinner when Chief District Judge Charles Kocoras called me from the police station where he was with District Judge Joan Lefkow. She had returned home to find that her mother Donna Humphrey and her husband Michael Lefkow had been shot and killed. The initial assumption was that this had been a case of a home invasion resulting in their deaths. I then called all circuit judges at home to inform them before they heard it on the news. Judge Kocoras called me again that night to tell me that both MIchael Lefkow and Donna Humphrey had been killed by a single bullet to the head. Our assumption changed from a home invasion to an assassination. Judge Kocoras had already informed the United States Marshal for the Northern District of Illinois. I called each of the Court of Appeals judges and told them to contact the local United States Marshal, the local police, and the county sheriff where they lived to protect their home.

Initially I and others were concerned about Matt Hale who was the leader of the World Church of the Creator, not a church, but a group of white supremacists neo-Nazis. We focused on Hale as he had been indicted and was convicted in federal court of trying to kill Judge Lefkow. I called the out of state district judge that had agreed to be assigned to Hale's criminal case. I filled him in on the events of the assassinations and told him to call the district United States Marshal and local and state police.

Hale's crime arose out of a copyright case by a legitimate World Church of the Creator in California against Hale and his World Church of the Creator. Judge Lefkow ruled for Hale but it was reversed by the Seventh Circuit. Amazingly Hale's followers attacked Judge Lefkow and her family on the internet, even posting her home address on the Internet.

When the case returned to Judge Lefkow after reversal on the merits, she did not award the legitimate World Church of the Creator damages. That was reversed by the same panel of the Seventh Circuit so damages could be awarded.

The assassinations were a daily national news story. The local and federal investigators were also looking for other suspects besides followers of Hale. A policeman in a Milwaukee suburb pulled over a car for a violation. Before he went to the driver, the driver shot himself. The driver was Bart Ross. The bullet matched the bullets taken from the bodies of Michael Lefkow and Donna Humphrey. Ross had a list of Milwaukee area addresses of seven Terence Evans. One was a resident of the suburb where the policeman worked and one was the home address of Judge Terrence Evans, one of the three judges who reversed Judge Lefkow and ruled against Hale. Later we learned from cameras that Bart Ross had four times circled the Milwaukee Federal Courthouse where Judge Evans had an office.

Bart Ross filed a malpractice lawsuit in the Circuit Court of Cook County and lost. He then sued his lawyer, defendants' lawyers, and the state judge and lost . When Ross did not win in state court, he sued in federal court the state judge and the lawyers. Judge Lefkow dismissed his case and in my opinion dismissed it in a very gentle decision.

My assumption was that Ross had obtained Judge Lefkow's address and the addresses of Terence Evans on the internet and had been heated up by the internet vicious attacks on Judge Lefkow and her family by the followers of Hale.

I then knew we had a problem with internet information that challenges the security of judges and their families. The Chicago Bar Association appointed a committee of state and federal judges and lawyers with then Illinois Appellate Court Justice Joy Cunningham (now Supreme Court Justice) and me as cochairs of the committee.

Our committee started by preparing and distributing a pamphlet informing state and federal judges how to restrict personal information about themselves and their family. Staff at the Chicago Federal Courts Library prepared a compilation of all the personal information that they could get for free on the internet for each of the committee members. Everyone was amazed by what was out there on themselves and their family members, even adult children not living with them.

We then spoke to private internet companies on how to remove personal judge information from the internet. The answer was that the internet personal information cannot be removed. We worked with staff at the Administrative Office of the United State Courts and United States Marshals Office and we were told the reasons why nothing would work. Most of the disclosures of personal information came from the State of Illinois or local

governments. Judge Lefkow testified before the entire Senate Judiciary Committee. At that time Judge Lefkow gave each of the Senators the public internet information about each of them and their families.

Our committee then concluded that we needed a way for a state or federal judge to keep the government from giving out personal information such as addresses, license plate numbers, family names, and other data about them through the Secretary of State, property tax records, election boards, etc. We drafted legislation which accomplished three things. At the request of the judge, the law would prohibit all government bodies from distributing personal information about the judge and family. Second it required a company with information posted on judicial personal information to take the information down in a short number of days, if a judge so requests. Failure to remove the information would result in civil damages. Finally the proposal makes it a criminal offense for someone to post information threatening a judge or judicial family member.

The late Circuit Judge Joel Flaum was a personal friend of Michael Madigan and his family. Southern Illinois District Judge Phil Gilbert is a friend since law school of then Illinois Senate Majority Leader John Cullerton. I presented our draft proposal to them over lunch. Mr. Madigan had a staff assistant contact me about drafting our proposal as a legislative bill. It passed the Illinois General Assembly and was signed into law by the Governor In 2012. It is known as the Illinois Judicial Privacy Act, 705 ILCS 90. We are indebted to then Speaker Michael Madigan and then Senate Majority Leader John Cullerton for this law.

I failed to get similar legislation in Wisconsin and Indiana. Indiana has a weaker law to protect judges. The Illinois Judicial Privacy Act was provided to all the federal courts in the country and to the National Center for State Courts. I know of no similar law that protects judges from attacks on the internet

I should point out that Mr. Madigan was a few years ahead of me at St. Ignatius High School but I do not think that I ever met him.

I write this long letter to explain what Mr. Madigan did for all Illinois judges and judicial families and for your consideration in sentencing Mr. Madigan.

Collins T. Fitzpatrick
Collins T. Fitzpatrick

Retired Circuit Executive for the Seventh Circuit





# FRANCZEK

JAMES C. FRANCZEK, JR.

April 9, 2025

Honorable John Robert Blakey
Eastern Division at Chicago
U.S. District Court, Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Blakey:

I write on behalf of Michael J. Madigan.

By way of a brief personal background, I have been a practicing lawyer for 54 years. I grew up in Harvey, Illinois. I was fortunate to attend the University of Notre Dame and graduated in 1968 (a few years after Speaker Madigan). Thereafter, I went on to the University of Chicago Law School.

In 1969, while a second-year law student, I won a Ford Fellowship to intern in the Illinois General Assembly. In 1970, I was honored to be selected by then Professor Dallin H. Oaks as a law clerk to the Bill of Rights Committee for the Illinois Constitutional Convention.

Professor Oaks is one of our country's most distinguished citizens. He is currently a member of the Quorum of the Twelve Apostles of the Church of the Latter Day Saints. Professor Oaks' incredible career includes not only a stint as a professor at the University of Chicago Law School, but also President of Brigham Young University and a member of the Utah Supreme Court.

Speaker Madigan, as you know, was a delegate to the Constitutional Convention, his first elected office. It was there that we first met.

I have served six Chicago mayors as outside labor advisor and counsellor – Washington, Byrne, Daley, Emanuel, Lightfoot, and Johnson. For the last 30 years, I have been chief outside labor counsel to the City of Chicago, Chicago Public Schools, Metropolitan Pier and Exposition Authority, and other major government agencies.

In that role, I met with Speaker Madigan on many occasions to discuss labor-related legislation and related issues.

There are two particular pieces of legislation worthy of note.

3405770.1

FRANCZEK

April 9, 2025
Page 2

In 1984, 1985 and 1986, I was part of a small team that negotiated the Illinois Educational Labor Relations Act and the Illinois Public Labor Relations. These laws effectively governed labor relations in virtually every public body in the State of Illinois. These laws were literally negotiated in Speaker Madigan's office.

Speaker Madigan consistently demonstrated his encyclopedic knowledge of the legislative process; his mastery of local government; and his infinite patience in navigating a very complex and important law.

It was a masterful performance that benefited 100,000 employees and affected thousands of state and local governmental entities. Speaker Madigan was literally the only one who could have done this difficult task.

The second is McCormick Place. In 2011 I represented Metropolitan Pier and Exposition Authority and the City of Chicago. There was a dire need for labor reform to maintain Chicago's status in the convention industry. A small group met in Springfield to negotiate major changes to the convention and tourism landscape. These changes were vital to the Chicago tourism industry. Speaker Madigan masterfully mediated among the governmental entities, the trade groups and the unions to develop legislation which has dramatically changed and enhanced the tourism industry. He always did so with only the best interest of the City and its citizens in mind.

Over the last 50+ years, I have worked with Speaker Madigan on scores of labor, employment and pension issues affecting the State, City and governmental agencies (we negotiated pension reform for the RTA/CTA, as well as labor reform for the Chicago Public Schools). Speaker Madigan was always guided by what was best for the citizens and what needed to be done to make it happen.

It has been the honor of my professional life to work with Speaker Madigan for the last 50 years. In my experience, he is one of the most remarkable public servants I have had the privilege to work with. He has positively affected the lives of virtually all of our fellow Illinoisans.

Very truly yours,

James C. Franczek Jr.

James C. Franczek, Jr.

JCF:mp

3405770.1

April 23, 2025

**Via UPS Overnight Delivery**
Honorable District Judge John Robert Blakey
United States District Court for the
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 1288
Chicago, IL 60604

          Re:    Michael J. Madigan

Dear Judge Blakey:

I write this letter in support of Michael J. Madigan's effort to obtain leniency in his sentencing. I have known Mike Madigan for at least 50 years, and I believe him to be a fine person, good father, devoted to public service, and a great leader.

I first met Representative Mike Madigan in 1972 when my high school football team, St. Lawrence, won the City of Chicago championship. As Team Captain, I had the honor of accepting a House Resolution reflecting the accomplishments of the first City championship team from St. Lawrence from Representative Madigan and Senator Frank Savickas.

During and after college, I worked for 17 years as a hoisting engineer for the City of Chicago and as a member of Local 150 of the International Union of Operating Engineers, AFL-CIO. In 1990, I became the Union's Business Agent for City workers, and then in 1994, I went to work for the Chicago Federation of Labor. I became President of the Chicago Federation of Labor in 2002, a position I held until 2011. Throughout that time, one of my responsibilities was to perform political work for the working men and women of the Chicago Federation of Labor/AFL-CIO.

During my tenure at the Chicago Federation of Labor, I had numerous opportunities to work with Speaker Michael Madigan on various legislative projects. Some of the most significant of these were the capital spending bills passed first under the administration of Illinois Republican Governor George Ryan and then under Democrat Pat Quinn. Organized Labor supported both numerous bills as creating jobs for Chicago Federation of Labor workers while improving public services including safer roads, newer schools, and other modern facilities. Other important

Honorable District Judge John Robert Blakey
April 23, 2025
Page 2

legislation included the O'Hare Field and McCormick Place expansion projects and multiple sports stadium projects. Mr. Madigan was always a champion for working men and women throughout the State of Illinois. Earning the support of Speaker Madigan was always critical to the success of these bills. While the Speaker was generally supportive of creating jobs throughout the State of Illinois, I was particularly impressed by his commitment to ensuring that these massive expenditures of tax dollars benefit as many Illinois citizens as possible.

One case in point was Speaker Madigan's insistence on legislative requirements that construction projects maximize access for persons with disabilities. Whenever I met with Mike Madigan on one of these projects, he always raised these handicap access issues and required supporters to include language that promoted the needs of disabled people.

Over the course of my career, I have interacted with many public officials, consultants, and business leaders of many different viewpoints. Some I knew I could trust, others less so. One thing I quickly learned in dealing with Mike Madigan was that he meant what he said and could be trusted to follow through on his commitments. Personal integrity was always important to Mr. Madigan, I believe, in himself and others.

Thank you for considering this letter, and I do hope the Court will take into account all the many things Michael Madigan did to help working men and women throughout the State of Illinois.

Very truly yours,

Dennis J. Gannon

DJG/lms

March 11th, 2024

Robert M. Gierut

███████████████

**Your Honor,**

My relationship Michael Madigan was the direct result of my duties and responsibilities while working for the Chicago Transit Authority (1977-2011) and as Chairman of the Illinois Labor Relations Board Local Panel (2011-2021). There were numerous occasions when Mr. Madigan and I interacted in our official capacities. In all those occasions he was always precise and organized in what information he was seeking. The purpose of my letter is to relate to you an example of Mr. Madigan's personal qualities over and above his duties as an elected official.

My two eldest sons: Timothy (D.O.B. 3-11-81) and Daniel (D.O.B. 1-13-83) are autistic. When they were born autism was considered an educational designation and not a medical diagnosis. Due to the severity of their condition, we moved our family from Chicago's McKinley Park community to Darien Illinois in DuPage County. The special education services were much more robust in DuPage than Chicago.

Unfortunately, Dan's autism is severe and profound. He is non-verbal and suffers from seizures. As a result, he was placed in a class with individuals with the most severe disabilities. During Dan's grade school years this classroom was never in the same school/school district for two years in a row. In fact, one year at Puffer-Hefty school the classroom was in a converted storage closet. The educational opportunities for Dan were extremely limited.

When it was time for Dan to move onto middle/junior high school there were no programs in the southeast DuPage region that could accommodate his needs. As such, he was placed in the Joseph P. Kennedy School, which is part of St. Coletta's of Illinois. St. Coletta's is a non-profit organization that provides therapeutic day school for exceptional children that is certified by the State Board of Education. The Kennedy School provides educational, residential and vocational training services for persons with intellectual and developmental disabilities. Fortunately, Dan was able to avail himself of these programs until he reached the age of twenty-one, when the educational services provided by the State ended. Programs such as these are almost non-existent for adults with most having years long waiting lists.

In view of these very limited opportunities, I contacted Mr. Madigan's office to get the requirements and grant funding mechanism for the existing adult vocational programs. His staff put together a detailed list of those requirements and of possible placements. I would later learn that Mr. Madigan personally reached out on Dan's behalf to the Executive Director of St. Coletta's. Dan was admitted to their adult program, and I firmly

believe that Mr. Madigan's personal appeal had a direct bearing on the decision to admit Dan into their adult program.

This is just one example of Michael Madigan's character and compassion. Over these many years during our conversation about transit and collective bargaining issues, Mike would always ask about the boys and inquire how my wife and I were doing. Without hesitation he would always offer his assistance if they were in need. He never missed the opportunity to offer words of encouragement and always ended our conversation on a positive note. That is the Mike Madigan I know, and I trust you will consider those qualities as well.

Sincerely,

Robert M. Gierut

March 8, 2025

The Honorable John Blakey
United States District Court
Northern District of Illinois
Chicago, Illinois

RE: Sentencing of Michael J. Madigan

Dear Honorable Judge Blakey

I am writing this letter on behalf of Mike Madigan. I have known Mike for over twenty years personally, and professionally during my tenure as Mayor of the City of Chicago Heights. During this time, I can attest to his dedication as a steadfast advocate for the people and the communities in which we live. His compassion, understanding and guidance have had an immeasurably positive impact on me and the community at large.

In 2015, the City of Chicago Heights was notified that Franciscan Alliance would be closing St. James Hospital, Chicago Heights campus. For more than 100 years, St. James Hospital had been a cornerstone in Chicago Heights, serving over 90,000 residents throughout Bloom Township. In 2014, the St. James campus emergency room saw over 40,000 emergency and trauma visits. It was one of the area's largest employers, with more than 1,300 doctors, nurses and other health services providers on staff.
The magnitude of the St. James Hospital closure was staggering for Chicago Heights, for our residents, for the multitude of people in the south suburbs, including the under-insured and uninsured - we were all affected by this devastating decision.

The challenges to having our collective voices heard opposing the closure seemed insurmountable and support from our regional officials was muted. In addition, the Illinois Health and Hospital Association (IHA) was actively working in support of Franciscan's decision to close the hospital. Mike understood what it meant to take a position opposing the closure. He understood what the failure to do so would mean to the city and a region defined by economic inequities and historically disadvantaged. Mike provided his support without hesitation.

Ultimately, the closure was a foregone conclusion. Yet Mike continued to work on our behalf, and was instrumental in the development of an agreement with Franciscan Alliance to mitigate impacts of losing the hospital and ensuring local access to medical care. His advocacy and efforts on behalf of Chicago Heights and our neighboring communities resulted in an agreement for additional ambulances for the longer hospital runs, a new urgent care center in Chicago Heights to ensure medical services for those most at-risk, and demolition of the existing structure, with the vision for future economic development on the site.

I will always remember what it meant to me to have Mike's guidance, and most importantly, unfailing moral support during this time; it sustained me during the long months spent attempting to prevent the hospital closure.

Mike has my utmost respect as a mentor and friend. When determining his sentence, I respectfully ask that you consider the totality of his contributions throughout his lifetime of service.

Sincerely,

David A. Gonzalez

WILLIAM GRIFFIN

Attorney at Law



March 27, 2025

The Honorable John R. Blakey
U.S. District Court Judge
Courtroom 1203
121 S. Dearborn Street
Chicago, IL 60603

Dear Judge Blakey,

I write on behalf of Michael J. Madigan whom I've known for a near half-century and from three very distinctive positions: Chicago Tribune political reporter, a Chicago mayor's chief of staff, and a registered lobbyist. In these different experiences and perspectives, I have known Mr. Madigan to be an immensely righteous, honest and serious local and statewide leader.

Let me begin with a most unique incident that involved Mr. Madigan when I worked as a lobbyist for a commercial airline. At the time, airlines would upgrade coach ticketed public officials to seating in first-class. Many would contact me or an airline executive to arrange moves to first-class for them and family members. Then one day Mike Madigan telephoned me to say, "Bill, you know that I make weekend visits to my wife in Palm Springs during session. (His wife Shirley suffers from serious respiratory disorder and finds relief in desert areas.) My children make frequent visits too. I do not want, nor will I or any member of my family accept an upgrade on your airline." I can claim that to be an exact quote because Mr. Madigan was the only public official to ever call me and refuse an upgrade. It was remarkable.

A volunteer who worked in the ward operation told me that Madigan walked into the office on a cold December morning and saw a large tray of home-made cookies on a table. "Where is that from," Madigan asked. A staffer said it was the annual Christmas cookies from the nuns in a neighborhood parish. Said Mike, "Send them back!"

Years earlier when I was a Tribune reporter and covered the closing weeks of sessions of the General Assembly, Mr. Madigan had just become the Majority Leader, and we had frequent conversations about legislation pending in those sessions. He was never a

politician who utilized rousing rhetoric. Mike spoke in a low voice and carefully chose his words. He answered honestly even on those occasions when bills he had championed failed. I observed how Madigan earned the confidence of his Democratic members by building relationships with them and using his leadership position to advance issues that mattered to their constituents. An issue he cared most about was the improvement in education policies for Chicago Public School children. Mike won the respect of then Governors Thompson and Edgar, as well as Republican leaders in the General Assembly. I would characterize my dealings as a reporter with him as direct and forthright. Unusual conduct for a politician of that time and today.

I worked in Mayor Jane Byrne's administration where controversy overshadowed most any policy. There came a day when Chicago Public Schools became bankrupt, and the teachers' union demanded higher salaries. (Some things never change.) There grew tensions between the Mayor and teachers' union president Bob Healey. I credit Mr. Madigan for acting as the mediator in bringing each of those leaders back to the bargaining table to work out a contract. Mr. Madigan then used his leadership position to get the Legislature to approval the creation of The School Finance Authority which over time succeeded in getting the school system back in sound financial order. None of that would have happened except for Mr. Madigan's honest brokering and his determination to have the doors to the classrooms open for the then half-million schoolchildren.

I respectfully ask your honor to take into consideration Mike Madigan's long history of being an upright leader in his neighborhood and the entire state in formulating your sentencing decision.

Yours truly,

William J. Griffin

March 3, 2025

Judge Robert Blakey:
US District Court Justice
Northern District of Illinois

Dear Judge Blakey

My name is Ray Hanania. I entered journalism in 1975 after being honorably discharged from serving during the Vietnam war in the US Air Force.

I studied political science at the University of Illinois at Circle Campus under a special program taught by Political Science Professor Milton Rakove.

Although I have always had a talent for writing and conveying stories to others, I also dedicated myself to pursuing truth and honesty, and to be as fair and objective on issues as far as one person could be.

I started writing for community newspapers in 1975 while in college and covered Mayor Richard J. Daley. In 1978, I was named the City Hall Reporter for the Southtown and was assigned to the City Hall Press Room where I worked everyday covering politics.

In 1985, I was hired by the Chicago Sun-Times and continued that City Hall assignment until 1992. I wrote both news stories and political columns for both newspapers. I have received four Chicago Headline Club Lisagor Awards, and the Sigma Delta Chi Award for Professional Journalism. In 2007 I was named Best Ethnic Columnist in America by the New America Media.

While at City Hall, I also hosted a live weekend radio show for WLS AM Radio (1979-89. I worked as a paid political adviser for WLS TV and WMAQ TV, while working at the Southtown. After leaving the Sun-Times I went on to write for many newspapers around the country, including New York's Newsday, the Houston Chronicle, and the Los Angeles Times, and also for Middle East newspapers including Arab News in Saudi Arabia.

I also launched a media consulting business and balanced both with honesty and transparency. I rarely wrote about any clients and when I did I disclosed my connections.

The most important lesson I have learned in all my years in professional journalism is the importance of honesty, truthfulness and fairness, although no one journalist be totally "un-subjective."

I was introduced to Mike Madigan in 1978 by then Mayor Michael A. Bilandic. Mike Madigan was a major part of Chicagoland and state politics. He was also Democratic Committeeman of the 13th Ward which was one of my first local assignments at the Southtown.

I admired Mike Madigan's intelligence and his political savvy. I consider him to be one of the smartest politicians I have ever covered or met. (I met and interviewed President Jimmy Carter and President Bill Clinton.)

Despite disagreeing on political policies or issues, I always believed Mike Madigan was fair and truthful when he spoke with me. I have covered hundreds of elected officials (aldermen, commissioners, mayor, local mayors and trustees, and many legislators).

I consider Mike Madigan to be among the most honest politicians I have met. I can say with certainty he never lied to me as a reporter.

Mike Madigan always responded to my questions and was never evasive. I had a sense that he was honest when he spoke with me. I can't say that about every politician or elected official I have met.

We maintained a cordial relationship for most of the past 47 years, because I respected him.

We had some differences over the years, but they were always political.

Despite those difference, I always believe Mike Madigan is an honest politician, someone I admired.

Rakove taught me that "politics" was the art of conveying a belief coupled with a dedication to public service. Mike Madigan had a loyalty to the people of the district he represented and to all of the people of Illinois.

I believe that Mike Madigan is a good person, loyal to his service in elective office and honest in the policies he pursued and implemented.

I appreciate the opportunity to share my feelings and views with you on Mike Madigan and hope you take them into consideration.

Very sincerely yours

RAY HANANIA

April 25, 2025
Honorable Judge John R. Blakey
Everett McKinley Dirksen
United States Courthouse
Courtroom 1203
219 South Dearborn Street
Chicago, IL 60604

Judge Blakey,

I write to share my opinion of and experiences with Mike Madigan, a man who I have long admired. My hope is that this letter will leave you with the accurate impression that Mike is a man of integrity.

I worked for Mike on the Technical Review Staff of the Illinois House of Representatives ("Tech Review") from 2005-2006. My job on Tech Review was to analyze bills making their way through the House, summarize them for Mike and other Democratic Representatives, and help members guide them through Committees and to the Floor. Turning bills into laws is a fundamentally political process. But I never saw Mike make any decision to support or oppose a bill except through the rubric that good government is good politics.

The reform of Illinois' eminent domain process after the U.S. Supreme Court's *Kelo* decision (2005) provides a good example of this principle. *Kelo* held that taking private property by eminent domain and giving it to another private owner for economic development was constitutional. This caused an uproar among property owners concerned about government overreach. Mike made it a priority to address these concerns, culminating in the 2006 passage of the Eminent Domain Act, which I helped to develop. The negotiations involved in passing this legally complicated and politically sensitive bill were delicate. To put a finer point on it, if GOP leaders did not trust what Mike told them about the intent and effect of the bill, the bill likely would not have become law, and citizens would not have its protections. Mike knew what this bill would accomplish, and how it would work, because he put in the time and effort to understand it.

Everyone in the House knew he put in the work to understand most every bill making its way through the House, and so everyone was able to trust his statements about what a bill would do. This thread has run through the twenty years I have known Mike, in my experience, you can trust what he says. Partly because he puts in the work to know what he is talking about, but mostly because he is fundamentally an honest man. Without this level of integrity, he would not have been able to accomplish all he did for the people of Illinois. In 2006 the Chicago Tribune's Editorial Board described the process involved in passing the eminent domain bill: "Lawmakers wisely took a holistic approach to the issue. They reviewed rules governing takings for both public and private purposes. They consolidated bits and pieces of more than 100 state statutes into a comprehensive act. The result is bipartisan legislation that does credit to everyone involved, particularly House Speaker Michael Madigan..."

Mike has had a hugely positive impact on his family, his community, and this State that will last long after we are all gone. He adds value to the community, his friends and his family, and to people like me, who look to him as a strong example of what it means to be a leader. Thank you for taking the time to read this, it is my opinion that in this case it is exceptionally important to know the high quality of Mike's character.

Sincerely,

*Joseph V Healy*

Joe Healy

# TERRENCE M. HEALY

April 30, 2025

Honorable Judge John R. Blakey
Everett McKinley Dirksen
United States Courthouse
Courtroom 1203
219 South Dearborn Street
Chicago, IL 60604

My name is Terrence Healy, and I am a 42 year member of the Laborers' International Union of North America [LIUNA]. During my time in leadership with LIUNA, and as a resident of Illinois, I have always found Mike Madigan to be someone who is sharply attuned to the needs and realities of Illinois' working class, someone of high character and integrity, and someone who I consider to be a trusted leader in his community.

As Vice President and Regional Manager of LIUNA's Great Lakes Region, I have had countless encounters with elected officials from across the 5 states in my region, including Minnesota, Wisconsin, Michigan and North Dakota, along with Illinois. During the over 30 years in which I have held this position, Mike has been a hard worker and a thoughtful leader. He has a genuine intellectual curiosity that stems from a desire to understand all sides of an issue.

Mike and I have discussed many issues that affect members of LIUNA and the Labor Movement more broadly. Although we sometimes disagree about legislation or policy, I always know his thoughts and opinions are arrived at honestly and after great study and contemplation of the matter.

# TERRENCE M. HEALY

April 30, 2025
Page Two

My impression of his career is that he was not always seeking to do what was popular or easy, but what he believed to be the right thing to do for the people of Illinois.

I had a chance to visit Northern Ireland with Mike in 2019 as part of an American Labor delegation celebrating the opening of the James Connolly Visitor Centre. It gave me an opportunity to get to know Mike on a more personal level, someone who even well into his 70s had a voracious appetite for knowledge and history. I respectfully ask that you take this letter into consideration as a reflection on Mike's character, leadership and integrity.

Thank you

TERRENCE M. HEALY

**Patrick Hickey**



April 20, 2925

To Whom It May Concern,

My name is Patrick Hickey, and I was a lifelong Chicago resident, retired to Indiana and the proud son of an Irish American father who distinguished himself in battle in World War Two as a United States Marine fighting with the Third Marine Division. I am also a proud member of a large extended family of prominent members and leaders of organized labor unions in Chicago. I have spent my entire professional career in the education field serving primarily in the Catholic school systems.

I currently serve as a substitute teacher at Westville High School where I teach middle and high school students. While I do not earn a lot of money, I feel very fortunate because I feel my work serves a purpose and it is a labor of love.

In 1996 I was recruited to become the director of development at Leo High School by Leo President Robert Foster. President Foster was the first layperson to ever hold the title of President, and he was only granted the presidency because the Chicago Archdiocese was seeking to close the school due to lack of enrollment and change of ethnic enrollment from white to black. It was Bob Foster's strong belief that even though the ethnicity of the student body had changed the school's mission to educate inner city males remained the same regardless of color.

President Foster warned me before taking the job of development director that we faced an uphill battle to remain viable because enrollment was way down, and the Archdiocese had pulled its funding.

I accepted the job as a challenge because of my strong beliefs in Catholic education and equal educational opportunities for all. The job was difficult, and I was told more than I was allowed to give in my pitch. It seemed like we were always running short on funding and talk of closing was always prevalent. Then one day out of the blue President Foster received a phone call from Speaker Madigan requesting a meeting.

President Foster met with Madigan who told Foster that he had read about Leo's situation, and he wanted to help. When Foster inquired about why Madigan told him that he felt Leo was a strong anchor in the community and even though it was not in his district he felt it made Chicago stronger, safer and more stable.

Foster then assigned me to serve as a liaison to the Speakers office and the result was a large grant. I can honestly say that Leo High School would probably not exist today without Speaker Madigan's intervention into a school which he had no connection with and an act that he would get no credit for and derive no benefit from.

I have read a lot about Speaker Madigan and am aware that he has been convicted of some crimes, but I can honestly say that that is not the person I know who reached out to help a community in need for the sole purpose of strengthening a community and giving young men a fair shot at a great education and the life opportunities that come with that education.

I would humbly ask this court to take this great deed and the many other good deeds that he has done expecting nothing in return into consideration when sentencing Mr. Madigan.

Sincerely,

Mr. Patrick Hickey

March 17, 2025

Dear Judge Blakey:

I am writing to request that you take into account the long history of Mike Madigan as a committed public servant when considering his sentence.

I first meet Mike Madigan when I was elected to the general assembly in 1972.

I have known him in many capacities.

First as a colleague, then in my role as a lobbyist, and as Deputy Mayor for Harrold Washington, finally as Cook County Assessor.

Over this time I have know him as a person of good character. I had often taken opposing policy positions than his but I have known him to be a fair and principled advocate for his policy positions.

He is generous and charitable. We discussed the serious issues in Northern Ireland and the peace process. He contributed to the Social Democratic Labor Party and the efforts of John Hume to bring a non violent peace to the Island.

I recall when I served as Deputy Mayor and head of Intergovernmental affairs for Harold Washington I discussed with the Speaker the importance of keeping the rage and negativity of" Council Wars "from infecting Springfield. He agreed and was effective in limiting that rage from Springfield.

I respectfully request that you take into account the totality of Mikes public Service when determining his sentence.

Thank you for your consideration.

Sincerely

James Houlihan



Joshua W. Hoyt

The Honorable John Robert Blakey
U.S. District Court, Northern Illinois District
Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60640

March 14, 2025

Your Honor Judge Blakey,

Thank you for the opportunity to address the sentencing of Michael J. Madigan, former Speaker
of the Illinois House of Representatives.

My name is Joshua Hoyt, currently an Executive Committee member of the American Business
Immigration Coalition (ABIC). I have been an advocate in Illinois since 1977, most prominently as
the President of the Citizens Utility Board in the 1980's, as well as the Executive Director of the
Illinois Coalition for Immigrant and Refugee Rights (ICIRR) from 2002 to 2012, and now a co-
founder and Executive Committee member of ABIC.

Over the past 45 years I have interacted with Mr. Madigan countless times, advocating for fair
utility rates, for healthcare for the working poor, for educational programs for children of all
races in poor and working poor communities, and for supports for immigrants to Illinois. Most
of our meetings were negotiations over specific issues, but several were either relaxed
"teaching" sessions where the former Speaker "took the advocates to school" about how to be
effective in our work, and several were one-to-one, where we discussed topics as varied as U.S.
history, books, and the make-up of the Democratic coalition.

My relationship with Mr. Madigan was sometimes collegial and sometimes adversarial. At
different points I organized press conferences denouncing the former Speaker's actions;
demonstrations at his offices; canvassing of his home and that of his neighbors in support of our
causes; delivery of hand drawn Christmas cards to his offices from children in his district; and
targeted political work to defeat incumbent legislators or to pressure his most vulnerable
suburban legislators.

1

At other times I have collaborated with the former Speaker and his political allies in denouncing the politics of hate in Illinois. I have also regularly celebrated substantial legislative victories, won with his support, for the poor, working, and immigrant residents in Illinois. I have never had a financial relationship with Mr. Madigan's businesses or political operation. For the past 13 years no organization I have worked for has received any State of Illinois financial support. All of this is to say that my relationship with Mr. Madigan is a long-term professional, public relationship, negotiated and fought out over time around our respective public policy and political interests.

Now, at the end of Mr. Madigan's career and mine, I am very happy to write this letter of support requesting that you show leniency and mercy in your prison sentence for Mr. Madigan.

First let me speak to the nature of the personal interactions with the Speaker. I have dealt with hundreds of elected officials over my career. I will say that Mr. Madigan is easily in the top 5% of the most intelligent and most curious. In addition, in an odd sort of way, he was one of the most generous and bluntly honest about what the "do-gooders" such as myself and the communities I worked with needed to do to be successful in moving our policy and programmatic asks. He was surprisingly accessible, for example agreeing to come to St. Agatha's Catholic Church in Lawndale on the West Side of Chicago, to share with a racially mixed group his understanding of how politics in Illinois works. In these gatherings he was quiet and understated, but also humorous, always speaking with an Irish twinkle in his eye.

In our one-to-one interactions he was intensely curious, and we ended up in what his daughter Lisa (former Attorney General of Illinois) called "your very curious book club". I shared the book "Arc of Justice" about a 1920's Detroit trial of African Americans who had shot and killed the whites attacking the home they purchased in a white neighborhood. The story beneath the story was the freezing of racial norms in the U.S. and the building of the Democratic New Deal Coalition. The Speaker bought multiple copies of the book for his friends and political allies. In turn the Speaker recommended to me the book "Bloodlands", about the areas of central Europe trapped between the dictators of Stalin and Hitler – a topic with very real impacts today.

Over the course of these 45 years there were many policy and programmatic issues that the organizations I led eventually won – overturning a gubernatorial veto of a utility deal with Governor Thompson; healthcare for the working poor in IL; healthcare for undocumented children; in-state public college tuition for "Dreamers" (undocumented youth brought here as children); "Parent Mentor" programs placing parents in classrooms to assist with children's learning; citizenship and family support programs for immigrants; and driver's licenses for undocumented immigrants in Illinois. Many of these issues were very controversial, with lots of press, and some are expensive for the State of Illinois.

A number of the issue campaigns took many years to accomplish. Usually we were successful after we convinced Speaker Madigan to add his support. It was worth it. The results were countless working people, usually at the bottom of the economic ladder, having the security of healthcare for themselves and their children. Thousands of immigrant youth, raised and

2

schooled in Illinois, got a college education at our state colleges, community colleges, and universities. Tens of thousands of Black, White, and Latino children have had the support of a parent in their classrooms, giving them special, individual attention. Families were protected from being destroyed through deportations triggered by simple traffic stops, and undocumented drivers were able to purchase vehicle insurance, making us all safer.

A concrete example of the impact of Speaker Madigan is the "Parent Mentor" program that began in 1993 in 5 public schools in Logan Square, Chicago. Mothers were paid a small stipend and trained as education aides to support the teachers of mostly low-income immigrant children. The mothers work two hours a day assisting the children who need the most support in learning. Speaker Madigan was responsible for the first state funding to this program. This year the Parent Mentor program has 1,850 Parent Mentors assisting teachers in 250 schools in 39 school districts across Illinois.

Too much talk about programs and policy sounds sterile, so let me tell you about Diana Mora, one of the young women who was directly affected. Diana's undocumented parents brought her to Chicago at age 4. Her dad was a house painter and her mom worked at McDonalds. I met Diana around 2000 as a junior at Lane Tech High School, where her grade point was 4.6 (on a 4-point scale). Diana was accepted to Northwestern University with a full ride scholarship – an offer they rescinded after they learned she was undocumented. Diana joined many other immigrant youth in Springfield, advocating for in-state tuition for undocumented immigrant children in IL. Prior to this the undocumented youth were expected to pay the exorbitant foreign student tuition. As a result of passing this legislation in 2003 Diana attended and was graduated from the University of IL in Champaign. She then got a scholarship to the University of California Law School in Berkeley, legalized through marriage, and now leads the immigrant legal defense work at the National Immigrant Law Center in Chicago, under her married name of Diana Rashid. This is one example of a single individual whose life was transformed through education, and this was possible because of Speaker Madigan's support for our in-state tuition bill.

One of the most difficult campaigns I managed was for driver's licenses for the undocumented. In 2012 we met in the Speaker's office on South Pulaski. This issue was highly polarized and we brought our top labor and legislative allies with us. We were amazed that Mr. Madigan began the meeting by announcing that he would support us. After 12 years we had convinced him that this was a good public policy. We continued to face many obstacles on the road to final victory, including disagreements with the Speaker, but he honored his commitment to support our issue and we won.

During this negotiation Mr. Madigan made one particular point multiple times: "The natural home of migrants is within the Democratic coalition." My experience over this past 45 years has been that this was the North Star of Mr. Madigan – strengthening the Democratic coalition by serving the many people within it.  As a result of our understanding this we were able to win healthcare, education, and security for hundreds of thousands of poor, working class, and immigrant Illinois adults, young people, and children.

Judge Blakey, I hope that this letter is of use to you in making your sentencing decision. And, again, I ask that you extend leniency and mercy to Mr. Madigan.

Sincerely Yours,

Joshua W. Hoyt



INTERNATIONAL UNION OF OPERATING ENGINEERS • AFL-CIO

# LOCAL 399

April 1, 2025

The Honorable John Robert Blakey
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Blakey,

My name is Patrick J. Kelly, and I am the President and Business Manager of the International Union of Operating Engineers, Local 399. As a lifelong resident of the State of Illinois and a Union member for 35 years, Michael Madigan has been a name I have been familiar with all my adult life. For my entire working career in the Labor movement and as a union member, I have known Speaker Madigan to be a friend and ally to the labor movement and the working-class men and women of the State of Illinois. Particularly, in the labor movement, Speaker Madigan has been a dependable stalwart that Unions counted on to support them and the issues that are important to us. His steady hand provided insight, which always proved to be truthful and that was not always the case with other politicians. Past Issues that were important over 30 years ago are the same issues that are still in jeopardy today. Speaker Madigan was a staunch representative of the labor movement and what it stood for. Unions and the labor movement have always had an uphill battle to climb but Speaker Madigan was one who understood that you help out when and where you can. He understood that we are all part of a bigger picture. In my opinion, I genuinely believe that Speaker Madigan played an important, vital and key role in his history in keeping Illinois from turning into a Right to Work state. Without Mike, as the steady and guiding force fighting for the working class, Illinois would not stand today as it does - a true pro-worker State! I don't know how his unwavering commitment to the State of Illinois and its constituents can be measured but I feel that the union community as a whole is indebted to his steadfast support, and I would not like to think where Illinoisians would stand today without it. I do not know what Illinois would look like if his efforts failed. Especially with the uncertainly of today's climate and constant bombardment of ugly rhetoric and misinformation, it is hard to reflect and not be grateful that the State of Illinois stands in the middle of the United States as a beacon symbolizing what being a part of the bigger picture means, what we as citizens of this country are called to be and how our actions should reflect that sentiment.

I have had the pleasure of getting to know Mike on a personal level for the last three years. We have shared many conversations about our love of history and history books particularly those of American and Irish histories. We have traded several books on these topics. In my opinion, Mike is a forever student, always

reading, always looking for a different perspective and learning something new. Nevertheless, Mike's commitment to the State of Illinois comes second only to the love he has for his family.

As a student of history, in my opinion, one would like to be judged by the whole essence of one's life to consider both the good days as well as bad ones and hope that the sum of it all, the bigger picture if you will, will be positive. I would kindly and respectfully request that you consider the totality of Speaker Madigan's career and legacy as part of his bigger picture in determining his sentence. Thank you for your time.

Respectfully,

Patrick J. Kelly

Patrick J Kelly
President & Business Manager

My name is **David Koehler**, and I am the uncle of **Connor Koehler**, a 2015 graduate of Lemont High School. I am writing to share a story that profoundly impacted our family and highlighted the character of one individual whose actions changed the course of my nephew's life.

In the fall of Connor's senior year, he expressed his desire to pursue entry into the **United States Naval Academy** in Annapolis, MD. He knew the odds were stacked against him, as no graduate from Lemont High School had ever attended a service academy. Nonetheless, Connor was determined, and this aspiration became his goal.

One evening, while dining with his father at **Palermo's** in Oak Lawn, Connor had an unexpected encounter with **Michael Madigan**, the Speaker of the Illinois House of Representatives. His father, recognizing the Speaker, suggested that Connor introduce himself, as **entry into the Naval Academy requires a Congressional nomination**. Without hesitation, Connor approached the Speaker and shared his ambition of attending the Naval Academy.

The Speaker listened intently, took down Connor's number, and assured him that he would look into what he could do to help. This kind of personal attention from such a high-profile figure was truly remarkable.

At the time, I was unaware of this interaction, but later that weekend, as we were returning home from our family cabin in northern Wisconsin, Connor's phone rang. He answered, and I distinctly heard him say, "Oh, thank you for calling, Mr. Madigan." From the conversation, it became clear that the Speaker had followed through on his promise and was reaching out to help Connor with his Naval Academy application.

Upon the call's conclusion, I was in complete disbelief and asked, "Was that **THE** Michael Madigan on the phone, and how did he get your number?" Connor explained his encounter and how the Speaker had pledged to contact **Congressman Dan Lipinski**, U.S. Representative for Illinois's 3rd Congressional District, to help Connor secure his nomination.

What was so impressive—and meaningful to our family—was the **personal attention and follow-through** Michael Madigan demonstrated. His efforts on a Saturday afternoon helped Connor achieve his dream. Representative Lipinski, following through on the Speaker's support, nominated Connor for the Naval Academy, and Connor was **accepted into the United States Naval Academy** in 2015. He chose the Naval Academy to pursue his dream of becoming a military pilot, as it offered the best opportunities for aviation among the service academies.

Connor's dedication paid off. Upon graduating from the Naval Academy, he was selected for the **United States Navy Strike Fighter Tactics Instructor program**, more commonly known as **Top Gun**. His selection was based on his exceptional flight performance, leadership, and peer and command recommendations. He went on to serve with **Strike Fighter Squadron 11 (VFA-11)**, also known as the **"Red Rippers"**.

In late 2024, Connor participated in a mission aboard the **USS Dwight D. Eisenhower (CVN 69)**, as part of a U.S. military operation to protect international shipping lanes in the Red Sea and counter the growing threat from **Iranian-backed Houthi rebels**. After 9 months of successful operations, Connor and his squadron returned to the United States, having accomplished their mission.

A few months later, I had a chance encounter with Speaker Madigan at a restaurant. His table was next to mine, and I felt compelled to express my gratitude for the difference he made in Connor's life. The Speaker graciously listened and asked me to send him a picture of **Lieutenant Connor Koehler** in front of his F/A-18 fighter jet.

Without Michael Madigan's selfless efforts, Connor would not be the courageous, talented individual he is today. The Speaker's actions shaped his path to success—through the Naval Academy, Top Gun, and ultimately, his military service. The Koehler family will be forever indebted to Michael Madigan for the opportunity he provided for Connor and for his unwavering commitment to helping others.

In closing, I ask that you consider the good Michael Madigan has done, the countless individuals he has helped, and his willingness to sacrifice his time for the benefit of those in need of his assistance when determining his sentence. His actions have had a lasting, positive impact on our family, and we are deeply grateful for that.

Thank you for your time and consideration.

Sincerely,

*David Koehler*

Uncle of Connor Koehler

Dear Judge Blakey,

I am writing to share my perspective on Speaker Michael Madigan and his sentencing. I believe it is important to consider the positive impact he has had on individuals like me, and how his legacy should not be overshadowed.

I first met Speaker Madigan years ago while volunteering for the Multiple Sclerosis Society. I was diagnosed with multiple sclerosis when I was just 23 years old, and now, more than 40 years later, I am unable to walk. As someone who lives with this condition daily, I understand the profound impact that public policy can have on people's lives, especially those dealing with chronic illnesses and disabilities.

When I met Speaker Madigan in Springfield, I was deeply moved by his compassion and genuine concern for our cause. He took the time to listen to the challenges we face, and he worked tirelessly to help us pass legislation that would require insurance companies to cover preventive physical therapy.

No, one else in Springfield, would help us because of the strong insurance lobby. They spend a lot of money and a lot of time in Springfield making their case for less regulation. Speaker Madigan didn't care. He believed our well-being was more important .This legislation was crucial, as I personally know all too well the consequences of insurance companies not covering essential services. In my own experience, I broke my leg because the insurance company refused to approve physical therapy unless I showed physical improvement. This kind of policy puts people like me at risk, and Speaker Madigan's efforts to address this issue were invaluable.

This is only one example of how he stood up for the underdog,

Here is an example of some of the other groups speaker Madigan took on for us.

Gas stations -he helped us pass legislation that requires gas stations to put the phone number on the gas pump for people in wheelchairs to call for help.

Building management groups -he helped us pass legislation that would require high-rise buildings to have an emergency exit plan for people in wheelchairs and other disabilities.

Building owners -

he helped us pass legislation that requires building owners to plow their accessible parking spaces and not pile snow in those spaces.

These may seem like simple issues, but we were fought fiercely by all of these groups. Without speaker Madigan's leadership none of these changes would've taken place.

We tried to thank him by giving him a tie with the MS Society logo, but he would not take it.

It is clear to me that Speaker Madigan has made meaningful contributions to the lives of many individuals, particularly those facing significant health challenges.

 I hope that his sentence reflects his service to the community and the positive impact he has had. The compassion and support he showed to people like me should not be overlooked.

Thank you for taking the time to read my perspective. I hope that Speaker Madigan's contributions to those of us living with chronic illness and disability will be considered as part of any decision made in his case.

Sincerely,

Maureen Linehan Howard



Case: 1:22-cr-00115 Document #: 419-6 Filed: 05/30/25 Page 71 of 114 PageID #:19111

May 12, 2025

Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, IL 60604

Dear Justice Blakey,

My name is Gordon Mazzotti. I am a Registered Pharmacist, former small business owner of over half a century, and lifelong resident of Christian County. I hope to share with this Honorable Court my perspective of Michael Madigan and the person that I have always known him to be.

1985 was the first time that I was introduced to Mike, coincidentally by a mutual friend, which marked the beginning of our friendship that has covered a span of 40 years. It became quickly evident that Mike was someone to emulate. At the Capitol, he was disciplined and focused. As a husband and father, he was devoted and present.

Michael Madigan has always led by example, showing people that seemingly-impossible tasks are possible to complete with passion and perseverance. Mike was in the House of Representatives when I first experienced his leadership firsthand. His unique skillset and ability to navigate the political waters so effortlessly was what allowed for his tenured success. One thing about Mike was that you always knew where you stood – he was honest, appreciated brevity, and was always direct.

Most notable about my friendship with Mike is that he treated me with the same deference and respect as he would show to those ranking high in positions of power. His kindness extended to sending yearly Christmas cards and congratulatory notes that followed graduations. He provided opportunities to my children that shaped their foundations just by simply being in the same room as locals and leaders. Even though Michael is just two years older than me, my adult life has been guided by his influence and I will be forever grateful that it has.

I pray that this Court consider the totality of who Michael is as a person, as someone who has always fought for the betterment of those around him. It is my hope that he be viewed in the light most favorable, as a father, a husband, and a civil servant who gave his life to improving those of others.

Sincerely,

Gordon Mazzotti

The Honorable Justice Blakey
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

Dear Justice Blakey:

I am writing to you on behalf of the former Speaker of the House, Micael J. Madigan who I have known for at least thirty (30) years and who will be sentenced by you in the near future.

I worked very closely with Mr. Madigan in 1998 when I ran in the primary for Secretary of State. Mr. Madigan was a major supporter of the campaign and as such we had regular contact. Mr. Madigan naturally gave me an education in politics and was very honest in describing the difficulty of a campaign and political life. He pointed out the negative impact on one's family and family life.

He impressed me with his honesty and advice that truthfulness was the most important quality for a successful candidate for public office and for a successful political career and while I lost the election I came away with a very positive impression of our Speaker of the House.

I generally see Mr. Madigan at social events from time to time and most recently last month at the Irish Labor Council annual dinner where Mr. Madigan is adored for the work he has done on behalf of the working men and women of Illinois.

I ask that you take into account the items I mentioned and the many positive things that Mr. Madigan accomplished during his term as Speaker of the House on behalf of the people of Illinois.

Sincerely,

*Timothy J. McCarthy*

Timothy J. McCarthy

**Elliot Miller**

███████████████████████████

US District Court
Honorable Judge John Blakey
219 S Dearborn Street
Chicago, Illinois 60604

April 3, 2025

RE: Sentencing of Michael Madigan

Honorable Judge Judge Blakey

I would like to comment on the sentencing of Michael Madigan.

I have never met the man. I have a 55-year-old son who fell off his roof and suffered a traumatic brain injury.

12 years ago, during his stay in a nursing home, he received a bill for over $12,000 (twelve thousand dollars).

His wife (now divorced) believed that Medicaid was going to pay this bill; and they did not.

It was very difficult to communicate with this department of the government. I wrote a letter to Speaker Madigan explaining my son's accident and recovery. Two days later I got a phone call from an aid of Speaker Madigan and I was able to get my son Medicaid.

I never received a letter, a text or email from the Speaker asking me for anything, no request for dinner tickets, fund raisers or golf outings.

When no one would give me the time of day, Speaker Madigan responded that any help my family or my son needed would be available.

Your Honor, based on my dealings with Speaker Madigan, it is clear he helped many ordinary people who have problems.

I ask you to take this into consideration as you review his punishment. I ask you to please show mercy to Michael Madigan.

Thank you for this consideration.

Elliot Miller

# Daniel Montgomery

████████████████████████████████

**14 April 2025**

## To Whom It May Concern,

I write to be of service to the court in its consideration of the career and character of Michael J. Madigan, former state representative and Speaker of the House of Illinois.

I write in my personal capacity. I have known Mike Madigan since 2010, when I became President of the Illinois Federation of Teachers, a statewide union of educators of over 100,000 members across the entire state. Prior to that I was for 18 years a full-time high school English teacher and local union leader in Skokie, Illinois.

In the course of my statewide union leadership, I had many occasions to meet with Speaker Madigan as I advocated for our members' interests and on behalf of students, schools and education statewide. I met with him variously in his ward office, in the state capitol, and in his own law office. I can say with absolute certainty that in all those interactions Mike Madigan conducted himself with complete integrity. In each meeting or conversation, Speaker Madigan adhered to the highest ethical standards. To put it simply, in all my dealings with the then Speaker, he was nothing but fair, clear, transparent and honest. That's not to say we always agreed on every point of public policy; that just doesn't happen in the rough and tumble of statewide legislative work. But Mike Madigan was always courteous, ethical, clear, professional, and, I would even say, courtly in a rather old-fashioned way. When I met with him I always felt I had to be on the top of my game as an advocate who was expected to know the details of whatever issue we were discussing, and to be professional and above board. The Speaker was the same. He was engaging and kind, interested in our members and what we did. We would often also discuss history and books and I was always eager to pick his brain about current politics.

That same sense of ethics and clarity were demonstrated in the dealings I had with him around elections and political campaigns. As he was the head of the state's Democratic party, I also met with him around electoral politics. In those discussions, I experienced him the same way—transparent, ethical, all business and respectful. The discussion was always, in my experience, subject to high standards of professionalism.

Finally, a word about his belief in working people and how I understood his view of government. I recall quite clearly a speech Mr. Madigan gave to the executive board of the Illinois AFl-CIO, on which I served. It was during the time of Gov. Rauner's state budget standoffs and Speaker Madigan came to talk about what was happening with us who represented the state's working people. I remember that Madigan made clear what he thought the purpose of government was. It was simple—to make people's lives better, to help people when they need it. I was quite moved by this. To me, this was *exactly* the purpose of government and I wished, and still wish, that more elected officials shared Mike Madigan's view that when you are elected by the people to go to Springfield to make laws, your job is to help regular people. To help them. That commitment is what I saw in Michael J. Madigan in all my dealings with him.

I hope these reflections are helpful and that the court takes them into consideration. Thank you.

Respectfully,

Dan Montgomery

Ullico Inc.



April 24, 2025

Terry O'Sullivan
Chairman of the Ullico Inc. Board of Directors
General President Emeritus, Laborers' International Union of North America

The Honorable Judge John Robert Blakey
United States District Court
Northern District of Illinois
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey,

My name is Terry O'Sullivan and I am the Chairman of the Board of Directors of Ullico, Inc. and
General President Emeritus of the Laborers' International Union of North America, which
represents over five hundred thousand union members. It has been a pleasure and my honor to
call Speaker Madigan my friend for over 30 years. Throughout our relationship, one thing stood
out to me—his commitment to public service, which he always carried out in a careful,
thoughtful, and truthful manner.

Speaker Madigan's word was his bond. As a labor leader, nothing could be more important. I
watched him use an Agreed Bill Process to fashion agreements between labor and business in
workers' compensation and other labor-related issues. In situations like those, it is absolutely
essential that both sides trust the individual moderating the negotiations. We spent long hours in
strategic deliberations and Speaker Madigan's principles couldn't be compromised. It was only
his honest brokering and truthful representation to both sides that ultimately carried those
negotiations forward.

**Ullico Inc.**



Those same qualities were present when I had the opportunity to travel to Northern Ireland with Speaker Madigan as part of a delegation to dedicate the James Connolly Visitor Centre, an institution honoring workers' rights in Belfast. While there, we discussed various matters of substance with leaders from the nation's three major political parties. As we sat with this collection of dignitaries representing a diverse range of often conflicting perspectives, it became clear our respect for Speaker Madigan was one of the few things we could all agree on. I'll never forget the outpouring of admiration these individuals had for his efforts to improve the lives of working people in the United States.

Speaker Madigan was simply a committed public servant. As a Leader in the General Assembly, he took on many tough issues—spearheading legislation to provide resources for the State, including to pay its bills and assist Illinois' businesses. There's a reason that he is the longest serving Speaker in the country; he consistently solved problems and helped people from every walk of life. To my mind, he is the blueprint for what a speaker can do to impact the lives of working families.

Mr. Madigan is a great husband, father, grandfather, and community leader. He is the rare example of a public official who found a way to make government work for everyday people and made a real difference in their life. I hope that you will consider all that Mr. Madigan has done in his life to help people as you make decisions regarding his future.

Please don't hesitate to contact me if you need any additional information.

Respectfully,

Terry O'Sullivan





**UFCW**
## LOCAL 1546
**a VOICE for working America**
*United Food & Commercial Workers Intl. Union, AFL-CIO & CLC*

**Robert W. O'Toole**
President
International Vice President

**Richard A. Belzey**
Secretary-Treasurer

April 30, 2025

Everett McKinley Dirkson Courthouse
U.S. District Court
Attn: Hon. Judge Blakey
219 S. Dearborn St.
Chicago, IL. 60604-1834

Dear Honorable Judge Blakey,

I have the privilege of serving as President of a 20,000 member local union that represents hard working men and women from all walks of life employed in the retail grocery, meatpacking and processing and health care core industries. I am writing to ask for your leniency and compassion in the sentencing of Illinois Speaker of the House Michael Madigan. In my professional and personal relationships with Mr. Madigan it was always evident that he fulfilled his role with honesty and integrity; deeply cared about our union members and their families, and always sponsored or promoted legislation that could positively impact working people across the State.

I was first introduced to Mr. Madigan over 10 years ago when my predecessor invited me to a meeting with Mr. Madigan. From that initial encounter, I came away with a strong impression that he was nothing like the press has portrayed him over the years. Mr. Madigan was honest, genuine, and caring about all our union concerns as well as consistently showing dedication to public service for the well-being of the people of Illinois.

In that first meeting Mr. Madigan even asked our opinions of other legislation, unrelated to our issues, as a form of public opinion. I thought it was fantastic that he asked for our opinions. My feelings only grew stronger over time as I was fortunate enough to work with Mr. Madigan based on his consistent truthful and sincere leadership style. I can admit that every conversation and interaction that I had with Mr. Madigan confirmed his plain-spoken, earnest and honorable approach to his job. I have heard this same judgement from numerous colleagues of mine as well.

As an example, he worked closely with our union to help enact legislation that directly benefited nursing home patients. The Illinois law created a "bed hold" where a resident might have to leave their nursing home for even a short period of time for treatment and could previously lose their bed in what has become their home. With this legislation and in this situation, the bed was held for that resident and a small fee was paid to the nursing home by the state to guarantee that the resident returned to their home following his or her treatment. Not only did it secure the placement of that resident/patient, but it also saved the state money and has proven to be extremely successful and beneficial to those residents and their families over time.

Additional legislation that we worked on together was a much-needed increase to the State minimum wage. Most people assume that minimum wage only applies to teenagers working part-time jobs. Quite the contrary and especially in our union, many adult men and women are working jobs that are paid near minimum wage that could even be full-time hours. These people are trying very hard to support themselves and often their entire families on this income. By increasing the minimum wage, this increased the earning potential for tens of thousands of workers throughout the entire state.

I would also add that he demonstrated heart-felt empathy for our union's charity work. Several days after I was honored with the coveted "George Meany Award" at a charitable event for the Boy Scouts of America (one of the first live charitable events coming out of the Covid pandemic), Mr. Madigan called me personally to congratulate me on this prestigious tribute and expressed his extreme pleasure that the Boy Scouts of America raised over $55,000 to help with its local programs and services to the community.

I hope that you factor in these positive qualities and the experiences I have had working with Mr. Madigan when making your final decision. His integrity and commitment to public service deserve recognition.

Thank you for your time and consideration.

Sincerely,

Robert W. O'Toole
President and International Vice President

April 26,2025

To whom it may concern:

Re: Michael Madigan

I write this letter with sincere concern and appreciation for Michael Madigan. For over 30 years I was the McLean County Democratic Chair. In 2008 until 2022 I was the Laborers International Union of North America Vice President and Midwest Regional Manager.

When I first met Speaker Madigan, he advised me to always be honest and true to my word. I totally agreed with that sentiment and that honestly was always reciprocated between us. He always responded to me in a totally honest way and I never once felt he was being duplicitous. We could have a conversation and share concerns; and I knew Speaker Madigan was always straight forward and honest.

When we approached the Speaker and our elected representatives of all political persuasions to pass legislation for worker safety, we always achieved full cooperation. Our legislators and our leadership responded as we were advocating for laws to protect workers and their families. Never was there any expectation beyond honestly representing working Illinoisans and ensuring their lives were safe and provided them with a decent standard of living. The Speaker honestly shared our concern for people and their livelihood and safety and was very straightforward with us as we worked together to improve the situation for working people

Illinois is currently a national leader with programs to aid working people, the elderly, youth and disabled. So much of this good work is due to Michael Madigan's leadership, an honest and forthright man.

Sent from my iPad

John F. Penn

Dear Justice Blakey:

My name is Glenn Poshard. I am a former Illinois state senator and United States Congressman. I was the democrat nominee for Governor in 1998 and am presently the Democrat State Central Committeeman from the 12th congressional district. I am the President Emeritus of the Southern Illinois University System, having served for 8 1/2 years in that position, the second longest serving President in SIU history. Our university joins University of Illinois, Northwestern University, and University of Chicago as the only four R1 rated research universities in the state of Illinois, a distinction of which we are very proud.

I met Representative Mike Madigan the first year I ran for the State Senate in 1982 and have continued our personal and political relationship over the past forty-three years. When he became Speaker in 1983 and I was elected to the Illinois State Senate in 1984, I often worked with the Speaker during my tenure in the Senate on downstate rural issues. I believe our conversations helped him gain a greater understanding of statewide issues which enabled him to be a more effective Speaker as well as an effective Chairman of the Democrat Party. My communication with the Speaker continued during my term in congress (1988-1998).

When I decided to run for governor in 1998, I had an hour-long meeting with Mike and he told me, despite our friendship, he could not support me in the primary. He wasn't aggressive in his rejection of my candidacy. He didn't lecture me against running. I believe, at the time, he was committed to Jim Burns. It was just Mike Madigan. He was forthright and didn't want me to suffer any false notion that I had his support. I saw this again after I won the primary and we had another meeting in his home in Chicago, at which time he pledged his support. In that meeting, he again laid everything on the table. He told me, "I can do this to help you. I can't do this." We went over a long list of concerns and issues, and the thing that I remember most about that meeting was, Mike never tried to tell me what he thought I wanted to hear, which is what so many people do in politics. He was just honest with me about everything through the whole campaign.

Some years ago, an excellent journalist wrote my biography and entitled it "Son of Southern Illinois." On page 177 of that book, I made this statement. "Mike Madigan helped me considerably. He never told me an untruth or exaggerated what he could do or would do. He was always very helpful to me."

Justice Blakey, this is the Mike Madigan I have known for better than forty years. I believe in my heart, he is a good man and I pray, sir, that you will consider, as I know you will, the many positive contributions he has made to the people of this state over the course of his career.

Thank you for your kind consideration of my letter.

With respect and admiration for the difficult work that you and all judges do for our country.

Glenn Poshard
Retired Member of Congress
President Emeritus, Southern Illinois University

LAW OFFICES



# POWER ROGERS, LLP

March 26, 2025

Joseph A. Power, Jr.
Larry R. Rogers
Hon. Robert R. Thomas (Ret.)
Thomas G. Siracusa
Thomas M. Power
Larry R. Rogers, Jr.
Devon C. Bruce
Joseph W. Balesteri
Sean M. Houlihan
Carolyn S. Daley
Jonathan M. Thomas
Kathryn L. Conway
James I. Power
Dominic C. LoVerde

The Honorable Judge John Robert Blakey
United States District Court
Northern district of Illinois
219 South Dearborn Street
Room 1288
Chicago, IL 60604

Re: Michael J. Madigan

Dear Judge Blakey:

I have known Michael J. Madigan for over 40 years, primarily involving politics and legislative issues.

Over these many years, I have found Michael Madigan to be an intelligent, honorable, honest, and dedicated public servant. He has always been a man of his word. Although compromise was not necessarily in my nature, he helped me to understand the art of compromise. We occasionally agreed to disagree, but he always fully explained why we need to be conciliatory based upon political realities. He was always straight forward and honest, even when delivering news I did not necessarily want to hear.

As a supporter of *Big Shoulders,* I know Michael was very helpful in championing legislation that supported scholarships for disadvantaged students. Since his departure from the legislature, I understand pressure from the teacher's union played a major role in the scrapping of the program. I have since tried to help restore the program to no avail.

I had served on the Loyola University of Chicago Board with his wife, Shirley, and knew she suffered from significant pulmonary issues. Unfortunately, that condition has gotten worse over time. I know he has been devoted to Shirley, and she will dearly miss his physical presence, as well as emotional support should he be sentenced to jail.

LAW OFFICES

## POWER ROGERS, LLP

The Honorable Judge John Robert Blakey
Re: Michael J. Madigan

March 26, 2025
Page 2

I conclude by attesting to the fact that Michael J. Madigan is a good person. He was a dedicated public servant who is now in his golden years. He finds his life in ruins. He no longer serves the public or practices law. He is an 82-year-old man left with his sick, homebound wife to spend whatever is left of their life together. At 82 years of age, according to the *National Vital Statistics Life Table*, his life expectancy is 7 years. I ask that all the above be considered at sentencing as well as the fact that Daniel Solis will serve no time in jail.

Thank you.

Very truly yours,

POWER ROGERS, LLP

Joseph A. Power, Jr.

JAP:lar

Honorable John Robert Blakey
Northern District of Illinois
519 S Dearborn Street
Chicago, IL 60604

Dear Judge Blakey,

      Thank you for taking the time to review this letter which is being written in support of Michael Madigan as you consider appropriate sentencing.

      I have known Mr. Madigan for over 40 years. We first met when we were on opposite sides of a lawsuit. I am comfortable in vouching for his character and his lifetime commitment to improving the lives of all Illinoisians. His positive impact on the people of Illinois is immeasurable and cannot be overexaggerated.

      One of the most recognizable of his achievements is his role in the building of New Comiskey Park (now Rate Field). At a time when it appeared that the White Sox were going to be forced to relocate out of state because the original Comiskey Park was at the end of its useful life, his leadership in the legislature saved the White Sox for Chicago. Without his all-out support, the legislation which was critical to build a new ballpark would not have been possible. Saving the White Sox resulted in hundreds of millions of dollars in economic benefit to Illinois. Not to mention making possible the first World Series Championship in 88 years. At no time in the process, either before during or after did he ask for any consideration in exchange.

      Over the years, I have asked him for support for other matters. Sometimes, he said yes and sometimes he said no. Unlike many other politicians he never said maybe, or I'll get back to you. When he said no it was always because he believed the ask did not benefit the people of Illinois. When he said yes, he always kept his word and never even asked for so much as a thank you.

      I have known a number of Republican office holders who were often at odds with Mr. Madigan on legislative matters and some did not care for him personally. To a person, they

all said his word was always good, and his positions, even if they disagreed, were always principled.

Every summer, I am honored to have a chance to host a group of residents from Bethshan, a faith-based organization that provides homes and support services for people who have intellectual and developmental disabilities. Former Speaker and Republican leader Lee Daniels, whose daughter is a member of the community shared with me Mr Madigan's role in funding Bethshan, assuring the program's worthy existence. Numerous other organizations owe their continued existence to his support.

Mr. Madigan's support of the Arts in Illinois is legendary and has added immeasurably to the culture of our city.

As much as I respect Mr. Madigan for all he has done for Illinois, I respect him most for being a devoted husband, parent and grandparent.

I recognize the awesome responsibility you face in determining an appropriate sentence, I trust that your decision will be well-considered and just and that you will take into consideration his advanced age.

Sincerely,

Jerry Reinsdorf

# Robert G. Reiter, Jr.

April 28, 2025

The Honorable John Robert Blakey
United States District Court Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Courtroom 1203
Chicago, IL 60604

Dear Judge Blakey,

My name is Bob Reiter, and I am President of the Chicago Federation of Labor. I've known Michael J. Madigan for almost fifteen years. I first met Mr. Madigan when I started to work at the CFL.

While I first met Mr. Madigan in a professional setting, I began to immediately appreciate his sense of humor and his personal nature. Having family that lived not far from where Mr. Madigan grew up, I was always curious to hear old stories about the neighborhoods on the Southside and his insight into people.

His appreciation and respect for Walter Reuther, one of the most consequential labor leaders in American History further endeared him to me. He was forthright, honest, and straightforward, and his compassion for working people was always very apparent.

But personal conversation and humor is what further drew me to Mike Madigan. A few years back, he took interest in some dramatic weight loss I had. We talked often about both of our occasional struggles with weight gain, and he often called to check in on my wellbeing.

He was forthright, honest, and straightforward. His compassion for working people was always very apparent.

Over the years I've also gotten to know Mr. Madigan's loving family. Two of his children have now become longtime friends. The Madigan Christmas card is one of my favorites. A big family, committed to their shared happiness.

I fully understand the Court's obligations during sentencing, and I offer my personal experiences with Mr. Madigan for the Court to give further dimension of him as a person.

Sincerely,

Robert G. Reiter, Jr

May 6, 2025

Honorable John Blakey
Dirksen U.S. Courthouse
219 South Dearborn
Chicago, IL 60604

Honorable John Blakey:

My family and I have known Mike and the Madigan family for many years. As a child, I remember going to Springfield with my father and working as a page in the Capitol. Mike was always serious, but friendly to all of the pages assisting legislators on the House floor. Years later, because of Mike's leadership, as a staff attorney for the House Democratic Caucus, I worked in an environment that emphasized honesty and integrity in interactions with lawmakers, advocates and other staff involved in the legislative process.

As you consider a sentence for Mike, I ask you to see Mike as a whole person. He was not only the Speaker of the House and a State Representative, but he is also a husband, father, grand-father, and friend to many. I've continued to work in Springfield and saw Mike and his staff work diligently and contentiously on behalf of the People of Illinois.

Mike has also shown great compassion and kindness to me and my family. When my father suffered a debilitating stroke in Springfield in 2021 Mike was one of the first people to reach out to me. Only one day after the initial stroke, Mike called me and asked how my father was doing and what his prognosis was. Mike was genuinely concerned about my father's recovery and treatment. I greatly appreciated his calls and support during this overwhelming experience. My father did recover to a limited extent from his stroke but still struggled with cognitive delays and required 24 hour in home support. Mike and his son Andrew would check in on my father with calls and visits. These visits brought tremendous joy to my father and offered a reprieve from his significant health challenges.

I respectfully ask this Court to show compassion to Mike. Please consider his age, and the great impact this will have on his wife, Shirley, his children, and grandchildren. I understand this is a very difficult decision and I hope that through my letter you can appreciate the deep impact Mike has had on my life and the lives of many others.

Sincerely,

Maren Ronan

March 26, 2025

To whom it may concern,

I am Dennis Ryan and for 21 years, I have served as a senior administrator at Holy Cross Hospital. Holy Cross is a Catholic Hospital that was sponsored by the Sisters of St. Casimir and is the lone hospital serving a very large, densely populated and economically challenged part of Chicago. Holy Cross proudly serves largely African American and Latino communities and provides essential health care to thousands of people who are uninsured or underinsured. Our very busy Emergency Department receives between 45,000 and 50,000 patient visits per year and has had many years with the highest number of CMS ambulance runs of any hospital in Illinois.

Since the early 2000s, Holy Cross has faced so many losses in uncompensated care that the entire hospital faced imminent closure multiple times. On several occasions, I joined the leader of the Sisters and our top administrators in meeting with then Speaker of the House Mike Madigan to ask for the assistance of the Illinois State Legislature to provide essential support for our critical mission of providing often desperately needed life supporting and saving health care. The hospital is not in the House District previously served by Mike Madigan. Mike Madigan always responded to requests for meetings, was attentive to our situation, wholly respectful of our mission and many times demonstrated considerable guidance and support to keep our hospital and the essential services we provide functional. Through his support we often improved basic technology, infrastructure and equipment that we could not have afforded on our own.

Following the 2008 recession, when the communities Holy Cross Hospital serves were devastated by loss of jobs, insurance and home foreclosures, and the Sisters of St. Casimir had provided $1.7 million dollars of their own retirement funds to meet an emergency payroll gap, Mike Madigan joined then State Senator Jackie Collins to host a meeting at our hospital and they invited elected officials that served our area from city, county, state and federal government. I will never forget our 7th floor conference room filled with nearly all the officials, and senior staff from the few that were unable to be there, as we shared our situation. At that meeting, Mike Madigan proposed a solution that not only saved Holy Cross Hospital - it gave critical assistance to nine other safety net hospitals throughout the Illinois. Remembering that meeting and the respectful, creative and uniting leadership Mike Madigan demonstrated still makes me awed and incredibly grateful. He was always forthright, honest and fair in his interactions with us.

There are two things that I wish to highlight. One is that if Holy Cross Hospital had not received State of Illinois support at critical times, support that was greatly assisted by Mike Madigan, we would not have been able to save/heal literally thousands of lives during the critical times of the Covid pandemic. Secondly, as the mission, community and government leader for many years at Holy Cross Hospital, I am unaware of anything that Mike Madigan ever asked for in return. In all honesty, I hold the respect and diligence that Mike Madigan demonstrated for our vital mission of healing with truly great gratitude.

Sincerely,

Dennis Ryan

April 16, 2025

To Judge Blakey

This letter is in regards to Michael Madigan Former Speaker of the Illinois House of Representatives.

I had a problem with my employer years ago. I worked for a Orthopedic Group and was a patient also. I had to have a partial knee replacement by the doctor I was seeing in the practice. I filled out Family Medical Leave papers per my supervision. After this surgery and I was able to return to work I was informed by the office manager my position was filled, so I was let go. I contacted Michael Madigan's office at 6500 S. Pulaski Road, Chicago, Ill. 60629. I explained what had happened which was wrong. I was then given the phone number to the department in the State of Illinois who could help me with this problem. I called and explained what happened and a case was opened. The person handling my case had alot of problems with the office manager. but never gave up.

About a year later I was given back pay and could of had my job back. I didnot go back to work for this group because of all that happened. If it was not for Michael Madigan

providing me with this information
I would not of been able to get this
problem taken care of which was totally
wrong on my employers part to begin with.
    Michael Madigan is someone who
cares about the state of Illinois along
with the people of Illinois.

                    Sincerely
                    Nancy Ryan

Dear Judge Blakey,

My name is Tammey Ryan. I have been living with Multiple Sclerosis since 1977. I was a senior in high school when my legs went numb from the waist down. Doctors had no concern for my condition and after several months, I regained feeling. In 1982, my husband and I purchased a home in Chicago on the same block as Mike Madigan. We only lived there for three years because I had suffered an exacerbation of systems after the birth of our first child, so we moved from our 2 story house to a single level ranch located in Speaker Madigan's district.

 After my daughter's birth in 1987 I had a massive MS flare up and was bedridden for months. A shot became available costing $38,000/ year. It was not covered by insurance. My husband and I contacted Mr. Madigan asking for help in having this medication covered by insurance. A few years later the first ABC drug to slow down the progression of Multiple Sclerosis were approved for coverage by insurance and Medicare. Walking became difficult so I began using a cane into the year 2000 when my disease progressed. I began physical therapy twice a week. My balance, leg strength and gait improved. Once again, insurance stopped coverage after weeks of PT and I began to get weaker.

In 2005, I volunteered to be an advocate for the Greater Illinois Chapter of the Multiple Sclerosis Society.   A hundred volunteers went to Springfield.  We met with our representatives and state senators to present bills we were introducing to improve our quality of life.  The access to physical therapy to prevent falls and increase mobility was one of the bills left in committee for a year.  Speaker Madigan was on my list of officials, however, when we arrived at the Capitol the lift on the bus would not lower.  The fire department had to be called and the person's incapable of walking had to be carried off the bus and placed into their scooters.

We notified our representatives that we would be late.  An hour later we were meeting with Speaker Madigan, presenting the physical therapy bill, describing the benefits of PT to keep us healthy, mobile, minimize our pain and tremors and how our visits to therapy were mandated by insurance companies.  One of my fellow advocates relayed a story of going to yoga when PT was discontinued and she broke her leg.  At that point the Speaker got up, walked over to his phone and spoke to someone regarding our bill number.

At the end of the day we found out our PT bill was out of committee and had passed the House of Representatives.  Before the session adjourned it was on the Senate floor.  Later that year the physical therapy bill for people living with MS passed, thereby improving the lives of thousands residing in Illinois.  The following year, I was chosen to be one of the Illinois Chapter of MS to attend the national conference in Washington DC where our physical therapy bill would be an example to chapters nationwide!

I had the honor and privilege to represent many bills to Speaker Madigan, my state representative and senators over the course of ten years. He never accepted a pen, pin, orange bandana with our logo. He always treated me and my fellow advocates with attention, compassion, courtesy, dignity, grace, honesty and integrity. He sponsored our safe patient handling bill, MS lottery game raising thousands of dollars to be used for MS research and programs, accessibility to gas station pumps mandating phone numbers to be posted for assistance, snow removal bill for handicapped parking spaces are just a few of the bills helping people with disabilities to this very day.

I have lived with MS for fifty years. It has been a long journey. Speaker Madigan's legislative support kept me walking for most of it, road driving, gassing up, parking at the doctor's office, grocery store, raising 2 children, watching my five grandchildren grow.

Judge, please take all of this into consideration when sentencing this man who has done so much to improve the lives of us who live with disability. Thank you for your consideration.

Tammey M. Ryan

## MICHAEL J. SACKS



May 29, 2025

The Honorable Judge John Robert Blakey
United States District Court for the Northern District of Illinois
Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey:

My name is Michael Sacks, and I write to you with deep respect to request leniency in the sentencing of Michael J. Madigan. Having come to know Speaker Madigan well and having observed his leadership and personal character up close over many years, I am confident that he is deserving of, and justice is served by, the greatest degree of leniency and mercy you can extend.

### Background of My Relationship with Michael Madigan

The origins of my relationship with and deep respect for Speaker Madigan are both improbable and ironic. My substantive involvement with the Speaker began at the request of Governor Bruce Rauner, who asked me to help him bridge a divide with the Illinois General Assembly Democratic leadership.

At that time, in the summer of 2015, Governor Rauner was a personal friend. My wife and I socialized with him and his wife, Diana, and I had worked closely with him on various civic projects. We had traveled together. My relationship with Speaker Madigan was, until then, only casual, stemming from a childhood friend who had worked for his extraordinary wife, Shirley. Our interactions were infrequent and brief, mostly at our mutual friends' lifecycle events. I think it is relevant that I came to my working relationship with Speaker Madigan as "Rauner's guy."

In 2015, when Governor Rauner asked for my candid assessment of his performance after the state failed to pass a budget, I gave him my honest opinion. I pointed out several self-inflicted mistakes and offered suggestions for a path forward that would be good for Illinois and good for the Governor. To my surprise, the Governor called shortly after we met and said, "Thank you for that. I needed to hear it. You're a commie but I trust you. I want you to help me get a deal." I agreed, with the caveat that Speaker Madigan and the Senate President welcomed my involvement. They were open to it, and I began working – at significant personal effort and expense – to bring the parties together.

I cannot overstate the time and energy I invested in these efforts. I met with Speaker Madigan individually and with his staff countless times, as well as with the Governor and his team, and with the Senate President and his team. There were confidential meetings between the principals, carefully arranged to avoid public attention. I witnessed firsthand the dynamic between Speaker Madigan and Governor Rauner as they worked through complex issues. Despite my best efforts, I was unable to help broker a budget agreement in the back half of 2015 or in 2016 – an outcome I consider a great personal failure.

The Honorable Judge John Robert Blakey
United States District Court
May 19, 2025
Page 2

What you do not know is that after working as hard as I possibly could, after getting to the goal line numerous times only to have defeat snatched from the jaws of victory, I told Governor Rauner that I could no longer assist him as I had concluded that he was the primary obstacle to compromise. I told the Governor that I was going to continue to try to help Democratic leadership to carry the state forward. In 2017, the Governor's own party ultimately concluded the same and overrode his veto to pass a budget, ending one of the longest fiscal impasses in U.S. history.

Through this process, I came to know Speaker Madigan both as a person and as a leader. Based on this intense comprehensive experience, I can say with complete confidence that Michael Madigan deserves your mercy. He does not deserve to be in prison, and justice would not be served by a prison sentence. I respectfully ask you to consider the following:

**A Devoted Husband, Father and Grandfather**
While he may not be known for outward displays of warmth, those who truly know Mike Madigan see he is tender and caring. He is a devoted husband to his wonderful wife, Shirley, faces significant health challenges. He has been her primary caregiver, and his love and dedication to her are deeply moving. She will undoubtedly suffer if he is unable to continue in this role. He is a loving father and grandfather whose family will suffer in his absence.

**A Compassionate and Caring Friend**
Mike Madigan's decency and compassion are genuine. He was there for me when I lost my father and with his personal experience helped me through a difficult time. He regularly makes time to check in on my mother. Despite the immense pressures he faces, he consistently takes time to support friends and colleagues in times of need. There have been numerous times over the last years and months when I have been touched by an act of his kindness or concern in light of the stress he has been facing. I am certain that many others appealing to you will echo this sentiment.

**A Man of His Word**
Speaker Madigan is renowned for two things – his careful use of words and, more importantly, for his unwavering commitment to keeping his word. In Springfield, it was well known: if Speaker Madigan gave you his word, he kept it. His integrity in that regard was never questioned, even by his fiercest opponents. They may have battled with him on the issues or in tough political campaigns, but they never accused him of lying. I believe his cautiousness in making commitments stemmed from his deep sense of responsibility to honor them.

**An Exemplary Work Ethic**
Having built a business in an industry known for demanding work, I can attest that Speaker Madigan is among the hardest-working individuals I have encountered. Throughout his entire career he worked extraordinarily

long hours. He worked at night and on weekends. His dedication to constituent services was unmatched. If we had that same level of effort and organization across the city and state, we would no doubt be better off. There is also no doubt that Speaker Madigan's work ethic drove his success – this is a point missed by those who seek to paint his strength and accomplishments as the result of "backroom deals" or some inappropriate conduct.

The Honorable Judge John Robert Blakey
United States District Court
May 29, 2025
Page 3

**Leadership Rooted in Consistency and Fairness**
Being Speaker is not akin to being a chief executive; it requires managing a diverse caucus and balancing countless interests. Speaker Madigan's approach was rooted in consistent process and procedure, treating people with integrity and fairness at all times. He avoided outright refusals when possible, as he understood a public servant's obligation to both hear and consider concerns important to all constituents. It is this approach that led many to believe they were influencing him when, in reality, his listening or engagement was part of his larger, polite and principled process. Every day people asked him for something. And every day he made those people feel heard without making insincere commitments to act on their behalf, regardless of what they took from their conversations.

**A Values-Driven Advocate for the Vulnerable**
There are some who view Speaker Madigan's leadership as rooted in his desire for power, but I witnessed the opposite. The Speaker Madigan I saw in battle firsthand was a Speaker who was driven by his desire to act for and protect those without power. Throughout my work on the budget, I saw Speaker Madigan's unwavering commitment to protecting social services and defense of the rights of working men and women. He fought passionately against efforts to cut support for the poor and vulnerable.

The Speaker stood firm when the Governor threatened funding for heating oil subsidies for the poor at Christmas in Chicago. When the Governor proposed cutting funding for shelters for battered women, the Speaker fought back. And when the Governor wanted to lower prevailing wage requirements for construction workers and make changes that limited workers' ability to organize, Speaker Madigan worked to defeat those measures too.

Mike Madigan's values were clear, and his leadership undoubtedly protected millions of Illinoisans. Too often it seems elected officials forget why they ran for office in the first place, or get caught up in the trappings of political office. Speaker Madigan never forgot. He has lived a simple life that defies most people's view of a powerful political leader. Most importantly, he never failed to meet his obligation to protect those who couldn't protect themselves.

**Protected At-Risk Chicago Public School Students**
After telling Governor Rauner that I could no longer work for him and would instead help the Democrats try to carry on, I witnessed Speaker Madigan fight back against the Governor's intense efforts to bankrupt CPS and bring it to its knees. The Governor understood that bankruptcy was not needed and would likely cost the city and state more money than it saved. However, politically he wanted "structural reform" even if it actually came at greater economic cost. His efforts would harm the education and futures of more than 300,000 Chicago school children - nearly three-quarters of whom were low-income – and harm the financial security of over 40,000 CPS employees and tens of thousands more retirees all while increasing taxpayers' cost, all for the possibility of improvement in the future.

This was a multi-year battle that defies my ability to communicate. Suffice to say that without the Speaker and others in the legislature fighting back, the largest school district in the state with over 20% of the state's school children would have been severely damaged for the foreseeable future. It is hard to imagine a greater effort

The Honorable Judge John Robert Blakey
United States District Court
May 29, 2025
Page 4

to protect people who need protection and a more important population to defend, and leadership more worthy of mercy in your consideration.

## A Reluctant Target, a Loyal Defender

During the intense political battles with Governor Rauner, Speaker Madigan became the focus of relentless negative campaigning. Many tens of millions of dollars were spent on painting Mike Madigan as the leader of "corrupt Democrats." He chose not to defend himself, instead dedicating campaign resources to support other Democrats.

This selflessness, while noble, took a toll on his personal reputation. This man who spent his career protecting people who were under assault – who even former Republican Governors praised – had his personal reputation torn down by the enormous amount of money spent by Governor Rauner and a small number of key supporters. That negative branding was powerful and pervasive. It shifted broad public opinion about Speaker Madigan. And it is hard to believe that in some way it did not contribute, directly or indirectly, to the circumstances he now faces.

## A True Public Servant

In my experience, Speaker Madigan is the antithesis of the caricature painted by his detractors. He is a fundamentally decent family man, a kind and loyal friend, and a dedicated and compassionate public servant who gave his very best his entire adult life for the people of Illinois. He succeeded through honesty, intelligence, values, and work ethic. He was attacked mercilessly for standing up for his beliefs and for millions who needed him, and he has suffered greatly as a result.

## A Humble Request for Mercy

Speaker Madigan deserves to spend his remaining years at home, caring for his wife and family. I respectfully and humbly ask that you show mercy to this good and decent man – a man who has given so much to our state and its people, and who has protected and enhanced the quality of life for millions.

I believe this request is consistent with justice and is the right and decent thing to do.

Thank you for your consideration.

Respectfully,

Michael J. Sacks

Dear Judge Blakey:

The attached resume presents a fair picture of my history. People like me need others to help them change the world. Mike Madigan has helped Joseph Academy stay alive in order to educate and change our most troubled children. His leadership and encouragement have demonstrated how government can make a difference for the marginalized and handicapped.

When Joseph Academy was close to closing, Mike rose to the occasion and directed me to funding soures in Illinois where a grant for over two years of $360,000 enabled us to continue our mission. JA has since grown to serve over 4000 special education Illinois kids. He was brave enough to stand tall and help those most at risk. At no time did Mike Madigan ever request any help or financial assistance from me.

# Michael Edward Schack

███████████████████████

## Leadership

Design and implement educational and vocational programs that follow the federal Individuals with Disabilities Education Act and cost-effective for Illinois and U.S. public and private schools for marginalized and special needs youth.

## Experience

**Joseph Academy, Inc.,**                                                    1983 – 2024
*Founder and Executive Director of Development*
- Created several Boys and Girls Town Schools serving over 4000 students.
- Developed state-approved Individual Educational Plans with 50 Illinois districts.
- Managed the creation and operation of several different school locations.

**New Trier Township High Schools District #203**, Winnetka, IL     1976 – 1980
*Director of Special Education*
- Managed a $3 million budget for one of America's top high schools,
- Developed federal compliance guidelines and policies for public schools,
- Provided leadership for a 23-district special education cooperative,

**Niles Township High Schools District #219**, Skokie, IL          1972 –1976
*Director of Off-Campus Learning*
- Managed a $1 million budget and trained special education teachers.
- Developed state-funded extraordinary cost programs.
- Participated in contract negotiations with local teachers' association.

**Chicago Residential and Parental School for Boys**, Chicago, IL   1970 – 1972
- Family instructor and social adjustment classroom teacher.
- Social adjustment program for Cook County Juvenile Center.
- Coordinated Title I Early Remediation Approach for Chicago Schools.

**U.S. Military,** Pensacola, FL                                    1967 – 1969
- Commissioned flight officer in the United States Naval Reserve.
- Trained as a Radar Intercept Officer in Squadrons VT-10 and VT-22.

## Education

University of Notre Dame, South Bend, IN      2004
- Master of Business Administration (MBA)
- Sole recipient of faculty-voted "The Notre Dame Dean's Award"

Northeastern Illinois University, Chicago, IL      1972
- M.A., Teaching Socially Maladjusted Children
- Publication: *A Handbook of Physical Education Activities*

DePaul University, Chicago, IL      1968
- B.A., Liberal Arts and Science
- Major: American History

Quigley Seminary, Chicago, IL      1963
- Focus of Study: Classical Studies and Theology
- Varsity wrestling champion.

Queen of All Saints Grade School Gradated 1959, Chicago

## Awards

Special Education Funding Task Force, Springfield, IL
- Publication: *Special Education Laws and Funding –
  Key Points Over 30 Years from Federal to Illinois*

National Association of Private Special Education Centers, Washington, D.C.
*Former President and Member of Board of Directors*
- Non-profit organization providing early intervention services, day schools, residential therapeutic centers, adult living, and post-secondary services
- National Chair of the "Outcomes Committee for Alternative Programs".

NBC Channel 5 Chicago
- Winner of the Jacqueline Kennedy established NBC Jefferson Award

Quigley Seminary Alumni Association
- Voted "Most Distinguished Alum" by faculty and student body.

Jesuit Refugee Board of Directors 2011-2017
- Governance Committee for JRS/USA Organizational Development
- Washington DC leadership team caring for international refugee populations.

March 26, 2025

Honorable Judge Blakey,

    I am a recently retired, 40-year member of the Chicago Fire Department. Humbly, I can walk away from a career serving the City of Chicago and the neighborhoods of the West side and Englewood. But enough about me. I would like to tell a short story of a father who needed to extend himself outside of his comfort zone while coping with an unfamiliar yet rewarding situation. You see, asking for help is not what I do as a first responder and a person.

    The backstory: I have a son, Matthias (Matt) who needed an advisor to listen to his story at a pivotal period in his adolescent life. The reason I describe Mike Madigan as an advisor, is because I needed support from someone to hear my son's situation. I thought our elected official should hear about a kid of our community who will make an impact and suspect is destined to be a good citizen.

    It's about making one phone call. Realize, Mike was not the only elected official I reached out to, but Michael Madigan was the only one who responded. He called me back within five minutes after I had left a message at his office that day. That is how we met and that was in 2016.

    I described to Mike how Matt had applied for summer internships in government, specifically for a Page position for the Senate in Washington. He attended Walter Payton College Prep and always was a remarkable student and focused on what he wanted to do in life; however, Matt was turned down. It is the only time in my life that my catch phrase of just "get out there and hustle" wasn't going to work. Matt was approaching college application time and I viewed this position pivotal for someone wanting to attend the University of Chicago to study Political Science and International Policy. If I didn't mention it before, the kid has dreams and tangible goals. None the less, Mike asked for his grades which I gladly offered.

    What is ironic, I identify with Mike Madigan. He reminds me of an emergency first responder. Our encounter was brief, to the point, yet out of that conversation a quick solution was developed, and Matthias was saved in a way that only a caring father can appreciate.

    The Outcome: Matthias would go on to work a summer internship for Senator Dick Durbin, graduate from the University of Chicago with both an undergraduate and master's degree accomplished in four years. He is currently a second-year law student at Harvard. Today, my son called to tell me that he was asked by his professor if anyone in the class has any direct knowledge of the current event involving the President Trump administration situation involving the deportation of Venezuelans. Matt was able to give incite on the case in class (limited description of course) that he is currently working this semester with Judge Patricia Millett, U.S. circuit Judge of the U.S Court of Appeals for the District of Columbia Circuit.

    What should be known: In my heart, I believe the decisive interest and enthusiastic support Mike Madigan provided my son that day made an impact on his life. It is his contribution and caring for people that can have unforeseen consequences that can stretch the imagination of a person's success. I thank him for the impression he made on me and the assistance he provided to our family.

    With gratitude and thanks,

Terrence P. Sheppard

Retired CFD Battalion Chief

February 28, 2025

Dear Judge Blakey,

We are writing to you of an account of how Michael Madigan impacted, actually added, to our family. We would not have our daughter, who is now 31 years old, if not for Mr. Madigan's personal involvement in our situation.

30 years ago, we were in the process of adopting our daughter, Anna, from Korea. She was born premature and in an incubator after her birth. At nine months old, she was medically cleared by Korea to be able to be adopted and be sent to America. To our knowledge, she had no other medical issues. One of the conditions required by U.S. Immigration is that the child have medical insurance. At that time, we had individual medical insurance, and therefore, any additions would be subject to insurance company approval for any adopted children to be added to our policy. She was denied by our current carrier. We applied to several other insurance companies, who also denied coverage. While I understood that the insurance companies did not want to take any risk, their reasons were rather trivial. One actually denied because my daughter had an umbilical hernia, an outer belly button.

At this point, we were getting desperate and thought we might have to refuse receiving our daughter. We sent several letters out to various public officials seeking help. To our surprise, we received a phone call from Michael Madigan, and he expressed concern for our situation. He asked who we had attempted to contact, and if one was the Illinois Commissioner for Insurance. This was one of the people we attempted to contact. At this point, Mr. Madigan immediately got the commissioner on the phone and asked him to review our situation. Our daughter was insured shortly thereafter. Mr. Madigan personally called again a few days later to follow up. This was and is the only contact we have ever had with Michael Madigan other than a Christmas card of his beautiful family.

To this day, we do not know why Michael Madigan reached out and helped us. Actually, we are Republicans, and we cynically expected to have to do something in return. No such request ever came, and as I said, it has been 30 years. I **do** know that the measure of a man's character is reflected in the good deeds he does in secret. The gift of my daughter, who is a healthy, happily married, woman, would not have happened without the kindness of Michael Madigan.

Sincerely,

Daniel and Francine Signore

Francine Signore

# HELEN BRACH FOUNDATION

R. MATTHEW SIMON
EXECUTIVE DIRECTOR

JOSEPH J. GRISETA
ASSOCIATE DIRECTOR

BOARD MEMBERS
R. MATTHEW SIMON, PRESIDENT
CHERRYL T. THOMAS, VICE PRESIDENT
JOHN J. SHERIDAN, SECRETARY/TREASURER
CHARLES A. VORHEES
MARK T. SIMON, M.D.
STEPHANIE C. SIMON
JAMES B. MURRAY, JR.
VIRGINIA GROARK HALE

May 16, 2025

Judge John Robert Blakey
United States District Court
Northern District of Illinois
219 S. Dearborn, Room 1288
Chicago, Illinois 60604

Re:  <u>Michael J. Madigan</u>

Dear Judge Blakey:

I write this letter in support of Michael J. Madigan, whom I will always remember as the Speaker. Although we are not close friends, I respect him very much. When I was a young lawyer, I spent approximately sixteen years in Springfield representing numerous clients before the State legislature. These clients included what were then the eight museums that were located on Chicago Park District land (the Art Institute, Field Museum, etc.), the Chicago Bar Association, the Illinois Restaurant Association, and the Peoples Gas Company, among others. They were clients of my father's law firm whom Larry Suffredin was representing in Springfield when I joined the firm in 1983.

When I first arrived in Springfield, the Speaker's staff welcomed me as I imagined they would someone who had worked his way up through the Speaker's 13th Ward Organization even though I had not. I have always attributed this welcome to Madigan's regard for my father and Madigan and my father's affection for George Dunne who was then the President of the Cook County Board of Commissioners and Chairman of the Democratic Party of Cook County.

When Larry Suffredin left our firm, I began representing the Peoples Gas Company on my own. Around that time, ComEd decided to seek legislative authorization to create a holding company rather than seeking permission from the Illinois Commerce Commission to do so. This bill became known as their statutory holding company bill even though the scope of the bill was much more sweeping and went far beyond its stated purpose.

At that time, Madigan delegated this matter to Jim McPike – who was then the number two Democratic in the House (the Majority Leader) – to broker. However, Madigan still took an active interest in the bill and had Jim McPike convene some of his meetings on this bill in Madigan's office where many of the interested parties were given an opportunity to express their concerns regarding the bill.

I remember one meeting that I had with the Speaker and Mike Kasper (who was Counsel to the Speaker at the time) where I informed Madigan that the gas company appreciated all that he had done to make the bill more reasonable than what ComEd had originally proposed. During that conversation, I told Madigan that we (the gas company) realized that there were a myriad of interests that he was trying to balance and/or accommodate when it came to this bill and that if this was the best deal that he could offer us that we would gratefully accept it and would not press for any more changes to the bill.

When I said this, Madigan asked me if the gas company was still interested in a provision for which we had been strenuously advocating that would require ComEd to give any of its competitors the same access to its system that it would grant one of its unregulated subsidiaries (what we called "limited access"). When I told him that we were, Madigan told me that I should try to persuade others of the merits of this provision – which I did to the best of my ability. We ultimately succeeded, and this was one of the last changes in the bill that ComEd very reluctantly agreed to accept.

Later that summer – many weeks after the session had ended, Mike McClain called me to tell me that Madigan had recently informed him that many weeks before the end of the legislative session and the passage of this bill that I had told him that the gas company was willing to accept the bill in the form that it was in at that time without the limited access provision that we ended up fighting for until the end of the session when ComEd finally agreed to incorporate this provision into the final version of their bill.

Mike was absolutely incredulous. When I told him that this was true, he said he couldn't believe that I had kept fighting for something that my company had said that they could live without. He reminded me about how many body blows we had exchanged and how ugly things had gotten over this provision and said that I could have spared us both a lot of grief if I had conceded this issue instead of fighting for it as tenaciously as I had done. I told him that I had done so because I and the gas company had believed strongly in the merits of this provision and that Madigan had suggested to me that I attempt to persuade others of the merits of this provision and that this is exactly what I had done.

I share this story with you for several reasons. First, because it shows how Madigan approached all of the major bills that came before him. He was interested in learning all of the nuances of an issue no matter how complicated or multi-faceted it was. In fact, it seemed that he relished the challenge of mastering these more complicated bills. Madigan wanted to understand why certain language was so important to one or

another of the parties that were promoting or opposing a bill or a particular provision in the bill.

In addition, this story shows that Madigan evaluated the merits of each provision in a bill himself and that he (and his staff) kept their own counsel and that Madigan often allowed things to play out without committing himself one way or another even when it came to a matter that involved a person who was as close to him as Mike McClain.

In my opinion, Madigan was never in anyone's pocket – even that of his closest and most stalwart supporters like the labor unions and the trial lawyers. He always reserved judgment until he had had an opportunity to understand what a bill actually did – not just what its proponents claimed that it did. He would then weigh the merits and the politics of a bill. Madigan rarely – if ever – accepted a bill as it was initially presented to him. He (or his staff) always heard the other side out. Madigan always set up a process where the issues involved could be discussed. Most people in Springfield felt that he was fair even though he might have been more inclined to support one side or the other in a dispute. This was the political side of things and we all understood that.

The way Madigan handled issues was in stark contrast to the way that Lee Daniels handled them when he was Speaker. The so-called tort reform bill was a prime example of how Daniels managed a big, complicated bill. Instead of trying to understand the nuances of the bill that the Illinois Manufacturers Association, the Illinois Chamber of Commerce and other business groups had presented him, he simply ran with the bill in exactly the form that these business groups had given it to him. Instead of listening to the concerns that some of his brightest and most thoughtful members attempted to raise with him (i.e., Kent Slater, Jim Kirkland and Al Salvi), he hammered them, belittled them and ostracized them. Lee Daniels was an inexperienced leader to say the least and wanted to impress his biggest financial supporters with how supportive he was of them and the issues that were most important to them. He did not attempt to weigh the merits of the bill or take a more measured approach to any of the matters that were contained in it. Instead, he simply embraced their bill and insisted that all of his members accept the bill as it was originally introduced without any changes to it.

I hope that my experience working with Michael Madigan and the other members of the legislature many years ago will provide you with a little more perspective on how the legislature functioned while I was there.

Sincerely,

R. Matthew Simon

CHRISTOPHER S. STONE



May 13, 2025

The Honorable Robert W. Blakey

Northern District Federal Court

219 South Dearborn Street

Chicago, IL 60604

### Re: United States v. Michael Madigan – Character Reference

Dear Judge Blakey,

My name is Chris Stone, and I am writing to respectfully provide some personal insight into the character of Michael Madigan, whom I have known for almost 30 years through civic, community and work. In that time, I have come to know Mike not simply as a public official, but as a man who consistently sought to help others in quiet, often unpublicized ways.

In 1992 I decided that I wanted to better understand the public policy process and through my local State Representative, Republican Peter Roskam, I was able to get an internship and work for then Speaker of the House, Lee Daniels, who was the Republican Leader of the Illinois House of Representative. The internship was amazing and developed a passion in me for public policy that moved me away from pursuing employment in the engineering field and taking a government relations position in Chicago to fully immerse myself in public policy. When I started my job in Chicago, one of the first people I was able to meet was Michael Madigan. Coming from the republican side of the aisle, I was very intimidated to say the least walking into my first meeting with him, however, within the first five minutes of our discussion he put me at

total ease, not concerned with my politics or my work for the former republican leader of the Illinois House. To may amazement, he was thoughtful, kind, interested in the subject matter and most importantly interested in my career goals, my family, and my work. From that initial meeting we became friends, and his door has always been open. No matter how busy he was, he always took the time to listen to me and to provide advice and guidance.

As I progressed in my career in government relations, we have had the fortune of working on many projects together that brought employment and economic development to the southwest side of Chicago. One of the most enduring impressions of Mike throughout our professional and personal relationship has always been his unwavering commitment to the people in his community. I recall one instance, many years ago, during a very cold winter week after the new year, my employer at the time was located in the 13th ward and we teamed up to provide warm clothing, housing and food to a number of families who did not have heat or running water. Without any media attention or credit, Mike stepped in personally—not with words, but with action. He and his staff coordinated with myself and my friends to secure temporary relief for those families. That moment stayed with me, because it spoke volumes about who he is outside the public eye: someone who genuinely cared and acted when others weren't looking.

Mike also played a critical role in supporting educational job opportunities for young people, people with diverse backgrounds, people of color, and people in underserved areas. I was directly involved in many initiatives he helped launch for grade school and high school students pursuing higher education as well as those students interested in vocational opportunities in the Ford Heights neighborhood. He did not just simply lend his name to the cause—he met with students, encouraged them, and followed up on their progress. Many of those students were first-generation college attendees, and several have gone on to become community leaders themselves.

Over my career I have been lucky enough to be invited and participate in two trade missions for the State of Illinois – one to South Africa and one to Ireland. On the trade mission to Ireland I was able to spend significant time with Mike and his family, as well as, over 30 elected officials and staff. His family came with him on the trip and his "family first" dedication was apparent instantly, but he also went out of his way to provide kindness, advice and guidance to most of the elected officials and staff who consistently sought him out on the trip - without hesitation.

While public life often focuses on policy and politics, what I have witnessed in Mike is something deeper: a sense of personal duty to serve others, whether they could help him in return or not for over 60 years……think about that 60 YEARS…and continues that to this day. He had an open door for constituents, even when their needs were small or personal. He treated people with respect, and I believe he worked earnestly to make their lives better. I am not sure I have met a person who has positively impacted as many lives as Michael Madigan in my entire life.

I understand that you must weigh many factors in sentencing. My only hope is that you will consider Mike's full life—his decades of dedication to public service, his many acts of personal generosity, and the positive impact he has made in the lives of others. I have seen firsthand the kind of person he is when no cameras are around: thoughtful, loyal, and deeply committed to the wellbeing and success of others.

Thank you for your time, attention and consideration.

Respectfully,

Christopher S. Stone

LAW OFFICES
**LAWRENCE J. SUFFREDIN, JR.**

███████████████

March 14, 2025

███████████████

The Honorable John Robert Blakey

Judge of the United States District Court for the Northern District of Illinois

219 South Dearborn Street

Chicago, Illinois 60604

Re: Michael J. Madigan

Dear Judge Blakey:

I am a lawyer who dealt with Michael J. Madigan in his role as the Speaker of the Illinois House. I always found him to be prepared and engaged on whatever was the issue of the day.

I want to share one interaction with you. I was representing the Museums in the Park (MIP), a group comprised of ten museums located on Chicago Park District land. State funding for these cultural institutions was always tight or non-existing. Mr. Madigan was always interested in the success of the cultural community.

When Illinois Racetracks wanted to establish Off Track Betting (OTB) facilities Mr. Madigan was not a proponent. When it was clear that the matter would pass, he called me and said he wants something good for the public to come from the bill. He told me to work on an amendment with his staff to have the law contain a provision that sent a portion of the taxes generated by OTB's to my client museums. The amendment passed and until the OTB law was repealed many years later, money was generated annually for the ten Museums and helped fund operations.

All my interactions with Mr. Madigan were professional.

Sincerely,

*Lawrence J. Suffredin Jr.*

# INTERNATIONAL UNION OF OPERATING ENGINEERS

LOCAL UNION NO. 150, 150B, 150A, 150C, 150RA, 150D, 150G, 150M

AFFILIATED WITH THE A.F.L.-C.I.O. AND BUILDING TRADES DEPARTMENT

**JAMES M. SWEENEY**
PRESIDENT-BUSINESS MANAGER



March 17, 2025

Honorable District Judge John Robert Blakey
United States District Court for the
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 1288
Chicago, IL 60604

Re:    Michael J. Madigan

Dear Judge Blakey:

I write this letter in support of Michael J. Madigan's effort to obtain leniency in his sentencing. I have known Mike Madigan for at least 35 years, and I believe him to be a fine person, devoted to public service, and a great leader.

I became President-Business Manager of Local 150 of the International Union of Operating Engineers, AFL-CIO, in 2008, after having served as its first organizer, then-lead organizer and later Vice-President. I got to know Mr. Madigan first as my own Illinois state representative and then later as Speaker of the Illinois House of Representatives. While we have not always agreed on the political issues I thought important to the Union, I always found him willing to listen to my point of view and willing to look for common ground. And I truly believe Mike Madigan always tried to ensure that what he did advanced the interests of his constituents and the people of Illinois.

One very important example of Mike Madigan's service to the community came in his support of Chicago's Hope Academy. Local 150 has 24,000 members spread across northwest Indiana, northern Illinois, and eastern Iowa. Approximately 26 percent of those members are considered minorities under federal reporting regulations, and Local 150 like other construction trades finds it challenging to recruit and train new minority members. Fifty years ago, the Chicago Board of Education maintained a number of trade schools such as Washburn trade school on the South Side. Such schools served as important vehicles to channel high school students into construction trades apprenticeship programs. When those trade schools fell out of favor, the building trades and Chicago lost an important vehicle for recruiting young people of all backgrounds.

Local 150 and other building trades unions sought to reinvent such trade schools but ran into various obstacles as it searched for supporters. When I raised this problem with Speaker Madigan, he remembered Washburn and immediately saw the value in such a project. With important help from Mike Madigan, Local 150 and its trade union partners, the Laborers International Union of



INTERNATIONAL UNION OF OPERATING ENGINEERS

Honorable District Judge John Robert Blakey
March 18, 2025
Page 2

North America (LIUNA) and the United Brotherhood of Carpenters were able to launch this program.

Now in its fifth year, Hope Academy's pre-apprentice program, located in the Medical District neighborhood on Chicago's west side has brought over 60 young people, most of whom are from some of Chicago's unfortunately disadvantaged neighborhoods, into a world where they can succeed and prosper. The Hope Academy project dovetails well with Chicago's natural gas pipeline replacement project. It is our plan to offer work experience to apprentices such as Hope graduates, who can access public transportation to reach jobsites throughout the City. It is precisely this sort of experience which will enable these kids to make themselves into productive, skilled working people, raise their own families, and make our City a better place. I am sure this would not have been possible without the support of Michael J. Madigan.

Speaker Madigan also was instrumental in guiding Local 150 in its quest to secure passage of the Workers' Rights Amendment to the Illinois Constitution. Illinois Governor Bruce Rauner was a self-professed enemy of organized labor. Beginning in 2015, he advanced his Turnaround Agenda which sought to undermine public sector unions, limit enforcement of prevailing wage laws, and establish so-called "Right-to-Work" zones throughout the State of Illinois. I can't overemphasize how detrimental this Turnaround Agenda would have been to the working people of Illinois. Local 150 and organized labor thwarted Governor Rauner in these efforts overall and helped defeat him in his run for reelection in 2018.

Local 150 was not satisfied with the defeat of Mr. Rauner and set out to secure a constitutional amendment that would make it more difficult to pass Right-to-Work legislation and otherwise diminish the rights of Illinois workers. Among his other talents, Speaker Madigan was a brilliant legislative strategist and helped guide the Workers' Rights Amendment through the sometimes treacherous path to popular approval. For that support, Illinois workers and Local 150 will always be grateful.

Thank you for the opportunity to address the Court on this most important matter.

Very truly yours,

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 150, AFL-CIO

James M. Sweeney
President-Business Manager

May 14, 2025

Sam Toia



The Honorable John Robert Blakey
Judge of the United States District Court for the Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Blakey,

As a former restaurateur and advocate for the hospitality industry, I am writing to request that the court consider the substantial support Speaker Michael Madigan has provided to his constituents and to small independent operators across Illinois when determining an appropriate sentence.

I have always known Speaker Madigan to be a dedicated, hardworking leader who went to great lengths to support small businesses. On one particular occasion in the Spring of 2016, I asked Speaker Madigan to attend lunch with a group of small business advocates at the Hyatt Hotel. The focus of the lunch was to promote the hotel, restaurant, convention, tourism, and hospitality industries.

While I invited Speaker Madigan thinking that he would send a representative to attend in his stead, he actually accepted the invitation himself. Speaker Madigan listened intently throughout the entire lunch, and before he left, he told me he was going to work hard to help the industry get support from the State of Illinois to keep our businesses alive.

Over the next few years, Speaker Madigan communicated with me regularly and made a point to back initiatives that supported the hospitality industry, even while facing intense pushback. It was through this experience that I realized how strong of an advocate Speaker Madigan was for the Illinois hospitality industry.

Speaker Madigan was a man of his word. When he told me that he was going to do something, I knew he would do whatever he could to help. This continued during COVID, which destroyed the restaurant industry. At that time, I called Speaker Madigan to try and help our industry, which he did by securing grants and technical support for small independent operators in Illinois.

In addition to these accomplishments, Speaker Madigan has been a strong proponent of the working class, supporting workers on labor issues and advocating for immigration reform throughout his long career.

I have had the pleasure of knowing the Speaker and his family for almost three decades, since his daughter Lisa ran for State Senator. Even though I have known the Speaker for many years, I

have developed a closer personal relationship with his wife Shirley. She and I communicate regularly, which is how I have come to learn that she is in poor health. Shirley is in her eighties, and her physical condition has declined significantly. The Speaker is Shirley's primary caregiver, and I ask the Court to consider the impact Speaker Madigan's sentence will have on his wife's care.

Speaker Madigan has a long history of work as a legislative and community leader. Please consider his life of public service as a whole and his dedication not only to his constituents and the hospitality industry but to his loving care of his wife and family.

Sincerely,

Sam Toia

Ms. Nancy K. Wedeking

TO WHOM IT MAY CONCERN:

My name is Nancy K. Wedeking and I am writing this letter in support of Michael J. Madigan!

I was employed by the STATE OF ILLINOIS: Department of Public Health as a REGISTERED NURSE ILLINOIS STATE CAPITOL BUILDING FIRST AID STATION! The First Aid Station was next door to the "OFFICE OF SPEAKER OF THE HOUSE of REPRESENTATIVES which housed the offices of **Michael J. Madigan, Speaker.**

Michael J. Madigan and I often arrived at the North Entrance to the Capitol around 7:30 a.m. many mornings when the House of Representatives was in SESSION and we chatted as we walked to our offices!

He was always most helpful, caring and truthful in answering questions, if he was able to answer!

I am grateful for Michael J. Madigan and the assistance he gave to me regarding the FIRST AID STATION!
At one point, he noticed that I did not seem to be myself!
I explained that I was concerned because I had little to work with regarding supplies so he called his Aide and told him to arrange for money for supplies, oxygen, etc.

The MICHAEL J. MADIGAN who I know has always been very helpful, caring, honest,
kind and truthful!

It has been an honor to know him!

Sincerely,
Nancy Wedeking