# **EXHIBIT G**

## 13th Ward Resident Letters

1. Bishop, Joe
2. Carey, Bob and Judy
3. Coen, Martin
4. Coughlin, David
5. Culen, Stephen
6. Cummings, Anita
7. D'Andrea, Veronica
8. Delehanty, Maureen
9. Ferrara, Mike
10. Gartlan, Bob
11. Gartlan, Dan
12. Gartlan, Michael
13. Gazzola, Phil
14. Kass, Paulette
15. Kochan, Sarah
16. Landers, Regina

17. Losh, Loretta
18. Riordan, Cornelius
19. Sarna, Joseph
20. Servatius, Julie
21. Skudnig, John
22. Tranowski, Augustine
23. Usauskas, Candice
24. Valenti, Mary Kay
25. Vasquez, Delilah
26. Villarreal, Elizabeth
27. Villarreal, Michelle
28. Wagner, Marilyn
29. Wagner, Robert
30. Wilke, Martha
31. Wojtulewicz, Melanie

April 23, 2025

Hon. John Robert Blakey
U.S. District Court for the
Northern District of Illinois
219 S Dearborn Street
Courtroom 1203
Chicago, IL 60604

Dear Judge Blakey,

My name is Joseph T. Bishop. I am 80 years old and have mainly lived in Chicago Lawn. When I returned from the Army service I needed employment. I was interested in a position with the Chicago Police Department in their Finance Department. At that time a letter of recommendation had a lot of value. In 1970 a family friend arranged a meeting with Michael Madigan to write a letter of recommendation. Mr. Madigan indicated he would look into the matter.

After going through their screening and not hearing anything for a month, I sought Mr. Madigan's assistance checking into the matter. Shortly after, I was called for employment. This was in 1970 and the beginning of my relationship with Mr. Madigan which has lasted to this day. During this time I have served as a Community Representative to thousands of constituents of our district on behalf of Mike Madigan. In the course of carrying out resident contacts, I have received countless request for government assistance in addition to personal assistance requests. Those requiring Mr. Madigan's guidance and or assistance I have sought his counsel. Mr. Madigan has never been dismissal of any request for help. Mr. Madigan sorted the request as follows:

1) It cannot be done- and why
2) He would look into it and get back to me. He always got back to me
3) We can process the request

Mr. Madigan has never lied to me and he would not tolerate anyone who lies in the course of carrying out the responsibility of representing him. At every community representative meeting he would emphasize that message. Further, he has warned his representatives "I have never lied to you, don't ever lie to me. If you do, you are on your own." In addition, Mr. Madigan made it clear that any unlawful activity in the course of our constituent services and electoral duties would not be tolerated.

Mr. Madigan has a very strong work ethic. He routinely stated that a day's work is required for a day's pay. This has been hammered into every community representative for as long as I can remember. Several years ago I suffered a stroke. During my hospitalization and recovery, Mr. Madigan checked in on me every day. He was truly concerned that I recover. This he did as a friend.

Sincerely,

Joseph T. Bishop

Dear Judge Blakey:

We grew up and currently reside in the 13th ward. We are now in our 70s. We feel as though Mr. Madigan has always been a part of our neighborhood life. As members of his community, we have always known, been aware of or benefited from Mr. Madigan's hard work, kind heart and good judgement.

Growing up in Mr. Madigan's ward, we always had the best city services. Our streets were safe, plowed, trash removed, trees trimmed and precinct captains who knew us by name, checking in to see if we needed anything. Every Halloween, children would line up for blocks to go trick or treating at his decorated "haunted" house. He developed the senior citizen snow removal program which exists to this day and is the envy of every other ward in the city. He mentored children and established internship programs. The neighborhood knew that if you had any type of issue or problem, the first place you could call was the ward office which would either resolve the problem or direct you to the proper resource. That was what Mr. Madigan did for our neighborhood.

When we were young it was rumored that Mr. Madigan came to the assistance of families who were in need or who had lost a parent and were having a difficult time. At the time we never knew the names of the beneficiaries of Mr. Madigan's caring generosity. It wasn't until later in life that anyone ever spoke of it. But that was Mr. Madigan's way - he never wanted fanfare or credit. He did all of this out of the goodness of his heart. To this day, we are still surprised at the many stories that are coming out from people who he has helped. That is what Mr. Madigan did for the families in his community.

Our personal story involves our younger brother who never married or had children. At age fifty-five he was diagnosed with an extremely aggressive debilitating disease. Within months he lost his mobility, his ability to speak and most of his motor skills. His condition was so serious that he needed constant care that we could no longer provide. He was too young to be accepted into a nursing home and we couldn't afford the three that said they might consider accepting him. We were desperate to find a place to help us care for him so we went to the ward office for direction. After listening to our story, Mr. Madigan and his staff said they would look into it. Within a month they called us saying they had found a nice place that would accept him and had negotiated a price we could afford to pay. We have never been so relieved and were beyond thankful for his assistance. In our opinion, this is how you can measure the true character of a man - when he puts himself out and changes the direction of a life for the better and asks for nothing in return. That is what Mr. Madigan did for us. We will be eternally grateful to him for this kindness.

Mr. Madigan is a kind, humble, brilliant, hardworking man who has devoted his entire life to public service and helping others. He did so quietly without the need for attention or recognition. He always believed in giving people a second chance. It is our hope that this good man is permitted to spend his well deserved retirement with his family.

Thank you for your consideration in this matter.
Sincerely,
Bob & Judy Carey

Madrch 1, 2025



Dear Judge Blakey,

My name is Martin Coen. I have lived in the 13th Ward since my family moved here in 1971. I am 63 years old. I was first introduced to Mike in 1980 when my father was helping with some renovations on Mike's house. I was in college and he was very interested in my future. Not long after that I became a member of the organization.

Mike was successful developing the organization to provide high turnouts of voters in every election. I believe Mike's success as a committeeman in tandem with our Alderman enabled many signficant improvements in our ward. One early example was the replacement on the Cicero Avenue Bridge on 67th Street. The bridge it replaced had been built in the early 1900's which spanned the railroad yards. The next crossing was 3 miles west of Harlem. This helped ease traffic congestion and the improvement came after defeat of the proposed Crosstown Expressway.

Many more improvements continued over the years including major sewer construction, road rebuilding, major street lighting upgrades to focus on safety, new public school buildings, upgrades and major park improvements.

Mike has always remained visible and approachable in the neighborhood, parks, sporting events, restaurants and at his home during the holidays. On Halloween he would distribute candy himself to the local children. Mike has dedicated his life to the residents of our neighborhood and continues to have an impact today.

Thank you for your time

Martin J. Coen

Dear Judge Blakey,

I am writing to provide insight into the character of Micheal Madigan and to share the positive contributions he has made to our community. I have had the privilege of knowing Mike for 40 years as a community member and dear friend.

Throughout my time knowing Mike, I have consistently observed them to be a person of integrity, kindness, and dedication to helping others. For example, when my granddaughter needed volunteer work for a summer, Mike was able to provide her assistance to work out of the Ward office close to home.

Mike has always been someone who puts the needs of others before their own. Whether it is helping a friend in need or offering guidance to younger individuals which he has consistently gone above and beyond to support those around them. His selflessness is evident in the way he genuinely cares for people and make a meaningful impact on their lives.

Something that stands out is when he provided guidance throughout the community, state, and even on a personal level to obtain a job to support my family. Mike's willingness to help anyone in the community is a true reflection of his character and commitment to making a difference.

I respectfully ask that you take into consideration the positive qualities and contributions of Mike when making your decision. I truly believe he is committed to making amends and continuing to be a positive influence in the lives of others.

Thank you for your time and consideration. Please feel free to contact me at should you require any further information.

Sincerely,

David J. Coughlin Sr.

**STEPHEN M. & ARLENE H. CULEN**



My name is Stephen Culen. I have been a resident of the 13th Ward, on the Southwest side of Chicago, since 1940.

My first recollection of Michael Madigan was his service, in the early seventies, at the Illinois Constitutional Convention. I also remember him being the Ward Committeeman and Speaker of the Illinois House of Representatives. I recall his leadership in the Ward and District and the many services provided for the residents.

The office was where residents went to get assistance filing governmental forms including Real Estate tax challenges and tax payments. When neighbors had questions about governmental services provided by the county and/or the city, they knew they were able to "call or go to Mike Madigan's office" for help. Streets are safer today; Handicap parking signs, secured thru his office are seen throughout the area. Mike has always had a good relationship with the district police commander. Along with my wife, I attended CAPS meetings where there was always a representative from Mike Madigan's office.

I remember my parents, who lived a few doors from my home telling me they received a call from the Mr. Madigan's office asking if they were OK, when the temperatures were in the eighties and the nineties. Annually, he has continued to sponsor a Health Fair for the elderly represented in his community.

One of the services the Ward office also continues to provide seniors, (a service that I and my wife still use) is snow removal during winter snowstorms.

In the early part of 1980, I was elected as the Executive Director of the Illinois affiliate of the American Federation of State County and Municipal Employees, (AFSCME=AFL/CIO. In that position I was spokesperson for over 50,000 public employees in Illinois.

One of my first duties was to introduce myself to the Governor, the Speaker, and the President of the Illinois Senate. This was the first time I met Speaker Madigan professionally. I was greeted cordially, by the Speaker when he told me that he understood that I was one of his constituents.

That meeting was followed by many more, including meetings with the Speaker and the union's legislative staff. During my tenure as the leader of the Union, our legislative staff would often describe their interactions with the Speaker. We were always treated respectfully by Mr. Madigan, his staff, and members of the legislature. I should note that the speaker loved his constituents and the State of Illinois.

Mike Madigan is a person who cares about people, the term "Public Servant" fits Mike best for his service as Ward Committeeman and leader of the Illinois House. About fifteen years ago, an article in one of the Chicago newspapers stated that this area is the safest in the city of Chicago. Residents living in Mike's area have been well served by Mike's leadership.

Stephen M. Culen
5/10/2025



A
M
CONSULTING

To:     Judge Blakey
From:   Anita M. Cummings  *g m c.*

I am the Executive Director of the United Business Association of Midway. This Association was instrumental in the reactivation of Midway Airport and continues to encourage, to support and to develop a strong and active business community.

Personally, I am a retired Human Resource/Business Development Consultant having worked to hire and staff startup airline carriers at Midway. In the past, my work has also included both American and Southwest Airlines in their pursuit of establishing a presence at Midway Airport.

During this time frame Michael Madigan was totally supportive of the redevelopment of the airport and its positive impact on this community. I have known Mike for decades -having lived on the Southwest side since 1967. As I was aware of his commitment to the southwest side, he was aware of my job development work including hiring, training seminars, resume preparation, and business development. As I *continued to present seminars and workshops for community groups and city colleges, Mike saw the need to offer his constituents an opportunity to develop the skill and resume writing ability that might help them apply for the many jobs available at the now burgeoning Midway Airport.*

*Having a sincere interest in the needs of his constituents, Mike met with me on a professional basis to discuss how I could assist the numerous neighborhood residents who continued to seek help from his Community Service Office.*

*With that in mind, we entered into a "memorandum of understanding" with my agreeing to be on site at least weekly for the sole purpose of assisting neighborhood residents/constituents in resume writing, interviewing skills, private industry job pursuits.*

*My time in Michael Madigan's Community Service Office from approximately 1987- 2000 gave me over ten years of observing how this office was run, the dedication Michael Madigan had in an honest pursuit of a well served district. How he treated his staff and the mutual respect they enjoyed is a testament to the kind of individual he is.*

*Please take into consideration his actions and dedication to his neighborhood and the actions throughout his life that have positively impacted others. I believe it is imperative that you consider who Mike is as a person when determining his sentence.*

March 8, 2025

Dear Judge Blakey,

My entire family is from the 13th ward and have been neighbors of Mr. Madigan their entire lives. For decades I have seen first hand the positive impacts his kindness, generosity, and hard work have had on the neighborhood.

I have worked for the snow shoveling program funded by Mr. Madigan, that both provides jobs for our community as well as cares for the elderly and disabled. Going further back, my first employment opportunities I got through summer internship programs organized by Mr. Madigan. And for well over a decade, I have volunteered for National Night Out Against Crime, an event which strengthens the trust between our community and the police that serve us. Mr., Madigan is involved in the organization and is there in attendance almost every year. He's not just a politician he is our neighbor.

He has always been a warm and kind person, and the results of his work and actions reflect that. We live in a neighborhood where the vulnerable are cared for, the people are listened to, and its safe for children to learn and play. Mr. Madigan has done a lot of good for our neighborhood, and I am proud to share community with him.

Sincerely,

Veronica D'Andrea

Honorable Judge John Blakey
United Stated District Court, Northern District
219 S Dearborn Street
Chicago, Illinois  60604

May 2, 2025

Dear Judge  Blakey

I hope this letter finds you well.    With respect, I am writing to you in support of Michael Madigan and hope that you consider these views in your sentencing considerations.

In 2012, I was elected to a vacancy in the Third Judicial Subcircuit.  The Third Subcircuit encompasses a large portion of the southwest side of Chicago.  It includes my neighborhood in Oak Lawn, as well as Mr. Madigan's in the 13th Ward.   In the months and years prior to the election, I had many interactions with him regarding my qualifications and possible candidacy, as well as subsequent campaign planning and strategy.  Prior to this election, I had absolutely no experience in politics and was thoroughly intimidated by the process.   In our initial meetings, I was a bundle of nerves.  If he noticed my obvious discomfort, he was too polite to let on.  He was direct and straight talking and his kind, calming demeanor put me at ease.  Over the course of the campaign, he made introductions for me to community leaders who could aid my campaign and provided valuable resources on voter outreach.  He also advised me on the strategy and the basics of running an election.  The best advice he gave me was on the importance of basic interaction with the voters.  At that time, there seemed to be a political fund raiser every night in every area of the county.  Judicial candidates flocked to them, seeking the favor of the elected officials in attendance.  Mr. Madigan told me to save my time and money and to focus on the voters.  He said that meeting with them face to face was far more important than any "rubber chicken dinners".  His commonsense advice served me well.  Every night after work and all day on the weekends, my husband and I went door to door in the subcircuit and met with the voters.   We expected slammed doors and hostility, and there was some of that.  Overall, though, this straightforward and honest approach was critical to our success.  Dozens of voters told us that this effort to come to their door and meet with them made all the difference in their considerations.

Mr. Madigan's advice was emblematic of the kind of man he is. My experience with him has been nothing but positive.  He is a respectful gentleman whom I have always found to be forthright, honest and without airs.

Thank you very much for your time and consideration
Sincerely,
Maureen F. Delehanty

JUDGE BLAKEY

MY NAME IS MIKE FERRARA ME AND
MY GRANDMOTHER HAVE LIVED HERE
AT ███████████████ SINCE 1967
IT WAS A BEAUTIFUL PLACE TO GROW UP
YOU WOULD OFTEN SEE MIKE MADIGAN
INTERACTING WITH PEOPLE OF THE
COMMUNITY   ALL MIKE EVER ASKED OF
PEOPLE IS THAT YOU CAME OUT TO VOTE
IF HE WAS ABLE TO HELP PEOPLE IN
NEED HE WOULD HE WAS ALWAYS
ACCESSIBLE   WHEN MY GRANDMOTHER
GOT OLD AND WAS UNABLE TO GET
AROUND ANYMORE HE HAD GUARD RAILS
LEADING TO DOWNSTAIRS PUT ON FOR HER
AND ALSO SAFTY RAILS PUT ON FOR
THE BATHTUB MY GRANDMOTHER HAS
SINCE PASSED AWAY SHE LIVED
TILL 97 BUT WE ALWAYS BEEN SO
APPRECIATIVE FOR WHAT MIKE HAD DONE
MY GRANDMOTHER WHEN SHE WAS
YOUNGER WORKED ON THE VOTING
COMMITTEE AND MIKE WOULD TAKE
HER AND THE REST OF THE GIRLS
OUT FOR PIZZA AFTERWORDS
IN CLOSING MIKE REALLY GAVE OF
HIMSELF AND CARED VERY MUCH
FOR ARE COMMUNITY
      HE'S A THROWBACK
      A CARING POLITICIAN
      AND A WONDERFUL MAN

                        SINCERLY
                        Mike Ferrara

February 28, 2025

Dear Judge Blakey,

I am writing to share my personal experience with Michael Madigan and the positive impact he had on my family during my childhood.

I grew up in Chicago's West Lawn neighborhood, which was part of Michael Madigan's district. My family faced significant challenges when my father, who was much older than my mother, had to retire due to health issues after a lifetime of manual labor. This left our large Irish Catholic family in need of healthcare coverage. In this difficult time, Speaker Madigan stepped in to help. He assisted my mother in securing a job as a crossing guard, which provided the crucial medical insurance our family needed. This opportunity allowed my mother to earn her benefits through honest work, preserving her dignity instead of having to rely on public assistance. Beyond the practical benefits, my mother genuinely loved her new job. She formed meaningful bonds with the children she helped safely cross busy neighborhood streets. The impact of Mr. Madigan's assistance was long-lasting, and my mother remained deeply grateful for his selfless act.

As you consider Mr. Madigan's sentencing, I wanted to highlight the good he did for families like mine in our neighborhood. Many of us remain thankful for his efforts. Thank you for considering this personal account as you make your decision.

Sincerely,

Bob Gartlan

February 26, 2025

Dear Judge Blakey,

My name is Dan Gartlan, and I am President & Owner at Stevens & Tate Marketing, an advertising and marketing agency in the western suburbs of Chicago. I'd like to share my experience regarding Michael Madigan with you.

I grew up in the 13th ward of Chicago, just west of Marquette Park, in Michael Madigan's district. As a member of a large immigrant family, I had to work to finance my own education at Illinois State University, where I earned my teaching degree along with the BFA in advertising design.

During my college years, I struggled to find steady, well-paying summer employment. This changed when I reached out to the ward office where Michael Madigan worked. Through his assistance, I was able to secure a summer job as a conductor on the elevated trains with the Chicago Transit Authority.

This opportunity proved to be helpful to my personal and professional development. Working as a CTA conductor taught me crucial skills in interacting with strangers and the general public, which have served me well throughout my career and life.

I have not had any contact with Mr. Madigan since that time, but I remain grateful for the assistance he provided when I was a young student in need. His actions demonstrated a commitment to helping constituents in practical ways that could make a real difference in their lives.

As you deliberate on sentencing, I respectfully ask that you consider this aspect of Michael Madigan's character and the positive influence he has had on individuals like myself. While I cannot speak to other matters, I can attest to the fact that his efforts made a meaningful difference in my life and contributed to my eventual success in the business world.

Thank you for considering my perspective as you make your decision.

Sincerely,

Daniel J. Gartlan
President, Owner & Lead Strategist

February 28, 2025

Dear Judge Blakey,

I am writing to share how Michael Madigan's actions profoundly shaped my life for the better. As a pediatric otolaryngologist and head and neck surgeon, I owe much of my success to the support I received from Speaker Madigan during my formative years.

I grew up in Chicago's 13th Ward, part of Madigan's legislative district, in a lower-income immigrant family with five children. As a high school student with dreams of becoming a surgeon, I faced daunting financial obstacles. A news broadcast introduced me to the General Assembly scholarships, prompting me to take a chance and write to Speaker Madigan, despite never having met him. To my gratitude, he responded by recommending me for the scholarship for multiple years. This assistance alleviated significant financial pressures, enabling me to attend the University of Illinois at Urbana-Champaign and later the University of Illinois-Chicago College of Medicine. Thanks to this support, I could focus on my studies and, after 14 years of post-high school education and training, achieve my goal of becoming a pediatric otolaryngologist—now have the privilege of serving the medical needs of children and adult in Will and Grundy Counties.

While at the University of Illinois, I joined a student trip to the state capitol, organized by Craig Milkint, the University of Illinois Student Trustee. Speaker Madigan graciously welcomed our group on the floor of the General Assembly, addressing us with warmth and encouragement. This gesture underscored his dedication to connecting with and uplifting young constituents.

Even after retiring, Speaker Madigan's commitment to public service endured. When my medical group faced a crisis with the Illinois Department of Professional Regulation—causing indefinite delays in licensing new, highly qualified, board-certified physicians—he helped us navigate the situation. His guidance ensured these skilled professionals could serve Illinois communities without unnecessary bureaucratic setbacks.

In all my interactions with him, Speaker Madigan never sought anything in return. His support reflected a genuine commitment to the well-being and aspirations of Illinois residents.

I respectfully urge you to weigh these experiences when determining Michael Madigan's sentence. His positive impact on my life—and surely on countless others—speaks to his character and the meaningful contributions he has made to our state.

Thank you for your thoughtful consideration.

Sincerely,



Michael G. Gartlan, MD, FACS, FAAP
Pediatric Otolaryngology-Head & Neck Surgery
ENT Surgical Consultants



**SL  Steele & Loeber**
GARAGE BUILDERS



April 16, 2025

Dear Judge Blakey,

I am writing this letter on behalf of Mike Maddigan.

I have a piece of property on the South Side of Chicago. Approximately 6 to 7 years ago we had a water main break in front of our building. The city came out and fixed the break. After the water line was fixed, there were large holes left in front of the building that were filled with gravel and cones that were left around the perimeter. About 12 months of sitting like this (gravel and cones), I called the City of Chicago asking when the job would be completed. After about 2 years of continuous phone calls (never getting a repair date from the city), I reached out to a friend that lived in Mike Madigan's ward. He reached out to Mike Madigan and within 2 days the repair was completed.

Mr. Maddigan did not have to do anything for me (considering I am not even in his ward). He did the right thing and made sure this issue was taken care of. I am sure he has done the same thing for numerous Chicagoan's and business owners throughout his career.

Please take into consideration all the good things Mike Madigan has done throughout his career when making your decision about his sentencing.

Sincerely,

Phil Gazzola

Steele and Loeber

March 8, 2025

Dear Judge Blakey,

After struggling for many years to regain my identity I found myself desperate to find any type of employment. I was informed that the thirteenth ward needed people to work a snow shoveling crew, shoveling snow for the elderly, disabled, and shut-in neighbors, a program that was and still is funded by Mike Madigan.

I arrived at the ward office at 6am on the morning of a blizzard. I was greeted at the door, to my surprise, by Mr. Madigan. Previously I had only recognized him from the news, as being the "powerful speaker of the house". I asked Mr. Madigan, "am I the first one here?". He responded, with a smile, "no, I am", and offered to make me a cup of coffee, which he did. That was several years ago.

Since then, I have always tried to make time to work with the shoveling team, and other 13th ward programs, when people are needed. It is important to see that our senior and disabled neighbors are taken care of, especially when they have no one else to do so.

When I met Mr. Madigan it was at a time when my life felt hopeless, needy, and pathetic. He made me feel welcomed, appreciated, and respected. Which is something I will never forget.

Sincerely,

Paulette Kass

February 27, 2025

Dear Judge Blakey,

I am writing to share a personal story about how Michael Madigan's actions decades ago changed my family's life for the better. My father, an immigrant who worked as a sign hanger, faced significant challenges in providing for our large family of seven. The winter months were especially difficult, as the cold weather often left him without work, unable to dig ditches or take on outdoor jobs.

We struggled to get by. My father took on side jobs after his regular shifts, and my mother cut hair in our basement to help make ends meet. Despite these efforts, by midwinter our deep freezer often sat empty, a stark reminder of how precarious our situation was.

At this critical moment, Michael Madigan stepped in. He helped my father secure a job with the Chicago Department of Streets and Sanitation as a garbage truck driver. That opportunity later expanded to include driving a city snow plow during the winter, providing my father with steady, year-round employment. This job brought stability to our family and restored my father's pride in being able to provide for us consistently, even during the harsh winter months.

Our family has always been deeply grateful for this assistance, which had a lasting positive impact on our lives. I believe it's important for you to consider this aspect of Michael Madigan's character when determining his sentence.

Sincerely,

Sarah Kochan

March 29, 2025

Honorable Judge Blakey,

I will be 65 years old in May of 2025. I remember Michael J. Madigan from when I was a little girl. At Christmas time he would rent out the Ford City Movie Theater. He would then raffle off a bicycle and other toys. Every child would receive a Christmas stocking. I do not remember what movie we watched. However, I do remember how I felt. It was an enjoyable time.

I also was a Camp Fire Girl at the Calvary Lutheran Church. Mr. Madigan came to our award ceremony, shaking all our hands and introducing himself.

He was a great pillar in our community. My parents highly respected him until their dying breaths. He influenced my mother to become a judge on election days. When my mother passed, my brother took her place.

My family always had high regards for Michael Madigan. He did a lot for the West Lawn community. He has always been a humble man. When I think of him, I know he was a great pillar in our community. He unselfishly gave to many people. This is written from my heart. Please show kindness to Michael Madigan as he showed great kindness to others.

Thank you.

Sincerely,

Regina Landers

Regina Landers

To: The Honorable Judge Blakey
RE: Statement for Michael J. Madigan
FROM: Loretta Losh
DATE: March 12, 2025

It is with great respect and deep gratitude
that this is being written regarding the Honorable
Michael J. Madigan, former Speaker of the
Illinois House of Representatives, from his constituent,
Loretta Losh, whom he helped in my time of need.

I have been a resident of the 13th Ward, West Lawn,
under Michael Madigan since 1980 when my family
had need for a new residence because my father
became totally blind, couldn't manage two flights of stairs,
and had been caregiver for my stepmother after she had had
numerous nervous breakdowns.

It was in the 13th Ward, West Lawn, that I found
a related living brick bungalow in a neighborhood
noted for providing excellent services and safety —
so much so that I found another brick bungalow
across the street for my sister, her infant son (Her husband
served in Viet Nam and was gone.) and our uncle

P. 2

who had been in the Army in Europa in World War II and still had shrapnel in his face, and was "Shell Shocked" which is what we call PTSD today.

Three generations of us confidently came to the 13th Ward under Michael Madigan because it provided the services, strength and embodiment of living SAFELY in what was fought for as in prior wars.

I interacted with Michael Madigan when I needed help to complete Social Security work quarters to receive full retirement benefits. He graciously listened to me and gave me a job so I could qualify, which I did.

Over half of my life (I am 81 years old.) I have lived in his ward with my three generations and have loved it, with no regrets. I am extremely proud of all he has provided not only to seniors but also to all our youth through park and school programs.

Because of Michael Madigan people would go to the ward office, have their questions answered and given help. I personally know of at least three who had no intention of moving, because they were satisfied, happy and stayed until they died; widows like Helen Plewouski with her son and

P. 3

the widowed opera singer Helen Amoro;
Ruth Farrow whose father (a police man) built
their home here and left their considerable money
to Misericordia for the children; and Irving, Kellie
and Shirley Ann Weinberg who invited us to ice cream
socials at the Jewish synagogue which were lots of
fun with people interacting with each other.

Michael Madigan could be counted on for his kindness
and help as someone who has effectively produced
an ongoing amount of good and for whom
I am most grateful and most proud.

Sincerely,
Loretta Popa



To Whom it May Concern:

My Name is Cornelius Riordan, I was a resident at ████████████████ for many years.
I knew of Micheal Madigan and his family from all the help they provided on developing our community park across the street from our home and their annual Holloween party with trick or treats for all the kids in our Neighborhood.
Micheal Madigan and his family were well knowned also in the "St. Mary, Star of the Sea" Parish with their involvement.

Micheal Madigan is a Good Person and has a Personality of knowing everyone, young and old, by their first name He was always concernd about People and the Community.

I pray and hope the Judge will consider the Good Micheal Madigan in his Decision + Sentence

Cornelius Riordan

Dear Judge Blakey,

My name is Joseph Sarna, my wife and I have live in the same house located in the 13th Ward for 51 years. This ward is a great place to live and it always has been due to the political leadership of Michael Madigan who has been the ward committeeman for most of those years.

Michael Madigan has initiated many wonderful programs for the residents of the 13th Ward as well as the citizens of Chicago and Illinois. Locally, I would like to thank Mr. Madigan for programs that my wife and I have benefited from such as Graffiti Removal. I took the garbage to the alley and saw gang signs on the wall of our garage. Immediately phoned the 13th Ward office, the graffiti was off the wall within an hour. The Dry Ice Rat Abatement Program of course benefits all the residents of the ward. My wife has taken advantage of the Property Tax Seminar Programs which Mike Madigan put in place.

As senior citizens both 79 years old we are happy that the 13th Ward takes care of us by phoning us during very cold weather to make sure that we are fine. Another winter program for seniors that we take advantage of is the Snow Removal Program. At 79 years old shoveling snow is not a wise thing to do, in our case the ward removes all the snow.

The 13th Ward Tree Trimming Program came in handy two fall seasons in a row. We have a Pear Tree and because of it producing too much fruit large branches cracked and fell to the ground. Luckily, no one was injured. The tree trimmers were out as soon as I called and cut other potential dangerous branches. The above mentioned programs were ones I was happy to use and participate in.

Other ward programs offered are Electronic Recyling, paper shredding, Job Fairs, Job Notice List, Window Replacements, HB 4050 counseling for first time homebuyers and removal of Air B & B. I would also like to bring to your attention that under Mr. Madigan Leadership 5 new schools have been built in our ward.

In closing, we think that Mike Madigan is a good man who always fought for all of the citizens of the State of Illinois. He made sure that people of the 13th Ward were safe and happy by offering ward services I mentioned above.

Please sir, consider what a good man Mike Madigan I and always was when determining his sentence.

Respectfully,

Joseph Serna

Dear Judge Blakely,

As a child growing up at ▓▓▓▓▓▓▓ from the years 1971 to 1989 I remember my parents talking about how helpful Michael Madigan was in the 13th ward. He would always help people in the neighborhood and their families. He would provide answers to services and programs needed in the community.

My Dad lived in the neighborhood until he recently died and my dad would always reach out to the 13th Ward when he had safety concerns. Michael Madigan provided handicapped parking for my mom when she was diagnosed with Rheumatoid Arthritis. He made it accessible for families to reach out to get city services. He would address issues and concerns people would have in the neighborhood.

My experience related to Michael Madigan was that he served his community well.

Thank you,

Julie Servatius, nee Elwood

Dear Honorable Judge John Blakey,

I am writing this letter on behalf of Mike Madigan. To say that Mr. Madigan saved my life would NOT be an exaggeration. I would like to give you some background on who I am and where I came from. I was raised by a single working mother with 4 siblings. My mother did a great job, but was stretched thin and wasn't able to spend as much time with everyone as she would have liked. This caused me to resort to spending a lot of time on the streets unsupervised. Due to this, my career with alcohol and drugs began at the age of 11 and probably contributed to me not being a good student. Unfortunately, it got so bad that law enforcement knew me on a first name basis and I spent many nights in jail cells.

I was truly lost and was looking for opportunities. I considered joining the Hells Angels, but fortunately, my grandmother didn't think that was a good idea and set up a meeting with Mr. Madigan. Mr. Madigan was known to try and help out anyone in the neighborhood that he could. The day that I met Mr. Madigan is when my life began to change. I remember him asking me what I was doing in life, I replied "I want to be a landlord, and I want to join the Chicago Fire Department." However, I had failed a real estate class and appraisal class. Mr. Madigan said to me "the good news John is you don't need to be a realtor to be a landlord." He suggested that I sign up for the Chicago Fire Department and gave me some direction on how to apply for a job at Cook County in the interim. Since the day I signed up with the County, I remained sober, which is now over 40 years.

Mike Madigan is a father figure that I never had. He was so generous with his time and would have many talks with me. He once said to me, "John, instead of looking at a crime and saying I'm not gonna do that because I don't wanna go to jail," he said "maybe consider saying I'm not gonna do that because it's wrong." Speaker Madigan taught me about right from wrong, obeying the law, and always doing the right thing. He changed my thinking and totally turned my life around. I have spent the rest of my life focusing on being a productive member of society.

I spent 25 years on the Chicago Fire Department and ended up getting into the real estate business at Mr. Madigan's encouragement. Over the course of my career, I have owned 63 rental condominiums and 15 large apartment buildings that easily totals over 200 rentals units.

I'm now 10 years retired from the Chicago Fire Department, happily married with a wonderful wife and 2 beautiful children ages 7 and 9. Without Mike's support and encouragement over the years I never would be in this position today. He is a an amazing man, who is always humble, supportive, and willing to lend his time to people in the community. What always amazed me about Mike is that he would constantly offer his time and support and wouldn't think of himself. He wouldn't expect something in return from me.

Judge, this is one story I am telling you, but I know about 100 people that have a very similar story. They all say the same thing, Michael Madigan would always try and help them beyond words.

Sincerely,

John Skudnig

Augustine Tranowski



March 7 2025

Dear Judge Blakey,

I have lived in the Westlawn area my entire life. I have lived in the same house since 1941.As I grew into adulthood I volunteered and participated in many organizations and events in the area.

My first meeting and experience with Mr. Madigan was in 1975 as the cubmaster of Cub scout Troop Pack1441St Mary Star of the Sea.

I reached out to Mr. Madigan for assistance for our Blue and Gold Dinner an annual scouting event. Mr Madigan was very generous with both a donation and his personal time.

His generosity in securing a beautiful field and diamonds for Midway Boys Baseball was a boon not only to the organization but to the whole Westlawn community.

The services he has provided for his district and particularly the 13thWard where I reside are immeasurable. Senior citizen snow removal, tree trimming. quick graffiti removal, just to mention a few.

Anytime I have came in touch with Mr. Madigan he was always open and warm and asked if there was anything I needed assistance with even though I just stopped by the office to say hello.

Mr. Madigan has always been a welcoming, generous and dedicated public servant to his community which I have been blessed to be part of.


Sincerely,

Augie Tranowski



St. Mary Star of the Sea School

"A star in the heart of the community."

March 9, 2025

Dear Judge Blakey,

As a seventy-year member of the West Lawn community, a former teacher, and now the principal of St. Mary Star of the Sea School, I would like to take this opportunity to share how Michael Madigan has been a positive influence in my life.

Growing up in this community, my parents instilled in me a deep awareness of politics and the individuals who serve in office. From the moment Mike took office, I followed his career closely.

Mike was always visible and engaged within our neighborhood and parish community. Whether it was participating in parades or attending West Lawn Little League games, he was present and approachable. He never rushed past anyone who greeted him, nor did he shy away from mingling with others at events. He was, and continues to be, a true neighbor.

One of my fondest memories is of trick-or-treating at the Madigan house on Keeler. The door was always open, with decorations that made the occasion even more special for the children in the neighborhood.

When my son's class visited Springfield, Mike made a lasting impression by gathering all 90+ students on the grand staircase for a memorable photo. It remains a cherished keepsake from that trip.

Mike's support for our parish was unwavering, as he frequently donated to the events we organized. He was often present at community gatherings, enjoying festivities such as Fall Fest and more.

As an administrator, Mike played a pivotal role in securing legislation for Tax Credit Scholarships. Thanks to his efforts, several hundred children who might not have had access to a Catholic education were able to attend our school. The impact of this program was felt deeply by parents, teachers, and students alike. Mike made a point of attending annual meetings to hear firsthand how the scholarships had transformed families' lives.

Whether passing by or at the local 7-11, Mike was always quick with a smile, a wave, or a handshake. He is a dedicated neighbor and an active member of both St. Mary Star of the Sea and the greater West Lawn community.

Respectfully,

Candice M. Usauskas

Candice M. Usauskas
Principal, St. Mary Star of the Sea School

Dear Judge Blakey,

I'd like to tell you a little bit about my friend, Mike Madigan. I have lived in my house for 48 years. It has always been a friendly neighborhood where we would try and help each other or at least refer us to someone who would be able to.

Imagine getting a letter from the City of Chicago informing you that the baseball league serving boys and girls aged 6—18 would have to give up the property that they have been leasing from the railroad for 20 years, had been sold to the Chicago Transit Authority to be used as a designated station for the Midway Orange Line.

Crazy right? At that time, we were serving over 200 families and almost 400 children in our community. My husband and I were both on the Board of Directors of Marquette Baseball, Inc. and though we don't remember who we needed to talk to concerning our dilemma our first call was to our Alderman and thru his efforts and cooperation with the Speaker, we were able to save our league. No one did the work for us but it took concerted efforts of our Board members and we were able to accomplish this fete. The ward office gave us a contact person in their office and provided help and advice and most importantly – hope.

In the end, we were able to achieve a solution that benefited the baseball league and to provide Hubbard High School with their very first baseball field. Prior to this arrangement, we were letting Hubbard High School use our fields at 59th Kilpatrick on a handshake agreement. It was just one part of our community helping another part.

We were only able to achieve this with the help, advice and faith displayed by Michael Madigan. There are so many instances to relate about the services that have been provided by his office. I chose this story to tell because I was personally involved and saw first- hand how a community can come together to accomplish, when they have a concern and dedicated neighborhood.

Sincerely,

Mary Kay Valenti

April 28, 2025

Dear Judge Blakey,

This letter is intended to memorialize my support for Mr. Michael Madigan in consideration of his sentencing. I hope this letter sheds light on the positive impact Mr. Madigan has had on his constituents.

My name is Delilah Vasquez and I was previously a constituent of the 22nd District of the Illinois House of Representatives. As a young adult, coming from a low-income and minority background, I actively sought out opportunities to enhance my education, participate in activities, and get involved in my community. I attended the University of Illinois at Urbana-Champaign and pursued a Bachelor's Degree in International Relations. Some of my courses included topics such as political science and history.

Following my college freshman year in 2014, I applied and sent in my resume for summer employment with the Alderman's Office of the 13th Ward. It was during this time that I met Mr. Madigan and saw in practice how his dedication and commitment to ensuring the needs of his constituents were met beyond expectations. Mr. Madigan exemplified what it meant to provide personable and individualized customer service. My experience working for the 13th Ward exposed me to a variety of issues and concerns impacting the community. The work was very fulfilling and allowed me to directly interact with my fellow community members by guiding them to available resources, some of my duties included translating information on forms to Spanish speakers.

After an incredible experience during my first summer with the 13th Ward, I applied for summer employment the following year. I was then informed of a summer internship opportunity with CommonWealth Edison and sent in my resume for consideration. This experience provided me with an even deeper understanding of community relations and provided me with direct experience on how corporations give back, hold community events, and ensure that their customer needs are met. Additionally, this experience enabled me to attend City Council meetings for the City of Chicago at City Hall. This exposure to the practice of local politicians and their consideration of legislation impacting utilities, which have an impact on constituents, allowed me to better understand my studies of political science, in real time.

I am very appreciative for the encouragement and support I received from the 13th Ward and Mr. Madigan. These direct experiences, in conjunction with my studies, influenced my decision to pursue my Juris Doctor at Chicago-Kent College of Law. I was admitted to the Illinois State Bar in 2021.

Mr. Madigan was a faithful and committed public servant to his district. I believe he saw great potential in his district and truly wished for his constituents to thrive. I am grateful that he saw potential in me and provided me with opportunities to learn and give back to the community.

Thank you,
Delilah

April 24, 2025

To Whom It Concerns,

My name is Elizabeth Villarreal and I have been a resident of the 13th ward for over 12 years. I am writing to you to let you know that under Michael Madigan's leadership, we had a very active and responsive local government that immediately addressed our needs.

The precinct captains regularity stopped by to see if we needed anything or had any concerns. Regular meetings were held about various topics that affect our local community. If I needed anything from graffiti removal, (that was, to my understanding, initiated by him) , a request for new trash cans to answers about the City of Chicago's Sound Insulation Program. Under Michael Madigan's leadership, I was confident that my concerns would be addressed quickly by either he or someone on his team.

I personally believe that Michael Madigan's numerous accomplishments over his many years in public service have been overshadowed.

I am personally grateful to him for making me feel like a valued constituent. I will conclude this letter with the fact that I am not a politically active person aside from voting and I offered this letter on my own initiative because again, I feel that the many good things he has done over the years, have been unfairly overshadowed.

I'm a working class person who truly appreciates an elected official who knows how to get things done.

Sincerely yours,

Elizabeth Villarreal

13th Ward Resident

April 22, 2025

To Whom It Concerns,

I have been a resident in the 13th ward for over 30 years and Michael Madigan and his team were excellent at attending to our needs. They always came around personally to check on us and ask if there was anything we needed. They were very responsive if we had any needs or concerns. Michael Madigan was primarily responsible for Chicago's Graffiti Removal Program, which has been incredibly helpful in our community, and also the snow removal initiative.

I wanted to write to express my gratitude for Mike Madigan and his leadership within our community.

Sincerely yours,

Michelle Villarreal

13 Ward Resident

The Honorable John Robert Blakey
U.S. District Court, Northern Illinois District
Dirksen Federal Building
219 S. Dearborn Street
Chicago, Illinois 60640

Dear Judge Blakey,

My name is Marilyn Wagner and lived down the street from Michael Madigan and
his family for well over 30 years. I now reside in Orland Park with my 97 year old
Mother. I did not have much interaction with Mr. Madigan except to say hello. He
always seemed very reserved yet very polite. I have 3 kids, my youngest, Sherry (43
years old) is a Chicago Police Officer. Then there is April (45 years old) and she has
worked for Mr. Madigan for over 25 years. My oldest is 50, Bobby, and years ago
he needed assistance in getting into West Point Academy. When it came time for
him to head to college, his Dad and I were not getting along and divorce was
inevitable. I stayed home and raised my kids so had no income of my own at the
time. Money for college was non-existent and my son believed West Point was a
good option for him since it was free. We needed help so we turned to Mr.
Madigan who was our State Representative. Without hesitation he helped and not
once did he ask for anything in return. Bobby was accepted into West Point and
graduated in 1997. The phone calls from my son were tough to get but he survived
and today is a very successful man and we owe a lot of credit to the
recommendation we received from Mr. Madigan. If he did not take the time to
help this request get to our congressman I don't believe my son would be the
person he is today. Mr. Madigan has a reputation of getting things done and I am
grateful that we had such a great representative who cared about the people he
represented. Please take into consideration all the help he so willingly gave to the
people he represented.

Marilyn Wagner

The Honorable John Robert Blakey
U.S. District Court, Northern Illinois District
Dirksen Federal Building
219 Dearborn Street
Chicago, Illinois 60640

Dear Judge Blakey,

My name is Robert Wagner, most commonly known as Bobby with my family and friends in the Chicago area.
I currently reside in Houston, Texas, with my daughter Samantha. I grew up in the West Lawn neighborhood
on the southwest side of Chicago on the same block as Mr. Madigan back in the 80's and 90's. I would see
him and his family quite frequently as his house was on the corner that led to school and my little league
baseball games. I always received a friendly hello from him or he would ask how the game went when I would
walk home from the games. At the time, I didn't realize how much of an impact he would have on my future.

Upon turning 17, my junior year of high school at St Rita, I was receiving moderate interest from small
colleges for baseball and football. The only Division 1 interest was West Point. I was receiving guidance from
my high school but a lot of the information was overwhelming. At the time, my parents were going through a
divorce and my dad had zero interaction with me from my freshman year of high school forward. He made it
clear that I was not getting any help from him. If anything, he was hoping I would fail as I'm pretty sure he still
does to this day. During my Junior year at St Rita, Mr. Madigan was able to assist my mom and I with the
application process. He kept us on track and made sure we were hitting our deadlines. He was also the State
Representative for my area and I needed his recommendation in order to be considered to attend West Point.
With all that was going on in my life, Mr. Madigan took the time to make sure I had a fair shot at being
accepted into West Point. I left for West Point in July of 1993 and graduated in 1997. I spent 5 years in the US
Army upon graduation in the Field Artillery. After completing my service, I became a Financial Advisor and
that has been my profession for the past 23 years. I have an amazing daughter, Samantha, who is now a
Junior in High School. She is a straight A student in AP and honors classes as well as a varsity softball player.

Mr. Madigan was instrumental in guiding me to achieve my life long dreams and without his support in my
high school years things would not be as they are today. He stepped up for me when others did not and I ask
that you take this into consideration when determining his fate.

Robert M Wagner

Dear Honorable Judge Blakey,

My name is Martha Wilke. My husband Ray and I have lived here in the 13th ward at 6331 South Kildare Avenue for 36 years now.

I am writing to you to please consider who Mike Madigan is as a person when determining his sentence.

Mike Madigan has helped so many people in our neighborhood. He has always been helpful with our problems. He has been there in anyway he could and can.

Mike Madigan is not the kind of person who says he will help and does nothing. He is here to help us and does it with his heart.

We are very fortunate to have Mike Madigan here for us in our neighborhood. He is a real good person.

Sincerely
Martha Wilke



*Melanie R. Wojtulewicz*

Honorable Judge Blakey:

I am writing to inform you of the veracity and professionalism of the former Speaker of the Illinois House of Representatives, the Honorable Michael Madigan. Since I have known him, I have found him to be forthright, honest and truthful. The good of the citizens of Illinois has always been the driving force behind his tenure in office.

Mr. Madigan has been my neighbor since 1986. I live just 1 block from his office and just a few blocks from his modest home in the West Lawn neighborhood of Chicago. I have also known him in my capacity as an administrator in the Chicago Public Schools, and as a recipient of a pension from the Chicago Teachers Pension Fund. I was a classroom teacher from 1969 to 1992, then was promoted to the Central Office, where I became the Director of Science. I retired in 2002. I was one of the founding teachers of Whitney M. Young Magnet School on the Westside.

On occasion I have been allowed to receive his sage advice concerning strategies of informing members of the Chicago Board of Education about pending legislation that might affect the teaching and learning of science in the district. In my retirement years I had occasion to write to him concerning legislation having to do with changes in funding teacher pensions. Having received my letter, called me and asked me to come to his office to discuss the issues I had put forth. He told me that the Illinois Legislature had made a mistake in granting the Chicago Public Schools a "pension holiday". Coincidentally this is an issue that is in the current news. Funding public pensions is often problematic in Illinois. Sometime later he told me that he kept my letter in his jacket pocket as a reminder of the issues that I brought to his attention.

As a constituent in his legislative district, I must thank him for his efforts in keeping our neighborhood clean and prosperous. Graffiti is immediately removed and changes in demographics has not caused a decline in property values due to the Southwest Equity Assurance Program. He has been a champion for the southwest side. His influence in building the new Hancock High School cannot go unnoted as 6,000 students applied for the next school year.

He always waved as he drove by; would stop to chat when he walked to his office. What highly placed elected official does such things? Believe me when I tell you that he is a good, decent, truthful and honorable man in every sense of those words.

Sincerely,

Melanie R. Wojtulewicz

Melanie R. Wojtulewicz