# EXHIBIT H

## Local Political Letters

1. Cicero, Karen
2. Crowley, Sharon
3. Hensley, Steve
4. Hynes, Matthew
5. Joyce, Jeremiah
6. McGlynn, Dennis
7. Mulvihill, Jeremiah
8. Nieciak, Laura
9. O'Connell, Donald
10. O'Farrell, David
11. Pannaralla, Keneth
12. Ryan, Tom
13. Solski, Jennifer
14. Tyeptaner, Paul
15. Ziegler, Barbara

April 15, 2025

Honorable Judge Blakey

Dear Judge Blakey,

My name is Karen L. Cicero.  I reside at ███████████████████████████ since 1974.  I first met Mike Madigan in 1989.

I have known Mike for over 30 years and have been around him more than enough over those years to say and vouch that he's a wonderful man.  He takes pride in helping people and also takes pride in his neighborhood, as I've seen him patronize our neighborhood's businesses.  He's a respectful, courteous, honest and quiet man, who's wonderfulness shines in his actions.  When you talk to Mike, you get a straightforward, truthful and helpful answer.  There's no game-playing with him.  He's just an everyday family man that you would see outside with one of his kids.

He's a very compassionate person and that was shown to me first hand, as he attended both the wakes of my mother and my father.  Mike also helped me further my education, as I went back to school later in life. He helped me obtain a State Scholarship which aided with the financial burden of a further education.  Funds were tight at that point in life as I was taking care of a sick parent.  If it wasn't for Mike Madigan's help, I wouldn't have been able to have an education.  I am forever grateful for that education, as I was the first on my father's side to have one.  On my graduation day, Mike called me on the phone to say congratulations.  I will never forget that phone call.  A man with such a busy schedule, calling me.  What compassion and kindness.

Judge Blakey, please consider that Mike Madigan is just a good family man, neighborhood guy who likes to help people when determining your sentence.

Respectfully,

Karen L. Cicero



Dear Judge Blakey,

I wanted to take a moment to share something meaningful to me about a man who has been an important part of my life—Michael Madigan.

I first met Mr. Madigan at St. Adrian's, and I consider him not only a family friend but also someone who played a crucial role in my life during a particularly difficult time. After my father passed away when I was young, I struggled deeply with loss, confusion, and pain. In the aftermath, alcohol became something I leaned on to cope. I didn't fully understand how much it was taking from me until Mr. Madigan noticed what was happening.

He saw through my struggles and, without hesitation, reached out. He recognized the path I was heading down and made the effort to talk to me, offering guidance that I so desperately needed. What really struck me was how Mr. Madigan was able to relate to me on a personal level. He shared with me how his own father had battled similar demons, and that connection gave me the strength to face my own.

His words were not only comforting, they were the push I needed to make a change in my life. He showed me the importance of confronting my issues head-on and finding healthier ways to deal with my difficulties. I am deeply grateful for his honesty, his time, and the kindness he showed when I needed it most.  Mike Madigan is and was the Most Honest Truthful Man I have ever met in my life.

Michael Madigan's support didn't just help me through a hard time, it helped me find a way to move forward. He's a person who, in his own quiet way made a lasting difference in my life.

For that, I will always be thankful for Mr. Madigan's honesty and unwavering Truthfulness that made me the best person I can be and, be a kind, helpful, responsible, honest, productive neighbor, Cousin, friend.


Sharon Crowley

March 1, 2025

Judge Blakey

My name is Steve Hensley. I am a friend and former neighbor of Michael Madigan. I have come to know him as a kind, caring man; and a devoted husband, father and grandfather.

His actions and dedication have powerfully impacted our community and beyond. He has made a positive difference in so many lives; including mine.

A single mother raised my three siblings and me. We had very little income and had little to eat. My life was a constant struggle; both financially and emotionally. At an early age, I was diagnosed with epilepsy. When I turned twelve, I watched my father pack his bags and leave – never to be heard or seen from again.
My oldest brother had to quit high school in order to work and provide support. I attended five different grammar schools and was bullied at each school. I owned one pair of pants. Needless to say, I became a very negative person. I had very few friends.

Previously to becoming involved with the 13th Ward Democratic Party, I was a loner. I had married a wonderful woman who helped me overcome much of my past. I met Mike Madigan in 1981 at which time I became a liaison with our neighborhood. My wife and I had always supported the Democratic Party and I was happy to provide assistance.

Meeting Mike was a turning point in my life. His positive attitude and willingness to assist those in need helped me change my attitude. He opened my eyes to the needs of others and helped me become interactive and supportive. I enjoyed facilitating their concerns. Mr. Madigan taught me how to listen and understand people. I came to comprehend that sometimes people just needed someone to talk to. He has helped so many (even those he barely knew). Race, creed, or ethnic background never was a factor. He sees everyone as equal. He is understanding and sincere.

His work ethic is extraordinary. He puts in countless hours at the Ward Office and also in Springfield. He is truly one of the most caring individuals I have ever known. My intention in writing this letter has been to demonstrate the side of Mike that most people don't see. My hope is that his lifetime dedication is taken into consideration when deciding his sentence.

With respect,

Steven J. Hensley

April 29, 2025

Honorable Judge Robert Blakey
United States District Court
219 S. Dearborn
Chicago, Illinois 60604

Dear Judge Blakey,

My name is Matthew Hynes, and I have known Michael Madigan for most of my life, as a child growing up as well as during my adult professional and political career.

Mike and my father Tom, who passed away in 2019, were political colleagues for most of their lives but also became true friends, which is not common in politics. When I was young, I remember many conversations with my dad about Mike where he commented on his integrity and considerate nature. It was frequent. I specifically remember where he said that he trusted Mike's word with zero questions asked. Not because Mike was powerful or shrewd (which he was), but because his word actually meant something. It goes without saying, sadly, but this quality is far too rare in government and politics.

As I grew into adulthood, I had the privilege of working for, working with, and working in some sense across from Mike Madigan. My first job in government was working on the legal team for the Speaker's office while I was in law school. Admittedly, I had limited interaction with Mike, but I began to learn firsthand his deep passion for public service and his keen instinct for public policy. "Smart" "thorough" "substantive" and, believe it or not "funny," are the first words I think of from my encounters with him during that time.

Later in my career I had the fortune of working alongside Mike Madigan in 1999/2000 for the Presidential coordinated campaign in Illinois where I was Executive Director, and he was the Chair of the Democratic Party. Through hundreds of meetings and calls with him I was not only impressed with his commitment to success, but perhaps more importantly his insistence on doing things the right way. Attention to detail, checking and double checking with lawyers on election laws and codes and checks and balances were all, at his insistence, core to how we together ran the electoral effort.

Lastly, I had the privilege of working for Mayor Rahm Emanuel during his first term as Head of Intergovernmental Affairs for the City of Chicago. As part of my job I was responsible for the City's legislative agenda in Springfield, which meant I interacted with Mike and the other leaders in the state capitol on key and often complex issues such as public transportation,

pension funding and reform, education funding and so forth. Mike was a true ally for the people of Chicago, and for any major piece of legislation would ask the question "how does this impact Chicago?" And if it did impact on the city, he would insist that the mayor or his team participate in the discussion.

On a personal note, during my time at the city, my father had been diagnosed with Parkinson's disease which was progressing in terrible ways and impacting his health. Before we began any discussion on the state budget or public education or some other pressing issue, Mike would spend a few minutes with me asking how my father was feeling or how my mother Judy was holding up. Business could wait for Mike – he had enormous responsibilities, but he deemed it most important to first check in on my father and mother's well-being. These may seem like common courtesies, and perhaps they should be, but it was unusual in my experience. And for me it truly gives a glimpse into what a good man Mike Madigan is and the high character that he demonstrates.

During these countless interactions with Mike throughout my life and career, how much he genuinely cared about people – regular people – always came through. I understand the myth of Mike Madigan and how it is presented, but I can tell you that, in reality, he is the kindest, hardest working, and most committed government official I have encountered. He deeply cares about the City of Chicago and State of Illinois and all of our citizens who count on government to help them make a better life for themselves and their families.

I sincerely hope that you find this letter insightful and consider all of what makes Mike Madigan a good man when determining his sentence.

Sincerely,

Matthew Hynes
Chicago, Illinois

The Honorable John Robert Blakey

Circuit Judge

United States District Court-Northern District of Illinois

219 South Dearborn Avenue- Room 1288

Chicago, IL 60604

Dear Judge Blakey,

My name is Jeremiah Joyce. During my career in public service in Illinois, I served as a teacher, a Chicago police detective, a Cook County assistant state's attorney, an elected official and on the faculties of Saint Xavier University and John Marshall Law School.

I have known Michael Madigan for over fifty years. A great amount of that period was in an adversarial capacity, emanating from various political campaigns and legislative disagreements in the Illinois General Assembly. I have watched him work tirelessly to provide a better living for those he represented including better schools; better healthcare; personal guidance; and encouragement to troubled residents. All those things that make for a better community occupied his every day.

From this most unique perspective, I know that Michael Madigan is an honest person. I would not write this letter if I did not know this to be true. I hope that you might consider the countless good things, Michael Madigan has done for his community over 50 years.

Respectfully Yours,

Jeremiah E. Joyce

Dear Judge Blakey:

My name is Dennis G. Mcglynn.  Back in 1976 I was asked by Mike to help him in the neighborhood.  At the time, I accepted not knowing what to expect.  What I soon learned was how much Mike did to help people - everything from simple personal requests to making life better for the neighborhood.  Mike found time to coach me on how to handle requests and one of the most important things he taught me was to be honest with people even when you cannot help them.  Good news or bad news, Mike was honest and he expected others to be honest with him.  This lesson stuck with me and I've tried to live it to this day.

During his tenure, Mike established much needed community programs for his constituents which continue to this day.   He developed a summer Olympics for all of the children in the neighborhood, He helped secure a baseball field for the children which was appropriately named after him. He worked to secure funds for noise abatement for homes affected by Midway Airport.  A simple ride through his District would demonstrate how well it was cared for due to his hard work and the team he built to help people get the services they needed.  Mike was re-elected time after time because he took care of his District and did not lie to them or make excuses.  He accomplished all of this while also very capably performing his duties as the Speaker of the House representing the entire state of Illinois.  He is the hardest working man I know.

I hold Mike in the highest esteem because of what he did for so many people.  He has spent his life making his community better and also making others lives better, mine included.   He has a gentle demeanor and is a person that I greatly admire.

When I was doing neighborhood work I discovered a young family, the McGraths, who had their gas shut off due to a divorce.  The mother had no money and she and her children were cold.  It only took one phone call to Mike that night to have the service immediately restored.  Another time I was told about a widow, Ann Dedic, who was having to take her son out of school because of finances and not having a job.  Mike helped her find employment.  These are just a couple of examples of the numerous times Mike stepped in to save people in his neighborhood from disastrous situations.  On a personal note, he helped my family find an affordable extended care facility for my brother who was suffering from an aggressive, terminal disease.  He did these things with no fanfare or expectations.

I am praying that you see what a great man and leader he is and that he deserves to spend his retirement with his family.


Thank you,

Dennis G. McGlynn

Honorable Judge John Blakey,                    March 26, 2025

I am writing this letter on behalf of Mr. Michael Madigan, whom I have known and worked with for over four decades. He has been a friend and colleague since our high school days together, and I am profoundly shocked by the image of him as presented in the news media.

I first became acquainted with Mr. Madigan as a childhood friend when we lived in the Marquette Park area of the southwest side of Chicago in the 1960's. In many ways he showed himself as a very caring person who grew up in economically challenging and socially disruptive times. Despite these challenges he always tried to and did overcome his difficulties. He voluntarily worked in many community and charity events in the West Lawn district. He was always positive, good-natured, humorous, and willing to help less fortunate people. These behaviors were rooted in the strong religious values and beliefs that were instilled in him while at St. Ignatius High School and later at Notre Dame University, where he overachieved in his academic studies.

Mr. Madigan has had a long and influential career. He attained his positions because of his widely recognized ability to legally compromise and negotiate very disputatious issues between very adversarial parties. Such negotiations involved compromises that may have created the image of him as a "deal maker" even when no other conflict resolution method was possible.

He also did numerous insignificant things which were not expected of him. One time, as others have informed me, he was walking down a Chicago side street when he spotted small pieces of paper and debris on the sidewalk. He went over, picked up the items, and placed them into a garbage can. This exemplified the Mike Madigan as I have known him. I have always been fascinated by the way someone who was so inspiring and influential with people could act with so much down-to-earth humility and consciousness.

Throughout his life Mr. Madigan demonstrated his profound love and warmth for his family, associates, and constituents. His wife of over 40 years is now very sick and needs his love and support at home. His adopted children and grandchildren will benefit from his active presence and home life while he remains active in civic events. As a free person he can still be active in community events that help those less fortunate while actively assisting his coworkers and state representatives in generating new legal directions.

In sum, I believe Mr. Madigan should be kindly evaluated based upon the entire body of his life's work. In such a short letter I could not possibly tell you of all the positive memories I have of being with him. His religious training and humble economic situation formed the bedrock of his personality and behavior. For these reasons I am respectfully asking your compassion in the mitigation and rendering of a light and deferred judgment. It is the wish, hope, and prayer of many people that he be treated with dignity. He is 82 years old and still has much to offer to his community. Thank you very much.

Sincerely,

Jeremiah Mulvihill

Jeremiah Mulvihill

Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn
Chicago, Illinois 60604


Dear Justice Blakey,

My name is Laura Nieciak, I worked over thirty years as an Administrative
Assistant to a U.S. Congressman and a Chicago Alderman. I am a lifetime
Chicago resident. I attended St. Rita Grammar School, Queen of Peace
High School, Daley College and Olivet University.

While working in Government, I was impressed with Mr. Madigan's work
ethic and dedication to the constituents in his District, working men and
women and his duties as Illinois House Speaker. There were times
Congressman William Lipinski would tell me he had received calls late on a
Saturday or Sunday from Mr. Madigan, and asked me to gather information
on issues the two were working on together. I also experienced Mr.
Madigan's desire to secure funding for multiple Public Schools on the
Southwest side of Chicago. Many of these schools were in predominantly
Hispanic communities where school overcrowding was a growing problem.

My experiences with Mr. Madigan were not extremely numerous, but each
and every one was one in which I was treated with ultimate respect. Mr.
Madigan's politeness always made me feel comfortable. I always felt he
had to endure many family sacrifices to keep up with his vast amount of
responsibilities.

Many times members of our staff shared our thoughts on Mr. Madigan's
reputation for total integrity and kind words.

Finally, I knew Mr. Madigan as a dedicated public servant, devoted husband, father and grandfather. He was well respected by all and I considered it an Honor to have any interactions with him.

Sincerely,

Laura Nieciak

# *Donald O'Connell*

Honorable Justice Blakey

Northern District Federal Court

219 South Dearborn Street

Chicago, Il.  60604

May 8, 2025

Dear Justice Blakey:

I write to you today about Mike Madigan but first a little about me. I am a graduate of Quigley Preparatory Seminary South and Loyola University and completed about two years of graduate work in Theology and Counseling at St. Mary of the Lake Seminary in Mundelein and 24 semester hours in vocational guidance and counseling at Northeastern Illinois University. My wife and I raised our three daughters in Chicago and will celebrate our 50th wedding anniversary next March.

I met Michael Madigan in about 1985 at a fundraiser being held by a friend of mine, State Rep. Robert LeFlore who represented the far west side of Chicago where I was the Executive Director of the Austin Business Council, the local Chamber of Commerce and Industry.  Prior to that I worked at the Austin Career Education Center, an alternative High School for adults affiliated with St. Patrick's High School on the north side and run primarily by the Sisters of Mercy from Siena High School (where I was a teacher before it closed). We opened the center a few months after Siena closed.

From the little I knew of Madigan, I admired his strong respect among the neighbors in our neighborhood of Clearing on Chicago's Southwest Side. My wife and I loved the neighborhood and so did our three daughters.  When Madigan asked if I would volunteer to help his organization, I gladly accepted.  Over the next thirty years or so I worked on neighborhood issues, held block parties and got to know more of my neighbors.

I also got to know Mike as we discussed issues in the neighborhood such as the need for a noise wall on the southeast corner of the airport since our two block long streets were directly across from the startup of the runway which was bordered only by a chain link fence which allowed noise, jet fumes, and snow in the winter to be blasted down our streets. Or the need to close turns off of Cicero Avenue onto westbound 64th Street by installing a cul-du-sac since there were multiple accidents involving cars speeding through the neighborhood to avoid traffic lights and blowing through stop signs. Or and the glaring need to revitalize Cicero Avenue. These were just a few of the larger issues in our small corner of his district over the years which he and the Aldermen made happen.

As I met with him I found that he is a great listener, gathering information to form plans and opinions.  He arrived at reasoned opinions and was honest in appraising the possibility of implementing the ideas we presented. I am genuinely happy to have experienced a relationship with Mike, an example of an elected official who is straight with the people he serves.

Your Honor, I respectfully request that you consider Madigan's entire character when determining his sentence.  He has been a truly great leader accomplishing many things for our community, the City of Chicago, and the State of Illinois. His genuine straightforward direct and honest relationship with the people he served is not seen very often in elected officials.

Thank you for your time and consideration.

Sincerely,


Donald O'Connell, ███████████████████████

Dear Judge Blakey,

My name is David M. O'Farrell I was able to retire as a maintenance carpenter for the secretary of state after 20 years. Only because Speaker Mike Madigan took an interest in me and guided me in this path. I have been a volunteer for Mike Madigan's organization for over 40 years. I was employed by Cook County forest preserves where I went for Maintenance Service 1 to Service Man 3. It was a good job although the salary wasn't great. In the year 2000, I was hired by Navy Pier as a Maintenance Carpenter all because of Mike Madigan. In 2003, I was laid off from Navy Pier for approximately 1.5 years, I floated around doing work whenever I could get it with a lot of help from Mike. Finally, I was hired by the Secretary of State as a Maintenance Carpenter all because Mike Madigan believed in me.

My volunteer responsibility for 40 plus years was to knock on doors wherever I was sent to promote State Representative candidates and the Democratic Party. A lot of hours walking and knocking on doors through bitter cold, very hot and even snow. My goal was to always do that job to the best of my abilities. Being in the agency I was in, it was important to me to do my job, do what I was told to do and never embarrass the organization.

As for other things in my life, Speaker Madigan was very helpful to my only daughter. From getting her into the best public school on the southwest side in Kindergarten. From there on she tested gifted and went to one of the best gifted schools in Chicago. At 16-17 Mike Madigan helped her obtain a summer job. After junior college, he helped her secure a 4 year scholarship to UIC where she graduated summa cum laude. Again, these major times in my life I was helped by Mike Madigan and will be forever grateful and loyal to Speaker Mike Madigan.

As for local improvements in my area, besides taking on all the request for help in my precinct, which was hundreds of thousands, we had and still have the best services in the city which we are happy and proud of. In my neighborhood we have a very small public park. After being neglected for many years, Mike Madigan put in a beautiful water park which so many enjoy. He also had Chrysler Village, which I resided, in the National Archive Historical Area. Also, Mike helped people in the area with noise abatement, windows and doors, which was not an easy task. Helped solve an unique situation with townhomes in our area. 30 homes were on 1 water bill. Speakers office helped separate the bills so each owner would receive a separate bill. The biggest upgrade in my opinion for our little Chicago area is the John Hancock High School. It is a selective enrollment high school where children have to test into and as you may know, neighborhood stability relies on the families who move in. A great High School attracts great families. Also, at Lawlor Park, he helped install a beautiful soccer field and walking track around the field.

In closing, you can see how important Mike Madigan is to our area and to my family. I love and admire this man and I will always remain loyal to him.

Sincerely

David M. O'Farrell

Dear Sir, my name is Kenneth E. Pannaralla. I am a third-generation former Chicagoan and homeowner from the "South Side" of the city, in an area very close to the home of Mr. Michael J. Madigan.

After returning home from my overseas tour of service in the United States Army, I attended Chicago State University, and like so many other young men, married, started a family and bought my first home.

During those years and after attaining my Biological Science degree at university, I found it a difficult period for job acquisition. The year was 1976 and the market was very lean for employment, even for veterans. It was that year that I was introduced to Mr. Michael J. Madigan through a friend in the neighborhood who was assisting him as a neighborhood representative. I was told by my friend that "Mike" was relatively new to the office of State Representative and was truly dedicated to helping those families that he served.

After my introduction, Mr. Madigan provided me with great advice and a lead for employment in an effort to help me. As part of our lengthy discussion, he advised that Chicago (in those years) employed a complete state-of-the-art biological testing laboratory as a part of the Chicago Health Department and that my university training should be useful to their efforts in public health protection. He suggested that I investigate a position in that area. With his assistance I took him up on his advice and was subsequently hired and have since served a lifelong career with the City of Chicago in various capacities. All because a "new acquaintance" was willing to help.

During the following years our friendship continued, and it wasn't long before the desire to help other families in the neighborhood came into my life as I was so grateful for the assistance and good advice that I had received. I volunteered to use some of my free time as a neighborhood representative to be able to help other families. Mr. Madigan's efforts truly provided a more positive environment throughout the neighborhood community as folks knew that their state representative was reachable and ready to help with potential problems. Still, I could see clearly that his efforts to help the many others that asked (and he seemed to refuse no one) required more and more of his own time.

As Mr. Madigan's efforts to assist so many other families and his ever-increasing role with his own duties with the State of Illinois grew, (as well as both of our families), the off-the-cuff meetings decreased. However, he never refused to accommodate my many requests for advice and aid for families whether through an interface or a phone call. Anytime I ran into difficulty in helping a neighborhood family, Mr. Madigan made the time to listen. His advice and assistance were always available and invaluable.

In my personal observations, I have rarely seen a person work as hard as Mr. Madigan to help others. In my own career with the City of Chicago when I was sometimes rewarded with job

promotion and I may have proudly boasted about it a little, Mr. Madigan would remind me to in his words "Do the best job that you can and always give 110% effort".

His constant comment in both separate and in neighborhood representative team gatherings was to always do things truthfully and honestly. Even when discussing issues with folks in the neighborhood, "Be honest and truthful" was, he said, the best way.

Mr. Madigan has always impressed me with his own strong moral code. I believe that this integrity has over the years, earned him the respect and trust of everyone he has encountered. Mr. Madigan is, it seems to me, to be the person you can count on to do the right thing, even when no one is watching. As an example, I recall an occasion when I was in a queue at one of our local Duncan Donuts coffee shops. Mr. Madigan was not aware of my presence and I watched as the cashier spoke to him as he delivered his coffee order. The cashier suggested that there would be no charge for the product because he had recognized him. Mr. Madigan smiled and said thank you and laid down more than the product was worth and left the premises. This is the honesty that I know is his.

Mr. Madigan's efforts toward the community have been very significant and most charitable. These efforts were greatly evident when it came to the senior citizens. Annual senior events and other events specifically focused on seniors were most helpful and appreciated by the many senior citizens of the neighborhood.

In my view, Mr. Madigan is a person who would help another person with an issue even at the loss of time with his own family and children. I believe that Mr. Madigan has made significant contributions to the improvement of society. His commitment to community service and volunteerism has been inspirational to me over the years. His actions have touched the lives of many, and his many efforts have made a lasting difference.

I would ask that kind consideration be given to Mr. Madigan as the person who tried to help so many who have asked so much in time and advice and effort on their own behalf. As the person who did the best he could to help, when possible, even at the expense of his own time and family.

Very truly yours

Mr. Keneth Pannaralla

Your Honor,

My name is Tom Ryan and I've been a personal friend of Mike Madigan for over 40 years. When we first met, it was anything but smooth due to my rambunctious youth (I needed to be straightened out if you know what I mean). We met when I was a young laborer and as years progressed, I started doing things that proved that I was growing up.

After settling down, getting married and pursuing something more out of life, other than a bottle of beer or a motorcycle, opportunities arose. Along the way, in the Department of Streets and Sanitation, I advanced over the years from a laborer, to a ward clerk, keeping track of payroll and attendance, and finally landing my dream job of a Ward Superintendent. My dream job was short lived as I was being considered to become a Division Superintendent at the request of my Commissioner, Eileen Carey. She was an incredible boss who I'm forever grateful to have worked under! I refused it at first because I just wanted to stay local and work with the people that I had labored with and known all my life in sanitation. I didn't want to supervise hundreds of people and argue with the likes of people that made you feel unwelcome. After a meeting with Mr. Madigan, he assured me that moving on to a better position would be good for me in the long run.

With that, I was on my way to my new office and my new job. One thing Mr. Madigan continued to say, as I climbed the ranks, was how people are going to come to you and ask you for things. Some of the things they're going to ask of you are not going to be legal, you're going to know immediately that it's something they shouldn't be asking you. I hear his voice in my head till this day

saying, "Remember Tom, resist and do your job!" So as time went on, truer than fiction became a matter of fact. Everything he told me became real and all of a sudden people that I never knew were showing up at my door, asking for things that they knew I could make happen. Yes, I resisted them all, I lost friends over the 16 years in the title as division Superintendent. I was subjected to some hectic, real life situations and situations I wouldn't wish on anybody else. I know for a fact that there are people who have gone to prison and lost everything; friends and co workers alike. Those who had the same opportunities that I had had, but they just did not heed the advice of Mr. Madigan.

Not once, ever, has this man ever asked me to do anything outside the straight and narrow. All he ever preached to me was "do your job!". I know from experiencing life altering investigations that our department was involved in (Hired Truck Scandal, Silver Shovel Scandal, Hiring Scandal, etc.) that I'm in a better place today because of the advice that I followed while working for Mr. Madigan.

There's been other examples of how Mr. Madigan has impacted my life, not only me, but my wife of 44 years who's been afflicted with Multiple Sclerosis since she was 16. My wife and I had saved up enough money to go out and buy a life altering van with a motorized gate. My wife is unable to walk independently; she requires a motorized scooter. This van would grant her independence. She could go out on her own and not have to rely on someone going with her to assist. Unfortunately, a manipulative sales person at Mancari Chrysler didn't answer us truthfully with how this van was constructed. We moved forward, unaware we have been deceived, we took our new van to

Michigan, to a company called Freedom Motors for them to convert the van into a handicap accessible vehicle. Sadly, again, we were lied to about the conversion. How they proceeded with the conversion, my wife was unable to swing her legs comfortably and safely to get in her scooter. Once we discovered what both companies had done, how they lied to us, we knew the van was useless to my wife because she was unable to access her scooter in a safe manner. When we approached each company, they acted as if they didn't know what we were talking about; even though we showed them physically what was specifically needed. After several calls to the Illinois Attorney General's office, to the offices of the companies we used, we were getting no where. I had a chance to speak to Mr. Madigan about this problem to which he kindly put me in touch with two attorneys (Heather Wier & Adam Vaught) to represent us and get to the bottom of a very bad situation for my wife. With these attorneys help, in the end, due to their diligence, a deal was struck to put this entire mess to rest.

We were still out a significant amount of money, but we were glad to be done with a vehicle that was of no use to my wife and her quality of life.

My wife and I were forever grateful for how Mr. Madigan took the time to listen to the wrongdoings to our family and without hesitation, shared his resources with us. His suggestion of these two, wonderful attorneys, assisted us through a very stressful situation in our lives. I'm happy to say that we have a van now, that is fully functional and allows my wife the independence she deserves to access our community.

In closing your honor, I just want to stress how I came from a home where we all worked hard. There were seven of us kids, five boys and two girls. My mother worked as much as she could at a grocery store all while being a full time mother. My father was a Chicago Policeman and back then, when we were growing up, we knew not to get in trouble on the street or involved in a situation that would result in being brought home by somebody and handed over to our parents. On the way out the door at the house, my father always took time to say "I'm gonna tell you again, if you see trouble, you better walk away from it! Don't come home here and say ohh I was just doing this or I was doing that. You got me? You better walk away!" Till this day, I live by this advice and I have instilled it within my own children. Walk away from trouble, no excuses.

After I lost my parents, I gravitated to Mr. Madigan for advice, council, or words of encouragement on topics that came up or possibly some direction with an issue at work or even in my home with my family. There's nothing that I could not ask this man and his answers to me are always the most sincere truth and advice. To this very day, even with the amount of things on his mind, the problems with all his legal matters, caring for his wife Shirley, who is not in the best of health, he still has time to listen to me when I ask a question or need advice.

I love this man from the bottom of my heart and that goes for my family as well. This man has always had my back and guided me to do what's right every single time. He gave me a chance because he saw something in me, beneath the surface. I beg you to see that and give him a chance as well, Your Honor.

Thank you for taking the time to read my words. Please consider this letter and my words as you pass judgment on my dear friend. Many thanks.

Respectfully yours,

Thomas K Ryan



April 15, 2025

Dear Judge Blakey,

My name is Jennifer Solski and I began working in Mike's office in 2010.

The purpose of my letter is to tell you about the caring, constituent-driven person that I deeply respect as Speaker Madigan.

My very first interaction with Mike Madigan was as a 7th grader at St Bede the Venerable in Chicago in the late 1990s. During our class trip to Springfield, we met him in the Capitol Building. As a 12-year-old, I never thought I would have the honor of one day working in his office.

As a new staffer, I was in awe. The number of people calling the office on a daily basis, in need of services was mind-blowing. Mike instilled in the office staff that every request is a priority. Every constituent is important and deserves to be heard. I still carry that lesson with me today.

There are many qualities that I admire about Mike, but his humility and honesty stand out the most. If he saw you coming into the parking lot, he always held the door for you. He greeted, by name, every single person that walked past his office. He was never too busy to ask about your day. He has remained true to his roots, never forgetting that he worked for the people.

Honesty and truthfulness are pillars of Mike's character. He instilled in his office staff to always tell the truth, never mislead a consistent to believe we can provide a service or do something for them that is not possible. I truly believe that is why his constituents continued to vote for him and trust in his leadership. He is an honest, stand-up person with Catholic Education values.

I have worked very closely with Mike on some very important issues that impacted his constituents daily.

In Spring of 2012, Mike hosted an event in collaboration with former Attorney General Lisa Madigan and several banks. The purpose of the event was to assist homeowners to apply for mortgage modification. During the housing crisis, Mike recognized that middle-class homeowners were being targeted by banks, giving exuberant mortgages that were almost impossible to pay. We helped hundreds of Mike's constituents that day – filling out paperwork, explaining the process and gathering the information they needed to get approved.

Another program that Mike started in the office was property tax assistance. Since 2011, we held an Appeal Seminar helping constituents appeal their assessed value. We have also helped in getting back several thousand dollars in refunds on overpaid taxes. Mike recognized that it is difficult and time consuming for constituents to go downtown to get these things done. He thought it was important to help people close to home.

One of the most important programs offered in Mike's office was the Jobs Program. During the Great Recession, so many people were losing their jobs; many who had held the same job for many years and were unfamiliar with the changing landscape of job searching. The program started with a weekly mailer to anyone who came in or called saying they were looking for a job. We compiled a list of city, state, county and private entities that were hiring. In 2018, the program evolved into an annual job fair. Mike wanted to help his constituents connect to local companies and government agencies that were hiring. Anyone who came to or called the office looking for job assistance was provided with information on current offerings or events for job seekers.

Along with the job program, we also ran a successful intern program for many years. The education and rearing of our youth were important to Mike; he recognized that they are the future of our neighborhood, our success as a vibrant community depends on how well we educate our children in the classroom and the real world.

There are so many other accomplishments that we were able to achieve as an office thanks to Mike's guidance: daily graffiti removal, opening Richards Middle School to relieve overcrowding at two local Chicago Public Schools, senior snow shoveling program and recycling events, to name a few.

Mike embodies what it means to work for the people. He is a humble and down-to-earth person, recognizing that the working-class people of his district deserve to raise their families in a safe neighborhood.

Sincerely,

Jennifer Solski

March 29, 2025

Honorable John Blakey,

My name is Paul Tyeptaner, and I have been a lifelong resident of the Chicago West Lawn neighborhood. My late uncle was a precinct captain in the 13th Ward under Mr. Madigan. I first met Mr. Madigan when I was with my father at one of the annual picnics for the Cub Scouts and Boy Scouts, where he donated bicycles and other gifts to the Scouts. Yet, in 1971, after not meeting him for many years, he recognized me by name and remembered who I was. It stunned me that, considering how many people he met on a daily basis, he could remember individuals from some time ago.

Mr. Madigan was always known as a "people person" who had the best interests of his constituents in mind. I always found him to be a cordial, generous person who was full of humility and thoughtfulness. He did many things for his community as well as for the entire state of Illinois. The list would be too long to enumerate here. The 13th Ward is full of improvements because of his efforts. He actively worked on programs to fight crime and graffiti. He was once a guest speaker at the St. Mary's "Star of the Sea" Holy Name meeting. He told me to pray for the constituents and the ward.

Years later he attended a Chicago Police Department "Nights Out Event" at West Lawn Park, where he spoke about the importance of good community relations. His concern about effective neighborhood development was evident in his work to improve Midway Airport and the regional public transportation system. He spoke to me individually and urged me to "pray for the ward and its constituents." Yet, in spite of his prominence, he worked out of a simple office and never needed a security detail around him as he travelled throughout his area.

In summary, Mr. Madigan was known as a down-to-earth person who cared about his community, his political role, and his family. I am sincerely asking Your Honor to consider these factors when judging Mr. Madigan's future potential as an upright citizen and leader. He is now 82 years old and can best use his remaining time in his home and neighborhood. Please mitigate and kindly defer any future sentencing decision in his present situation.

Sincerely,

Paul Tyeptanar



## Barbara Ziegler - Court Advocate - 008th District C.A.P.S. Facilitator

March 1,2025

Dear Judge Blakey,

I have been a resident of the West Lawn community since 1998. In 2002 I began volunteering in the 8th District Police Department CAPS program.

As a beat facilitator I would often go to the 13th Ward office looking for assistance with city and state issues.
Mike has always been helpful with all of my questions, concerns, and requests.

Anytime a donation was needed for a community event, I knew I could count on Mike

Our largest community policing event is the National Night Out Against Crime and Mike is our largest supporter. Donating both funds and his time.

I cannot tell you how many times at community events residents would come up to Mike and thank him for an issue or project that he helped them accomplish.
He was always warm and engaging, often remembering the residents by name, on perhaps a project that was completed many years ago. Many of our residents have known Mike for over 50 years and remember working on many projects to make our neighborhood a better place to live.

Through Mike's dedication to our community, we have great parks for our children, wonderful senior citizen residential facilities, many programs to assist young homeowners and an open-door policy to assist residents whenever the need arises. I have always found Mike to be honest, truthful and sincere, a good man with a good moral compass.

Sincerely,

Barbara Ziegler
8th District CAPS
DAC Chairperson