# **EXHIBIT J**

| #  | Supporter | Quotes |
|----|-----------|--------|
| 1  | Balanoff, Tom | I would describe my relationship with Mike Madigan as a good relationship. It wasn't a good relationship because we agreed on everything, which we didn't, or even that we necessarily liked each other, which we did, but it was a good relationship because it was a credible relationship. In my dealings with him Mike Madigan was an honest and reliable person. I could trust what he told me. |
| 2  | Bartow, Jeff | I consistently found him to be straightforward and honest. He is respectful, very focused, and deliberate.<br><br>Speaker Madigan many of us know: a person who respects and cares for the dignity of ordinary men and women, who has always been honest and truthful in his interactions with us, who values policies and programs which contribute to the well-being of the people of Illinois, and who encourages our participation in public life. |
| 3  | Basham, Jessica | I have known Mr. Madigan to be an honest and trustworthy person, both in terms of my direct interactions with him as well as my impressions of his interactions with others. I don't believe he would ever lie, and once given, he is always true and faithful to his word. I've come to rely on Mr. Madigan as a person I can go to for an honest and truthful assessment of anything, whether it be about my career, the people we have both worked with, or the issues of the day. |
| 4  | Bienen, Henry | In all my dealings with Speaker Madigan, I found his word impeccable. |
| 5  | Bishop, Joe | Mr. Madigan has never lied to me and he would not tolerate anyone who lies in the course of carrying out the responsibility of representing him. |
| 6  | Bloch, Robert | He has always been truthful with me and my clients. |
| 7  | Bobins, Norman | We always found Michael Madigan to be a man of his word. |
| 8  | Bonoma, David | I cannot say the same about other legislators with whom we had similar meetings….He had a well-known reputation in government and professional circles as someone whose word could be trusted. When he told you where he stood on something, he meant it. He did not merely tell you what you wanted to hear.<br><br>Speaker Madigan has demonstrated that he is a dedicated public servant and a trustworthy individual. |
| 9  | Brady, David | Mike Madigan always told me the truth. |

1

| 10 | Brady, Michael | There were two things that remained consistent in my dealings with Mike: he was a man of his word, and his role as a husband and father came first.<br><br>Regarding his integrity, we didn't always agree on the best solution to whatever issue was on the table, but you always knew where he stood and that there would be no changes or surprises in his position without further discussions. |
|---|---|---|
| 11 | Breslin, Peg | He was straightforward, honest and truthful, even when it wasn't convenient. He demonstrated to me that he had the public good as the guide star for deciding how to direct the legislative approach to the issues before us. |
| 12 | Brosnahan, James | Those who worked with him, like me, also know that he is a man of his word.<br><br>I know some people feared Mike because of his power; many more people, like me, respect him as an honest, hardworking, earnest man who dedicated time and enormous effort to helping others and improving lives. |
| 13 | Burgos, April | It was instilled in me to help others when we could and to always be truthful and honest. |
| 14 | Calderone, Anthony | I have always found Mike to be humble, gracious, circumspect, unobtrusive, truthful and generous.<br><br>He has always been direct, honest, and true to his word. |
| 15 | Carlson, Craig | He was truthful, he is always truthful.<br>I will never forget Mike's generosity, thoughtfulness, honesty, and kindness in that most trying time. |
| 16 | Carpenter, John | From my informed perspective, Mr. Madigan, as Speaker of the Illinois House and as House Minority Leader, always dealt with legislative advocates in a straightforward and truthful manner.<br><br>He told me he did not want the business. The reason he gave was that if he were to accept our case, he would not be able to support our positions on pending legislation. This demonstrated to me that Mike Madigan placed his responsibility as a legislator and his commitment to honest government above any interest in personal gain.<br><br>This event immediately formed for me an opinion of Michael J. Madigan as honorable, loyal, and principled; an opinion which is unchanged and everlasting. |
| 17 | Carpentier, Susan | He is one of the hardest working people I know with strong ethics.<br>He is very truthful. |

| 18 | Cavanaugh, William | The interactions that I had with Speaker Madigan were often sensitive and the matters discussed were of great importance to each of us and to our respective constituencies: Speaker Madigan's to the public and mine to my clients. I cannot stress enough that these issues relied upon the absolute integrity of the interested parties. The trust that was forged formed the foundation of our relationship. |
|---|---|---|
| 19 | Chandler, John | A man of integrity, honor and trust. |
| 20 | Christ, Monica | In both my dealings with Speaker Madigan at my State and political employments, he was always professional. His high level of excellence motivated me to do my best. I never had reason to doubt his honesty or truthfulness. |
| 21 | Cicero, Karen | When you talk to Mike, you get a straightforward, truthful and helpful answer. |
| 22 | Claar, Roger | He was fair and trustworthy, listened to everyone and exerted strong leadership to coalesce people on the various issues.<br><br>Trusting your elected leaders is absolutely necessary and you could trust Mike Madigan. |
| 23 | Claps, Rocco | Mike Madigan has always displayed qualities of honesty, integrity and responsibility.<br><br>I found Mike to be truthful and a person who consistently help his word-- something not always the case in political interactions. |
| 24 | Clifford, Robert | I believe the work of Mike Madigan should be put in the context of a lifetime of his serving as a public leader, a dedicated family man and a friend to so many. He is a good man and a solid public servant.<br>And permit me to also add that the man I know is an honest man. I have always found him to be truthful, forthcoming, sincere and reliable. |
| 25 | Collins, James | Michael Madigan was honest and straightforward.<br>In closing, Michael Madigan is a good and decent man and upstanding member of his community. He is a loving husband, father, grandfather and a good friend to many. |
| 26 | Collins, Thomas | Never unprofessional, unethical, unlawful |
| 27 | Conlon, Leon | I watched his success in public life with great admiration. It reinforced everything that I knew firsthand about his work ethic and honesty. |

3

| | | |
|---|---|---|
| 28 | **Conway, DJavan** | To me, that signaled that he truly believed the real job qualification of an elected official was above all else, public service.<br><br>The most important quality I leaned about Mr. Madigan was his level of honesty.<br><br>…in my experience Mr. Madigan was always honest to the best of his ability and I never had to question that. |
| 29 | **Conway, Kevin** | He was truthful and candid with me whether I agreed or disagreed with the pending legislation or his position on it. |
| 30 | **Costello, Jerry** | My father once told me that if, over the course of your life, you can count on one hand the people who are hardworking, honest, and unafraid to tell you the truth, you are fortunate. Mike Madigan is one of only two people I've encountered who fits that description. |
| 31 | **Coughlin, David** | Throughout my time knowing Mike, I have consistently observed [him] to be a person of integrity, kindness, and dedication to helping others. |
| 32 | **Coyne, James** | Michael has always demonstrated positive qualities honest, reliability and compassion. |
| 33 | **Crawford, Pastor Lee** | Through my personal experiences of working for and with Mike Madigan I have found him to be a person of high character, compassion and integrity. |
| 34 | **Crowley, Sharon** | I am deeply grateful for his honesty, his time, and the kindness he showed when I needed it most.  Mike Madigan is and was the Most Honest Truthful Man I have ever met in my life.<br>He's a person who, in his own quiet way made a lasting difference in my life. |
| 35 | **Cullerton, John** | He was a quiet man, and an honest man, and his word was his bond. |
| 36 | **Cummings, Anita** | Michael Madigan had in an honest pursuit of a well served district. How he treated his staff and the mutual respect they enjoyed is a testament to the kind of individual he is. |
| 37 | **Currie, Barbara Flynn** | I have only known him to tell the truth. |
| 38 | **Curry, Julie** | I respected his work ethic, his truthfulness, and his ability to listen and solve problems. |
| 39 | **D'Amico, John** | He is a truthful man, who mentored me when I wanted to become a State Representative.<br><br>He is a man of integrity and people know they can depend on him. |
| 40 | **Davis, Monique** | Mike has always shown that he cares with his time and dedication.<br>He is a man of his word and has consistently shown up for his family and friends time and time again. |

4

| 41 | Delehanty, Maureen | He is a respectful gentleman whom I have always found to be forthright, honest and without airs. |
|---|---|---|
| 42 | Dempsey, Mary | I always appreciated that Mr. Madigan told the truth and kept his word…In my opinion, he respects the integrity of public service and values that quality in others. |
| 43 | Devaney, Pat | Without exception, he was truthful, listened intently to the problems we were trying to solve and went to painstaking lengths to avoid mixing policies with his responsibilities as an elected official. |
| 44 | Devine, Richard | He was, as he has always been in my dealings with him, a man of his word. In sum, in his dealings with me, Mike Madigan was always honorable and professional. It's hard to ask for more. |
| 45 | Donovan, John | Mike Madigan has been a role model, mentor, and teacher to me, and never once has he failed to exemplify the highest level of character around me.<br><br>Mike Madigan was a great boss, and his staff was the best around because he didn't just teach, he led by hard-work, discipline, honesty, and integrity. |
| 46 | Donovan, Tom | His character and integrity were always beyond question and an invaluable asset as we faced the challenges that our great city encountered. His word is his bond and being trustworthy is his hallmark. |
| 47 | Dowd, Peter | I had three opportunities to interact with Michael Madigan in 2012 and 2013 and came away with an appreciation of his genuine concern for the welfare of public employees and his truthfulness in dealing with the opposed parties and the reasons the related laws had been enacted. |
| 48 | Durkan, Martin | Speaker Madigan showed honesty, integrity, and accountability to the commitments he made, to the extent that his word was his bond. This quality made him a reliable and steadfast leader whom others could depend upon in times of need. |
| 49 | Edgar, Jim | Throughout those many years, I found Mike Madigan to be a person who always kept his word, and that is someone unusual for people in that world. |
| 50 | Evans, Marcus | Over the years I have only known and observed him to be an honest person. |
| 51 | Filan, William | He has always been honest and straight forward in his approach with me. |
| 52 | Finn, Don | His word has been his bond, and I can honestly say that of all the politicians I have had interactions with, Mike was far and above the most straightforward and honest person or politician I have personally known. |

| 53 | Flynn, Neil | In that capacity, I found Mike to continue to be an effective Illinois House Speaker, to be a dedicated public servant, and to be truthful and honest in every instance. |
|---|---|---|
| 54 | Gannon, Dennis | One thing I quickly learned in dealing with Mike Madigan was that he meant what he said and could be trusted to follow through on his commitments. |
| 55 | Griffin, William | At the time, airlines would upgrade coach ticketed public officials to seating in first-class. Many would contact me or an airline executive to arrange moves to first-class for them and family members. Then one day Mike Madigan telephoned me to say, "Bill, you know that I make weekend visits to my wife in Palm Springs during session. (His wife Shirley suffers from serious respiratory disorder and finds relief in desert areas.) My children make frequent visits too. I do not want, nor will I or any member of my family accept an upgrade on your airline." I can claim that to be an exact quote because Mr. Madigan was the only public official to ever call me and refuse an upgrade. It was remarkable.<br><br>I have known Mr. Madigan to be an immensely righteous, honest and serious local and statewide leader.<br><br>I would characterize my dealings as a reporter with him as direct and forthright. Unusual conduct for a politician of that time and today. |
| 56 | Hanania, Ray | I always believed Mike Madigan was fair and truthful when he spoke with me.<br><br>I consider Mike Madigan to be among the most honest politicians I have met. I can say with certainty he never lied to me as a reporter.<br><br>I believe that Mike Madigan is a good person, loyal to his service in elective office and honest in the policies he pursued and implemented. |
| 57 | Hannig, Rev. Gary | This is the kind of man Mike Madigan has always been. He helps people. As a freshman legislator, Mike taught me the value of being honest and keeping your promises when speaking with others on legislative issues.<br>We all have frailties in life. I know I have mine. But in the end, we hope the good we have done outweighs our shortcomings. I know that Mike Madigan has done much good for many people. |
| 58 | Healy, Joe | Mike is a man of integrity.<br><br>This thread has run through the twenty years I have known Mike, in my experience, you can trust what he says. Partly because he puts in the work to know what he is talking about, but mostly because he is fundamentally an honest man. |

6

| 59 | Healy, Terrence | I have always found Mike Madigan to be someone who is sharply attuned to the needs and realities of Illinois' working class, someone of high character and integrity, and someone who I consider to be a trusted leader in his community.<br><br>Although we sometimes disagree about legislation or policy, I always know his thoughts and opinions are arrived at honestly and after great study and contemplation of the matter. |
|---|---|---|
| 60 | Healy, Martin | In my interactions with him as a student, fellow attorney and legislator, I have consistently seen him as a person guided by the strictest adherence to these ethical standards. |
| 61 | Hicks, Harold | Mr. Madigan is extremely hard-working and always demonstrated the highest moral values. |
| 62 | Holland, Jeff | What has struck me most in that time is that, without exception, he treated everyone with respect, honesty and kindness. |
| 63 | Houlihan Smith, Margaret | "You're only as good as your word" came from the top, because Mike Madigan always spoke the truth, he was a man of his word. Even those who disagreed with him appreciated Mike's directness because when he told you something you knew he was being straight with you, even if you did not like the message, his reputation as a straight shooter was widely known and respected. |
| 64 | Hoyt, Joshua | In addition, in an odd sort of way, he was one of the most generous and bluntly honest about what the "do-gooders" such as myself and the communities I worked with needed to do to be successful in moving our policy and programmatic asks. |
| 65 | Hynes, Matthew | When I was young, I remember many conversations with my dad about Mike where he commented on his integrity and considerate nature. It was frequent. I specifically remember where he said that he trusted Mike's word with zero questions asked. Not because Mike was powerful or shrewd (which he was), but because his word actually meant something. It goes without saying, sadly, but this quality is far too rare in government and politics. |
| 66 | Jarmer, Mark | Michael Madigan is one of the most impressive, honest, forthright, hard-working, and compassionate individuals I have ever met.<br><br>In all of my interactions with him, I observed him to be a man of his word, empathetic to those around him, and sympathetic to the needs of others - especially the less fortunate. |
| 67 | Joyce, Jeremiah | From this most unique perspective, I know that Michael Madigan is an honest person. I would not write this letter if I did not know this to be true. |

| 68 | Joyce, John | His firm has always been very honest and straight forward… |
|---|---|---|
| 69 | Joyce, Kevin | I just felt morally compelled to let you know that I truly believe Mike Madigan to be an honest person who has consistently worked to improve the lives of our society's marginalized. |
| 70 | Jordan, Michael | He was always honest.<br><br>Mike was not just a source of friendship, advice, and support these past 58 years, but a role model for decency, honesty, and ethical behavior.<br><br>Public service is his mission. Integrity and trust are his standards. |
| 71 | Kelly, Patrick | His steady hand provided insight, which always proved to be truthful and that was not always the case with other politicians. |
| 72 | Kilbride, Thomas | He always gave me the "straight story" |
| 73 | Kiley, Roger | In all the years of our close friendship, Mike has always been honest and forthcoming. |
| 74 | Leone, Jesse | Most importantly, I write this letter today with the same belief of Mr. Madigan that I've always had - he's a decent and honest man of integrity who lead by example. |
| 75 | Lipinski, William | He never lied to me and I never met anyone that said he lied to them. If you asked him a question or for some help, he was always straightforward. Never mixed words he would say yes or no, never perhaps or maybe. You always knew where your request for help stood. He was always Mr. Integrity. |
| 76 | Lowder, John | He showed me the value of honoring your commitments and holding true to your word.<br><br>He expected me to always be honest and to honor my commitments. |
| 77 | Lynch, Veronica | It has been my experience that Mike is forthright with his adversaries, has been intentional in recusing himself from conflicts of interest, is reserved and strategic in deliberations and endeavors to reconcile differences of policy or social impact in a collaborative environment. He is truthful, and regardless of any outcome, he is true to his word. |
| 78 | Lyons, Joseph | The point of this being I would not write a letter on Mike's behalf if I did not sincerely believe in his character as a good and honorable man, a loving husband, and devoted father. |
| 79 | McCabe, John | Mr. Madigan was always truthful. |

| 80 | McCants, Gary | Throughout my time in Springfield, Representative Madigan was unfailingly honest and principled in his interactions with me. He never asked me to do anything unethical, and I came to understand that he wanted to empower staff to uphold fairness in the legislative process. I believe he was making it clear to me—and to all staff—that we had a responsibility to ensure that every member of the House, as well as the public, was treated with respect and given a fair opportunity to be heard. |
|---|---|---|
| 81 | McGlynn, Dennis | Good news or bad news, Mike was honest and he expected others to be honest with him.<br><br>He has spent his life making his community better and also making other lives better, mine included. |
| 82 | McGowan, Ed | I am certain in his long tenure in the speaker's office he has helped the people of Illinois hundreds of times without looking for or receiving credit. I strongly believe that Mike Madigan is the most honest, reliable and ethically minded individual that I have had the privilege to know in my lifetime. |
| 83 | McMahon, Joe | Mike believes in being a good listener and that at the end of the day we all have a civic duty to do the right thing in life.<br>I'm sure he doesn't realize how his influence as a frank and honest person has shaped my career and has transformed my life and my family's. He has made me the person that I am today. For this I am truly grateful. |
| 84 | McPike, Jim | The finest man I have ever know is Michael J. Madigan.<br><br>He always tells the truth. He does not know how to lie. Ask him a question and you get a straight answer - the truth. Or you get no answer, just his patented stare. What you won't get is a lie. In my 40 years working in Springfield, I have never heard it said, or even whispered, that Mike Madigan lied to the Governor, to one of the three other leaders, or to any legislator because it never happened. He just does not lie. |
| 85 | Melamed, Caleb | After Michael Madigan understood a piece of legislation and its implications he was always, in my experience, completely forthright as to his support or opposition and the reasons for his stance. This honesty and directness I found to be the exception, rather than the rule, in Springfield political life. |
| 86 | Montana, Lori | He was straight forward, honest and a man of his word. |

9

| 87 | Montgomery, Daniel | I can say with absolute certainty that in all those interactions Mike Madigan conducted himself with complete integrity. In each meeting or conversation, Speaker Madigan adhered to the highest ethical standards.<br><br>He was nothing but fair, clear, transparent and honest.<br><br>Madigan made clear what he thought the purpose of government was. It was simple -- to make people's lives better, to help people when they need it. |
|---|---|---|
| 88 | Morphew, James | The expression "your word is your bond" is frequently invoked at the State Capitol, but not always followed. To me, this maxim exemplifies how Mr. Madigan conducted himself as a political leader and as Speaker of the House. Political allies as well as many of those who have opposed him share the same opinion - Mr. Madigan is a trustworthy person who keeps his word. |
| 89 | Moseley Braun, Carol | I have always known him to be honest, and a credit to his position.<br>Madigan was always straightforward and true to his word.<br>I am simply asking that you consider the entire record of a good man's public service. His years of dedication have earned him as much. |
| 90 | Murphy, Timothy | Thinking back on my interactions with Mike, a few things stand out to me. I found him to be gracious, humorful, thoughtful, and open. On this latter point, I was particularly struck by Mike's candor and honesty. He set no conditions on what I could ask, and he answered every question I put to him, even when doing so required him to admit mistakes or fault. |
| 91 | Nieciak, Laura | Many times members of our staff shared our thoughts on Mr. Madigan's reputation for total integrity and kind words. |
| 92 | O'Brien, Terry | He puts his family first and emphasizes the importance of honesty and a good education. |
| 93 | O'Connell, Donald | His genuine straightforward direct and honest relationship with the people he served is not seen very often in elected officials. |
| 94 | O'Connell, John | The one constant throughout Mike's career was integrity. |
| 95 | O'Sullivan, Terry | Speaker Madigan's word was his bond. |
| 96 | O'Malley, Patrick | Also, I came to trust Mike Madigan's word; 'Yes' meant Yes, 'No' meant No, and 'Maybe' meant Mike would quietly consider the matter and get back with a Yes or a No, and the rationale for his decision. I can assure you, in my ten years in the General Assembly, this is the exception, not the rule. |
| 97 | O'Toole, Robert | Mr. Madigan was honest, genuine, and caring about all our union concerns as well as consistently showing dedication to public service for the well-being of the people of Illinois. |
| 98 | Olson, Michelle | He also placed great demands on his staff, but he always led by example, and he was always true to his word. |

| 99 | **Pannaralla, Kenneth** | His constant comment in both separate and in neighborhood representative team gatherings was to always do things truthfully and honestly. Even when discussing issues with folks in the neighborhood, "Be honest and truthful" was, he said, the best way.<br><br>Mr. Madigan has always impressed me with his own strong moral code. I believe that this integrity has over the years, earned him the respect and trust of everyone he has encountered. Mr. Madigan is, it seems to me, to be the person you can count on to do the right thing, even when no one is watching. |
|---|---|---|
| 100 | **Penn, John** | When I first met Speaker Madigan, he advised me to always be honest and true to my word. I totally agreed with that sentiment and that honestly was always reciprocated between us. He always responded to me in a totally honest way and I never once felt he was being duplicitous. We could have a conversation and share concerns; and I knew Speaker Madigan was always straight forward and honest.<br><br>Never was there any expectation beyond honestly representing working Illinoisans and ensuring their lives were safe and provided them with a decent standard of living. The Speaker honestly shared our concern for people and their livelihood and safety and was very straightforward with us as we worked together to improve the situation for working people. |
| 101 | **Pfleger, Father Michael** | I have always found Mr. Madigan willing to share his wisdom and experience and always found him to be honest in his opinion and advice. I have never been asked to support him as a candidate or support any bill or issue that was before the House. I have always found him to be straightforward and to have a deep concern for the issues that we faced on the south side of Chicago. |
| 102 | **Pollak, Michael** | I have always found Mike to be truthful. In fact, that was his reputation. If he said something you could rely on it, whether it was favorable toward your cause or against it. He was a man of his word, which is not a description that fits many people in Springfield. |
| 103 | **Poshard, Glenn** | He was just honest with me about everything throughout the whole campaign.<br><br>Some years ago, an excellent journalist wrote my biography and entitled it "Some of Southern Illinois."  On page 177 of that book, I made this statement. "Mike Madigan helped me considerably.  He never told me an untruth or exaggerated what he could do or would do.  He was always very helpful to me." |
| 104 | **Power, Joseph** | Over these many years, I have found Michael Madigan to be an intelligent, honorable, honest, and dedicated public servant.  He has always been a man of his word. |

11

| 105 | Preston, Lee | Before becoming a Circuit Court Judge in 1994,1 served with him in the Illinois House for 14 years and I saw firsthand his hard work, his integrity and commitment to looking for ways to benefit the citizens of his legislative district and the citizens of Illinois. |
|---|---|---|
| 106 | Pugh, Coy | Mr. Madigan has set the tone for what an exemplary statesman should look like. A true gentleman, a trusted husband, committed father and a guardian of truth, fairness, honesty, justice and integrity. |
| 107 | Purkey, Gail | When you dealt with him on any issue, you knew he did not lie.<br>Telling the truth -- a trait sorely lacking in today's political arena - is Michael Madigan's bedrock model of operation. |
| 108 | Ramas, Angela | I always felt so proud to work for such a conscientious, honest and ethical legislator, because these are values that are very important to me. |
| 109 | Ramirez, Jorge | No matter what the problem was, no matter who was requesting help, Mike always lent a hand.<br><br>His honesty was something we always counted on. He never lied to us. |
| 110 | Reinsdorf, Jerry | They all said his word was always good. |
| 111 | Reiter, Jr., Robert | He was forthright, honest, and straightforward, and his compassion for working people was always very apparent. |
| 112 | Roberts, William | During the nearly 30 years of our acquaintance, he has been honest and forthright with me. |
| 113 | Ronan, Maren | Years later, because of Mike's leadership, as a staff attorney for the House Democratic Caucus, I worked in an environment that emphasized honesty and integrity in interactions with lawmakers, advocates and other staff involved in the legislative process. |
| 114 | Rossi, Anthony | One of the first lessons I learned was that your word is your bond -- an ethic he himself embodied. If Speaker Madigan gave you his word, you could count on it. |
| 115 | Ruffolo, Jeanine | He not only embodies integrity, compassion, and humility-he inspires those traits in others. |
| 116 | Sacks, Michael | Speaker Madigan is renowned for two things - his careful use of words and, more importantly, for his unwavering commitment to keeping his word. In Springfield, it was well known: if Speaker Madigan gave you his word, he kept it. His integrity was never questioned, even by his fiercest opponents. The Speaker Madigan I saw in battle first hand was a Speaker who was driven by his desire to speak for and protect those without power. |

| 117 | Smith, Todd | I came to know him over the years as a man of his word. Someone whose word one could rely upon. |
|---|---|---|
| 118 | Solski, Jennifer | Every constituent is important and deserves to be heard.<br>Honesty and truthfulness and pillars of Mike's character. |
| 119 | Stein, Richard | He has never told an untruth.<br><br>My interactions with Mike have repeatedly demonstrated a man of charity and compassion. |
| 120 | Thomas, Marsha | He was scrupulously honest<br><br>There was no pretense in his interactions -- he dealt in truth and facts. That unwavering honesty is the major reason he earned such deep trust of those of us who worked with him |
| 121 | Thompson, Jayne Carr | Whether Jim and Mike were collaborating or fiercely opposed, I always knew that Mike would be truthful about his position on a bill. You could always trust his word. |
| 122 | Thomson, Michael | He led by example and insisted that those who worked for him did so with honesty and integrity.<br>He is an honest, trustworthy, and charitable man. |
| 123 | Toia, Sam | Speaker Madigan was a man of his word. |
| 124 | Turner, Art | He was grounded in truth, not expedience.<br><br>He never wavered in his belief in the government's role and responsibility to serve all people.<br><br>He is not a man without flaws, but he led with purpose, cared deeply about the institution, and understood that disagreement is part of a healthy democracy. He spoke the truth -- plainly, without theatrics -- and you could feel it came from genuine concern for people. |
| 125 | Uhe, Rob | During my eight years working closely with Speaker Madigan, I saw first-hand his dedication, respect, integrity, and care for doing what's right. He is a very good man. |
| 126 | Van Meter, Andy | He simply did the right thing for a community that wasn't his responsibility even if it meant opposing every state and federal official in his own Democratic party. I know of no better example of integrity.<br><br>The Mike Madigan I know, is a man of profound modesty, meticulous honesty and steering integrity. |
| 127 | Velo, Kenneth | This is consistent with who he is, a truthful and honest man. |

| 128 | **Walsh, Edward** | From his father, Mike Madigan learned the value of hard work, the importance of integrity, and the significance of putting one's community first. His father's teachings grounded him, providing a moral compass that guided Mike throughout his career, even when faced with the most difficult political and personal decisions. |
|---|---|---|
| 129 | **Watkins, Victoria** | I've always found Mike to be thoughtful and diligent; hardworking and intelligent.<br><br>I always appreciated knowing he was working honestly and as a truthful public servant. |
| 130 | **Watson, Frank** | Our previous leader in the senate, Pate Philip, always said that Mike was someone you could trust. I found that to be true. What ever Mike told me I could always count on and never worry about. We worked well together and became friends. |
| 131 | **Weir, Michael** | I know from my own experience, as well as through countless conversations over the years with others who served on his staff, that the values he instilled in us -- the importance of honesty, discipline, and to be persons of our word -- were an essential foundation for our own success and that we, in turn, have sought to pass on to those who will follow us. |
| 132 | **Willert, Craig** | He has helped shape me into the man I am today. He showed me the importance of always being truthful. |
| 133 | **Wojtulewicz, Melanie** | Since I have known him, I have found him to forthright, honest and truthful. The good of the citizens of Illinois has always been the driving force behind his tenure in office.<br><br>Believe me when I tell you that he is a good, decent, truthful and honorable man in every sense of those words. |
| 134 | **Ziegler, Barbara** | I have always found Mike to be honest, truthful and sincere, a good man with good moral compass. |