# GOVERNMENT EXHIBIT 289

```
          CASE TITLE:        United States v. Madigan and McClain
          CASE NUMBER:       22 CR 115
          ACTIVITY:          Telephone conversation between Michael McClain and
                             Timothy Mapes
          DATE:              March 5, 2019
          TIME:              8:34 a.m.
          TARGET PHONE:      (217) 257-6280
          SESSION NUMBER:    21772

          SPEAKERS:          McCLAIN    =    Michael McClain
                             MAPES      =    Timothy Mapes

 1                              (CLIP 1 BEGIN)
 2
 3        MAPES:             Are you driving somewhere?
 4
 5        McCLAIN:           Yeah I'm uh, uh ComEd asked me to come over, be with
 6                           the, meet with the CEO, so. I'm driving over to
 7                           Springfield.
 8
 9        MAPES:             To meet with uh, what's-his-face? Uh-
10
11        McCLAIN:           Joe Dominguez.
12
13        MAPES:             Yeah, Joe I can, I know who he is, but I just can never
14                           remember, because nobody gives him rave reviews, but
15                           he's got the job, so what the hell.
16
17        McCLAIN:           I think he's in. I think Chris Crane has got his eye on
18                           him like, this guy's fucking up all the time, so.
19
20        MAPES:             Well, what does that mean though really?
21
22        McCLAIN:           We've lost some of our senior people at ComEd. And so,
23                           I kind of alerted Chris Crane like, what's that about?
24                           And um, he's just doin', he's doing different things,
25                           you know? He, so. So I-
26
27        MAPES:             But you-you di-you didn't lose, uh, Marlow Colvin did
28                           you?
29
30        McCLAIN:           No, he kept his title and he kept his money, but he's
31                           been removed as head of government affairs.
32
33        MAPES:             But is that well known?
34
35        McCLAIN:           I think so. I don't know if it's well known but I mean.
36                           I d- I don't know the answer to that question.
37
38        MAPES:             Because when he has those meetings everybody still
39                           thinks he's in charge.
40
```

GOVERNMENT EXHIBIT 289-T

| | | |
|---|---|---|
| 41 | McCLAIN: | Well, I guess we gotta change that. |
| 42 | | |
| 43 | MAPES: | (Unintelligible) well I ask these questions and, you |
| 44 | | know, I have stupid questions. That's what my wife tells |
| 45 | | me all the time. That's what, you should be asking |
| 46 | | questions. Okay, that's what I do. (Laughs.) |
| 47 | | |
| 48 | McCLAIN: | That's how you learn. |
| 49 | | |
| 50 | MAPES: | Well, you, it, you don't have to, you're getting |
| 51 | | information. So uh, is the Boss here this week? |
| 52 | | |
| 53 | McCLAIN: | Yep. He wasn't there last- |
| 54 | | |
| 55 | MAPES: | Okay. |
| 56 | | |
| 57 | McCLAIN: | -week but he's there now, so. |
| 58 | | |
| 59 | MAPES: | Okay. So- |
| 60 | | |
| 61 | McCLAIN: | He really wanted to meet me- |
| 62 | | |
| 63 | MAPES: | (Unintelligible.) |
| 64 | | |
| 65 | McCLAIN: | -in the Ward office, on election night because of Marty. |
| 66 | | |
| 67 | MAPES: | Uh huh. |
| 68 | | |
| 69 | McCLAIN: | He didn't see any reason to go down there on Wednesday |
| 70 | | just to come back on Thursday. So. |
| 71 | | |
| 72 | MAPES: | Well so then Jessica passed the test of, uh, handling |
| 73 | | it on her own. |
| 74 | | |
| 75 | McCLAIN: | Well, yeah, but wasn't much to do. (Laughs). |
| 76 | | |
| 77 | MAPES: | No, but Greg Harris told me, I happened to run into him, |
| 78 | | and he said that uh, "Nobody told me how you handle |
| 79 | | these note things." |
| 80 | | |
| 81 | McCLAIN: | Oh. |
| 82 | | |
| 83 | MAPES: | So he was in the chair. |
| 84 | | |
| 85 | | (CLIP 1 END) |

(CLIP 2 BEGIN)

| | | |
|---|---|---|
| 86 | McCLAIN: | I ended up sending a text to J.B. about uh, about the |
| 87 | | holdovers are killing him. They're, they're creating all |
| 88 | | kinds of bumps in the road for him that are gonna make |
| 89 | | him implementing his programs, uh, harder. Never got a |
| 90 | | word back. So I presume, I presume he's pissed at me, |
| 91 | | right? |
| 92 | | |
| 93 | MAPES: | Now, now would he normally reply to you? |
| 94 | | |
| 95 | McCLAIN: | Yeah. He'd say "thanks" or "good idea" or "I, I forwarded |
| 96 | | your text to Anne," you know. This one was dead silence. |
| 97 | | |
| 98 | MAPES: | Hm. And, and does the Boss get involved in these, this |
| 99 | | dialogue? |
| 100 | | |
| 101 | McCLAIN: | No. Well he did- |
| 102 | | |
| 103 | MAPES: | He- |
| 104 | | |
| 105 | McCLAIN: | -he did on, he did on one, I, I'll tell you what he did. |
| 106 | | Um so uh he had recommended (coughs) Connolly and |
| 107 | | Sweeney to be on the Tollway Authority Board. |
| 108 | | |
| 109 | MAPES: | Which I presumed when I saw the list, okay. |
| 110 | | |
| 111 | McCLAIN: | Yep, yeah. And uh, uh, boy he went through a donnybrook |
| 112 | | there 'cause Christian Mitchell didn't want that. He |
| 113 | | wanted blacks to be there from the union, from those |
| 114 | | two unions of African Americans. And um, basically |
| 115 | | Sweeney and Connolly said, "No we're elected to |
| 116 | | represent the union not somebody else." And uh, Madigan |
| 117 | | encouraged them not to remove their names. And at the |
| 118 | | end of the day, Pritzker kept them. So Madigan called |
| 119 | | me up and said, "I'm I'm gonna call J.B. and, and thank |
| 120 | | him for appointing those two guys." But, over again what |
| 121 | | the general counsel of IDOT has done. And I told him, |
| 122 | | he said, "I think I'm gonna tell them that." So. |
| 123 | | |
| 124 | MAPES: | And what was their reaction? |
| 125 | | |
| 126 | McCLAIN: | I never asked Madigan again uh, about that conversation. |
| 127 | | And he hasn't offered it, so I just let it go. |
| 128 | | |
| 129 | | (CLIP 2 END) |
3

```
130                              (CLIP 3 BEGIN)
131
132   MAPES:       Well, I'm glad to see both Sweeney and Connolly get on
133                board, that was good.
134
135   McCLAIN:     Oh yeah they're, they're good. I think they're tr-
136
137   MAPES:       And they'll be-
138
139   McCLAIN:     -are gonna. Sorry go ahead.
140
141   MAPES:       I said, they'll be loyal to one person that I know.
142
143   McCLAIN:     Yep, that's for sure.
144
145                               (CLIP 3 END)
```

```
146                                   (CLIP 4 BEGIN)
147
148    MAPES:          Are you having dinner with the Boss tonight?
149
150    McCLAIN:        Nope, I'm going home after my meeting.
151
152    MAPES:          Oh okay. Alright. Okay.
153
154    McCLAIN:        I am, I am coming back next Monday and Tuesday, so.
155
156    MAPES:          Alright. Any crises-
157
158                                    (CLIP 4 END)
```

| 159 | | (CLIP 5 BEGIN) |
| --- | --- | --- |
| 160 | | |
| 161 | McCLAIN: | So we're leaving for, uh, Switzerland May 27th. |
| 162 | | |
| 163 | MAPES: | Huh, how can you do that? |
| 164 | | |
| 165 | McCLAIN: | Well look at- |
| 166 | | |
| 167 | MAPES: | Session isn't over y- |
| 168 | | |
| 169 | McCLAIN: | You know how he is. You know how you guys are. If he |
| 170 | | doesn't have his plan in place by May 27th, I, I, I, I, |
| 171 | | I I'll sell, I'll sell my, uh, first born. I mean, on |
| 172 | | the 27th he shuts down. |
| 173 | | |
| 174 | MAPES: | Yeah, no it, the 27th he'll just be getting uh those |
| 175 | | final votes on, if there's anything. They oughta have |
| 176 | | everything done by the 27th if they were halfway smart. |
| 177 | | |
| 178 | McCLAIN: | Right. |
| 179 | | |
| 180 | | (CLIP 5 END) |