# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:22−cr−00115
                                      Honorable John Robert Blakey

Michael J. Madigan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Post−trial motion hearing held on 6/9/2025. Defendant Michael Madigan (1) present in court on bond with the assistance of defense counsel. Upon inquiry, both the Government and Defendant Madigan waive oral argument on the motion, and this Court hereby denies Defendant Madigan's motion for judgment of acquittal or new trial [396], and this Court will issue its findings by way of a separate written order. Per the discussion on the record regarding the hearing set for 6/10/2025, defense counsel indicated that it had not yet had a chance to review the Government's declaration clarifying the net benefit calculations at issue per the disputed Guideline calculations under §2C1.1(b)(2). Upon review of the previewed declaration, defense counsel should inform the Court whether it will request any additional hearing, including an opportunity to cross examine the declaring witness, in advance of sentencing, scheduled for Friday, 6/13/2025. Defense counsel must inform the Court by 9:00 a.m., on 6/10/2025, if they need such a hearing. If defense counsel so requests, the Government must make the witness present for an evidentiary hearing at 12:00 p.m., on 6/12/2025 in Courtroom 1203. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.