UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                                    Case No.: 1:22−cr−00115
                                                      Honorable John Robert Blakey
Michael J. Madigan, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

    MINUTE entry before the Honorable John Robert Blakey: On 6/10/2025, the Court commenced the sentencing proceeding regarding certain Sentencing Guideline calculations, and held the motion hearing on Defendant Michael J. Madigan's (1) motion to strike [434]. Defendant Michael J. Madigan present in court on bond with the assistance of defense counsel. The Court grants the motion to strike [434] for the reasons stated on the record. The response to the sentencing memorandum by the USA [432] is stricken. The Government shall file a redacted version of the response by 5:00 p.m. on 6/11/2025. As previously ordered, sentencing continued to 6/13/2025 at 1:00 p.m. in Courtroom 1203. The oral motion to exclude time as to the unresolved counts is granted without objection, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defense in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 6/10/2025 to and including 6/13/2025, for the effective preparation by counsel, including the trial preparation, pursuant to 18 USC Sections 3161(h)(1)(D), and 3161(h)(7)(A)(B). Bond to stand pending the continued sentencing set for 6/13/2025. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.