**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-CR-00115 |
| v. ) | |
| ) | Honorable John Robert Blakey |
| MICHAEL J. MADIGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT MICHAEL J. MADIGAN'S NOTICE OF APPEAL

Notice is given that Defendant Michael J. Madigan hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the district court entered in this action on July 15, 2025 ("Judgment"); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

1

Dated: July 23, 2025

Respectfully submitted,

By: /s/ *Daniel J. Collins*
Daniel J. Collins, Esq. (ARDC #6224698)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5434
Daniel.Collins@Katten.com

By: /s/ *Thomas M. Breen*
Thomas M. Breen, Esq. (ARDC #0287547)
Todd S. Pugh, Esq. (ARDC #6243692)
Breen & Pugh
53 West Jackson Blvd., Suite 1550
Chicago, Illinois 60604
(312) 360-1001
tbreen@breenpughlaw.com
tpugh@breenpughlaw.com

***Attorneys for Michael J. Madigan***