UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22-cr-115-2 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| MICHAEL F. MCCLAIN | ) | |

**ORDER**

The Government's unopposed motion to dismiss as to Defendant Michael F. McClain (2), [461], is granted. IT IS HEREBY ORDERED that the indictment and superseding indictment against the defendant shall be dismissed, and that the bond be exonerated. All dates and deadlines as to Michael F. McClain (2) terminated.

ENTERED:

_____
JOHN ROBERT BLAKEY
United States District Judge

DATED: 8/4/2025