# Michael Madigan's Exhibit List

| Exhibit No. | Description |
|---|---|
| DX 1145 | Email from F. Clark to C. Crane, W. Von Hoene, J. Dominguez, C. Gould re Springfield |
| DX 1406 | Email from J. Hepokoski to E. Borggren, A. Pramaggiore, M. Colvin re Microgrid Memo and articles |
| DX 1459 | Text messages provided by Craig Willert on 3/17/2022 |
| DX 1514 | Bill Status for House Bill 3293 of the 99th General Assembly |
| DX 1515 | Bill Status for House Bill 3328 of the 99th General Assembly |
| DX 1516 | Bill Status for House Bill 2607 of the 99th General Assembly |
| DX 1517 | Bill Status for Senate Bill 1531 of the 100th General Assembly |
| DX 1527 | House Debate on Senate Bill 1652 |
| DX 1528 | House of Representatives Debate on Senate Bill 9 |
| DX 1535 | Email from Heather Wier Vaught to April Burgos |
| DX 1537 | House of Representatives Debate on Senate Bill 2814 (FEJA) |
| DX 1547 | HB3975 debate |
| DX 1550 | Illinois General Assembly - Bill Status for HB5626 |
| DX 3009 | Email chain from F. Marquez to K. Parker re Please read and advise - $375K over budget |
| DX 3024 | Duray Email Scope of Services Subcontractors |
| DX 3025 | Duray Email Scope of Services Subcontractors.Noonan. |
| DX 3047 | Email from E. Duray to F. Marquez re 2019 Consulting Contract Requisitions for Approval |
| DX 3082 | Olivo Lobbying Registrations |
| DX 3091 | Imperial Group Contracts and Invoices |
| DX 4002 | Witness Slips for House Bill 1811 of the 100th General Assembly |
| DX 4003 | Bill Status for House Bill 2691 of the 100th General Assembly |
| DX 4009 | House of Representatives Debate on Senate Bill 1839 |
| DX 4010 | House of Representatives Debate on Senate Bill 1451 |
| DX 4012 | House of Representatives Debate on House Bill 1811 |
| DX 4013 | House of Representatives Debate on Senate Bill 1451 |
| DX 4034 | Memo from Heather Wier Vaught re: AT&T Telecom Proposal |
| DX 4138 | Email chain re: bill status |
| DX 4170 | Email chain re: AT&T's lobbying |
| DX 4171 | Email chain re: AT&T's lobbying |
| DX 4175 | Email chain re: AT&T's lobbying |
| DX 4177 | Email chain re: AT&T's lobbying |
| DX 4186 | Email chain re: AT&T's lobbying |
| DX 4190 | Email chain re: AT&T's lobbying |
| DX 4209 | Email chain re: AT&T's lobbying |
| DX 5014 | April 5, 2018 Email |

| | |
|---|---|
| DX 5019 | Client List redacted |
| DX 5028 | Bill Status for HB0014 |
| DX 5036 | Email from Weir Vaught to Getzendanner re 3164 Broadway |
| DX 5045 | Cretal Phone Records |
| DX 5047 | Email from Vier Vaught to Getzendanner re client list |
| DX 5048 | Email from Getzendanner to Cox re conflict check |
| DX 5050 | Mussman ComEd Program Emails |
| DX 5052 | Willert 11.23.16 Roll Call Email_Redacted |
| DX 5055 | Willert Veto Texts |
| DX 5056 | Committee of the Whole |
| DX 5057 | Drury 98th GA Illinois General Assembly |
| DX 5058 | Drury 100th GA Illinois General Assembly |
| DX 5059 | 97th GA House Members |
| DX 5061 | May 2016 memo from Cox to MJM |
| DX 5062 | 13th Ward Map |
| DX 5063 | Partial Ward Map |
| DX 5064 | Photo of Madigan Home |
| DX 5065 | Photo of Madigan Home |
| DX 5066 | Photo of Madigan Home |
| DX 5067 | Photo of Madigan Home |
| DX 5068 | Photo of Madigan Home |
| DX 5069 | Photo of Madigan Home |
| DX 5070 | Photo of Madigan Home |
| DX 5071 | Photo of Madigan Home |
| DX 5072 | July 2016 memo from Cox to MJM |
| DX 5073 | Entire Cook County 7th Dist |
| DX 5076 | 2015 Memp |
| DX 5077 | IL Capitol FL3 |
| DX 5078 | Oral History Interview |
| DX 5078T | Transcript - Oral History Interview |
| DX 5079 | Rush Expenditure Search By All Expenditures |
| DX 7012 | 99th GA House Rules Hearing Details |
| DX 7021 | Thank You Note |
| DX 7022 | Thank You Note |
| DX 7024 | 100th GA HB-2378 Bill Status |
| DX 7025 | 100th GA HB-3755 Bill Status |
| DX 7039 | Picture Inside Facility |
| DX 7049 | 2016.11.09 FEJA Ameren Formula Rate Demand |
| DX 7050 | 2016.11.16 FEJA Email from Prammagore re FEJA Microgrids |
| DX 7052 | FEJA Amendment 3 |
| DX 7053 | FEJA Amendment 4 |

| | |
|---|---|
| DX 7056 | Lobbyist Registrations 2015 |
| DX 7058 | Email from T. O'Neill re ICC Order |
| DX 7066 | SB 10 Roll Call Memo |
| DX 7071 | 100th GA HB-1187 Bill Status |
| DX 7075 | City Wide Ward Map 2012-2022 |
| DX 7095 | Moody - Solis Notes re Kimme |
| DX 7096 | Moody - Board Position List |
| DX 7097 | Moody - Kimme Text |
| DX 7154 | Solis 2014 Tax Return (IRS) |
| DX 7155 | Solis Tax Return 2015 (Lestina) |
| DX 7156 | Solis 2016 Tax Return (Lestina) |
| DX 7157 | Solis 2017 Tax Return (Lestina) |
| DX 7158 | Solis 2018 Tax Return (Lestina) |
| DX 7159 | Byline Bank May 2014 Stmt |
| DX 7160 | Byline Bank August 2014 Stmt |
| DX 7161 | Byline Bank February 2015 Stmt |
| DX 7163 | Byline Bank July 2016 Stmt |
| DX 7164 | Byline Bank November 2016 Stmt |
| DX 7165 | Byline Bank January 2017 Stmt |
| DX 7166 | Byline Bank February 2017 Stmt |
| DX 7169 | Byline Bank July 2018 Stmt |
| DX 7213 | 2014-10-16 Ses. 01609.wav |
| DX 7213T | Transcript - 2014-10-16 Ses. 01609.wav |
| DX 7218 | 2017.07.18 Pre-Meeting.mp4 |
| DX 7218T | Transcript - 2017.07.18 Pre-Meeting.mp4 |
| DX 7242 | 1985 Solis Ltr to MJM re UNO |
| DX 7244R | Oppostion Research Report |
| DX 7246 | October 2019 - January 2020 Email Chain |
| DX 7249 | Recommendation Analysis |
| DX 7257 | March 2017 911 Advisory Board Annual Report |
| DX 7258 | Illinois-County-Map-969x1536 |
| DX 7259 | Eddie Acevedo |
| DX 7271 | Moody Archer Bank Application_Redacted |
| DX 9080 | 2016.09.21 Email |
| GX 403 | Email from Owens regarding meeting with Rep McCarthy |
| GX 642 | Email - Re: Labor update 4.18.2017 |
| GX 679 | Email from La Schiazza to Barry re "Re: HWV conversation" |
| GX 686 | Email from Robert Barry to Paul La Schiazza and others re: "Speaker Plan on COLR and 911" |
| GX 718 | Redacted email chain between Thomas Gillespie, Andrew Cretal, Nicholas Rahman, and Jesse Levine from 10/02/17 to 10/20/17 regarding tax estimates by Madigan & Getzendanner for 935 W. |

|  | Washington. Body of emails redacted. Note for scheduled call on 10/12/17 at 10:15am between Nick and Tom. |
|---|---|
| GX 1224 | SB 1652 (Smart Grid) Bill History |
| GX 1231 | Status and Roll Calls re: SB 1918 |